**Index of Exhibits**

| | |
|---|---|
| Guidelines for Court Observers | Exhibit 1 |
| Letter from Michele Garnett McKenzie to Daren K. Margolin and Hon. Eric L. Dillow | Exhibit 2 |
| EOIR Response Letter to AHR | Exhibit 3 |
| ACLU Letter to Sacramento Court | Exhibit 4 |
| ACLU Letter to GSA | Exhibit 5 |
| Schalkwyk Declaration | Exhibit 6 |
| Lange Declaration | Exhibit 7 |
| Hollenbeck Declaration | Exhibit 8 |
| Burke-Scheffler Declaration | Exhibit 9 |
| Knieriemen declaration | Exhibit 10 |
| Barker Declaration | Exhibit 11 |
| Rabogliatti Declaration – Fort Snelling | Exhibit 12 |
| Bethke Declaration | Exhibit 13 |
| Phipps Declaration (NorCal) | Exhibit 14 |
| Rowland-Kain Declaration (I-ARC) | Exhibit 15 |
| Wilson Declaration – Louisiana | Exhibit 16 |