**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE ADVOCATES FOR HUMAN RIGHTS,** )<br>330 Second Avenue South, #800 )<br>Minneapolis, MN 55401 )<br> )<br>*Plaintiff,* )<br> )<br>v. )<br>**PAMELA BONDI, IN HER CAPACITY** )<br>**AS ATTORNEY GENERAL OF THE** )<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE,** )<br>950 Pennsylvania Avenue NW )<br>Washington, DC 20530 )<br> )<br>**DAREN K. MARGOLIN, IN HIS** )<br>**CAPACITY AS DIRECTOR,** )<br>**EXECUTIVE OFFICE FOR** )<br>**IMMIGRATION REVIEW OF THE** )<br>**DEPARTMENT OF JUSTICE,** )<br>5107 Leesburg Pike )<br>Falls Church, VA 22041 )<br> )<br>**HON.TERESA L. RILEY, IN HER** )<br>**CAPACITY AS CHIEF** )<br>**IMMIGRATION JUDGE, U.S,** )<br>**IMMIGRATION COURT** )<br>5107 Leesburg Pike )<br>Falls Church, VA 22041 )<br> )<br>And )<br>**HON. ERIC L. DILLOW, IN HIS** )<br>**CAPACITY AS ASSISTANT CHIEF** )<br>**IMMIGRATION JUDGE** )<br>**U.S. IMMIGRATION COURT** )<br>Bishop Henry Whipple Federal Building )<br>1 Federal Drive, Suite 1850 )<br>Fort Snelling, MN 55111 )<br>*Defendants*. ) | Civil Action No. 1-26-cv-00865-RC |

**NOTICE OF ERRATA**

On March 12, 2026 and March 19, 2026, respectively, The Advocates for Human Rights filed a complaint and a motion for preliminary injunction in the above-captioned case. It has just come to counsel's attention that the document labeled Exhibit 1 attached to both pleadings (Docket entry nos. 1 and 6) was the incorrect attachment. During the call with Defendant's counsel to inform counsel of the error, Defense counsel indicated that he had previously found the document referenced in the complaint and the motion for preliminary injunction. The correct attachment, which counsel has provided via email to counsel for the defendants, is included with this errata.

Dated: April 6, 2026                     Respectfully submitted,

                                         STINSON LLP

                                         */s/    Kathleen Parnow*
                                         Harvey Reiter, No. 232942
                                         Brandon Nagy, No. 1024717
                                         Kathleen Parnow, No. 90041785
                                         1775 Pennsylvania Ave, N.W., Suite 800
                                         Washington, DC 20006
                                         Tel. (202) 728-3016
                                         harvey.reiter@stinson.com
                                         brandon.nagy@stinson.com
                                         katie.parnow@stinson.com

2

CORE/3515279.0007/241495100.1