**Report from Immigration Court Observers**
**Week 9.8.25-.9.12.25**

The courtroom "clerks" have begun handing out new written guidelines for court observers at the Fort Snelling Court.  (I've attached a photo).  Aside from the abysmal editing and RandOm CapitalizaTion, this seems an effort to stymie MIRAC.  However it indicates an escalation against our project too.  It contradicts the instructions the guards have been given to prohibit anyone waiting outside a courtroom door and brings us back to the longstanding problem that, absent a window into the courtroom, observers have no way to know when there is a break in detained proceedings as no one exits the courtroom.  This is just another escalation against transparency.  They also prohibit any "engagement with parties", but that is not defined.  Respondents have often asked us if they in the right place, or where the bathroom is; will this now be policed?

Amy



U.S. Department of Justice

Executive Office for Immigration Review
Fort Snelling Immigration Court

**Guidelines for Immigration Court Observers**

Observers are welcome in DOJ/EOIR Immigration Court proceedings which are open to the public (please see: https://www.justice.gov/eoir/observing-immigration-court-hearings). While visiting the **Fort Snelling, Minnesota** court, members of the public are asked to comply with the following guidelines:

- For security reasons, the use of cell phones, cameras or recording devices is prohibited in courtrooms and in the lobby area (please see the policy: https://www.justice.gov/eoir/media/1345616/dl?inline). Visitors may not photograph court dockets posted in the lobby. **Visitors are not permitted to engage with parties, or distribute materials/pamphlets in EOIR space.**

➢ **Courtroom Etiquette:**

  - Please do not enter or exit the Courtroom while the Immigration Judge is on the record. We ask that you remain respectful of the adjudicating process, as disruptions can be distracting and frustrating for all parties in the Courtroom. We ask that you wait outside the Courtroom door, and enter only once the Judge has finished the preceding case.

  - When in the courtroom, observers may be asked by the Immigration Judge or court staff whether they are in court to observe or support a particular respondent. Because courtroom seating is very limited, at times The Court, or Staff may ask observers to give up their seat in order to accommodate family members. Also, when space is limited, EOIR's policy is for media representatives to have priority over the general public.

  - While in the courtroom, please be courteous and respectful of all participants – the judge, attorneys, court staff, security officers and respondents. All hearings are recorded and frequently involve interpreters who must translate on the record, so please do not talk or make noise while in the courtroom.

  - Observation Only: Observers may watch proceedings but are not parties to the case and have no role in the hearing. Observers are permitted to take notes during proceedings but must refrain from asking questions or making statements at any time during the proceedings of the Immigration Judge, Attorneys, or Respondents either during the hearing or in the Courtroom.

- Unless approved by the Immigration Judge, food and beverages are not allowed in the courtrooms.

- For any questions or concerns regarding the Immigration Court operations, procedures, public access – please ask to speak with the Court Administrator at the lobby window. Inquiries may also be directed to the court's Regional Public Information Office: PAO.EOIR@usdoj.gov