# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**THE ADVOCATES FOR HUMAN RIGHTS,**
  *Plaintiff,*

                                                    Case No. 1-26-cv-00865-RC

**v.**

**BLANCHE, ET AL.**
  *Defendants*

## NOTICE OF SUPPLEMENTAL EVIDENCE

During arguments at the hearing held in the above-captioned proceeding, the court asked counsel for Plaintiffs what proportion of the proceedings before the Fort Snelling Immigration Court were exclusion hearings, which are closed to the public. Counsel for Plaintiffs did not know the answer to that question but have since found that exclusion hearings at Fort Snelling have been very rare. See attached declarations of Amy Lange and former Immigration Judge Ryan Wood (Attachments A and B).

Dated: April 20, 2026                    Respectfully submitted,

                                         STINSON LLP

                                         */s/    Kathleen Parnow*
                                         Harvey Reiter, No. 232942
                                         Brandon Nagy, No. 1024717
                                         Kathleen Parnow, No. 90041785
                                         1775 Pennsylvania Ave, N.W., Suite 800
                                         Washington, DC 20006
                                         Tel. (202) 728-3016
                                         harvey.reiter@stinson.com
                                         brandon.nagy@stinson.com
                                         katie.parnow@stinson.com