# Attachment A

CITY OF MINNEAPOLIS     )
                        )       Declaration of
COUNTY OF HENNEPIN      )       Amy S. Lange

I, Amy Lange do state and affirm the following under penalty of perjury:

- My name is Amy Lange. I am the Project Coordinator of the Advocate's for Human Rights' Immigration Court Observation Project. I have been involved with the project since it started in 2017. I write this declaration to supplement my prior declaration that I submitted in support of our litigation to ensure access to the public at immigration court hearings.

- I monitor the dockets at Fort Snelling to set schedules for observers. None of the hearings I have set for observers to attend are "exclusion" hearings. We attempt to monitor only bond, master calendar, and merits hearings. None of these are considered by the court to be "exclusion" hearings. In my nearly 9 years on this project, I have never heard of an exclusion hearing occurring in the Fort Snelling Court.

- I have also observed or attempted to observe close to 1000 hearings myself since I started in 2017. In none of those cases were the hearings identified by the court or DHS as "exclusion" hearings.

- When our observers have found the doors to courtrooms locked, been refused entry to hearings, or been told to leave or that they cannot attend hearings, the hearings they have tried to observe all fall within the above categories, which are not considered "exclusion" hearings. And, in such instances the judges, DHS and court staff have never indicated that the reason for being denied public access is because the hearings are "exclusion" hearings. Indeed, when there have been signs on courtroom doors denying access, the signs have never indicated that the hearings are closed due to being "exclusion" hearings.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_____          3-20.2026
Signature                                 _____
                                          Date