**EXHIBIT INDEX**

| | |
|---|---|
| Exhibit 19 | Declaration of Amy Lange |
| Exhibit 20 | Declaration of Zoe Martens |
| Exhibit 21 | Declaration of Anne Klueh |
| Exhibit 22 | Declaration of Leslie MacKenzie |
| Exhibit 23 | Declaration of Marily Knieriemen |
| Exhibit 24 | Declaration of Mary Williams |
| Exhibit 25 | Declaration of Zoe Lytle |
| Exhibit 26 | Declaration of Mary Lambert |
| Exhibit 27 | Declaration of Katrina Bleckley |
| Exhibit 28 | Declaration of Kimberly Boche |
| Exhibit 29 | Declaration of Cindy Reich |
| Exhibit 30 | Declaration of Maggie Berry |
| Exhibit 31 | Declaration of Morgan Jenkins |
| Exhibit 32 | Declaration of Former Immigration Judge Carmen Maria Rey Caldas |
| Exhibit 33 | Declaration of Bonnie Byland |
| Exhibit 34 | Declaration of Nancy Grush |
| Exhibit 35 | Declaration of Bryanna Siguenza |
| Exhibit 36 | Declaration of Allie Zenwirth |
| Exhibit 37 | Placeholder |
| Exhibit 38 | Declaration of Former Immigration Judge Ryan Wood |
| Exhibit 39 | Declaration of William Quigley |
| Exhibit 40 | Declaration of Alla Holmes |
| Exhibit 41 | Declaration of Katie Fleming |

CORE/3515279.0007/244398040.1

| Exhibit 42 | Declaration of Doann Nguyen |
|---|---|
| Exhibit 43 | Declaration of Jill Fordyce |
| Exhibit 44 | Declaration of Gillian Rowland-Klein |
| Exhibit 45 | Declaration of Cary LaCheen |
| Exhibit 46 | Declaration of Diane Barnhart |
| Exhibit 47 | Declaration of Former Immigration Judge Jenny Beverly |
| Exhibit 48 | Declaration of Michele Cantara |
| Exhibit 49 | Declaration of Matthew Mockenhaupt |
| Exhibit 50 | Declaration of Shane Ellison |
| Exhibit 51 | Declaration of Ishanee DeVasGunawardhane |
| Exhibit 52 | Declaration of John Lloyd |
| Exhibit 53 | Declaration of Rebecca Hillstrom |
| Exhibit 54 | Declaration of Johnny Sinodis |
| Exhibit 55 | Declaration of Former Immigration Judge Sheila McNulty |
| Exhibit 56 | Declaration of Gail Montenegro |
| Exhibit 57 | Declaration of Kenneth Nollett |
| Exhibit 58 | Declaration of Alizeh Sheikh |
| Exhibit 59 | Declaration of Zach Albun |
| Exhibit 60 | Declaration of Claudia Dieter |
| Exhibit 61 | Declaration of Jennifer Roth |
| Exhibit 62 | Declaration of Christina O'Connell |
| Exhibit 63 | Declaration of Amy Sneirson |
| Exhibit 64 | Declaration of Katherine Kiang |
| Exhibit 65 | Declaration of Robin Glazer |

| Exhibit 66 | Declaration of Lena Tom |
| Exhibit 67 | Declaration of Marissa Porter |
| Exhibit 68 | Declaration of Tanya Stippich |
| Exhibit 69 | Declaration of Kathryn Curtin |
| Exhibit 70 | Declaration of Sarah Glacel |
| Exhibit 71 | Declaration of Former Immigration Judge Paul Wickham Schmidt |
| Exhibit 72 | Declaration of Stephen Kelly |
| Exhibit 73 | Declaration of Rev. Chloe Breyer |
| Exhibit 74 | Declaration of Assistant Chief Immigration Judge Khalilah Taylor |
| Exhibit 75 | Declaration of Assistant Chief Immigration Judge John Burns |
| Exhibit 76 | Declaration of Janine Silver |

# EXHIBIT 19

# Declaration of Amy Lange

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA        )

COUNTY OF HENNEPIN        )                                    DELCARATION OF

CITY OF MINNEAPOLIS        )                                    AMY LANGE

I, AMY LANGE swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Amy Lange.  I reside at 50 Groveland Terrace, Minneapolis MN.

2.  I am writing this declaration to supplement my previous declarations dated 3.9.26 and 3.20.26.

3.  I am writing this declaration based on my knowledge of experiences at the Fort Snelling Immigration Court as the Program Manager for the Immigration Court Observation Project a project of The Advocates for Human Rights (hereafter referred to as AHR) in Minnesota.

4.  I began as a volunteer with the Project in July 2017. I have been contracted to manage the project since May 2019.

5.  I am responsible for training all new court observers for the project. I trained 695 observers between May 2019 and May 2026. All volunteer observers report to me, and I review all their documentation from court. As of the signing of this declaration, I remain the primary reviewer of all documentation, the sole trainer, and primary support for volunteer court observers.

6.  Observers are trained in best practice: silent notetaking, no interference, no interacting with any party, all electronics powered off, no food or drink in the courtroom, no photography or recording in EOIR spaces.  All expectations are included in a Volunteer Manual which I developed in 2019 and revise on an annual basis.

7.  For Webex hearings, all observers are instructed to have camera and microphone off and to refrain from using any recording and to log in as Court Observer with their initials.

8.  Observers take handwritten notes on proceedings. Among the issues documented are the respondent country, whether they have a lawyer, if they are provided an interpreter in their best language, the judge and government attorney present, whether judge advises them of their right to counsel, if they are a minor, if they appear to have medical or mental health problems, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, continuances and the dates for upcoming hearings.

9.  The Advocates' Immigration Court Observation Project started seeing a rapid increase in volunteer registrations after the November 2024 election. The increase in volunteers necessitated an increase in staffing. I was the only person at AHR directly running the court observation project until they contracted for an administrative assistant averaging 10 hours per week beginning in April 2025. The increase in volunteer interest and need exploded

1

when immigration court arrests began and continued throughout "Operation Metro Suge". A second full time staff position was posted December 20, 2025, and a full-time Policy Manager for the project began March 23, 2026.

10. New volunteers are asked in their initial registration to explain why they chose to participate. Answers are typically along the lines of: "to assure transparency", ""to contribute to greater accountability for our immigration system", "to ensure the integrity of our court system", "to do my part to support due process for all in this country", "to ensure immigrants receive a fair, legal, and honest hearing based on human rights and civil liberties outlined in our constitution." In my interactions with volunteers these last 9 years, this remains the compelling narrative. People know that a system of justice that operates out of public view is no system of justice at all.

11. I determine the template schedule for volunteer court observers. Beginning as a volunteer in July 2018 through the hiring of the Administrative Assistant in April 2025, I posted all volunteer shift openings on a self-scheduling website. The Administrative Assistant now posts the shifts based on the scheduling template I create. I use historical records of which judges have conducted which type of cases on different days of the week to create our template schedules.

12. From the start of the project in April 2017 through early 2020, volunteers were only assigned to observe detained master calendar hearings, short procedural hearings for respondents held in ICE detention. The goal since I became the contract staff in mid-2019 was to have observers attend 100% of the detained master calendar hearings at the Fort Snelling Immigration Court. I estimate observers attended 80% of master calendar dockets (not counting a rare, closed courtroom about which I expound below) in 2019 and early 2020. We scaled back during the first 5 months of the Covid pandemic to about 25% of master calendar hearings. By October of 2020 observers were again signing up for shifts covering all master calendar hearings at the Fort Snelling Court. Barring last minute volunteer illness or car trouble, volunteers were assigned to 100% of known master calendar dockets since 2021.

13. Detained master calendar dockets at the Fort Snelling court were scheduled fairly predictably, which made scheduling for consistent volunteer coverage achievable. If a schedule changed and there were master calendar dockets at unexpected times, I was usually able to switch observers at the last minute. The presence of a volunteer observer at court did not mean 100% of hearings were observed as I outline describing closures and access problems below.

14. The project expanded to non-detained master calendar hearings for unaccompanied minors in January 2020, but those cases were all suspended due to Covid beginning March 2020. We restarted our observations of the special docket for unaccompanied minors in 2022. The observers for this docket undergo specialized training and a criminal background check. We have had observers scheduled for approximately 95% of the unaccompanied minor docket since resuming in 2022. There have been a handful of last-minute observer illnesses or delays which is why the project hasn't had 100% coverage. On April 13, 2026,

2

there was an unexpected docket for unaccompanied minors for which we had no trained observer available.

15. In March of 2021 I began assigning volunteers to observe individual merit hearings for people in ICE detention. These are the hearings where applications for legal status are adjudicated. I created observation shifts for all known individual merit hearings at the Fort Snelling Cout for ICE detainees. On a rare occasion there was a posted individual merit hearing that I had been previously unaware of and observers were not scheduled.

16. In 2023, the project expanded to observe the master calendar hearings for adults and families who are not detained in 2023, hereafter referenced as the non-detained master calendar docket. From 2023-May of 2024, I created non-detained master calendar observation shifts randomly, based on a judge schedule that had been provided to me by then Court Administrator Beth Baldwin. We attempted to observe each of the judges at the Fort Snelling court one morning and one afternoon per month. The goal was not to document all hearings but to get a sense of how each judge conducted initial and continued master calendar hearings.

17. When, at the very beginning of June 2025, observers witnessed their first arrest as a respondent left court, we significantly increased our non-detained master calendar docket observation. I began scheduling observers all day every day, Monday-Friday for the non-detained master calendar docket. On some days the number of judges conducting non-detained master calendar hearing exceeded the number of observers and the project did not have coverage for all hearings. I estimate observers have been available for 85% of non-detained master calendar dockets at the Fort Snelling court from July 2025- the present.

18. Observers from AHR have attended and documented just under 30,000 hearings between May 2019 and May 22, 2026. Approximately 25% of the 30,000 hearings were observed by 2-3 observers at the same time. I cannot estimate the total number of hearings documented by observers between April 2017-May 2019 when I was just a volunteer on the project as I never had access to their observation documentation.

19. The Fort Snelling Court has 5 courtrooms. The number of full-time judges assigned to the Fort Snelling court has fluctuated between 5-7 since January 2025. Not all courtrooms are in use every day. On any given day some judges are conducting master calendar hearings for people in ICE detention or in prison, master calendar hearings for people who are not detained, and individual merit hearings for people in ICE detention or who are not detained. A judge may have multiple hearing types in one day. Judges may also be scheduled to conduct fear reviews for people seeking asylum or withholding of removal.

20. Dockets are posted in a case on the wall near the filing window. They are separated by judge and courtroom. Observers read the docket headings to determine which courtroom at enter based on the shift type they are signed up for.

21. When I started as a volunteer, courtroom doors were unlocked. If I arrived on time, I was often in a courtroom before the clerk, judge or DHS attorney entered the courtroom. This

3

was never a problem. If I was late, I might enter while a hearing was in progress. I was never reprimanded, asked to leave or barred from entry. When my assigned shift was over, I quietly gathered my belongings and exited the court. No clerk or judge every commented about my exit or instructed me to wait.

22. Under the leadership of Former ACIJ Ryan Wood the court was open and welcoming. His frequent expression at stakeholder meetings was "Come on in, we have nothing to hide. I tell that to all the judges and court staff."

23. Easy public access at the Fort Snelling Court generally remained the case until 2025. Prior to early 2025 observers had access to all master calendar hearings; we never experienced an entire docket of cases being closed to observers. Prior to 2025 we had never experienced courtroom doors being locked while court was in session.

24. Judge Sarah Mazzie was the only Fort Snelling Judge that was less than welcoming of observers. Though observers have been trained, since the outset of the project to wait until a hearing has concluded before exiting the courtroom (barring an emergency), there is no way of knowing from outside the courtroom what is happening inside the courtroom. There were occasions when an observer would arrive for their shift, enter Judge Mazzie's courtroom and be chastised for interrupting. Observers reported being intimidated by this and a couple observers quit. This issue was only encountered in Judge Mazzie's courtroom. I did address this in conversation with then ACIJ Wood and then Court Administrator Beth Baldwin. It was agreed that observers should listen at the door, crack the door during a quiet moment and only enter if it was quiet. The problem persisted with Judge Mazzie; however, this was the only recurring access issue court observers faced until 2025.

25. Periodically, prior to 2025, there would be a single master calendar hearings that would be closed to observers. The judge would typically state to the observer present, "this next hearing is confidential, my clerk will come get you when this hearing is over". We understood these cases to fall strictly under federal regulation: respondents with VAWA cases or under a protection order; occasionally this was overtly stated. We didn't track these carefully because they were so rare. My best estimate is a single master calendar hearing every two months was closed to observers.

26. The presence of courtroom observers or other members of the public was rarely if ever mentioned in the record for master calendar hearings, because by their nature they are open to the public. Judge Brian Sardelli was and continues to be the only judge at the Fort Snelling Court to mention, in going on the record and naming all those present in the courtroom, that observers are present. It is said as a matter of course and there is no questioning of parties as to whether a court observer was acceptable.

27. When I was present at a merit hearing in the years before 2025, the judge would typically go on the record and state that there was a court observer present, that hearings are generally open to the public but if the respondent requested a closed hearing, the observer would be asked to leave.

4

28. Since shortly after we started having volunteers observe merit hearings our sign-up portal has included this reminder "The judge will ask the respondent for permission to have observers present, it is always possible that you may be asked to leave. While this is unfortunate, we fully support respondent's right to make this decision given the sensitive nature of testimony." This was in keeping with how federal regulation had been explained to me. For many years, this statement reflected the way merit hearings went on the record. It is only since mid-2025 that we have experienced objections coming from the attorneys representing the government.

29. Volunteer observers reported similar experiences; they were present in the courtroom when the judge went on the record for an individual merit hearing. They heard the judge explain the presence of an observer and asked if the respondent, and their counsel, if any, consented to having an observer present.

30. Judges have explained the presence of observers in an individual merit hearing in a variety of ways, but prior to mid-2025 observers have been in the courtroom to hear these explanations. Some of the explanations have been, in my opinion, prejudicial. I have heard and observers have reported to me explanations such as:

    1. There is a court observer present, this is a member of a community organization that regularly observes court. It is up to you whether to allow the observer to stay

    2. There is a court observer present, hearings are generally open to the public unless you object.

    3. There is a court observer present. This person is from a human rights organization. You can decide if it is okay for the observer to stay for the hearing.

    4. There is a court observer present. Some people like come to hearings, you can decide whether they can stay or not.

    5. There is a court observer present, court observers are not bound by confidentiality, but I (the judge) and the government attorney are. If you want them to leave, I will ask them to leave.

    6. There is a court observer present, we are going to be discussing sensitive things about you and the crimes you have committed. Many people in your situation would prefer to have a closed hearing. If you want a closed hearing, I will ask the court observer to leave.

31. Prior to February 2025, I was able to express concern about prejudicial statements about court observers to then ACIJ Ryan Wood at quarterly pro bono stakeholder meetings. The concern is that any judge who wished toa avoid public scrutiny could simply give a very prejudicial or discouraging explanation about the presence of a court observer.   There wasn't a clear resolution, but Judge Wood would always reiterate that courtrooms would remain open to observers in accordance with federal regulations and that he would share

5

my concern with the judges at the Fort Snelling Court. I do not have written documentation regarding these conversations. This is based on recall.

32. The question of allowing observers to be present at a merit hearing, prior to 2026 was always directed at the respondent and their counsel. Not to the government attorney.

33. Objections made by DHS attorneys to observers in an individual merit hearing were so rare prior to 2025, I have no record of, nor do I recall any.

34. It is only recently, in 2026, that judges have closed their courtrooms to observers at the commencing of an individual merit hearing, until the judge has determined if a hearing will be open or closed. If an observer Is not present, there is no way to know whether there were reasons stated for closing a hearing and observers have no way to know if any stated reason complies with federal regulations. If the hearing remains closed, there is no way for observers to know which party objected.

35. I don't recall any hearings being conducted remotely (on Webex) before the Covid Epidemic in March 2020. All detained respondents were brought from detention to the Fort Snelling Court for their hearings. (called the Bloomington Court at that time).I do not recall there being any video monitors in a courtroom until April of 2020.

36. During the Covid epidemic, the judge would be in one courtroom, the observers would be in another courtroom watching on a video monitor and the respondent would appear remotely from ICE detention. The government attorneys would typically be in the same courtroom as the observer, as would the interpreter.

37. When in November of 2023 When the number of judges started exceeding the number of courtrooms at the Fort Snelling Court, a couple judges began conducting individual merit hearings from their chambers. The  Court Administrator at the time, Elizabeth Baldwin, (deceased) arranged for observers to attend individual merit hearings via Webex. The court administrator requested that I supply the name of the court observer in advance. I did this by email to then lead LAS, Megan Gates the weekend prior so the names would be available before court commenced every Monday morning.

38. As experienced personally, and reported to me by observers, the access to individual merit hearings at the Fort Snelling Court observed on Webex, was similar to those observed in person. The observer would be admitted to the Webex courtroom, the judge would go on the record noting the respondents name and A#, the presence of counsel, the DHS attorney present, and the interpreter. If the interpreter had not been previously sworn, the judge would do so. Either before or after identifying all exhibits in the record, the judge would note that a court observer was present and would ask the respondent if there was an objection. If there was an objection, the respondent would log off.  The access remained steady until June 2025 when observers, without explanation, stopped being admitted to Webex hearings at the Fort Snelling Court.

6

39. My previously filed declaration, dated March 9, 2026, explains the conversation I had with then Supervisory LAS, Megan Gates on July 2, 2025, where she reported, without explanation, that observers would no longer be allowed on Webex anymore.

40. For clarity's sake, in this declaration I use the term "Webex hearing" to mean a hearing in which the respondent is appearing via Webex, but the judge is in a courtroom and the courtroom is available to on-site observers. When I use the term "Webex docket" I mean a shift where no courtroom is available in our Fort Snelling court in which to observe, this could be because the judge is hearing cases from their chambers, or the judge is out of state, and Minnesota observers can't access the courtroom.

41. I have never heard a formal motion to close a hearing, nor have I ever heard a formal ruling from a judge to explain a closure. No observer has ever reported to me that a respondent, their counsel or a DHS attorney made a formal motion to close a hearing.

42. The language we have heard from respondents or their counsel is just that they are "requesting a closed hearing."

43. I am aware of only one instance prior to 2025 where DHS raised an objection to having an observer present, and it was a unique circumstance. On April 16, 2024, I was on Webex observing a competency assessment (M-A-M assessment) for a detained individual. This is a hearing to determine whether a respondent is capable of meaningfully participating in immigration proceedings. These are done for people who are suspected of having significant cognitive impairments or significant mental illness. Detained individuals who are deemed mentally incompetent are the only people who get government-provided attorneys. Judge Sarah Mazzie was conducting this hearing and shortly after commencing, the DHS attorney, Summer Spector Angsmtan (no longer with DHS), spoke up. She said she's "new to immigration court, has practiced in state court and usually mental health issues are closed to the public." She's "concerned about court observers hearing privileged info, and worried about the respondent's ability to consent to the release of information". Judge Mazzie replied, "That's a fair concern, we've been so committed to transparency, we may have overlooked this. Honestly, we may have been violating privacy by letting public be present." Judge Mazzie said she would take a break to consult with her "boss" (ACIJ Ryan Wood) . Judge Mazzie returned about 10 minutes later explained to the respondent that DHS "sent medical records including evaluations, medication records with lots of personal information. Because court is not a medical provider they can talk about this in front of other people including observers. In most cases court is open to the public so anyone can come. "Then explained, "there is a group of community members that come regularly- that way court remains transparent and then the public understands what happens in court. There are 2 people present without video, but who can listen. If you are comfortable talking in their presence, they can stay. If you are not comfortable, I'll ask them to leave." The respondent replied, "It's okay, they can stay." The hearing proceeded without incident.

44. Observers began to encounter locked doors on a frequent basis beginning early October 2025. Doors were often locked while court was in session. Some observers reported

7

hearing a court clerk instructing a guard to lock the door after an observer had been let in. Public hearings should mean that people can come and go. Observers also started reporting Judge Sarah Mazzie telling people they were not allowed to exit until a formal recess. Observers reported being yelled at and told to sit down even if they attempted to exit during a break between master calendar hearings. On January 20, 26 an observer reported this to me "At one point, when an observer entered the courtroom just three minutes after the first docket hearing started, Judge Mazzie threw a hissy fit, raised her voice, and kicked the observer out of the courtroom telling him [paraphrase], 'it is discourteous to enter a courtroom when in session - that entry distracts and disrupts - if you want to see courtroom decorum in action, I suggest you visit the Hennepin County District Court.'" I have been to criminal and civil proceedings in Hennepin County District Court on a number of occasions and been able to enter and exit courtrooms at will.

45. On October 7, 2025, an observer reported to me that she was told she must exit the courtroom before the judge adjudicated "no-shows". On non-detained master calendar dockets, it is not uncommon to have a number of respondents who fail to come to their hearing. There can be many reasons for this including never having received a hearing notice or not understanding the notice as it is written in English. We have always documented the adjudication of these no-shows. Some cases will be reset because there were problems in the hearing notices, some cases will get terminated due to DHS's failure to properly serve the Notice to Appear (the charging document and initial hearing notice). Many people who miss their scheduled hearings will get an in-absentia removal order- a deportation order. Part of the responsibility of the observers for AHR is to stay through the adjudication of the no-shows.

46. No-shows started increasing in June 2025 when ICE began arresting people who were exiting the courtroom. I heard, and other observers reported hearing, respondents who appeared on Webex without permission state that they were afraid of being arrested which is why they came didn't come in person. This validated our perception that people were missing court due to fear of arrest. It became a higher priority for our volunteers to sit through the "no-shows". On September 23, I received my first report form an observer that she was instructed she had to exit the courtroom after in -person hearings were completed; she was not allowed to stay for the adjudication of no-shows. This court closure for the adjudication of no-shows became the norm for most of the Fort Snelling Judges, except Judge Brian Sardelli, through the very end of March 2026. This problem has now substantially resolved. There is nothing confidential or sensitive in discussing no-shows, no details of any case is ever discussed. Sometimes an address is read in court, but Judges typically verify the home address of respondents on the record, in open court, for every master calendar hearing.

47. In September 2025 observers regularly started seeing new signs posted on courtroom doors. This is something almost never seen in the many years prior. These signs often didn't match what was happening in the courtroom, sometimes they seem to have been

8

left from a prior day. Accurate or not, this was a signal to security guards that observers could not be admitted, and a message to observers to refrain from entry.

1. On September 25, 2025 Judge Ivany's door had a sign which said: "This courtroom is now closed for further entry. No additional entrants will be permitted. The Court will recess at 10:30 AM. Entry will not be permitted until 10:30."

2. Judge Mazzie's door frequently had a sign saying: "Out of respect for the court, so not enter while court is in session." As noted earlier in this declaration, absent a verbal announcement in the lobby, there is no way to know when court is in session.

3. Judge Ivany's courtroom has a sign "Court is now in session. The respondent has requested closed hearing. Please do not enter." On more than one occasion, this was posted before court even started for the afternoon.

4. On October 29, 2026, this sign was posted for the first time: "This courtroom is closed due to confidentiality issues related to the respondent's court proceeding. 8C.F.R. § 208.6(a); 34 U.S.C. 12291 (b) (2)." This sign was up a number of times when there were master calendar hearings being conducted with multiple unrelated respondents in the same room. One instance was November 18, 2025; the sign was posted when 30 respondents were in the room. The guards would often point to a sign and say, "The courtroom is closed". The court prevented access when it should not have been prevented.

48. After hearing from multiple observers over a two-plus week span that the sign quoting 8C.F.R. § 208.6(a); 34 U.S.C. 12291 (b) (2) was frequently on courtroom doors, I wrote former ACIJ Ryan Wood on November 19, 2025, for an opinion and clarification on the regulation. He was clear that 8C.F.R. § 208.6(a) is a DHS regulation that doesn't belong on EOIR doors and was being misapplied to the circumstance. The regulation pertains to third-party disclosures and expressly carves out the adjudication of applications, which is what court hearings are. The regulation 34 U.S.C. 12291 (b) (2) applies to VAWA cases which are quite rare, as I note previously in this declaration. (see attachment).

49. Federal regulation 8C.F.R. § 208.6 was referenced directly and indirectly in two different hearings in the Fort Snelling Court. On March 23, 2026, an observer entered the courtroom to listen to an oral decision taking place some days or weeks after the evidentiary hearing on the application. This was Judge Brian Sardelli's courtroom. The DHS attorney, Molly Bowen asked to speak and said "208.6 prohibits disclosure of information related to asylum claims to third parties and that disclosure would require written approval of the parties." Judge Sardelli made no ruling on the irrelevance of that regulation to the current proceeding and made no comment to the DHS attorney. Judge Sardelli told the respondent's attorney he could decide., and after this discussion the respondent's attorney asked to close the hearing and the observer exited.

9

50. On March 26, 2026, Observers were present for a detained master calendar for a respondent from Mexico. The judge scheduled an individual merit hearing for May 29, 2026. The judge stated, with no input for the respondent or his attorney that the merit hearing would be closed unless the attorney filed a written waiver in which case an observer would be allowed. When this was reported to me, I contacted the attorney on record and expressed by concern about both a presumed closed hearing and the misinterpretation of federal regulation with the request for a waiver. I asked if the attorney and her client would consent to an observer. The attorney and respondent consented to an observer. The respondent did sign a written waiver per the judge's requirement, and it was uploaded electronically to the respondent's case. The observer was admitted ot the hearing and reports this was not a VAWA case, the respondent was not subject to a protective order for which a closed hearing would be presumed.

51. In December 2026, we began seeing whole master calendar dockets closed. On December 16, 2026, I received this email from an observer: "Observers were not allowed into court for any of the afternoon master calendar hearings. We told guard several times we'd like to be let in when court ready and he said after first indicating that he'd let us know when door is unlocked; later said that court was closed to public for afternoon hearings." No explanation was given nor was apparent.

52. Another frequent problem encountered by observers which continues regularly to this day, is being denied entry to courtrooms for hearings on Webex. This started to be a problem in mid-June 2025. The courtroom door would be locked; the judge and clerk would enter chambers from the back hallway and commence hearings for respondents appearing remotely- usually respondents from outside the metropolitan area of the court. The door would not be unlocked until the clerk came out of the courtroom, after the Webex cases concluded, to call all the respondents who had appeared in person. On many occasions observers would report asking the security guards and the staff at the filing window for admittance. The guards and clerk would reply that the observers had to wait until they were called. This would happen even after the observer would state that they could hear through the door that proceedings were already underway. If an observer contacted me via text to explain the situation, I advised them to ask again at the filing window and remind the clerk that hearings on Webex are not substantively different than hearings in person and that master calendar hearings shouldn't be closed to the public. This made no difference; observers were forced to wait. It is not possible to calculate the percentage of hearings missed because we don't know how many cases were held before courtroom doors opened, observers often had to wait until a few of the in-person respondents exited until there was space in the courtroom, and observers were often shut out of the no-show adjudication. It is also no uncommon that a small number of cases are resolved for the day before the judge enters chambers. There for it's not accurate to simply subtract cases heard from cases on the docket to calculate what was missed. I believe this was and continues to be a substantial problem.

10

53. In January 2026, observers noticed cases that were held on Webex but not posted on the docket. Sometimes the judge just would casually mention to a party in the courtroom that judges were being assigned cases from Port Isabel, sometimes an observer would enter the courtroom as a case was finishing. I have a record of at least 39 days where there were out-of-state cases not posted on the dockets. Some of these cases were observed, some were held while courtroom doors were still locked. We assume there were other instances that we are not aware of since most of these cases were heard at 8:00 am and 1:00 pm and the official start time for master calendar dockets is 8:30 am and 1:30 pm. To this day we do not know who the respondents are who were detained at Fort Isabel but assigned to Fort Snelling Judges. We cannot confirm or dispute whether these were Minnesota residents.

54. Approximately 140 of the nearly 30,000 observed hearings have been in other courts. Volunteers observed 102 master calendar hearings at the Cleveland Court via Webex on several afternoons in January and February 2025. This was arranged by then Regional Public Affairs Director Gail Montenegro, in consultation with Former Fort Snelling ACIJ Ryan Wood and Former ACIJ of the Cleveland Court Benjamin Davey. We observed master calendar hearings conducted by Judge Drucker. When I observed Judge Drucker welcomes me. Other observers reported similar experiences. The remaining 36 observations in other courts were in 2026 and are detailed below.

55. On February 17, 2026 , an observer reported to me that three new judge names appeared in the docket cases under a small sign saying "Webex only"; these were Judges Chris Brisack, Andrew Caborn and Phillip Taylor.

56. Under my direction, volunteers have reported all Webex dockets daily and project staff have kept a spreadsheet of these Webex dockets.

57. Between February 17, 2026 and April 30, 2026, these Webex-only dockets were all assigned to judges from out of state. These dockets continue to be posted daily.

58. A new Judge, Nathan Hansen started at the Fort Snelling Court, and since April 30th has conducted one or two non-detained individual hearings a day 3-5 days a week from his chambers, with access only via Webex.

59. For the out-of-state Webex dockets beginning February 2026, over 834 hearings have been posted.

60. Some days the judges' names and hearing types [master or individual] were posted but there was no list of cases. This has happened on 17 days since the Webex only dockets started on February 17; therefore, the exact number of hearings is unknown.

61. Based on the average number of master calendar hearings on the dockets when cases were listed, I estimate there were approximately 229 master calendar and merit hearings scheduled on days where the list of cases were not posted. Using historical averages for the days when dockets were not posted I estimate approximately 1063 Minnesota cases assigned to out-of-state judges from February 17, 2026-May 22, 2026.

11

62. Observers have copied the Webex dockets to document hearing type, respondent nationality, respondent's counsel and judge. All but 4 of the 834 posted names have been people of Somali descent.

63. "Operation Metro Surge" and Operation PARRIS" were stated to specifically target Somali Minnesotans. Attorneys and media outlets referred to these Webex cases as the "Somali Rocket Docket". These are expedited cases targeting Somali nationals. These hearings have been of great interest to Minnesotans, because of the large longstanding Somali population in MN and their deep connections in our communities. Minnesota is purportedly home to the largest Somali population outside of Mogadishu. Due to the significance of these cases, I attempted to schedule volunteer observer shifts for these Webex dockets. This was very challenging because there was no pattern to the judges' schedules.

64. I created shifts for the most frequently appearing out of state judges: Chris Brisack (TX), Andrew Caborn (TX), and Abdias Tida (TX) most days and then would try to switch observers to other judges once I got a report from a volunteer at court documenting the posted dockets for the day.

65. Observers attempted to log on to Webex-only dockets for a total of 685 cases between February 25, 2026- May 22, 2026.

66. I will explain access problems in a number of ways below.

67. Observers were excluded from/ not admitted to the virtual courtroom for 94.7% of attempted hearings. This includes master calendar dockets where a closure means missing many hearings.

68. Observers were admitted and allowed to virtually attend 5.3% of the out of state "Rocket docket" hearings on Webex.

69. For the days where there were known master calendar hearings, which by their nature aren't confidential as they don't include testimony, observers attempting to attend Webex only dockets were denied access 86.7% of the time and admitted 13.3% of the time.

70. In only 8.8% of webs shifts, which may have been for a series of master calendar hearings or for one or two individual merit hearings, were observers allowed to attend one or more of the scheduled hearings.

71. In 3.7% of Webex shifts, the observer was admitted and immediately told to disconnect or were disconnected by the judge without explanation. In one instance, Judge Taylor told an observer she was welcome to come in person to Atlanta. A plane flight is not a reasonable expectation in order to observe court ,and without schedules in advance, is practically impossible.

72. In 56.6% of the volunteer Webex shifts , the observer was never spoken to or let out of the virtual lobby. There was no acknowledgement of the observer and no explanation for non-admittance.

73. In 32.4% of the volunteer Webex shifts observers were informed by the judge that there was "an objection" to the observer's presence and the observer was asked to disconnect.

74. Of these objections: 18.6% were unspecified, 18.6% were by the respondent objected, in 18.6% both parties objected, 11.6% DHS objected and the preference of the respondent was not stated, 32.6% DHS objected to an observer, but the judge stated the respondent consented.

75. The percent of the time the respondent objected seems in keeping with past experience, the level of objection by DHS, especially after the respondent has consented is unprecedented based on the prior years of observing individual hearings.

76. The closures varied by Judge. In all the reporting from observers, Judge Andrew Caborn (TX) has never admitted or acknowledged an observer.

77. In all the reporting from observers, Judge Abdias Tida (TX), has never admitted an observer on Webex. On one occasion, March 3, 2026, an observer noted that Judge Tida "popped into his 'lobby' to say he was taking a 10-minute break." But the observer was not subsequently admitted or acknowledged.

78. In all the reporting from observers, Assistant Chief Judge Sherron Ashworth (LA) has never admitted or acknowledged an observer.

79. In all the reporting from observers, Assistant Chief Judge Craig Defoe (IL) has never admitted or acknowledged an observer.

80. In all the reporting from observers Judge Phillip Taylor has not allowed observers. An observer was admitted to Webex at 1:10 pm on March 16, 2026, and immediately heard someone say, "we've got to clear people out". The observer was moved to the lobby and saw a message on the screen which said, "The host or a cohost has moved me to the lobby You can join the meeting after the host or a cohost lets you in". She was never admitted and at 2:30 pm the message on the screen said "The meeting has ended. On the morning of March 17, 2026, Judge Taylor had a master calendar docket with 35 Minnesota cases. The observer reported "7:48 am, I was just let in and Judge Taylor explained that today his cases are live in the courtroom master calendar all morning. Webex is reserved for parties of the case, so I was put back in to waiting room. He did welcome me to come in person to his courtroom in Atlanta."

81. In all the reporting from observers, Judge Nina Carbone (CO) had not admitted or acknowledged an observer, until May 22, 2026.

82. Assistant Chief Immigration Judge John Burns was first listed on a posted docket at the Fort Snelling Court on May 11, 2026. We have less experience trying to observe his hearings. A couple observers have reported the experience of being admitted and told the respondent had objected to having an observer. Another observer reported she was present for the explanation of the observer's present and the respondent was asked, with the observer present whether he wished to have an open or closed hearing. Observers

13

have been allowed to observe 5 of the 10 Minnesota cases with Judge Burns that were posted between May 11 and May 22.

83. In all the reporting from observers, Judge Brisack is said to admit the observer into the virtual courtroom briefly states whether there has been an objection and either asks the observer to log off or allows them to observe if there is no objection.

84. As reported to me by volunteer observers, Brisack, specifically states that he does not ask either party the reasons for their objection. For example, on April 1, 2026, the observer wrote, "I was just asked to exit the Webex hearing. Judge Brisack said that the respondent consented to my presence (Attorney Robin Carr), but the [government] attorney objected. When I asked if the Judge could share the nature of the objection, he said that he doesn't ask attorneys about the nature of their objections because this information may be confidential. I entered the Webex lobby at 12:48pm, was admitted into the hearing at 1:06pm, and exited the hearing at 1:07pm."

85. On March 17, 2026, an observer notified me that she had been asked to disconnect from a merit hearing in Judge Brisack's courtroom. She reported that the respondent's attorney had consented to an observer, but the DHS attorney had objected. The DHS attorney referenced 1208.6 and stated that the respondent needed to file a waiver of confidentiality in order to have an observer. Judge Brisack did not rule on the appropriateness of the motion, he simply asked the observer to log off.

86. After the March 17 reference to regulation 1208.6, I again reached out to Former ACIJ Ryan Wood for his opinion. The substance of that email is attached.

87. On April 13, I logged on to Judge Brisack's (TX) Webex for an 8:00 merit hearing. At 8:00 varied between 1-2 people in waiting room, then just me, at 8:17 I was let in. On the screen I could see Judge Brisack, the government attorney, the respondent's attorney Mr. Jabani, a person who I presumed the be the interpreter and the respondent's screen was black. The Judge addressed me—"Court observer AL, this is judge Brisack can you hear me, both sides have objected to a court observer. It is my policy to not let observers if any party objects, so you will not be able to observe." I replied, "Understood, I'll log off.

88. On April 13, I logged on to Judge Brisack's (TX) Webex for an 1:00 merit hearing. About 1:09 I was let in. I could only see Judge Brisack and the OPLA attorney. The respondent's counsel, Robin Carr was not present in the virtual courtroom. Judge Brisack asked if I could hear him. I unmuted and said yes. He said, "The government has objected to having an observer and I'm going to be unable to observe." I said "I understand your honor and I don't want to take too much of your time but for the last couple months the government has been offering blanket objections. these are not mean to be secret hearing. Regulation says these are open hearings and I understand that a respondent can object in order to protect their privacy, but the government is supposed to operate with transparency and OPLA keeps asking for hearings to be closed. I think this violates the regulation." Judge Brisack replied "I've been told that I can close hearings, and I'm asking the parties, which gives you more chance to sometimes observe." I replied, "I understand your honor, and I

14

will log off, but the purpose of the federal regulations is so that the court doesn't operate in secret." Then I disconnected.

89. As Program Manager I don't personally take many observation shifts since our volunteer numbers have swelled. I signed up to fill a last-minute opening for an individual merit hearing assigned to Judge Brisack at 1:00 on Tuesday June 2, 2026. I logged on at 12:45 pm and Judge Brisack said he wasn't starting, just setting up his computer. Several other people appeared on screen including the respondent and his counsel Steven Thal of MN. at 12:56 someone the Judge identified as Ms. Fuentes (?) was admitted, with a black screen and some numbers. At 12:59 the Judge said, "to the court observer I am going to move you to the lobby." I was let back in at approximately 1:07 pm, the judge asked if I could hear him and then stated, "It is my policy to ask the parties if you an observer can be present. The government has objected, the respondent has not, so I am going to ask you to leave." I replied, "Your honor may I ask nature of the objection?" Judge Brisack said, "No I don't ask the reason because the reason might be confidential." The respondent's attorney Mr. Thal spoke up, "Your honor I think DHS should offer a reason for the closure. The respondent is the one who has a claim to privacy, and we would like an observer present. I don't see how the government has an interest in privacy over the wishes of the respondent." The judge then addressed the DHS attorney, "Ms. Fuentes(?) would you like to state a reason?" She replied, "Yes, this is an asylum hearing and the respondent fears for his life so this should be confidential." Mr. Thal then replied, "It is our interest at stake and the respondent doesn't object, the observer from The Advocates for Human Rights understands the nature of proceedings. We feel having the observer present is the better posture." Judge Brisack then stated "I'm going to stand by my policy and make this a closed hearing and ask the observer to leave. Ms. Lange can you hear me?" I replied "Yes, I'm going to log off." I disconnected. The preceding exchange is as close as I can could capture typing while conversing and listening. The judge did not ask DHS to address the respondent's argument as put forth by the attorney, nor to indicate how their objection actually falls within federal regulation.

90. I know from participating in national coalitions and tending carefully to the news that the closures we in MN are facing are being experienced around the country.

91. The United States is supposed to have a government of the people, by the people, and for the people. Those employed by the government are charged with acting in the best interest of the people. The foundations of our democracy are the rule of law, representative government, and the separation of powers, all conducted with full transparency (outside issues of national security). A government that, without legitimate explanation can elect to operate in secret is a threat to our democracy. Open hearing laws and regulations are founded on the principle that public access is a check of government overreach. Just in terms of immigration enforcement there has been a flood of news coverage of this administration violating the constitution, upending due process, violating basic human rights, giving illegal orders and causing chaos in our streets. To close

15

courtrooms despite the preference of respondents who want a public witness sets a very dangerous precedent.

92. On May 21, 2026, an observer reported to me that during the course of a non-detained master calendar docket, Judge Monte Miller was discussing with the DHS attorney "June 1 that something 'new' would be starting and that DHS has already started to splitting up attorney schedules to have 1 attorney in the morning hearings and 1 different attorney in the afternoon hearings. IJ referenced 'mega masters' that would be going until 5 pm." I had previously heard about mega masters from an immigration listserv. Mega-masters are dockets with up to 60-100 respondents in a single morning or afternoon. The listserv alert said these were anticipated to focus on pro se respondents and would likely result in a high percentage of in absentia removal orders.

93. The Fort Snelling court experienced its first mega-master docket on Monday June 1, 2026. There were 73 master calendar hearings scheduled in the morning for Judge Kalin Ivany. (For comparison, the average number of master calendar hearings that I calculated for January-May 2026 at the Fort Snelling court was 30, with as few as 8 and a max of 61 on a single morning .) On June 1, the courtroom filed immediately and there was no room for our volunteer observer or any member of the press. While a crowded courtroom is a legitimate reason to close a courtroom, a clerk and a judge have the option to bring in smaller groups of respondents so that the public can witness what is happening. There are serious due process concerns to expediting cases and to overscheduling so that no one gets sufficient time before a judge. When these changes happen on a national scale, there is legitimate public interest in understanding what is happening and why.

94. On June 1, 2026, a security guard was stationed directly in front of the courtroom door for Judge Ivany, something that I have never witnesses and that has never before been reported to me. Typically, when a courtroom is crowded, observers can enter as soon as someone exits, this was not allowed on June 1st. Our observer was not allowed to enter the courtroom until 10:20 am, one hour and 50 minutes after hearings had commenced. Witnessing these mega-dockets is vitally important because they are unprecedented. Our project is well positioned to document the impact of these short continuances and rushed hearings because we have nine years of data during which respondents had more time between hearings and sufficient time before a judge. We don't know what other due process failures or shortcuts happened at these hearings because we were largely absent. We don't know if these dockets target certain populations or specific cases because we were not there to witness. This is another concerning lack of transparency and accountability by our immigration courts.

95. I can attest to the dedication, honesty and integrity of the hundreds of court observers who have volunteered for this project since its inception. The level of courage and commitment I have witnessed from court observers in the past year has been astounding. They have walked past rows of ICE agents in full tactical gear, through clouds of tear gas to get to court. They have witnessed the callous and cruel separation of families. They have documented the erosion of due process. And they have done it without any renumeration

16

or reward. They are righteous defenders of democracy. They have witnessed and reported to me an alarming erosion of access to our immigration courts at this time of both rapid change and tremendous public interest. I have shared just a representative sample of the documentation and notifications sent to me. I have personally experienced personally many of the closures, hostilities and opaqueness explained in the preceding pages. The decreasing transparency and the frequent barriers to access are disturbing. Unfortunately, I see this trend continuing absent a decisive ruling by a federal court. I am worried that immigration courts have already lost their legitimacy.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

June 4, 2026
_____
Date

17

# EXHIBIT A

CORE/3515279.0007/244176811.1

From: **Court Observation Project Coordinator** courtobserver@umn.edu
Subject: Re: Me again...
Date: November 19, 2025 at 8:01 PM
To: Ryan Wood ryan@emeriti.law

This is priceless, thank you.  I'm sharing this with the two colleagues who are strategizing about access issues with me.  Might circle back at some point if there is reason to want to quote anything you have written.

Interestingly, I had an observer contact PAO about guards denying access and they replied with their standard template about open hearings, unchanged from what they sent several months ago.

Amy

Amy Lange (she / her)
Immigration Court Observation Project Manager
The Advocates for Human Rights
courtobserver@umn.edu
alange@advrights.org
C: 612-281-4308



On Nov 19, 2025, at 7:27 PM, Ryan Wood <ryan@emeriti.law> wrote:

This Fact Sheet on observing court hearings appears to still be in effect. Any significant changes in policy would still need to conform to the current  regulations which presume hearings "shall be open to the public", with certain exceptions.  The EOIR Practice Manual also currently details the standards when a party can ask to close a hearing and what the judge is authorized to do (this too encourages media to coordinate visits with an email to PAO.EOIR@usdoj.gov).

I have recently learned that court staff have been instructed to redact all information where an asylum application is pending.

Historically, only cases with a pending Violence Against Women Act (VAWA) claim (rare) or where the government has filed for a protective order (exceedingly rare) have been redacted on public dockets. On its face, this may appear respondent-friendly, protecting the privacy of individuals who have asserted a fear of returning to their home country. However, this broad redaction policy has a real impact on pro se respondents. Once dockets are designated protected, respondents can no longer obtain updates on the 800 number or website regarding their next hearing date. When a hearing notice is lost, it becomes extremely difficult for a respondent to access information about their court date. This could cause a notable increase of the number of in absentia orders at the court (in addition to many other factors, too)

the number of in absentia orders at the court (in addition to many other factors, too).

Under the regulations, an immigration judge may close individual hearings if they make a specific finding that closure is necessary to protect witnesses, parties, or the public interest. However, there have been reported instances where immigration judges have closed hearings without such findings, even where respondent's counsel consented to observer presence.

As to this courtroom door sign:

> This courtroom is closed due to confidentiality issues related to the respondent's court proceeding. 8 C.F.R. § 208.6(a); 34 U.S.C. § 12291(b)(2)

The regulatory citation raises significant concerns. Section 208.6(a) is a DHS regulation prohibiting disclosure of asylum and related applications without written consent. For example, if Cuba sought to review a respondent's asylum application, DHS cannot disclose it without the applicant's written consent. However, section 208.6(c) contains a specific exception "for the adjudication of asylum applications"—a broad carve-out that, when read in conjunction with the presumption of open hearings under 8 C.F.R. § 1003.27, does not support blanket redaction of docket information or closing all court hearings.

Similarly, 8 C.F.R. § 1208.6 is the EOIR disclosure regulation that mirrors section 208.6. It is notable (if not suspicious) that the posted signs cite the DHS regulation rather than EOIR's own applicable regulation.   More specifically, 8 CFR 1240.11(c)(3)(i) states "Evidentiary hearings on applications for asylum or withholding of removal will be open to the public **unless the alien expressly requests that the hearing be closed pursuant to § 1003.27 of this chapter. The immigration judge shall inquire whether the alien requests such closure.**"

Section 34 U.S.C. § 12291(b)(2) provides broad protections, but only for a narrowly defined category of VAWA cases. This statute explains the historical practice of redacting case information in the small number of proceedings where a domestic abuser could access the 800 number or website while their ex-partner was appearing in court. This is sound policy—the burden of restricting hearing notice information is outweighed by legitimate personal safety concerns.

The systemic application of these redaction policies to all pending asylum cases represents, in my view, a clear misapplication of the regulations and a departure from EOIR public policy favoring public and media access to court proceedings.

Court staff have expressed concerns about disruptive observer conduct, which may provide context for this policy shift. In a crude, but notable example, one person trying to go to observe court hearings had several dildos in his bag and was stopped by security.   With all the WNBA nonsense from earlier this year, staff are worried about have such objects thrown toward them. Nonetheless, security concerns do not justify blanket redaction policies unsupported by applicable regulations.

As to the 30-minute hearings, those most likely are pretermission hearings.  In September, the Board of Immigration of Appeals (BIA) issued a <u>decision</u> allowing for dismissing asylum hearings.  This follows a <u>Policy Memo</u> from April.   Historically, respondents have had a right to provide testimony on their application and there will be ongoing Circuit Court litigation as to how this practice squares with 8 CFR 1240.11(3)(iii) stating that a respondent "shall be examined under oath… and may be present evidence and witness…". That said, nothing in the new BIA case requires or allows closed hearings.

Ryan Wood
Principal Founding Partner

612-224-2888
<image002.png>
**Saint Paul I Washington DC I San Francisco**

**From:** Court Observation Project Coordinator <<u>courtobserver@umn.edu</u>>
**Date:** Wednesday, November 19, 2025 at 7:12 PM
**To:** Ryan Wood <<u>ryan@emeriti.law</u>>
**Subject:** Re: Me again...

Yes we'd love your detained analysis because we are in the process of figuring out if we need to litigate this lack of access. It is getting ridiculous. They are throwing spaghetti at the wall trying to justify closed hearings.

Amy Lange (she / her)
Immigration Court Observation Project Manager
The Advocates for Human Rights
<u>courtobserver@umn.edu</u>
<u>alange@advrights.org</u>
C: 612-281-4308

<PastedGraphic-1.png>

On Nov 19, 2025, at 7:10 PM, Ryan Wood <<u>ryan@emeriti.law</u>> wrote:

First, you had some great quotes in the Strib article yesterday. You too are famous now.

Those regulations do not apply. One is a DHS regulation that has a clear exception for adjudicating asylum applications. The other is for VAWA applications (which are very small in number).

I've done some detailed analysis of those sections that I can share with you if you want more details.  There is a strong presumption that asylum hearings are open under the regulations.

under the regulations.

Ryan Wood
Principal Founding Partner

612-224-2888
<Image.png>
**Saint Paul l Washington DC l San Francisco**

---

**From:** Court Observation Project Coordinator <courtobserver@umn.edu>
**Sent:** Wednesday, November 19, 2025 2:18:34 PM
**To:** Ryan Wood <ryan@emeriti.law>
**Subject:** Me again...

Hi Judge Wood,

I am writing with another question.  As you have seen in my reception weekly reports, we are being locked out of an increasing number of hearings.  Judge Miller and Judge Ivany frequently post a sign on their door saying:

> ## This courtroom is closed due to confidentiality issues related to the respondent's court proceeding.
>
> ## 8C.F.R. § 208.6(a); 34 U.S.C. 12291 (b) (2)

This is being done for master calendar dockets in addition to individual hearings, and now what seem to be 30 minute hearings to adjudicate DHS's motions to pretermit. Yesterday Judge Ivany posted the confidential sign on her door despite having let 30 respondents into the same room for non-detained master calendar hearings.  How is that confidential? Only observers are locked out.

This morning I got this message from an immigration attorney in Chicago:  *"Have you heard/run into the alleged new EOIR policy that court observers are no longer permitted in master calendar hearings? We've had an IJ in either Detroit or Memphis tell us that. I am wondering if you've heard anything about it.."*

I am wondering if you still have contact with any practicing IJs who who might verify/share or dispute that there is any such policy.
I'm also curious what you think of this.  Seems like Stephen Miller has found novel interpretations of federal regulations in addition to sections of the INA, again upending decades of precedent..

It's heartbreaking to see how quickly Ivany capitulated to authoritarianism.

Amy

Amy Lange (she / her)

Immigration Court Observation Project Manager
The Advocates for Human Rights
courtobserver@umn.edu
alange@advrights.org
C: 612-281-4308

<PastedGraphic-1.png>

# EXHIBIT B

CORE/3515279.0007/244176811.1

**From:** Ryan Wood ryan@emeriti.law
**Subject:** Re: Another question for the esteemed former ACIJ
**Date:** March 17, 2026 at 8:11 PM
**To:** Amy Lange, Immigration Court Observation, Project Manager courtobserver@umn.edu

Hi Amy,

Yes — that is a fundamental misunderstanding (or misstatement) of the law.  The regulation the government attorney cited contains an explicit carveout for exactly what was happening in that courtroom.

8 C.F.R. § 1208.6 governs confidentiality of asylum applications.  It prohibits DHS and EOIR from disclosing the existence of an application, or information contained in it, to third parties without the applicant's written consent.  The regulation is real.  But § 1208.6(c) expressly excepts 'the adjudication of the asylum application itself' from the confidentiality requirement.  A hearing before an immigration judge is, by definition, the adjudication of the asylum application.  The regulation does not apply.

To put it plainly:  § 1208.6 was designed to protect applicants from having DHS share their asylum claims with foreign governments or other third parties who could use that information to harm them.  It was never intended to close immigration courtrooms.

If the government actually wanted to close a hearing, there is a procedure for that — and this was not it.  Under 8 C.F.R. § 1003.27, immigration hearings are presumptively open to the public.  That presumption of openness exists primarily to protect the respondent — it is the respondent's option to invoke closure, not a tool available to the government.  If DHS believes confidentiality genuinely requires closing a hearing, the correct mechanism is 8 C.F.R. § 1003.46, which requires a motion and a specific factual showing sufficient to obtain a protective order from the judge.  A bare objection by a DHS attorney at the start of a hearing satisfies none of that.  It is not a motion.  It is not supported by any factual showing.  It does not meet the regulatory standard.  The fact that OPLA is not filing § 1003.46 motions — which would require them to make a specific, reviewable showing on the record — strongly suggests the § 1208.6 citation is pretextual rather than a good-faith legal position.

The written-waiver demand compounds the error.  The waiver mechanism in § 1208.6 applies when DHS wants to disclose asylum application information outside the adjudication — it has no application to an observer watching a public proceeding.  An observer is not receiving a 'disclosure' within the meaning of the regulation.  The hearing itself is the adjudication, which § 1208.6(c) expressly carves out.

As for next steps:  I would not put this on respondents' attorneys to litigate.  They are there to protect their clients, and asking them to make objections on observer access risks antagonizing the judge at their client's expense.  That is not a fair position to put them in on a detained docket.

The more useful course is to keep doing exactly what you are doing.  Document every instance — which OPLA attorney made the objection, what regulation or basis they cited, how the judge responded, and whether the objection appears to be coordinated across the docket.  That evidentiary record is the foundation of the access litigation.  The pattern you are documenting is the case.

For future situations where OPLA counsel cites § 1208.6, I would say the following:  'With respect, § 1208.6(c) expressly excepts the adjudication of the asylum application from the confidentiality requirement.  This hearing is that adjudication.  The regulation does not support excluding an observer.'

If the judge or government counsel pushes further, the observer can add:  'If the government seeks to close this hearing, the appropriate mechanism is a motion for a protective order under 8 C.F.R. § 1003.46.  A bare objection citing § 1208.6 does not satisfy that standard, and the presumption of openness under § 1003.27 exists to protect the respondent — not to provide the government a tool to exclude observers.'

I would welcome the opportunity to work more closely with Stinson on this.  Happy to connect whenever that makes sense.

Hope that makes sense.  Let me know if you have any more questions.

Respectfully,

Ryan


Ryan Wood

Principal Founding Partner


612-224-2888



**Saint Paul | Washington DC | San Francisco**

**From:** Amy Lange, Immigration Court Observation, Project Manager <courtobserver@umn.edu>

**Date:** Tuesday, March 17, 2026 at 4:51 PM
**To:** Ryan Wood <ryan@emeriti.law>
**Subject:** Another question for the esteemed former ACIJ

Me again,

I see Nick Scibelli has us both on speed dial.

As you saw in today's article, and as noted in my pro bono reports we are being shut out of the Webex hearings for the Somali rocket docket.

Judge Brisack in TX is the only one to ever let us in. But he closes the hearing if any party has an objection (and someone always does). Today it has become clear that OPLA is doing the objecting.

Here is the quote from the observer today

Judge Brisack explained that he has a policy that if either side objects to the presence of an observer, he will not allow the hearing to be observed. For this hearing, since there was an objection by the government attorney I would have to leave.

Robin Carr, the R's attorney, was sitting with a woman in a hijab who appeared to be Somali. There was another woman in a separate room who wore a hijab and appeared to be Somali. I'm not sure which one was R and if the second woman was a translator, a supporter/family member, or what.

After the judge said that I could not stay Ms. Carr said, "I want the observer to know that we would prefer to have a human rights observer present because of the way people of this nationality are being treated. It is the government attorney who objected."

The government attorney (male, did not see his name) said, "**Ok, if this is the way you want things to go." He then cited regulation 1208.6 that specifically requires that waivers of confidentiality be submitted in writing.**

Do you have any reaction to the comment by the DHS attorney. Do you know what *regulation 1208.6* is. Is this new, made up, utter BS? We watched scores of individual hearings on webex in the years since the pandemic and no one ever asked for a written waiver of confidentiality?

Amy

Amy Lange
Program Manager
Immigration Court Observation Project
The Advocates for Human Rights
courtobserver@umn.edu
alange@advrights.org
612-281-4308



# EXHIBIT C

CORE/3515279.0007/244176811.1

Content of AILA practice Alert May 14, 2026

Practice Alert: EOIR Targeting Pro Se Respondents for "Mega Master Calendar Hearings" As a heads up, on the 21st of this month the IJs are likely going to receive new orders to cram 60-100 people into masters, and some folks are already starting to see docket shifts. Acacia and other human rights groups and advocacy committees will be putting out socials and videos soon: "AILA members have reported that some immigration courts are scheduling more than 100 master calendar hearings at a time, primarily targeting pro se respondents. Court staff is verifying those present and providing a copy of form EOIR-33, Change of Address, while those not present are being issued in absentia orders of removal. If you have any additional information about your local court, please inform the EOIR Liaison Committee using the Report a Trend Form."

# EXHIBIT 20

# Declaration of Zoe Martens

CORE/3515279.0007/244176811.1

| STATE OF MINNESOTA | ) | Declaration of |
| CITY OF MINNEAPOLIS | ) | ZOE MARTENS |
| COUNTY OF HENNEPIN | ) | |

I, ZOE MARTENS, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Zoe Martens. I reside at 2516 Dupont Ave S. Apartment 2 in Minneapolis, MN 55405. I write this declaration based on my personal knowledge.

2. I began working at the Advocates for Human Rights (AHR) as Policy Manager on the Immigration Court Observation Project (ICOP) on March 23, 2026. I chose this role because I believe that all government functions should be transparent to the public. Immigration proceedings are high stakes for respondents, and I believe that the public has an interest in understanding these proceedings and ensuring that respondents are afforded basic due process protections.

3. As part of my role, I manage the data that immigration court observation volunteers collect. The following is my analysis of data collected by observers from February 1, 2026 to May 22, 2026 regarding issues that prevented observer access to in-person hearings. I analyzed this data to estimate the frequency and scope of access issues that ICOP observers experienced immediately prior to filing suit in March 2026 and in the months that followed. I chose May 22, 2026 as a cut off for data analysis to provide as recent of data as I could while still giving myself time to prepare the data for this declaration. I also included 2 months from 2025 (June and October) as a small sample to show that these issues have been consistent since 2025.

4. I used this data to estimate the frequency and scope of access barriers that prevent volunteers from observing in-person hearings at the Fort Snelling Immigration Court. There are 5 courtrooms at the Fort Snelling Court. Some days they are all in use by a Judge (there are 6 immigration judges at Fort Snelling as of this writing) and other days, only 3 or 4 are in use.

5. There are four principal categories of hearing types (dockets): detained master calendar hearings (initial hearings before going into the merits of the case, various respondents scheduled at the same time), non-detained master calendar hearings, detained individual/merit hearings (only one case in the courtroom, going into the merits of their case) and non-detained individual/merit hearings.

6. We schedule volunteers for three out of the four main categories of dockets: detained master calendar hearings, non-detained master calendar hearings, and detained merit hearings. We aim to observe every hearing we can in those three categories. We track detained master calendar cases on an individual basis by A-number ("Alien number"- the number that corresponds to each respondent). Staff uses publicly available information such as the EOIR Automated Case Information website to track when each respondent will have their next case, and we schedule an observer. In contrast, we do not schedule observers for the non-detained merit hearings at this time because we do not track these cases at an individual level and have no way of knowing when these hearings will occur ahead of time.

8. We ask our volunteers to document key information about each hearing and to report to us when there are barriers to attending a hearing. This could mean they are entirely unable to observe a hearing or they are let in late to a hearing and miss part of it. When there are barriers to observation, we ask volunteers to provide as much detail as they can about if reasons were given. We have found that often, the reason for the closure is not clear and/or not explained to the observer. Observers report these issues to project staff in various ways, including sending us a text or email and written on the documentation forms they fill out as part of the court observation role.

9. I checked the various data sources where this information might be (ie data software where we upload documentation forms and various Excel documents where we compile comments sent to us by observers by text or email). I compiled the information into one spreadsheet that lists each count of a "court access issue" as categorized by date of issue and courtroom where it occurred. This is to estimate the scope of access issues in addition to the frequency. For example, there are some days where there was an access issue in only one judge's courtroom and other days where there was an access issue in two or more courtrooms.

10. We considered an event an "access issue" if:

- The observer was not allowed to observe a Webex hearing (note: this is different from Webex dockets where the entire docket is with an out of state judge so it is impossible for the observer to observe in person. A Webex hearing refers to an in-person docket, but the judge fits in one virtual case before they start with in-person cases. This typically happens on the non-detained Master calendar docket- before the judge brings in the respondents who are waiting for the courtroom, they may have one virtual hearing scheduled, usually with a respondent who is out of state but still on that judge's docket.)

- The hearing started before its posted start time, so the observer missed part of the hearing, causing them to miss information essential to tracking a case (ie Respondent's name, A number) or causing them to miss the entire first hearing(s).
- The door was locked and no one would open it, causing the observer to miss part of a hearing, all of a hearing or multiple hearings (examples include the court guard refused to open door, the court filing window refused to call the judge or court clerk to request the ability to open the door, or the guard or court clerk says they can't open the door but no further reason is given).
- The door was locked and there was a sign on the door stating closure (signs include those that state no entry is permitted until an official recess and those that state that the Respondent has requested a closed hearing and no one is permitted to enter. Please note, observers have seen court clerks place the latter sign on the outside of the door *after* admitting observers into the courtroom and then locking it.)
  - For example, on April 21, 2026, an observer reported to staff: "Sign posted that said 'Court is now in session. The respondent has requested a closed hearing. Please do not enter.' Except for the 8 am case on the docket, I was present for all the cases heard this morning. No respondent requested that the courtroom be closed to observers. In fact, no respondent was asked this question."
  - On April 30, 2026, an observer noted the same thing. "The sign reads 'Court is now in session. The respondent has requested a closed hearing. Please do not enter.' It was on the door even when the non-detained respondents and several observers were led in- and is there now even though I know at least 2 observers are in there right now."
- The observer was kicked out of the courtroom after being admitted because the judge decides the hearing is closed (please note for clarity, not kicked out due to any disturbance caused) This causes them to miss one or more cases (this often happens when the judge is going over no-shows in a non-detained master calendar hearing and is ordering people removed in abstentia.)
- There are blanket closures (examples: all courtrooms closed to all observers on a certain day or blanket statement made like "all merits hearings are closed to observers today"/"all master calendar hearings are closed to observers today)

11. We did *not* count the cases where it was clearly the Respondent/Respondent's attorney who asked for the hearing to be closed or it was a VAWA (Violence Against Women Act) case, which are legitimate closures. We also did *not* count cases where the sole reason for the closure was that the courtroom was full and our observers agreed there was

legitimately not room (only pertains to non-detained master calendar hearings cases because there can be many respondents there in person at once).

12. As seen below, I calculated the number of days each month where there were access issues causing observers to miss part of or all of at least one hearing. I calculated the number of days where these issues occurred in one courtroom and the number of days where these issues occurred in two or more courtrooms.

13. I chose this methodology because I could not accurately quantify the number or percentage of hearings missed. We have no reliable way to know how many hearings we missed due to access issues because we cannot know how many hearings we were not allowed in to. Observers check the posted docket each morning which gives us an idea of the number of cases each judge is supposed to hear. However, we routinely find out about cases being held that were never posted on the docket, which makes it an unreliable denominator (example: unposted Webex hearings held prior to 8:30 am in-person courtroom start time). Further, when we find discrepancies between the number of cases posted and number of cases we observed, we have no way of knowing if we missed cases due to a reason other than being denied access (ie Respondent got a continuance or change of venue granted). Therefore, we think this is the most accurate estimate of the frequency and scope of access issues that our volunteers have experienced in the last four months.

**14. June 2025 (2025 Sample Part 1)**

- There were 5 days where there were access issues in 1 courtroom and 6 days where there were access issues in 2 or more courtrooms (total of 11 days with access issues out of 21 weekdays that month or 52% of days).
    - o 8 counts of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket*
    - o 7 counts of locked door**
    - o 1 count of closure sign
    - o 3 counts of blanket closures

*Methodology Note: There may be multiple access issues on any given day, so the total number of issues counted across all categories will likely exceed the number of days with access issues.

**Methodology Note: "Locked door" is likely an undercount as the door is usually locked when any of these other issues are present, but we only counted the cases where the observer affirmatively reported the door was locked in this category. Other categories are

likely an undercount too, such as the closure sign on the door, as the sign is likely posted more often than the times that volunteers affirmatively report that to staff.

## 15. October 2025 (2025 Sample Part 2)

- There were 8 days where there were access issues in 1 courtroom and 8 days where there were access issues in 2 or more courtrooms (total of 16 days with access issues out of 23 weekdays that month or 70% of days).
    - o 4 counts of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket
    - o 18 counts of locked door
    - o 2 counts of closure sign
    - o 3 counts of blanket closures
    - o 2 counts of made to leave the hearing

## 16. February 2026

- There were 10 days where there were access issues in 1 courtroom and 2 days where there were access issues in 2 or more courtrooms (total of 12 days with access issues out of 20 weekdays that month or 60% of days)
    - o 1 count of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket
    - o 6 counts of locked door
    - o 3 counts of closure sign
    - o 3 counts of made to leave the hearing

## 17. March 2026

- There were 14 days where there were access issues in 1 courtroom and 3 days where there were access issues in 2 or more courtrooms (total of 17 days with access issues out of 22 weekdays that month or 77% of days)
    - o 1 count of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket
    - o 7 counts of locked door
    - o 4 counts of closure sign
    - o 6 counts of made to leave the hearing

## 18. April 2026

- There were 7 days where there were access issues in 1 courtroom and 6 days where there were access issues in 2 or more courtrooms (total of 13 days with access issues out of 22 weekdays that month or 59% of days)
  - o  8 counts of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket
  - o  7 counts of locked door
  - o  2 counts of closure sign

**19. May 2026 (May 1-22)**

- There were 5 days where there were access issues in 1 courtroom and 2 days where there were access issues in 2 or more courtrooms (total of 7 days with access issues out of the 16 weekdays between May 1 and 22 or 44% of days).
  - o  3 counts of hearing started before posted time and/or unable to observe an unposted Webex hearing at beginning of docket
  - o  6 counts of locked door
  - o  2 counts of closure sign
  - o  4 counts of made to leave the hearing

20. Based on my personal experience at the Fort Snelling Immigration Court observing hearings and assisting court observation volunteers as well as my work compiling and analyzing ICOP data, I have seen that there is a presumption of locked doors and closed hearings in most courtrooms. Further, no reason for closure is given in the vast majority of cases.

21. I believe these access issues will continue because ICOP has seen them consistently throughout the past 14 months. I am also aware that similar issues are occurring in other parts of the country due to my participation in virtual national convenings of court observers.

22. These access issues impact my work as Policy Manager for ICOP as I seek to gather information about policy changes, the application of immigration case law, and other significant changes. It is difficult to get quality information when observers are locked out of hearings altogether or are allowed in late and miss key information like A numbers that allow us to track the life of a case. These issues also impact me as a concerned member of the public of the belief that the government should not conduct immigration proceedings in secret.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____    6/2/2026

Signature                          Date

# EXHIBIT 21

# Declaration of Anne Klueh

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA    )

    )                               Declaration of

CITY OF SAINT PAUL    )                              Anne Klueh

I, Anne Klueh, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Anne Klueh. I reside at 599 Pascal St. N in St. Paul, Minnesota. I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with The Advocates for Human Rights since August 2025. Based on my readings of news reports I began my volunteer experience out of concern that immigrants were not being granted due process in the immigration courts. I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange.

3. I have attended approximately 34 observation shifts. My shifts generally range from 2-3 hours. I have observed hearings in person at the Fort Snelling Court on 19 days since starting as a volunteer. I have observed or attempted to observe on Webex on 14 days; these have been for MN hearings that have been assigned to judges out of Minnesota.

4. At the Fort Snelling court I have observed non-detained master calendar hearings. I may observe anywhere from 3-13 hearings on a shift. These hearings are for a combination of adults and families.

5. I have been admitted to the courtroom late on a number of occasions. I have missed master calendar hearings. I know this happened on January 7, 2026. On January 20, 2026, I was told I would be let in when the in-person respondents were called. I may have missed hearings that the judge conducted on Webex before I was admitted. Because I wasn't admitted to the courtroom right at 8:30 I do not know if I missed any hearings.

6. I also signed up once for volunteer shift to copy the dockets. My primary responsibility on this shift is to contact the staff at The Advocates for Human Rights to let them know what is posted so they can reassign volunteer observers if needed. This seemed especially important to do when we started seeing a lot of Somali people being assigned to judges from other states and those hearings could only be observed on Webex.

7. Whenever I arrive at court, I always check the dockets that are posted on the wall. The docket cases indicate which judge is in which courtroom and lists all the cases assigned to them for the day. There is usually also a sign in the docket case. I have seen days where there are judge names posted without actual dockets. I have also seen many days where there are multiple judges with posted Webex-Only dockets.

8. I began Webex observations in March after learning these were primarily for Minnesota Somali immigrants in Minnesota but were being heard by judges in Texas. Due to the often disparaging remarks made by US government officials about Somalis I was especially worried that these respondents would not be given a fair hearing in court. Sometimes when I have signed up for Webex shifts as a volunteer observer, it turns out there are no hearings for that judge scheduled. I have been told by The Advocates for Human Rights' program staff that they don't know when these hearings will be scheduled. I expect on any day that I sign up I may get a message, once volunteers can see dockets at court, that there are no hearings for the judge I signed up to observe on Webex.

9. There were 9 days where I logged onto Webex for remote observation shifts for which The Advocates' staff could confirm the judge's names were posted at the Fort Snelling Court as having Webex dockets.

10. On March 5, I logged into Judge Chris Brisack's Texas courtroom for an 8:00 hearing using his Webex link. I was admitted and I was asked to leave the hearing. His exact wording was, "There is an objection to your observing, so I am not letting you in". I disconnected.

11. After disconnecting I informed Amy Lange, at The Advocates and she asked me to log on to Judge Abdias Tida in Texas. I was told he had 22 master calendar hearings for Somali respondents in Minnesota. I waited over 90 minutes and was never let in. The 'waiting in the lobby' numbers fluctuated up and down which seems to indicate hearings were taking place.

12. On March 9, 2026, I logged at 8:15 am on to Judge Tida's Webex for master calendar hearings. I expected his cases to begin at 8:30 am. There were nationwide Webex problems that day and I was unable to connect. I just kept getting that spinning icon. Finally, at 8:50 I got into Judge Tida's Webex waiting room. I stayed logged on until 10:35 am. Once again there was no courtesy of letting me know I would not be let in from Judge Tida's courtroom. The waiting room numbers fluctuated so hearings likely were happening. After logging off, I confirmed with Amy Lange that Judge Tida 23 master calendar hearings scheduled that morning. I was given no reason for not being admitted at all.

13. On March 17, 2025, I was again signed up for Judge Tida's virtual courtroom. I logged on at 8:00. I

waited 2 and a half hours. I was never admitted or acknowledged. I saw the numbers in the waiting room go up and down. There was no one listed as waiting for the last 30 minutes or so before I disconnected.

14. On March 25, 2026, I logged into Judge Brisack's courtroom for an 8:00 hearing using his Webex link. Judge Brisack asked me to unmute and then told me that he'd asked the respondent if there were any objections to having an observer present. He reported that the respondent did not object. He said the government objected. He then said "My policy is to not allow observers if either party objects. Please disconnect". I simply thanked him for letting me know and disconnected.

15. After disconnecting I informed Amy Lange, at The Advocates and she asked me to log on to Judge Andrew Caborn's Webex. Amy told me Judge Caborn, in Texas, was listed along with other judges in the docket cases at the Fort Snelling court, and that none of the Webex-only judges had actual dockets posted that day. The hearing type was listed. I was told Judge Caborn was listed as having master calendar hearings that day. I logged into Judge Caborn's Webex at 8:48 am. I was never admitted or acknowledged. I disconnected at 10:23 am.

16. One March 26, 2026, I was signed up to observe Judge Brisack. I logged on at approximately 7:45 am. At 8:07, Judge Brisack asked me to disconnect. He said both parties objected to my observing. I immediately contacted Amy Lange and she told me this was another day that had judges listed and hearing types, but no actual list of cases. She again asked me to log onto Judge Caborn's Webex as he was listed as having master calendar hearings. I logged on approximately 8:30. I was never admitted or acknowledged. I disconnected at 9:06 am.

17. On March 31, 2026, I was again signed up for a Webex shift. This was for Judge Abdias Tida in Texas. He had an 8:30 individual merit hearing for a respondent in Minnesota. I logged in approximately 8:15 am. I was neither let in or acknowledged. I logged off when Judge Tida's Webex screen just closed shortly before 10:00.

18. On April 1, 2026, I logged on to Webex for an 8:30 hearing with Judge Caborn. I was never let in or acknowledged. I stayed logged in for at least 30 minutes before disconnecting.

19. On April 10, I logged on to Webex for an 8:30 individual merit hearing with Judge Tida. There were obvious comings and goings in the waiting room, starting at about 8:20, but, as usual, I was ignored. I logged out of the waiting room after 90 minutes.

20. On April 29, 2028, I logged on to Webex at approximated 7:45 for an 8:00 hearing with Judge Brisack. Shortly after 8:00 Judge Brisack let me know that the case was continued, "and that's all I'm going to say", so I disconnected.

21. As part of my involvement in The Advocates' Court Observation Project, I often attend the weekly and monthly volunteer engagement events. Observers have frequently discussed similar experiences of not being admitted to Webex hearings or having unexplained closures of in-person hearings at the Fort Snelling court.

22. I have spoken to my project manager and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

*anne Kluch*

Signature

5/29/2026

Date

# EXHIBIT 22

# Declaration of Leslie MacKenzie

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA                    )

                                                   Declaration of

CITY OF MARINE ON ST. CROIX      )          LESLIE MACKENZIE

COUNTY OF WASHINGTON            )

I, LESLIE MACKENZIE, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Leslie MacKenzie.  I reside at 360 Pratt Street, Marine on St. Croix, MN 55047.  I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with The Advocates for Human Rights since approximately March 2026. I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange.

3.  I was interested in doing this work because I care deeply for the immigrants I have worked with in the farming community and because of my past volunteer work with the Center for Victims of Torture. I am not a lawyer, but I have worked around the legal system since 2005. I believe the American legal system to be among the best in the world in terms of integrity and transparency. Despite changes that have taken place under the current administration, I hope that our courts continue to uphold the highest standards.

4.  I have attended approximately 9 observation shifts since I began volunteering. My shifts range from 1-2 hours. I have mostly observed Webex merit hearings, which have mostly been MN hearings that have been assigned to judges out of Minnesota.

5.  There have been times I have not been allowed to observe Webex hearings. This is an issue because there is no way to observe these hearings in person. The judges are out of state, and the respondents are in Minnesota, so they are only held on Webex.

6.  On May 18 and 20, 2026, I was scheduled for a 1 pm merit hearing with Judge Brisack on Webex. Judge Brisack briefly allowed me into the Webex room to tell me the DHS attorney objected to my presence, and the other parties did not. I had to leave due to the DHS objection. I did not get any information as to the grounds of the objection.

7.  On May 26, 2026, I was scheduled for a 10:30 am merit hearing with Judge Burns on Webex. I was allowed into the room. The judge asked the respondent if he was okay having an observer present, or if he wanted a closed hearing. The respondent said it was okay. The judge asked again if it was okay to have an observer. The respondent asked who the observer was, and the judge said he didn't know: "People just like to call in and watch these hearings." I was not allowed to state who I was. The respondent then said no.

8.  On May 27, 2026, at a 10:30 am merit hearing on Webex, Judge Carbone asked who I was. I told her that I was with The Advocates for Human Rights. The respondent then told her it was okay for me to observe. I believe hearing my affiliation, rather than suggesting I am just

a random person who likes to listen in, provided a measure of credibility to me and comfort to the respondent.

9. On May 28, 2026, I was scheduled for a 1:00 pm merit hearing with Judge Caborn on Webex. I was kept in the Webex lobby and never allowed into the hearing. I received no explanation for not being permitted to attend.

10. I have spoken to my project manager and I understand that these experiences are common amongst court observers in our area, as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____    6/2/26    _____

Signature                                                           Date

# EXHIBIT 23

# Declaration of Marily Knieriemen

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA                    )

                                                    Declaration of

CITY OF ST. PAUL                    )                    MARILY KNIERIEMEN

COUNTY OF RAMSEY                    )


I, MARILY KNIERIEMEN, swear under penalty of perjury the following to be true and correct to the best of my knowledge.


1.  My name is Marily Knieriemen.  I reside at 2285 Stewart Ave., Apt 2324, Saint Paul, Minnesota 55116.  I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with The Advocates for Human Rights since June 2025. I choose to volunteer with the project because of my firm belief in the importance of an open and transparent court system as well as the need to ensure that what takes place in Immigration Court is well documented. This is particularly important in a context where immigrants are too often demonized by people in authority. Prior to starting, I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange, who also mentored me during my first court observation. I have since participated in at least two other trainings organized by the Program Manager.

3.  I have attended approximately 29 observation shifts in 2025 and 23 thus far in 2026. My shifts generally range from 2-3 hours. I have observed hearings in person at the Fort Snelling Court and have attempted to observe hearings on Webex for Minnesota cases that were assigned to judges outside of Minnesota.

4.  I have observed and documented non-detained master calendar hearings, detained master calendar hearings, and merit hearings. I have also done lobby shifts that include writing docket information to help the project track schedules and know when to schedule observers. For court shifts, I may observe anywhere from 3-13 hearings on a shift. These hearings are usually for both adults and families.

5.  I am writing this declaration to supplement my previous declaration filed on March 12, 2026. In that declaration, I described access issues I encountered between September and November 2025. Since that declaration, access issues have continued. I began to sign up for Webex shifts when the project realized that some Minnesota cases were being assigned to out of state judges and taking place on Webex only. I have faced access issues on Webex as well.

6.  On March 3, 2026, I was scheduled to observe hearings on Webex with Judge Caborn at 1:00 pm. At 1:03, five other people waiting in the virtual lobby were admitted into the hearing but I was not. I did not receive any explanation why I was not admitted.

7.  Also on March 3, 2026, I was asked to observe hearings on Webex with Judge Carbone at 2 pm. The docket listed 12 people scheduled for non-detained master calendar hearings. I

waited in the virtual lobby from 2 to 3 pm and was never let in. I assume I missed all 12 hearings. Again, I did not receive any explanation as to why I was not admitted.

8. On March 16, 2026, I was scheduled to observe hearings on Webex with Judge Philip Taylor at 1 pm. At 1:10 pm, I was admitted into the courtroom but after a very brief time, somebody said "we've got to clear people out" and I was then disconnected. There was a message on the screen saying "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in". At 2:30, the screen said that "The meeting has ended." Again, I did not receive any explanation as to why I was not admitted.

9. As part of my involvement in The Advocates' Court Observation Project, I sometimes have the opportunity to speak with other observers while we are waiting in the court lobby. I also attend volunteer engagement events organized by the project. Through these occasions, I have learned of other observers' experiences of not being admitted to Webex hearings or having unexplained closures of in-person hearings at the Fort Snelling court.

10. I have spoken to my project manager and other observers, and I understand that these experiences are common amongst court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

_____
June 2, 2026
Date

# EXHIBIT 24

# Declaration of Mary Williams

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA                )

                                                     Declaration of

CITY OF MINNEAPOLIS              )                MARY WILLIAMS

COUNTY OF HENNEPIN              )

I, MARY WILLIAMS, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Mary Williams.  I reside at 3612 East 55th Street, Minneapolis, MN 55417.  I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with The Advocates for Human Rights since approximately January 2025.  I became interested in this program because I believe no human being is illegal and all people have the right to be treated humanely and with dignity. I felt volunteering with the project was a valuable way to bear witness to the injustices that were occurring in Immigration court.  I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange.

3.  I have attended approximately 61 observation shifts in 2025 and 26 observation shifts thus far in 2026. My shifts generally range from 2-3 hours. I have observed detained master calendar hearings, non-detained master calendar hearings, and merit hearings. I have also done lobby shifts where I hand write docket information to help the project track schedules and know when to schedule observers. On court shifts, I may observe anywhere from 3-13 hearings on a shift. These hearings are for a combination of adults and families.

4.  I have faced access issues on a number of occasions since starting to volunteer.  In Spring 2025, I started to hear from volunteers from other organizations that they were not being allowed to enter courtrooms unless they had name badges and "training."  Then, the court observers from the Advocates for Human Rights' observation project also began to experience access issues.  For example, court staff removed chairs for volunteers to sit in and guards started to tell volunteers to stay in the waiting room and not to go into the lobby.

5.  This year, there were multiple instances of access problems that prevented court observation . On the afternoon of March 30, 2026, I was scheduled for detained master calendar hearings with Judge Mazzie. Myself and other scheduled observers were locked out of at least one hearing and I'm not sure why. Before the last case was heard, the judge said court was adjourned for the day and the door would    be locked, and we had to leave.  There was one case left on the docket.

6.  On February 10, 2026, I was scheduled to observe non-detained master calendar hearings with Judge Ivany.  I was not allowed to enter at 1:30 pm when the hearings started. The guard said the court was closed for a "private hearing." No other explanation was given and I never heard anything from the judge. At around 2:30, the courtroom opened and I started to enter with respondents. The clerk stopped me at the door and said, "the Judge wants

# EXHIBIT 24

# Declaration of Mary Williams

CORE/3515279.0007/244176811.1

observers on the front benches only and they are full, so you can't enter." I saw room on the front bench and in other spots in the room. However, I complied with the clerk, exited and waited in the lobby for about 15 minutes. Then the courtroom was cleared out for "technical issues" and when it re-opened, I was allowed to enter.

7.  Most recently, on April 30, 2026, I was scheduled to observe Judge Sardelli's non-detained merit hearings. The afternoon hearings started at 1:30 pm. Unfortunately, I could not get into the court until around 2:30 pm. I tried to enter with the interpreter at 1:30 pm but the guard told me to wait until the judge called to say observers could enter. I waited a few minutes and went to the court filing window. Jim said I could enter if the door was unlocked and the guard said the door was still locked so I couldn't enter. I could hear proceedings going on in the courtroom. At 2:30 pm a family was brought in and I walked behind them and no one stopped me. There were five cases on the docket and I missed the first two because the door was locked. I didn't see any respondents go in at 1:30, so I assume that the first hearing(s) were held on Webex. I was never told the hearings were closed- rather the door was just locked and everyone I asked refused to open it. I have seen and heard about this dynamic before- the guard says ask the filing window clerk, the filing window says ask the guard, and no one opens the door.

8.  As part of my involvement in The Advocates' Court Observation Project, I often attend the weekly and monthly volunteer engagement events. Observers have frequently discussed similar experiences of having unexplained closures of in -person hearings at the Fort Snelling court.

9.  I have spoken to my project manager and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_Mary E. Williams_
Signature

_June 2nd 2026_
Date

# EXHIBIT 25

# Declaration of Zoe Lytle

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA )

Declaration of

CITY OF MINNEAPOLIS )

ZOË LYTLE

COUNTY OF HENNEPIN )

I, ZOË LYTLE, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Zoë Lytle. I reside at 3715 45th Ave S., Minneapolis, MN 55406. I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with The Advocates for Human Rights since approximately December 2025. I was concerned about the increasingly violent and dehumanizing rhetoric coming from the media and various government officials regarding immigrants and their attempts to simply live and work in this country. It felt like this court observation work would allow me to help advocate for the just treatment of immigrants and their families, and as well as get a better understanding of what felt like a very mysterious and intimidating legal process. I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange.

3. I have attended approximately 11 observation shifts so far this year. My shifts generally range from 2-3 hours. I have observed hearings in person at the Fort Snelling Court on 11 days since starting as a volunteer.

4. At the Fort Snelling Court I have observed non-detained master calendar hearings and detained master calendar hearings. I have also done lobby shifts where I hand write docket information to help the project track schedules and know when to schedule observers. On court shifts, I may observe anywhere from 3-13 hearings on a shift. These hearings are for a combination of adults and families.

5. On April 30, 2026, I was observing detained master calendar hearings with Judge Ivany at the Fort Snelling Court. I observed 2 hearings and then was asked to step out for the third to give the respondent some privacy with their lawyer. The respondent had several mental health concerns that warranted a court-appointed lawyer, and had been ignoring calls from that lawyer. The lawyer, with the help of Judge Ivany, had arranged this hearing in order to speak to the respondent, and as a result everyone – including Judge Ivany, the DHS lawyer, the court clerk, and myself, but excluding a court interpreter – left the room for around 30 minutes.

6. I left the courtroom to go to the lobby until the next hearing began. I saw a sign posted on Judge Mazzie's courtroom door that said: "Court is in session. The respondent has requested a closed hearing. Please do not enter."

7. I noticed the sign was posted even though I had seen several non-detained respondents and observers be led in. I knew that there were at least 2 observers inside the courtroom, and while I was sitting there several non-detained respondents opened the door and left,

marking the ends of their hearings. I thought the Judge must put that sign on the door whenever court is in session, regardless of whether the Respondent actually requested a closed hearing.

8. I believe this is a tactic to deny observer access to hearings. The sign serves to block people from entering and there is no opportunity to hear from the judge why the hearing is being closed. The sign erodes trust in the court system because it says the respondent requested a closed hearing, but myself and other observers have seen the sign used when the respondent did not request a closed hearing.

9. On May 11, 2026, I was observing in the lobby of the immigration court, hand writing the dockets for the day and helping court observers get organized. I observed as court got started for the day, and noted that Judge Mazzie started with a statement, announced via the security officer in the lobby, that "only respondents and lawyers" were allowed in the courtroom at the 8am start time of her non-detained docket. This excluded an observer who told the security guard that one of the lawyers had requested her presence.

10. At 8:40am, Judge Mazzie came out to the lobby to say others could enter the courtroom, and two observers entered the room. No reason was given for starting the docket without observers.

11. As part of my involvement in The Advocates' Court Observation Project, I often attend volunteer engagement events. Observers have frequently discussed similar experiences regarding closure signs and have also seen the sign on the door even when observers are allowed in.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.


_____

Signature

06/04/2026

_____

Date

# EXHIBIT 26

# Declaration of Mary Lambert

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA        )

                                                    Declaration of

CITY OF WOODBURY          )            MARY LAMBERT

COUNTY OF WASHINGTON   )

I, MARY LAMBERT, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Mary Lambert. I reside at 774 Aspen Court, Woodbury. MN 55125. I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with The Advocates for Human Rights since approximately May 2025. I became involved with this organization as a volunteer because I wanted to advocate for immigrants, and ensure their rights are not being violated in Immigration Court. I was trained by the Program Manager of the Immigration Court Observation Project, Amy Lange.

3.  I have attended approximately 16 observation shifts in 2025 and 10 thus far in 2026. My shifts generally range from 2-3 hours. I have observed hearings in person at the Fort Snelling Court and on Webex for Minnesota cases that have been assigned to judges outside of Minnesota.

4.  I have observed non-detained master calendar hearings, detained master calendar hearings, and merit hearings. I may observe anywhere from 3-13 hearings on a shift. These hearings are for a combination of adults and families.

5.  I am writing this declaration to supplement my previous declaration filed on March 12, 2026. In my previous declaration, I highlighted an access problem I experienced in February 2026. Since this declaration, I have been blocked from more hearings. This has happened both in-person at the Fort Snelling court and on Webex regarding Minnesota cases assigned to out of state judges.

6.  On April 27, 2026, I was scheduled to observe a merit hearing with Judge Brisack on Webex at 8 am. I logged on at 7:45 am. By 8:04, there were 5 other people in the virtual lobby- they were let in and I remained in the lobby. At about 8:09 I was let into the meeting. The judge asked if I could hear him, I said yes. The judge said there was an objection by the government to having an observer, but not by the respondent. So he said he would not allow me to observe. I acknowledged him and he moved me to the lobby.

7.  On April 29, 2026, I was scheduled to observe detained master calendar hearings in person with Judge Carr at 8:30 am. Myself and one other observer waited to get in. At 8:25, my fellow observer checked the door- there was no audible sound in the courtroom and it was locked. At 8:30 we checked again, and it was locked. My fellow observer asked the guard and he said it was locked and he didn't get a call yet from the judge to open it. At 9:00, my fellow observer listened at the door and could hear sound in the courtroom. He asked the guard again, who said he hadn't been notified by the judge to open the door. The guard

asked the person at the window about opening the door; the person at the window told the guard to open the door. He opened the door, and court was underway. There were 9 cases listed with an 8:30 starting time on the docket. We heard 5 cases, so I assume we missed the first 4 cases that were heard.

8. As part of my involvement in The Advocates' Court Observation Project, I often attend volunteer engagement events. Observers have frequently discussed similar experiences of not being admitted to Webex hearings or having unexplained closures of in-person hearings at the Fort Snelling court.

9. I have spoken to my project manager and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.


_Mary Lambert_

Signature

_6/3/26_

Date

# EXHIBIT 27

# Declaration of Katrina Bleckley

## DECLARATION OF KATRINA BLECKLEY

1. My name is Katrina Bleckley and I am an attorney licensed to practice law in the State of California with State Bar Number 281677. I have worked as an attorney in immigration court cases since 2017. I write this declaration for the *Advocates for Human Rights v. Bondi et al* litigation regarding public access to the immigration courts.

2. I am aware of at least one case that underscores the pattern that has been raised by Plaintiffs in the case. I represent a family in removal proceedings in front of the immigration court in Santa Ana, CA. A journalist from *The Guardian* has been following my clients' case and wanted to observe my clients' Master Calendar Hearing on March 6, 2026, via WebEx. My clients and I approved of the journalist's presence.

3. Immigration Judge Anita McFadden told us that the journalist could not be present via WebEx without a written waiver because "the regulations require it." She then immediately put both the journalist and I back in the WebEx waiting room, where we had already been waiting for several hours to be called. The Department of Homeland Security did not make a motion to close the case. The judge did not make a ruling orally or in writing about why the case was closed. I filed a brief letter stating that my clients and I approved of the journalist's attendance via the immigration court's online filing system. By the time the judge admitted me to the WebEx hearing again, more than a half hour later, the journalist had to log off to attend to other matters.

4. The journalist wanted to observe the next Master Calendar Hearing on March 19, 2026, so, in anticipation, I filed the same brief letter confirming that my clients and I approved of the journalist's presence in advance of the hearing. The judge initially refused to admit the journalist to the WebEx and admonished me for bringing a journalist to one of her hearings. Eventually, the journalist was admitted, but with significant delay again.

5. At the conclusion of the Master Calendar Hearing, I told the judge that the journalist and possibly other members of the public would be attending my clients' Individual Hearing on August 3, 2026, and would be there in person. The judge said that the observers would not be permitted unless I filed a letter signed by my client approving their presence.

6.  Based on what was discussed in these Master Calendar Hearings, I do not believe any of the bases for closure contained in the regulations would apply or that there was reason for the court to be closed.  The respondent did not have privacy or security concerns in their case beyond those that would normally be expected to arise. These were Master Calendar Hearings, so they would only have covered procedural matters. DHS did not raise any national security concerns, and I am not aware that any would exist based on my knowledge of the facts of the case.

7.  That case involved full removal proceedings; it was not an exclusion proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date:  April 20, 2026                    Signature: _____

                                                    Katrina Bleckley

# EXHIBIT 28

# Declaration of Kimberly Boche

**DECLARATION OF KIMBERLY BOCHE**

I, Kimberly Boche, declare the following is true and accurate to the best of my knowledge and recollection.

1. I am an attorney with The Advocates for Human Rights and have represented individuals in immigration court proceedings since 2021. I submit this declaration in support of Advocates for Human Rights v. Bondi et al., regarding public access to immigration court proceedings.

2. On October 14, 2026, I represented a respondent, P.R.R., a citizen of Guatemala, in removal proceedings in Immigration Court. The merits hearing in this matter was scheduled for 1:30 p.m. in Courtroom 5.

3. Prior to the hearing, representatives from a court observation project sought to observe the proceeding. My client affirmatively consented to the presence of observers, and I explicitly informed the court that observers and members of the public were permitted to attend.

4. In a later email an observer told me that at approximately 1:25 p.m., they asked court staff whether Courtroom 5 at Fort Snelling Immigration Court was open for the merits hearing. The observer informed me that court staff told them it was "not yet" open and that they did not think it would be. A security guard subsequently unlocked the courtroom door for DHS personnel only, while observers were prevented from entering.

1

CORE/3515279.0007/243754214.2

5. When the hearing proceeded, observers were excluded from the courtroom. Neither DHS nor I made a motion to close the hearing, and I don't remember DHS raising any concerns related to privacy, national security, or law enforcement sensitivity.

6. The Immigration Judge did not issue an oral or written ruling explaining the basis for closing the courtroom or excluding the public. No specific justification for closure was stated on the record.

7. Based on my knowledge of the case and what was discussed at the hearing, none of the regulatory bases for courtroom closure applied. The case involved standard removal proceedings and did not present unusual privacy, safety, or security concerns beyond those ordinarily present in immigration court.

8. My client did not express any privacy or safety concerns that would warrant closure of the hearing and remained willing to proceed with observers present. I have omitted personally identifying information for detainee safety and privacy.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

/s/ Kimberly Boche

Dated: April 20, 2026    KIMBERLY BOCHE

The Advocates for Human Rights
330 Second Ave. S, Suite 800
Minneapolis, MN 55401
612-746-4673
kboche@advrights.org

2

CORE/3515279.0007/243754214.2

# EXHIBIT 29

# Declaration of Cindy Reich

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA    )

   )           Declaration of

CITY OF Minnetonka)             CINDY REICH

I, Cindy Reich swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Cindy Reich. I reside at 10910 Sumac Lane, Minnetonka, MN 55305. I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with The Advocates for Human Rights since August 2025. My decision to volunteer grew out of my grave concern about how the US government is treating immigrants while attempting to remove as many as possible from our country. Through observing in court, my hope was to witness the treatment of immigrants first-hand, to contribute to upholding their due process rights, and to hold the US government accountable for upholding the law and human dignity.

3. I have been trained by the Program Manager Amy Lange to observe hearings using best practices or non-interference. When starting as a volunteer I had to sign a consent to follow a code of conduct in which I commit, among other things to following all directives by court staff.

4. I have signed up to observe master calendar hearings on 30 different days. My court observation shifts vary between 2-3. 5 hours.

5. I typically see 8 detained master calendar hearings and an average of 16 non-detained master calendar hearings on a shift. I have seen well over 100 master calendar hearings since starting as a volunteer observer. I have also observed 5 or 6 individual merit hearings at the Fort Snelling court.

6. I have signed up to observe Webex dockets for Minnesota cases being held by out of state judges on 4 different dates. I was particularly interested in doing those shifts because of the targeting of our local Somali community for removal, despite government claims that they are not focusing on that nationality. The dockets indicate otherwise.

7. I've experienced and witnessed barriers to public access at immigration court on a number of occasions.

8. On December 4, 2025, I was excluded from several hearings. The courtroom was locked for the first hour when Judge Carr was hearing cases by video. I was never given a reason why the courtroom was locked. The courtroom was opened about 2:30 and we saw a couple of cases and then were asked to leave when respondents and their attorneys were called in. We got back in the courtroom around 3 and stayed until the last hearing which finished at 4:00 pm

9. On January 6, 2026, I was observing non-detained master calendar hearings in Judge Sarah Mazzie's courtroom. A family member of one of the respondents attempted to observe via Webex. The judge would not admit her and said she should have come to the court. With the

proliferation of armed ICE agents around and inside the Whipple Building at that time, it had become increasingly scary and intimidating even for me, an older white woman, to attend hearings at immigration court. It was difficult to understand why IJ Mazzie would not allow an immigrant to support her family member on Webex rather than expect her to come to the Whipple Building in person.

10. One January 8, 2026, when I entered the building at 7:30 am to check in, the guard informed me that court was closed for the day. I was told all hearings would be rescheduled. There was a protest happening and 100+ ICE/DHS agents were outside the building. This was the day after Renee Good was killed.

11. This week marked a significant escalation of ICE/DHS presence both outside and inside the Whipple Building. Prior to this, if I witnessed ICE agents in the building, I saw in the range of four to six agents in the lobby and near the courtroom lobby. Some were armed, but none that I saw wore tactical gear. Now, there were many more agents present (sometimes 20 or more) and most of them were armed with guns, tear gas/flash bangs, and bulletproof vests.

12. On January 14, 2026, I was observing non-detained master calendar hearings in Judge Brian Sardelli's courtroom. He asked the observers to leave for one particular master calendar hearing. I was not given a reason why and there was no motion for closure. I assumed this was something specific to the case as Judge Sardelli was one of the more welcoming judges to observers.  By the time I was let back into the courtroom I believe I missed a couple other hearings. I am basing this on the cases that were posted and what I was able to hear.

13. On March 13, 2026 I was signed up to observe a 10:30 am merit hearing for a respondent in ICE detention. I checked with the guard at 10:25 to see if the courtroom was open. He said he hadn't been called yet. At 10:30 I checked to see if I could hear voices inside and could not. I stood at a place where I could still see the door and could also see the guard. He asked me to sit down which I did. A few minutes later I heard the courtroom door open and close and could hear voices coming from inside. I asked the guard if I could go back to check if anything was going on and told him we'd done that yesterday to see if the hearing had started. He said they'll call me when they are ready to let an observer in so just to wait. I said if the hearing is closed, I would like to leave so he let me go back. There was now a sign on the door saying the hearing was closed at R's request. I went and told the guard then went back to copy down the wording on the sign. He called to me (perhaps worried I was trying to get in or to listen through the door?) and I came back to where he could see me and said I was just writing down what the sign said. On my way out I said goodbye to the guard whom I believe is named Kevin) and the clerk at the window, Jacee Duda called me over and asked my name. I asked (politely) why she was asking. She said the judge had requested it. I told her my name and that I was with the court observer project. She said okay and did not appear to write it down. This seemed a deliberate act intended to intimidate me; I am quite confident I did not disturb any proceedings or violate any rules of the court.

14. On March 17, 2026, I was signed up to do a shift on Webex for what has been termed the "Somali rocket docket."  I was scheduled to observe in IJ Brisack's court on Webex at 1:00. I logged in at 12:45 and was admitted to the videoconference a few minutes after 1:00.  Judge Brisack explained that he has a policy that if either side objects to the presence of an observer, he will not allow the

hearing to be observed. For this hearing, since there was an objection by the government attorney, I would have to leave. Robin Carr, the respondent's attorney, was sitting with a woman in a hijab who appeared to be Somali. After the judge said that I could not stay Ms. Carr said, "I want the observer to know that we would prefer to have a human rights observer present because of the way people of this nationality are being treated. It is the government attorney who objected."  The government attorney (male; I did not see his name) said, "Ok, if this is the way you want things to go." He then cited regulation 1208.6 that specifically requires that waivers of confidentiality be submitted in writing.  The judge said I could log off or go back to the waiting room. I said I'd leave unless there was a chance to be let in for the second hearing (I understood there were two on the docket and said that to the judge). The judge said this was the only one left and he couldn't give me information about the other hearing. I then said I would log off.

15. I have never heard of an observer being told a waiver is required. No judge or government attorney had ever before stated such a thing, and I had been observing for months. The judge in the instance above did not rule on whether the waiver was indeed required under the stated regulation.

16. On March 24, 2026, I was signed up to observe remotely in Judge Abdias Tida's Webex courtroom.  I was told that he had a master calendar docket. I logged on to Webex at 12:45. People came and went from the virtual waiting room pretty steadily for the hour and a half block. I tracked the flow of people which got to a maximum of 8 people in lobby at 1:25. At 1:50 there were zero people beside me in the waiting room and this message appeared: "Thanks for waiting. We've let the host know that you're here." Following this the number of people waiting got as high as 7 at 2:32 when I logged off. I was never acknowledged or admitted. No one ever explained why I was not admitted.

17. On April 26, 2026 ,I entered Judge Ivany's courtroom at approximately 1:30 pm to observe detained master calendar hearings. The clerk in Ivany's court insisted that I sit in the front row, even though I was moving from there to try to see the monitor better. All detained respondents appear via video from detention.  Seeing their faces feels important as a matter of respect and dignity. It is also a way to get a sense of whether they seem to understand what is happening and whether they are exhibiting any distress. In addition, sitting in view of the monitor makes it possible to see names of attorneys for more accurate documentation.  I had never been told where to sit in a courtroom before this. It felt unwelcoming, unnecessary, controlling, and hostile.  I was, however, able to stay for the entirety of my shift.

18. On April 6, 2026, I was signed up to observe remotely in Judge Andrew Caborn's Webex courtroom.  When I began the log-in process I noticed a consent form I needed to click.  This is what the consent form said: "To sign into Caborn's Webex you must click to consent to the following: Please mute microphones if not speaking. By remaining in this lobby and seeking access to this hearing or meeting, you are accessing a U.S. Government information system. This information system is to be used by authorized users only. Your use of this information system may be monitored, recorded, or audited. All access or use of this information system indicates consent to monitoring, recording, or auditing such use. In addition, you are consenting to conduct yourself in a manner that is not prejudicial to the administration of justice or does not undermine the integrity of the adjudicative process. Immigration Court Practice Manual, Chapter 4.12 – Courtroom Decorum; 8 C.F.R. § 1003.102 (Grounds of Disciplinary Action for EOIR

Representatives and Accredited Individuals). All parties, witnesses, and observers attending this hearing in person and virtually are hereby notified that it is prohibited to use photographic, video, electronic, or similar recording devices to record any part of the proceeding. 8 C.F.R. § 1003.28. Unauthorized or improper use of this system, including unauthorized recording, is prohibited and may result in criminal, civil, or administrative penalties. If you would like a copy of the official record resulting from this hearing, please consult Chapter 1.5(c) of the Immigration Court Practice Manual for instructions on how to obtain a copy of the record."

19. After consenting I entered the virtual lobby at 12:55 pm. There were 5 people in "lobby" in addition to me. The number went up and down while I waited. At 1:41 I got a message on the screen that said, "the meeting has ended." Though this consent form acknowledges the potential presence of court observers, I was never admitted, nor did anyone speak to me and tell me why I was being excluded.

20. On April 21, 2026, I was attempting to observe a 1:30 individual merit hearing in Judge Mazzie's courtroom. A bit before 1:30 the guard opened courtroom 3. When I got to the door he told me I could not enter now. I asked if the hearing was closed and he just said I couldn't enter now. I asked if I could not enter at all or just not now. He said they told me you could not enter. He went and sat down, and I approached him and said, "I just want to clarify if I can't enter now or at all." He got testy with me and said, "they told me and I said you can't enter." I don't know if he understood what he was told and rather than clarifying with the desk clerk he just repeated what he'd heard. I went instead to IJ Sardelli's courtroom and when those hearings were finished, I went back to look at Mazzie's door to see if there was a sign posted. There was a sign on the door, but it did not say the hearing was closed (one I've seen on numerous occasions). Instead, it said, "Court is in session. Due to courtesy to the court and the parties, please do not enter until a recess." This is a sign I've typically only seen on Judge Mazzie's door when she has a series of master calendar hearings. I wondered if this was evidence that the guard truly hadn't understood the judge's message about court being closed for only part of the afternoon.

21. On May 5, 2026, I was signed up to observe a non-detained individual hearing with Judge Caborn at 1:00 pm. I joined the waiting room at 12:47. At 12:56 there were 2 other people in the lobby. By 1:03 I was the only person in the lobby. The number of people waiting in the virtual lobby fluctuated but by 2:44 I was alone again. I remained there until 2:48 when the meeting was ended. I was never asked to come into the court, and no one ever spoke to me about why I wasn't admitted.

22. Whenever I logged on to Webex, I signed my name as Court Observer, CR. Beginning in May 2026, the staff at The Advocates for Human Rights advised us to start logging on with the name Court Observer, AHR, my initials. I always have my camera off and my microphone muted, as instructed.

23. On May 26, 2026, I observed a non-detained master calendar hearing in Judge Sarah Mazzie's courtroom. After the hearings were complete, the judge asked us to leave the court immediately. I was in the middle of organizing my things and didn't hear her specifically say to leave (nor from my usual experience did I think it needed to be instantaneous). She caught my attention and spoke to me in a loud and scolding tone saying, "Ma'am, you need to leave the courtroom so we can lock it." I apologized. As I have experienced with this judge before, there is no grace extended

to observers; she seems to assume people are intentionally being disrespectful rather than having made a mistake. On another occasion in Judge Mazzie's courtroom (April 7, detained master calendar hearing), she re-entered the courtroom after a break. I was seated and looking at my court documents and did not see her enter. When I realized she was there I quickly stood up to show deference. All the other people, observers, respondents, and attorneys, were already seated again. Judge Mazzie remained standing and glared at me while I quickly stood up. The actions appear to me to communicate a message of observers not being welcome or respected and of her power over others present in the courtroom.

24. I continue to observe in court because of the pace of deportations, the lack of compassion exhibited by government officials, and the appearance that in our immigration system human rights are being trampled, families separated, and judicial discretion abandoned. The situation seems to get progressively worse for immigrants, based on my observations, from what I read and hear government officials say on social media and to the press, and from reports on ICE activity in MN and in other states like New Jersey. I am committed to holding the government accountable.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Signed by:

*Cindy Reich*
783DD3B7F07D44F...

06/02/2026

Signature

Date

# EXHIBIT 30

# Declaration of Maggie Berry

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA    )

                      )                              Declaration of

CITY OF OAKDALE       )                             Maggie Berry


I, Maggie Berry swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Maggie Berry.  I reside at 6006 25th St Cir N, Oakdale MN, 55128.  I write this declaration based on my personal knowledge.

2.  I am a fairly recent volunteer immigration court observer with The Advocates for Human Rights. I participated in a three-part training. I completed the final part on February 3, 2026. The training was followed by an onsite orientation and mentored session at the Fort Snelling Court which I did on February 10, 2026. The 3-part training was conducted by the Immigration Court Observation Program Manager, Amy Lange. The on-site Mentoring was done by Jeff O., an experienced observer who has been trained as a mentor.

3.  I also serve as a Criminal Legal Advocate volunteer with the Tubman organization. In that role I support people who have experienced domestic violence during the court processes. I attend court hearings in Washington County, MN weekly, either as an advocate or an observer - these court sessions can be either in-person or Zoom hearings. In the fall of 2025, as I began to hear more about the changes in immigration court proceedings that were taking place, I was surprised at how differently it seemed that people's rights were respected (or not) in immigration courts, compared to the criminal and civil court hearings I was familiar with. As I sought more knowledge about these differences and their impact on people's lives, I learned of The Advocates for Human Rights and their court observation project.

4.  The training by The Advocates for Human Rights gave an overview of immigration court and an overview of court proceedings. We learned about standard judge advisals, including the right to an attorney; we learned about pleadings and the various applications for relief.  The training and on-site orientation explained the documentation priorities and went over the various forms that we are supposed to fill out based on the type of hearing we are observing. The project is a human rights project, and I was taught to focus on barriers people face and the human toll of our immigration system.  The trainings all made clear that my role as an observer is to silently watch, listen, and write what I hear.  I do not intervene in any way inside or outside the courtroom. Due to my work with Tubman, I was already familiar with the distinction between "advocate" versus "observer". In immigration court, being a silent recorder sometimes takes great discipline, because a lot of what we hear is painful and morally offensive - it's hard to observe fellow humans being treated badly.

5.  For ongoing training, The Advocates project staff  host weekly Zoom office hours and a monthly debrief. I attend these regularly and learn about changes that are being seen at court – new legal rulings, new executive orders, and new procedures instituted at the court.  These convenings are also an opportunity to talk about the emotional toll of being an observer and witnessing so much fear, sadness and confusion. Since I've started, problems with accessing courtrooms and being closed out of Webex hearings has been a frequent issue raised by volunteers.

6. The project uses a self-scheduling website called Volunteer Local.  I sign up for as many or as few shifts as I want.  It's not always easy to find open shifts because there are so many interested volunteers. I've been averaging about 1 shift per week.

7. I have had 18 shifts so far, including my onsite orientation. Five of these were what the project calls lobby shift, where I am responsible for copying dockets and letting program staff know which judges are scheduled, what hearing type, and how many hearings are posted.  I don't try to enter any courtrooms when I do the lobby shift. I have had 4 shifts since my orientation that were to observe non-detained master calendar hearings.

8. When I go to court there are often 4-6 other observers from our project there at the same time, observing in the same or different courtrooms.  I have never seen any  disruptive or inappropriate behavior from any  of The Advocates' volunteer observers.

9. I have had 9 "Webex shifts". These are for cases where it isn't possible to attend court in person. These have been for out of state judges who have been assigned a lot of cases for Somali Minnesotans. It obviously isn't possible or practical for Minnesotans to try to fly to another state to observe cases for Minnesota residents.  There is also a new Fort Snelling Judge, IJ Nathan Hansen, who has been conducting hearings from his chambers, so the only way to observe him is on Webex.

10. My first Webex shift was on March 6, 2026.  I was scheduled to observe Judge Chris Brisack's virtual courtroom in Texas.  There were no Webex-only dockets posted that day at the Fort Snelling Court, but I didn't know that, so I logged in at 12:50 as my shift instructions told me to do. Right at 1:00 pm, I was admitted. There were screens with the names of the judge in the courtroom, 2 attorneys, and what turned out to be the interpreter. The judge said, "This is I Judge Chris Brisack-I'd like to inquire about Courtroom Observer MB-who you are and why you're here".  I unmuted and said I was a courtroom observer with the Advocates for Human Rights in Minneapolis, here to observe.  I was not surprised when he said it was his policy to allow observers in the proceedings unless either of the attorneys objected. I had been told this is what Judge Brisack does.

11. I was quite surprised when Judge Brisack said that the attorneys could ask questions of me if they wished, to help them decide if they objected. He asked the DHS attorney if he objected. The DHS attorney, Steven Manabat, asked my name. I said I was a court observer with the Advocates for Human Rights in Minneapolis. He said, "What is your actual job?" I said, "Well...I'm a volunteer court observer." He asked something like "what is your actual role, what are you employed as?"  I hesitated, then said, "What do you mean? I'm not sure what you mean-I'm not 'employed' by them."  He asked, "Are you employed anyplace? Do you have any employments anyplace?" I said, "Well...not really...a little bit of this and that - but basically I'm retired...I'm retired."  He said, "What's the 'little bit of this and that? What are those things?" I said that occasionally I do test accommodations - help people who need help reading the written parts of tests needed for their jobs - and occasional substitute teaching - just that kind of thing - but really, I'm retired. He said, so you don't have any other role with this organization, and you are not employed or paid by them? I said, "No, my only role is as a volunteer courtroom observer."  Then he said (to the judge) "I have no objections."

12. In the trainings I have participated in, and in my experiences in Washington County District Court sessions,  I had never seen or heard of an observer being told to state their name on the record or being questioned about what they do. During Zoom hearings for Washington County criminal case dockets, a court clerk will ask a person whose name isn't recognized if they are a defendant or an observer. If the answer is "observer", the clerk immediately will say, "That's fine, I will change your 'onscreen' name to observer", and that is the end of the conversation. No other questions are ever

asked of an observer, and they are never expected to explain or justify their presence. I was so surprised that this happened during this immigration court Webex hearing.  I was not a party to the case, nor called as a witness to the case.  It made me uncomfortable, and I found it somewhat intimidating, but I was glad I was allowed to observe.

13. There were a total of 4 hearings on March 6, 2026, each with a different respondent attorney appearing remotely. At the beginning of each hearing, the judge pointed out the presence of a courtroom observer and again stated his policy about allowing an observer if there were no objections. He first asked the DHS attorney each time, and then the respondent's attorney. I was glad that each respondent was given the chance to object, but I continued to be perplexed about why the government attorney would have any reason to object.

14. One Respondent's attorney did ask who I was but had no further questions after hearing  "I'm a courtroom observer with the Advocates for Human Rights in Minneapolis." He also asked his client, who answered, "yes, yes, that's fine, (in Spanish).  At the end of the session, I said "thank you" to the judge and he replied cordially. It became clear after the first case that all of these cases were for detainees in Texas, so I considered leaving the session. But it felt like that might have been seen as "disrespectful", somehow, as if I was discounting the "privileges" of 1) being admitted to the session and 2) being allowed to stay. I didn't want to possibly hurt the future prospects of this happening again.

15. I did immediately contact Amy Lange, the Program Manager after this happened. She said in her nearly 9 years observing court and managing observers she has never had an observer be questioned. She told me she thought it was inappropriate because these are public hearings and should be open to anyone who is not disruptive unless regulations permit a closed courtroom.

16. On March 10, 2026, I was signed up to observe Judge Andrew Caborn's Webex docket. I had signed up in advance, and on that day was told his name was posted and the docket said Master calendar hearings, but there was no list of cases and no start times.  I logged on at 12:45 for a presumed 1:00 start time. I stayed logged in until 2:30. The whole time the screen said "Thanks for waiting. We'll start the meeting when the host joins."

17. On March 20, 2026, I  logged on to Judge Chris Brisack's Webex. At 1:01 pm  I was let in. On screens I saw the names of Judge Brisack, Patrick E. McClintock, who I believe to be the government attorney, a screen with a phone number, and then a man with his video on who appeared to be waiting. But I couldn't hear anything - no one had their audio on. At 1:02, these other screens disappeared and on the screen it said, "The host or cohost moved you to the lobby. You can join the meeting after the host or cohost lets you in."   At 1:09  I was let in, I could see the same screens as before, and now there was audio, too. Judge Brisack said, "This is Judge Chris Brisack, and I have let in "Courtroom Observer MB", can you hear me? I immediately unmuted and said, "Yes".  Judge Brisack said (paraphrasing) "I have let you in now to let you know that because there is an objection, you won't be able to stay in. But since I have taken care of the first matter it shouldn't matter because none of the remaining cases are relevant. None of them are from Somalia.  I tried to talk to you before the first case, but I didn't get an answer from you. Maybe you couldn't hear me. But because there is an objection, I will have to ask you to leave now. Me: Your Honor, please, can I ask, where is the objection coming from? Judge Brisack replied "From the government." Me: Oh, from the government attorney? Judge Brisack: Yes. Me: "Ok, thank you." I disconnected.

18. On April 24, 2026, I was signed up for a 1:00 pm merit hearing with Judge Caborn.  I logged on at 12:54.  The number of people in the virtual lobby fluctuated, rising to 4 people by 1:00 pm.  Then at 1:04 pm, the message about other people waiting disappeared and I was the only one in the waiting

room. The message on the screen said ,"Thanks for waiting - we've let the host know you're here." Nothing ever changed so I logged off at 1:40 pm.

19. On April 28, 2026, I had another Webex shift for Judge Chris Brisack. I logged on about 15 minutes in advance of the 1:00 start time. At 1:05 pm, I was let in. As had happened in early experiences the Judge asked if I could hear him, and I replied that I could. He said "Both sides have objected to an observer being in the room, so you'll not be able to be in the hearing." This was the first time a respondent had objected and that was actually reassuring because my understanding from training is that closures are supposed to support the respondent's preference for privacy, not the government's desire to escape scrutiny.

20. On May 26, 2026, I had another Webex shift for Judge Chris Brisack. I logged on at 12:51 pm and saw that "2 other people are waiting in the lobby". By 12:57: "4 other people are waiting in the lobby" At 1:01: "Thanks for waiting. We've let the host know that you're here." (with no one else waiting), At 1:41: "1 other person is waiting in the lobby" At 2:00: back to "Thanks for waiting. We've let the host know that you're here." (no one else waiting). This same message remained on the screen until 2:16pm, when I logged off. No one ever spoke to me.

21. I continue to be astounded at the differences in access that I see and experience in Washington County court docket proceedings, compared to Immigration Court dockets. In district criminal court at the courthouse, doors are unlocked and people - attorney, defendants, supporters, observers - are free to enter, leave and re-enter at will. For court hearings on Zoom, anyone with the log-in information is able to do that, and their presence is acceptable. In either setting - in-person or virtual - it is unheard of that an observer is asked to identify themselves or justify their presence. Neither the State nor the judge can object to an observer's presence.

22. I believe that secrecy during court proceedings can only be good if it meets a respondent's need for confidentiality because of overriding privacy and security concerns. I believe there is no valid reason for the state to demand and be granted closed court proceedings - these restrictions only serve to hide from the public what is being done in our names, risk diminishing rather than protecting a respondent's rights being diminished. In immigration courts, where decisions are made based on ever-changing policies and new interpretations of existing regulations, and respondents are not entitled to free legal representation, it's even more important for observers to be able to see and convey to others what our government is doing, how we are treating others, and if what is happening is actually consistent with our Constitution and our values.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

*Maggie Berry*

—7CDCE7A4925A44E...

Signature

06/03/2026

Date

# EXHIBIT 31

# Declaration of Morgan Jenkins

STATE OF ___Florida_____    ))    Affidavit of
CITY OF _____Clermont_____    )    Morgan Jenkins

I, Morgan Jenkins, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Morgan Jenkins.  I reside at 16709 Kamalin Ct, Clermont, FL, 34715.  I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with the American Bar Association Commission on Immigration Court Observation Project and the Jesuit Refugee Service USA Migrant Court Observation Project since January 2026 and with the Acacia Center for Justice Witness for Justice program since May 2026.  I have been trained by the America Bar Association Commission on Immigration's Immigration Court Observation and Awareness Project to observe hearings using best practices.  I am not a member of the press. During court observations, both in person and by Webex, I follow EOIR's conditions and guidelines, identifying myself by name when asked, following all bailiffs' and judges' instructions, and refraining from all recording other than by personal written notes to myself. I never intervene, I do not have my phone on, I take quiet notes, I do not speak to the respondents. I take neutral notes and write down observations according to our training and the items requested on the ABA reporting form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language and/or appear to understand the hearing, if the judge advises them of their right to counsel, if they are minors, if they appear to have medical or mental health issues, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3. I have successfully observed approximately 95 immigration court hearings between January and May of 2026.  This involves master calendar and individual hearings, as well as bond hearings.  I have observed both detained and non-detained hearings, and those of adults and juveniles. These hearings were viewed by Webex at multiple sites, and in-person at the Orlando, FL immigration court facility.

4. During late April and during May, I observed about 12 cases in one detained docket successfully, and about 15 non-detained cases, all via Webex and without difficulty, But I was blocked from observing other hearings over Webex during that same period on multiple other occasions, all without explanation from the court.  The instances are described below.

5. On 4/20/2026 I attempted to observe hearings for detained respondents at the Immigration Court in Miami-Krome, Florida.  A full docket of master calendar hearings was scheduled before IJ Maithe Gonzalez. The hearings were scheduled to begin at 0830.  I logged on through Webex at approximately 0830 and was placed in the IJ's Webex waiting room and from there notified the IJ of my presence through Webex, using the Webex identity "Observer – Morgan Jenkins".   I waited until 0900, but was never admitted to the Webcast, and no communication was made to me. Unable to further communicate with either bailiff or IJ, I left the waiting room at 0900.

6. On 5/5/2026 I attempted to observe hearings for detained respondents at the Immigration Court in Miami-Krome, Florida.  A full docket of master calendar hearings was scheduled before IJs Maithe Gonzalez, Jorge Pereira and Stuart Siegel. The hearings were scheduled to begin at 0830.  I logged on through Webex at approximately 0830 and was placed in the IJ Christina Martyak's Webex waiting room and from there notified the IJ of my presence through Webex, using the Webex identity "Observer – Morgan Jenkins".   I waited until 0920, but was never admitted to the Webcast, and no communication was made to me. Switching over to the waiting room of IJ's Pereira and Siegel, I attempted to enter those

master calendar dockets and was again not allowed to enter, with no communication to me. I logged off at 1000. Because these were master calendar hearings I was effectively barred from attending multiple hearings that day.

7. On 5/6/2026 I attempted to observe a full docket of detained master calendar hearings at Miami-Krome Immigration Court with IJ Christina Martyak. I observed through Webex, joining the proceedings 10 minutes before the docket start time, using my Webex identity as "Observer- Morgan Jenkins". I was admitted at once to the broadcast, viewing a bond hearing in progress. At the conclusion of that hearing the IJ asked me to identify myself. I said I was a private citizen observer only. She asked who I represented, I replied I represented no one, was in attendance only as a public observer, but that I made report to the ABA committee on immigration. She asked if I was with the press or media and I replied no. After a pause the IJ said to me she had "confirmed with administration" that observers could not observe by Webex but only in person, and that she needed to remove me. I said thank you and was disconnected. The IJ's comment to me confused me, first, because another IJ at the same facility had previously allowed me to observe bond and master calendar hearings by Webex on 4/27/2026, and second because the sequence of questions seemed to seek for a valid pretext to remove me, before settling on the answer to her first question as the basis for being prevented from observing.

8. On 5/11/2026 I attempted to observe hearings for Louisiana detained respondents at the Immigration Court of IJ Miguel Cordero-Gonzalez at Houston Gessner, Texas. According to the published docket, respondents were detained at the LaSalle detention facility and Adams County Correctional Center. The hearings were scheduled to begin at 0830. I logged on through Webex at 0820 and was placed in the IJ's Webex waiting room and from there notified the IJ of my presence through Webex, using the Webex identity "Observer – Morgan Jenkins". I noted 3 other persons waiting in the Webex waiting room. I waited until 0950, but was never admitted to the Webcast, in spite of an otherwise emptied waiting room, and no communication was made to me. Unable to further communicate with either bailiff or IJ, I left the waiting room at 0950.

9. On 5/12/2026 I attempted to observe hearings for Louisiana detained respondents at the Immigration Court of IJ Kandra Robbins at the LaSalle detention facility. According to the published docket, there were 15 respondents at the LaSalle detention facility. The hearings were scheduled to begin at 0830. I logged on through Webex at 0820 and was placed in the IJ's Webex waiting room and from there notified the IJ of my presence through Webex, using the Webex identity "Observer – Morgan Jenkins". I waited until 0950, but was never admitted to the Webcast, in spite of an otherwise emptied waiting room, and no communication was made to me. Unable to further communicate with either bailiff or IJ, I left the waiting room at 0952. Because I was blocked from attending without explanation I do not know whether there would even have been an in person option for other observers to attend. It would plainly be impractical for observers to attend a hearing in person held at detention centers, as was the case with a number of these hearings.

10. I have spoken to my project manager and other observers, and I understand that these experiences of being barred from attending without explanation are common among court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Morgan Jenkins

_____          _____6/1/2026_____
Signature                                           Date

# EXHIBIT 32

# Declaration of Former Immigration Judge Carmen Maria Rey Caldas

CORE/3515279.0007/244176811.1

**DECLARATION OF CARMEN MARIA REY CALDAS**

I, Carmen Maria Rey Caldas, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Carmen Maria Rey Caldas.  I am an attorney admitted to practice in New York State (Att. ID: 4465126). I reside at 9 Vose Ave. Apt. 211, South Orange, NJ.

2.  I am writing this declaration to address, first, traditional Immigration Court practice regarding public access to immigration court hearings and, second, my recent experiences being denied access to hearings without explanation or even ability to engage with the court.

3.  The statements below are based on my over 20 years of experience litigating in immigration courts throughout the U.S., my years teaching the practice of immigration law as a law school immigration clinic professor, and my years working as an immigration judge.

**My Professional Experience**

4.  I served as an Immigration Judge in the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), from February 28, 2022 to August 22, 2025. During those years, I was assigned to hear cases at a number of immigration courts across the United States, including detained dockets at the Stewart Immigration Court in Lumpkin, GA, Batavia Immigration Court in Buffalo, NY, Newark Immigration Court in Newark, NJ, and Varick Immigration Court in New York, NY.  I also handled non-detained dockets at the Varick Immigration Court and 26 Federal Plaza Immigration Court in New York, NY.

5.  On August 21, 2025, I was terminated from my position by Sirce E. Owen, the then-Acting Director of EOIR. As common in recent terminations of attorneys throughout the Department of Justice, that termination, delivered via email, stated no cause for termination other than referencing the President's Article II authority.[1]

6.  The Department of Justice has not provided any explanation or cause for my termination, but has provided me with severance, in accordance with the provisions of 5 U.S.C. 5595, which afford severance to those who are removed from Federal service by involuntary separation for reasons other than inefficiency, unacceptable performance or conduct.[2]

7.  Before my time at EOIR, I worked as a lawyer at a number of nonprofit legal services organizations that represented noncitizens in immigration court proceedings across the U.S.,

---

[1] *See* William K. Rashbaum, Jonah E. Bromwich and Benjamin Weiser, *Fired Prosecutor Challenges Trump's Claims to Sweeping Power in Lawsuit, N.Y. Times,* Sept. 15, 2025, Available at: https://www.nytimes.com/2025/09/15/nyregion/maurene-comey-fired-lawsuit-trump.html

[2] Additional discussion on these provisions can be found at: U.S. Office of Personnel Management Fact Sheet: Severance Pay *available at*: https://www.opm.gov/policy-data-oversight/pay-leave/pay-administration/fact-sheets/severance-pay/. (Last accessed June 3, 2026)

1

as well as an Assistant Professor of Clinical Law and Co-Director of the Safe Harbor Immigration Law Clinic at Brooklyn Law School. I currently work as an Adjunct Professor of Law at the Elizabeth Haub School of Law at Pace Law School, and as Senior Counsel at Co-Counsel, a non-profit legal services organization located in New York City. In these roles, I litigate cases in immigration courts, mostly in New York, where I am also involved in court observation efforts geared towards the juvenile docket.

**Access to Immigration Courts**

8.  During the period I served as an Immigration Judge, Judges were routinely reminded that 8 CFR 1240.10(b) and 8 CFR 1003.27 require that immigration hearings be open to the public except for limited outlined exceptions. Of those exceptions, those intended to protect a party are waivable by that party. *See*, e.g. 8 C.F.R. § 1240.11(c)(3)(i) ("Evidentiary hearings on asylum applications or withholding of removal are open to the public unless the respondent requests that the hearing be closed, in which case the hearing shall be closed to the public."

9.   From 2022 - 2025, Immigration Judges across the U.S. received multiple emails from leadership reminding us that we were to comply with those requirements, and were not to prevent access to our courtrooms by the media or the public other than as afforded by the regulations.

**Webex  Hearings**

10. Traditionally, immigration court observation was performed in person, as, despite having introduced videoteleconferencing technology over 25 years ago, prior to COVID-related technological updates, many non-detained immigration courts lacked the necessary technology to allow for remote participation by any means other than telephone. *See generally* Admin. Conf. of the U.S., Memorandum on the History of Agency Video Teleconferencing Adjudications (Nov. 26, 2014).

11. Post-COVID, the immigration courts came to accept the use of Webex hearings (as they had previously done with video teleconferencing, *aka* VTC hearings) as effectively equivalent to in-person hearings, and judges were urged to allow parties to appear via Webex at their request. *See* James R. McHenry III, Director, PM 21-03, Immigration Court Hearings Conducted by Telephone and Video Teleconferencing (Nov. 6, 2020).

12. EOIR also developed fully-remote immigration dockets, where the IJ, interpreter, and both parties, appeared from remote locations. In 2004, EOIR established a Headquarters Immigration Court, later renamed the Falls Church Immigration Adjudication Center, to hear cases by VTC. Fact Sheet, EOIR Headquarters Immigration Court (July 21, 2004), available at: https://www.justice.gov/sites/default/files/eoir/legacy/2004/08/27/HQICFactSheet.pdf.

13. That facility now employs seven immigration judges who hear cases exclusively remotely via Webex. *See* Find an Immigration Court and Access Internet-Based Hearings *available at*: https://www.justice.gov/eoir/find-immigration-court-and-access-internet-based-hearings.

2

Additional  immigration adjudication centers, in Richmond, VA, and Fort Worth, TX employ 32 immigration judges exclusively holding remote hearings over Webex for litigants across the country. *Id.*

14. Historically, Immigration Judges were advised that Webex hearings were to be conducted to the same specifications as in-person hearings. In order to facilitate compliance with regulations in the case of hearings performed in part or in whole by Webex, immigration court leadership circulated specific instructions regarding warnings the immigration court must provide anyone joining immigration hearings remotely, specifically the warning to not record any portion of the proceedings, as per 8 C.F.R. § 1003.28.

**My Experiences as an Immigration Judge**

15. As an employee of EOIR, I was bound by regulations, as interpreted by EOIR leadership and the courts. Consequently, I did not restrict access to any immigration hearing other than merits (individual) hearings where asked to do so by the parties.

16. My master calendar and custody hearings were observed frequently by lawyers hoping to understand my approach to the law for the benefit of their clients, members of the media reporting on immigration court, family and friends of Respondents, and other interested parties.

17. On the occasions where observers requested the ability to observe merits hearings, I advised them that they should discuss their interest in doing so with both parties, and, if there were no objections, they would be allowed to observe. My supervisors were aware of this approach, and supported it.

18. Objections from either party were rare. The Department of Homeland Security, in particular, did not ever raise an objection to an observer in a merits hearing. In the rare occasions that a Respondent raised an objection, I took pains to explain my decision and ensure that the observer understood its basis (by explaining, for example, that the law allows for certain types of merit hearings, like those addressing asylum eligibility, to be closed if the Respondent requests it) *See*, e.g. 8 C.F.R. § 1240.11(c)(3)(i)

19. Even when I served at the detention facility at Stewart, GA, which is located inside of a detention facility, observers routinely joined my courtroom in person or via Webex. Because of its remote location, that detention facility has notoriously poor technology access, including unreliable internet. That never served as a reason to deny access to observers when the hearing was otherwise being held over Webex. If the technology was working sufficiently well to support the hearing at all, the presence of additional parties did not, in my experience, negatively impact it.

20. I will note that, for a portion of my time on the bench, I held fully remote hearings outside of a courtroom, from offices and even from my home, via the use of remote DAR recording equipment. In those cases, DHS and the interpreter joined the hearing via Webex from their offices or homes, and the Respondent was connected to the hearing from a room within the

3

facility where they were detained. If observers were not allowed access to that hearing via Webex, there would be no manner in which any interested observer could otherwise witness the proceedings.

21. During my years on the bench, I noted that not all other immigration judges welcomed observation. I understood the frequent communications from headquarters advising that proceedings were to be open to the public to be intended to guarantee that those immigration judges were aware of and complied with regulatory requirements to ensure public access to hearings.

## My Recent Experiences In Immigration Courts - Imperial Immigration Court

22. At 1:30 p.m. PST on December 5th, 2025, I attempted to join, via Webex, the Custody Redetermination hearing of a Respondent whose young attorney I had been mentoring. The case was being heard at the Imperial Immigration Court, in Imperial, California, via Webex, as Respondent's attorney was appearing remotely from New York.

23. Custody redetermination hearings are not confidential. They are generally held in open courtrooms, while other respondents await their turn. Accordingly, especially as I had both Respondent's and counsel's authorization to be present, approximately 15 minutes before the hearing, I logged on to the Immigration Judge's public Webex link, identified myself by name as an observer,  and accepted the advisal regarding non-recording as per 8 C.F.R. § 1003.28..

24. The court briefly allowed all parties into the main Webex room to identify themselves to the court. I explained that I was there to observe, and was removed to the Court's Webex waiting room.  I waited in the Court's Webex waiting room for nearly an hour, as the court held proceedings. At no time was I allowed to observe any of the custody redetermination hearings being held before the court that afternoon. Instead, I was removed from Webex at the end of the afternoon custody redetermination hearings without ever being given an opportunity to understand why I was being prevented from observing proceedings.

## My Recent Experiences In Immigration Courts - Laredo Immigration Court

25. At  9:30 a.m. EST on March 10, 2026, my students at the Immigration Justice Clinic at the Elisabeth Haub School of Law at Pace University, along with another professor and I, attempted to join the Master Calendar hearing of an Immigration Judge at the Laredo Immigration Court via Webex.

26. We joined the hearing to alert the court to our concerns regarding the competence of a Respondent on that morning's docket. The Respondent had communicated with us at length before the hearing and authorized our presence. We joined the court's Webex and were initially granted access to the hearing. While we were initially able to speak with the court, off the record, regarding our concerns, and alert the Judge to filings that we had made relating to Respondent's lack of competence, the court removed us from the hearing before initiating any competence evaluation. This was done over our objections and without

4

consulting with the Respondent.

27. As we could not observe the hearing, we remain unsure that the Court's questioning of the Respondent was appropriate. Despite a long history of severe mental illness, including hallucinations, Respondent was never appointed counsel by the court, and was later ordered removed from the United States.

28. My experiences mirror those of other colleagues, who, since mid-2025, have reported encountering challenges in observing hearings at courts across the nation, including at 26 Federal Plaza in NY. Those challenges include: immigration judges locking the doors to their courtrooms during hearings, so that the courtroom cannot be accessed by anyone not already given entry, and observers being denied the possibility of observing hearings via Webex and being forced to come to the court in person if they want to observe hearings.

29.  For example, on April 1, 2026, my former colleague Olivia Cassin attempted to observe the Juvenile docket master calendar hearing at 26 Federal Plaza.[3] That morning, she arrived at the courtroom to find the door to the courtroom locked. She waited outside the courtroom, along with an attorney and respondent for over half-an-hour, until 9 a.m., when the Judge's assistant finally unlocked the door. It was apparent to Ms. Cassin that the master calendar docket had been proceeding until then with the door closed.

30. It is my understanding that, in New York City, no official explanation has been offered for these practices. In other courtrooms, Judges have demanded that observers appear in person, as Webex, they erroneously claim, is reserved for the parties.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____          _____June 3, 2026_____
Signature                                                                  Date

---

[3] Olivia Cassin, a former Immigration Judge, and I discussed these events in detail the week that they occurred, as we explored options to address this and other concerns about court operations. I base my observations on our correspondence and my notes of our conversation.

# EXHIBIT 33

# Declaration of Bonnie Byland

CORE/3515279.0007/244176811.1

STATE OF LOUISIANA

PARISH OF IBERVILLE

Declaration of Bonnie Byland

I, Bonnie Byland, do state and affirm the following under penalty of perjury.

One. My name is Bonnie Byland. I reside at 2040 Bayou Paul Lane in St. Gabriel, Louisiana. 70776. My email is bonniebyland@yahoo.com. My phone number is 225.572.8194.

Two. I am a retired public school teacher. I taught English and various Health Occupations for 20+ years. I am an active volunteer with many organizations including Mision Migrante and Indivisible Baton Rouge.

Three. Since the fall of 2025 I have been volunteering with Mision Migrante to go to observe Immigration Court at 451 Florida Street in Baton Rouge, Louisiana. The court was opened in October of 2025. The court is a suite of offices in a luxury apartment building. The courtroom can seat about 30 people.

Four. This declaration covers the time period from November 17, 2025 to May 27, 2026. In that time period, I have physically gone to the offices of the Baton Rouge Immigration Court to observe court on 15 different occasions: November 17, 2025; December 17, 2025; January 7, 2026; February 10, 12, 18 and 24 of 2026; March 3, 10, and 17, 2026; April 8, 2026; and May 6, 7, 20 and 27, 2026.

Five. In that time period, I have been denied access to every single one of the scheduled individual immigration hearings scheduled on the days I sought to observe. Court security guards have advised me on several occasions that the judges do not allow anyone from the public to observe any individual hearings.

Six. I was never advised that there was any specific legal or factual reason for keeping me or other members of the public out of the individual hearings. No one ever said the hearing concerned an abused immigrant spouse or child. No one ever said the hearings were closed to protect a witness, or protect any of the parties or protect the public interest or because of a protective order.

Seven. The only time I received an answer about why the individual hearings were closed was from a judge on January 7, 2026 after I was allowed in to observe a master hearing. In that hearing the judge appeared by Webex. Her camera was not working and the sound was problematic. Even so, after court, I approached the railing and asked the clerk if I may speak with the judge. The judge asked what I wanted. I politely thanked her for the opportunity to



observe her court. I then asked when I would be allowed entry to Individual Calendar Hearings since I had requested to attend numerous times and was denied entry every single time. She stated that Individual hearings had many details of sensitive nature. I asked if I would be allowed to attend if a respondent gave permission. The judge stated that there is the possibility of a respondent's signing a waiver to allow observers, but she did not believe that any respondent had the "capacity to understand" what they might be signing. Therefore, the answer is "no," observers will not be allowed to attend Individual Calendar hearings. I thanked her, and I left the courtroom.

Eight.  In February 2026, a security guard told me observers are not allowed for individual hearings indefinitely until further notice.  At another time in February 2026, a guard told me the judge does not allow entry for individual hearings.

Nine.  In this time period, I have only been allowed to observe four master calendar hearings November 17, 2025, December 17, 2025, January 7, 2026, and May 27, 2026.  On May 27, 2026 Judge H recognized my husband and I waiting in the hallway and talked with us.  We were then allowed into his courtroom to observe master hearings for about a dozen cases.  Two other times security guards said I could not enter master calendar hearings because they were too crowded.  Once time a guard told me no observers were allowed for any type of hearing – master or individual. I was denied from 3 master calendar hearings on April 8, 2026, May 6 and 7 of 2026.

Ten.  I was denied access to Individual Calendar hearings on 13 occasions: November 17, 2025; December 17, 2025; January 7, 2026; February 10, 12, 18 and 24 of 2026; March 3, 10, and 17, 2026; April 8, 2026; and May 6, 7, and 20, 2026.

Eleven.  Despite these refusals, I am interested in and committed to continuing to try and attend and observe immigration court hearings in the future.

I declare under penalty of perjury that this is true and correct.


Bonnie Byland                          Date

*Bonnie Byland*          6/2/2026

# EXHIBIT 34

# Declaration of Nancy Grush

CORE/3515279.0007/244176811.1

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

Declaration of Nancy Grush

I, Nancy Grush, do state and affirm the following under penalty of perjury.

One.  My name is Nancy Grush.  My email address is [nancygrush@gmail.com](mailto:nancygrush@gmail.com).  My phone number is (225) 938-9353. I live at 1951 Wisteria Street, Baton Rouge, LA.

Two.  I was a journalist before going to law school.  I have been an attorney since 1987.  I worked for the State of Louisiana as an attorney for 29 years.  I am an active volunteer in my church and in several organizations including Mision Migrante.

Three.  Since earlier this year I have been volunteering with Mision Migrante to go observe Immigration Court at 451 Florida Street in Baton Rouge Louisiana.  This court was opened in October of 2025.  The courtrooms are smaller than regular courtrooms.  They have only a few rows of seats.

Four.  I was one of five members of the public who first went to the court on October 20, 2025 to observe.  We were refused entry by security and court personnel. We were told the judge had closed the court to the public all day.  When we advised that they had permission from one of the respondents, we were again told that the judge had closed all the proceedings to the court all day.  A written complaint about this refusal to provide public access was filed with the Baton Rouge Immigration Court, the Attorney General of the United States, and the Director of the Executive Office of Immigration Review.  The only response to the complaint was a December 17, 2025 letter from the DOJ Office of the Inspector General indicating that they had forwarded the complaint to the Executive Office for Immigration Review and were taking no further action.  Nothing else was ever done to look into this complaint or remind the courts of their duties to follow the law.  Despite the lack of response to the written complaint, myself and other volunteer members of the public continued to go in person to the court to try to observe proceedings.

Five.  I physically went to Immigration Court in Baton Rouge to observe twenty times: October 20, 2025; November 17 and 24, 2025; December 1, 8, 15, 22 and 29, 2025; January 5, 12, 19, and 26, 2026; February 2 and 26, 2026; March 2, 13, and 20, 2026; and May 6, 11, and 18, 2026.

Six.  In all those visits I have never been allowed to observe any individual court proceedings at all.

Seven. I was allowed to observe master calendar hearings on November 17 and 24 of 2025, but denied admission into individual hearings.

Eight.  On February 2, 2026, I was not allowed inside to observe any hearings.  There were no master calendars scheduled for that day and C. Hughes, the court security guard, told me that the judges do not allow third parties into the court to observe individual hearings.

Nine.  On February 26, 2026, I was not allowed to observe anything.  Young male clerical staff doing a mail run advised us that we could not observe the hearings because sensitive information is sometimes disclosed during the hearing

Ten.  On March 13, 2026, I was denied access.  C. Hughes security guard said that the judge does not let the public inside the court room for individual hearings.

Eleven.  On March 20, 2026, I was denied access.  C. Hughes guard told us the judges do not allow visitors in the courtroom for Individual Hearings.

Twelve.  On May 6, 2026, I was among six volunteers who requested that we be allowed to observe the MCH, but Security Guard, C. Hughes told us that Judge Romaine White and Patrick Moore closed their courts to outsiders because there wasn't enough room. Both judges were handling the caseload of Judge Cassie Thogerson, who was not able to hold court that day.

Thirteen.  On May 18, 2026, I went in the afternoon and was denied by Guard C. Hughes who told me that we will "never" be allowed in any individual hearing - even if the attorney & the respondent ask that we be present.

Fourteen.  In all the times I appeared at court to try and observe, I was never given any legal or factual reason for denying me or others access.  No one ever said the hearing concerned an abused immigrant spouse or child.  No one ever said the hearings were closed to protect a witness, or protect any of the parties or protect the public interest or because of a protective order.

Fifteen.  I am still interested in attending immigration court in Baton Rouge.  I think it is important that members of the public observe these cases and I will continue to try to gain access in the future.

I declare under penalty of perjury that this is true and correct.

Signed by:

EF7CD5192E18436...
Nancy Grush

06/04/2026
Date

# EXHIBIT 35

# Declaration of Bryanna Siguenza

CORE/3515279.0007/244176811.1

STATE OF CALIFORNIA )
) Affidavit of
COUNTY OF LOS ANGELES ) Bryanna Siguenza

I, Bryanna Siguenza, swear under penalty of perjury that the following is true and correct to the best of my knowledge.

1. My name is Bryanna Siguenza. I reside in Los Angeles County, California. I write this declaration based on my personal knowledge.

2. I am the Judicial Accountability Lead at La Defensa and oversee the Court Watch LA program. Court Watch LA trains and coordinates community members to observe court proceedings, including immigration court hearings. Our program's purpose is to promote transparency and public accountability by documenting courtroom practices and ensuring that court proceedings remain accessible to the public.

3. As part of my role, I recruit, train, and supervise court observers. Court Watch LA provides observers with training on courtroom observation best practices. Observers are instructed to remain neutral, not participate in proceedings, not communicate with parties during hearings, and to take objective notes regarding court processes and judicial conduct.

4. I have personally observed immigration court hearings on Webex in the past. My experience observing these hearings has informed the training and guidance I provide to Court Watch LA volunteers who monitor immigration court proceedings. I have also personally experienced barriers to accessing immigration court hearings through Webex. On multiple occasions, I have been denied access by remaining in waiting rooms without being admitted to hearings or otherwise being unable to access proceedings that I sought to observe as a member of the public.

5. Since expanding our work into immigration court observation, I have supervised numerous trained volunteers who regularly attempt to observe immigration hearings remotely through Webex and, when available, in person.

6. Beginning in approximately 2025 and continuing through the present, I became aware of a recurring pattern in which trained Court Watch LA volunteers experienced barriers to accessing immigration court proceedings through Webex. These reports came directly from volunteers whom I supervise and debrief after observation shifts.

7. Multiple volunteers reported entering Webex waiting rooms for scheduled immigration hearings and remaining there for extended periods of time without being admitted into the hearing. In other instances, volunteers reported being admitted briefly before being removed or informed that observers would not be permitted to attend. Volunteers frequently reported that no explanation was provided for the denial of access.

8. These incidents were not isolated. Rather, reports of denied Webex access became common enough that they were regularly discussed within our program and required staff attention. As a supervisor, I have reviewed observation reports, spoken directly with volunteers about their experiences, and tracked recurring access issues affecting our ability to monitor immigration court proceedings.

9. The volunteers experiencing these denials had completed our observer training and were attempting to attend hearings solely as members of the public engaged in court observation.

10. When volunteers were denied access to Webex hearings, Court Watch LA lost the opportunity to observe and document those proceedings. As a result, our program was prevented from carrying out its core function of providing public oversight and documentation of immigration court proceedings.

11. Based on the number of reports I have received from multiple volunteers over time, I view these denials as part of a broader pattern rather than isolated incidents.

12. I expect to continue observing immigration court proceedings and training court observers in the future. Because I have personally experienced restrictions on my ability to access immigration court hearings through Webex, I am concerned that I will continue to encounter similar barriers in the future. I want to protect my legal right, and the rights of the observers I train, to access and observe immigration court hearings conducted through Webex when those proceedings are open to the public.

13. These ongoing restrictions have affected how our program operates. We must regularly prepare volunteers for the possibility that they will not be admitted into hearings despite following all court instructions and observation protocols.

14. I have spoken with numerous volunteers who experienced these barriers, and I understand these experiences to be widespread among court observers attempting to access immigration court proceedings through Webex.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2026, in Los Angeles County, California.

_____
Bryanna Siguenza

Date: ___6/5/2026_____

**EXHIBIT 37**

**[placeholder]**

CORE/3515279.0007/244176811.1

# EXHIBIT 38

# Declaration of Former Immigration Judge Ryan Wood

CORE/3515279.0007/244176811.1

STATE OF MINNESOTA
COUNTY OF RAMSEY

**SUPPLEMENTAL DECLARATION OF RYAN R. WOOD**

I, Ryan R. Wood, do state and affirm the following under penalty of perjury:

1. My name is Ryan R. Wood.  I previously submitted a declaration in this matter, executed on April 20, 2026.  I submit this supplemental declaration to address additional matters relevant to the Court's consideration of access to immigration court proceedings at the Fort Snelling Immigration Court, including the historic infrequency of closed hearings, the duties of Immigration Judges to state reasons for closure on the record, the application of 8 C.F.R. § 1003.27 to Webex-only hearings, including the conduct of detained hearings and of hearings in Minnesota cases assigned to Immigration Judges sitting outside Minnesota; public access to *in absentia* and other *ex parte* proceedings, the EOIR guidance instructing observers to wait until a hearing concludes before entering a courtroom, and changes in the manner by which the Fort Snelling Immigration Court publishes its daily docket.

2. My prior declaration referenced my retirement in July 2025, which marked the launch of Emeriti Law PLLC and my transition into private practice.  For purposes of this supplemental declaration, I clarify that I ceased adjudicating cases and exercising judicial functions at the end of February 2025.  From that point through my formal separation from federal service and the launch of the firm in July 2025, I was on the EOIR payroll under a deferred-resignation arrangement but did not hear cases or perform judicial duties.  The opinions in this declaration concerning the historic practice of the Fort Snelling Immigration Court are based on my firsthand experience as an Immigration Judge and as Assistant Chief Immigration Judge through the end of February 2025.  My knowledge of practices at Fort Snelling after that date

1

is based on my continued engagement with the immigration bar in Minnesota, on public reporting, and in particular on my regular review of the periodic "Report from Immigration Court Observers" that The Advocates for Human Rights' Immigration Court Observation Project has provided to me as a courtesy since I entered private practice. I have reviewed those reports regularly as they have been issued. Except where I state that I am speaking from my own firsthand experience, the observations in this declaration concerning current practice at Fort Snelling reflect the general patterns I have drawn from my regular review of those reports, rather than any particular hearing that I personally observed.

3. I served as a U.S. Immigration Judge at the Fort Snelling Immigration Court from April 2017 to March 2019, and as Assistant Chief Immigration Judge (*ACIJ*) from March 2019 through the end of February 2025. In my ACIJ role, I supervised the Fort Snelling, Cleveland, Detroit, and Kansas City Immigration Courts, including twenty Immigration Judges and more than eighty staff. I served on the EOIR Immigration Judge Hiring Committee from 2019 through 2025, reviewing hundreds of applications each year and conducting more than 200 candidate interviews nationwide. I delivered more than 200 hours of formal legal instruction across forty-plus national training sessions for Immigration Judges, including New IJ, Advanced IJ, and Leadership Training programs, representing approximately ten percent of EOIR's total annual judicial training. I served on EOIR's Pro Bono Steering Committee and Legal Training Committee. My responsibilities included ensuring that Immigration Judges under my supervision conducted proceedings consistent with applicable regulations and EOIR policy, including the regulations governing public access to hearings. As the Assistant Chief Immigration Judge, I also personally handled many of the most significant and sensitive matters on the Fort Snelling docket, and I held the security clearance required to preside over

2

cases involving classified or otherwise protected information, and at times I was the only judge

at Fort Snelling cleared to hear such matters.  I am therefore directly familiar with the narrow

categories of proceedings in which closure or special handling is genuinely warranted.  A copy

of my current curriculum vitae is attached as Exhibit A.

**Historic Infrequency of Closed Hearings**

4.  Throughout my tenure as an Immigration Judge and ACIJ, closure of immigration court

proceedings was the exception rather than the norm.  The applicable Department of Justice

regulation governing public access to immigration hearings, 8 C.F.R. § 1003.27, establishes a

strong presumption that hearings are open to the public, subject to a narrow set of enumerated

exceptions.  In my experience presiding over a detained docket from April 2017 to March

2019, and supervising the dockets of the Fort Snelling, Cleveland, Detroit, and Kansas City

Immigration Courts from March 2019 through February 2025, closures occurred in only a

small fraction of proceedings and, when they did, were almost always required by regulation

rather than chosen as a matter of discretion, most commonly the mandatory closure of cases

involving an abused spouse or child (VAWA) under the Department of Justice public-access

regulation at 8 C.F.R. § 1003.27(c), the protection of information subject to a protective order

under 8 C.F.R. § 1003.27(d) and the related Department of Justice protective-order regulation

at 8 C.F.R. § 1003.46, or the conduct of credible fear or reasonable fear review proceedings

closed by separate Department of Justice regulation, see 8 C.F.R. § 1208.30(g)(2)(iii).  In my

experience, closures to protect information subject to a protective order were exceedingly rare;

over my years at Fort Snelling I saw only a handful of requests for such protective orders, and

I can recall at most one occasion on which a protective order was actually issued.

3

5.  Closure also typically arose at the request of one of the parties, most often the respondent, who might seek closure to protect sensitive testimony in an asylum proceeding.  In my experience, closures at the judge's own initiative, absent a party request or one of the regulatory triggers, were uncommon and required a clear factual basis on the record.

6.  I am familiar with the reports produced by The Advocates for Human Rights through its Immigration Court Observation Project documenting access denials and limitations at the Fort Snelling Immigration Court since March 2025.  Based on my review of those materials, and drawing on my supervisory and operational knowledge of the Fort Snelling docket through February 2025, the volume and pattern of access restrictions documented since March 2025 cannot plausibly be explained by a corresponding increase in the share of cases falling within the enumerated exceptions of 8 C.F.R. § 1003.27.  The case mix at Fort Snelling did not change in any way that would account for the documented pattern.  The categories of cases that historically required closure (VAWA cases involving an abused spouse or child, protected information, and credible fear reviews) represent a small and relatively stable share of the docket.  A dramatic and sustained increase in closure frequency, in the absence of a corresponding shift in the underlying case mix, is not consistent with the historic operation of the court under the governing regulation.  I have continued to review these reports as they have been issued, including the most recent reports covering observations through mid-May 2026, and the pattern they document has persisted and, in several respects, intensified over time.

**Immigration Judges' Duty to State Reasons for Closure on the Record**

7.  It was well understood among Immigration Judges at Fort Snelling, and among Immigration Judges generally, that when an Immigration Judge granted a motion to close a hearing, or

invoked the regulatory authority to close a hearing on the court's own initiative, the Immigration Judge was obligated to state the basis for closure on the record. In my role as a national trainer for the Immigration Judge corps, I delivered instruction on courtroom management, evidentiary issues, and the conduct of proceedings. The expectation that closure determinations be made on the record was conveyed in those trainings and in routine supervisory practice at both new and advanced immigration judge training. An on-the-record explanation serves at least three purposes: it creates a contemporaneous record for appellate review, it ensures that the Immigration Judge has actually applied the regulatory framework rather than acting reflexively, and it provides notice to anyone affected by the closure (including respondents, counsel, and members of the public) of the basis for the court's action.

8. Disclosure of the basis for closure to court observers before the closure takes effect is meaningful only if the disclosure occurs at a point when the observer can register an objection or otherwise be heard. If the basis for closure is disclosed only after the hearing has concluded and observers have departed, no contemporaneous record exists of any observer response, and any objection comes too late to influence the proceeding. The observer in that posture has no meaningful recourse. For this reason, an on-the-record determination, made in the presence of the observer before exclusion, is the procedure consistent with the structure of 8 C.F.R. § 1003.27.

9. Based on my regular review of the observer reports, I have seen recurring accounts of closures at Fort Snelling, in 2025 and 2026, that were not accompanied by any on-the-record findings by the presiding Immigration Judge. These accounts describe, among other things: Immigration Judges directing observers to leave the courtroom before any inquiry of the respondent or any statement of a regulatory basis on the record; closures effected by a sign

5

posted on the courtroom door rather than by an on-the-record determination, including at least one account in which the posted notice asserted that the respondent had requested closure although, according to the observer, no such request had been made or even solicited; advisals that frame closure as the norm before the respondent is asked any question, which in my experience cannot yield a reliable, informed waiver of the regulation's presumption of openness; and exclusions communicated by security personnel or court staff rather than by the Immigration Judge.  In my experience as a supervisor and as a trainer of Immigration Judges, I cautioned judges against routinely asking a pro se respondent whether the respondent wished to close the hearing absent a sound reason to do so.  A pro se respondent in immigration court is already under enormous pressure in an unfamiliar and confusing setting, and the very act of the judge asking whether the respondent prefers to exclude observers can lead the respondent to agree simply to accommodate what the respondent perceives the judge to prefer.  A preference elicited in that manner is not a reliable, informed waiver of the presumption that the hearing is open to the public.  These accounts stand in contrast to the proper procedure, which other accounts reflect, in which the Immigration Judge advises the respondent on the record that the courtroom is presumptively open to the public and asks the respondent, rather than DHS, whether the respondent wishes observers to be excluded.

**Webex-Only Hearings and 8 C.F.R. § 1003.27**

10. In a January 20, 2026 letter to The Advocates for Human Rights, EOIR took the position that, "[w]hen in-person access is not available, the Immigration Judge has the discretion to admit non-parties via Webex to observe a hearing that is open to the public." That letter, and EOIR's position, are quoted and described in the decision of the United States District Court for the District of Columbia in *Advocates for Human Rights v. Blanche*, No. 26-865 (RC) (D.D.C.

6

Apr. 29, 2026) (slip op. at 9). As applied to hearings conducted entirely by Webex, with no in-person courtroom option, that assertion of "discretion" is inconsistent with the openness requirement of 8 C.F.R. § 1003.27.

11. The Department of Justice regulation at 8 C.F.R. § 1003.27 provides that "[a]ll hearings, other than exclusion hearings, shall be open to the public" subject to the regulation's enumerated exceptions. The openness requirement attaches to the hearing itself; it is not a function of the modality through which the hearing is conducted. Because the regulation itself draws no distinction between online and in-person hearings, there having been no Webex option when the rule was adopted, the immigration courts applied the same openness requirements to observer participation by Webex, when Webex hearings were introduced during the COVID-19 pandemic, as they had long applied to in-person observation. That application of the rule governed all Webex participation in the years that followed, until the past year, whether or not an in-person alternative existed. The need to afford observers access by Webex is even more compelling where there is no in-person option at all. When an immigration proceeding is conducted entirely by Webex (with the Immigration Judge, the parties, and counsel all appearing remotely) and no physical courtroom is open to the public, Webex is the hearing. The Immigration and Nationality Act itself provides that a removal proceeding may take place "through video conference," INA § 240(b)(2)(A)(iii), 8 U.S.C. § 1229a(b)(2)(A)(iii), confirming that a hearing conducted by video is no less the hearing for purposes of the openness requirement of § 1003.27. Exclusion of an observer from the Webex platform, in that posture, is exclusion from the hearing. The applicable question under § 1003.27 is whether one of the enumerated exceptions applies, not whether the Immigration Judge wishes to exercise discretion.

7

12. The Department of Justice immigration regulations routinely entrust Immigration Judges with discretionary authority to manage the conduct of a proceeding. An Immigration Judge may, for example, grant or deny a continuance for good cause under 8 C.F.R. § 1003.29; postpone or adjourn a hearing under 8 C.F.R. § 1240.6; set and enforce filing deadlines under 8 C.F.R. § 1003.31; and authorize depositions or issue subpoenas under 8 C.F.R. § 1003.35. In each of those areas, the regulation commits the matter to the Immigration Judge's judgment without establishing any presumption as to how it should be resolved. Public access to the hearing is different in kind. Section 1003.27 does not leave openness to the Immigration Judge's case-management discretion; it establishes a presumption that hearings are open to the public, and then identifies the specific, enumerated circumstances in which that presumption may be overcome. The regulations governing asylum proceedings follow the same design: 8 C.F.R. § 1240.11(c)(3)(i) provides that an evidentiary hearing on an application for asylum or withholding of removal is open to the public unless the respondent expressly requests that it be closed, again establishing a presumption of openness subject to a single, specified exception rather than committing the question to the Immigration Judge's discretion. Because the regulatory scheme shows that the Department knew how to commit a matter to an Immigration Judge's discretion when it intended to do so, its decision to frame public access as a presumption, rather than as a discretionary judgment, is significant. The relevant question under § 1003.27 is therefore not whether an Immigration Judge may exercise discretion in general, but whether one of the regulation's enumerated exceptions to the presumption of openness applies. An assertion of open-ended discretion to admit or exclude observers, untethered to those enumerated exceptions, is not consistent with the presumptive openness that § 1003.27 establishes.

13. The rationales most frequently invoked to support denial of remote observer access in Webex-only proceedings do not withstand scrutiny. Bandwidth limitations are not a credible basis for excluding observers from Webex proceedings at Fort Snelling. Webex is designed to accommodate large numbers of participants in view-only mode, and the platform has been used in immigration proceedings, including at Fort Snelling, to support hearings with multiple parties, interpreters, and witnesses without bandwidth-driven exclusions of any participant. A trained observer in view-only mode imposes a negligible load on the platform. Nor is it easy to reconcile the exclusion of public observers from Webex with the routine practice of permitting DHS trial attorneys, who are stationed in the same building as the Fort Snelling Immigration Court, to appear by Webex without any motion or special showing. Allowing a party's counsel to appear remotely as a matter of course, while excluding members of the public from the same platform, is difficult to square with a regulation premised on public access.

14. Concerns about unauthorized recording are likewise not a credible basis for exclusion. A separate regulation, moreover, already prohibits the recording of immigration proceedings by anyone other than the court. Section 1003.28 of Title 8 of the Code of Federal Regulations provides that "[t]he only recording equipment permitted in the proceeding will be the equipment used by the Immigration Judge to create the official record," and that "[n]o other photographic, video, electronic, or similar recording device will be permitted to record any part of the proceeding." That prohibition applies to everyone present, whether in person or by Webex, so the possibility of recording supplies no reason to exclude observers in particular. Immigration Judges have long admitted observers to in-person and Webex proceedings subject to a standard admonition against recording, and the experience at Fort Snelling and at other

9

immigration courts under my supervision was that this admonition was sufficient. Court observers from The Advocates for Human Rights operate under a written code of conduct that prohibits recording, and they have been observing immigration proceedings at Fort Snelling for the better part of a decade without any pattern of recording violations. A blanket exclusion of all observers from all Webex-only proceedings, premised on the possibility that some observer might at some point record, sweeps far more broadly than any genuine recording concern would warrant and is not consistent with the regulation's narrow exceptions. Moreover, all removal and bond hearings are already recorded internally by EOIR as a matter of course. And given the wide availability of small digital recording devices, the risk that an observer might surreptitiously record a proceeding is no greater for a participant watching by Webex than for a member of the public seated in the courtroom. The practical ease of unauthorized recording in either setting does not diminish the regulatory presumption that these hearings are open to the public; it means only that the appropriate response to improper recording is enforcement of the prohibition, not the exclusion of the public.

15. A significant share of detained hearings at the Fort Snelling Immigration Court are conducted by Webex rather than in person. The use of video and Webex for immigration hearings is not new; it has been a routine feature of practice at Fort Snelling since the onset of the COVID-19 pandemic in 2020, when video hearings became a standard means of conducting detained proceedings. Respondents in immigration custody are frequently held at detention facilities located far from the courthouse and producing every detained respondent in person would impose substantial transportation and security burdens. For that reason, it has long been standard practice for detained hearings to be conducted by video, with the respondent appearing remotely from the detention facility. Throughout my tenure, the Fort Snelling

10

Immigration Court routinely permitted court observers to watch detained hearings conducted by video and Webex, subject to the same admonition against recording that applied to everyone in the courtroom. In my experience, that admonition was understood to be sufficient to permit remote observation, and the fact that a hearing was conducted by Webex was never itself treated as a basis for excluding an observer. The recent practice of excluding observers from detained hearings conducted by Webex is a departure from that longstanding practice.

16. The documentation produced by The Advocates for Human Rights reflects concrete instances of these access barriers. In a set of incidents in late April 2026, observers found a courtroom door locked while a hearing was proceeding by Webex, were told by security personnel that the Immigration Judge had not authorized the door to be opened, and were able to enter only after several cases had already been heard. In another incident, an Immigration Judge stated that only the parties to the case could appear on the Webex platform, which had the effect of excluding observers from a hearing for which Webex was the only available means of access.

17. The implications of the Webex-only access question are not abstract. Based on my review of the documentation produced by The Advocates for Human Rights, a substantial number of Fort Snelling cases, particularly cases involving Somali respondents, have been moved to dockets presided over by Immigration Judges sitting in courtrooms outside Minnesota, with the proceeding conducted entirely by Webex. The reports I have reviewed describe such hearings being conducted by Immigration Judges sitting in other States (including Texas, Georgia, California, and New York) for cases in which the respondent is detained or otherwise located in Minnesota and counsel is appearing from Minnesota. Those reports reflect that the Minnesota cases assigned to out-of-state Immigration Judges have consisted overwhelmingly, and in the most recent reporting period entirely, of cases involving Somali respondents, and

11

that these cases are often scheduled to be heard early in the morning.  In that configuration there is no physical courtroom in Minnesota that the public can enter to observe the proceeding. Webex is the only access modality, and exclusion of observers from Webex is, functionally, the complete closure of the hearing to public observation.  Because these are predominantly applications for asylum and withholding of removal, they are also governed by 8 C.F.R. § 1240.11(c)(3)(i), under which such evidentiary hearings are open to the public unless the respondent expressly requests that the hearing be closed.  A blanket exclusion of all observers from these Webex-only hearings reflects no such request by the respondents; it is a categorical closure that the regulation does not authorize.  This is the precise circumstance in which an assertion of "IJ discretion" to exclude observers cannot be reconciled with 8 C.F.R. § 1003.27.

18. I am separately concerned about the application of the Department of Justice asylum-confidentiality regulation at 8 C.F.R. § 1208.6 in this context. Section 1208.6 addresses confidentiality of asylum-related information and records; it does not itself impose a categorical closure rule for asylum hearings. By contrast, immigration-court hearings are generally open to the public under 8 C.F.R. § 1003.27, subject to specified exceptions. And, more specifically, 8 C.F.R. § 1240.11(c)(3)(i) provides that evidentiary hearings on applications for asylum or withholding of removal are "open to the public unless" the noncitizen expressly requests closure. Section 1003.46, not § 1208.6, provides the specific protective-order mechanism for DHS to protect specific sensitive information in immigration court. To invoke that mechanism, DHS must move for a protective order and show a substantial likelihood that disclosure of the specific sealed information would harm the national-security or law-enforcement interests of the United States; if such protected information may be considered, § 1003.27(d) then requires the proceeding to be closed. The documentation

produced by The Advocates for Human Rights includes multiple instances in which DHS counsel has invoked § 1208.6 as the operative basis for excluding observers from asylum hearings, without any application of the § 1003.46 framework and without any on-the-record findings by the presiding Immigration Judge.  In my experience as an Assistant Chief Counsel for U.S. Immigration and Customs Enforcement, where I worked on significant privacy and asylum-confidentiality matters, and as an Immigration Judge applying these regulations from the bench, that invocation does not reflect a correct application of § 1208.6 to in-court disclosure during the adjudication itself.  Read together with § 1003.46, the structure of these regulations confirms that an asylum proceeding remains open to the public, subject only to the narrow, procedurally specific mechanism that § 1003.46 provides for protecting particular information.

**Public Access to *In Absentia* and Other *Ex Parte* Proceedings**

19. Public observation is particularly important in proceedings conducted in the respondent's absence.  When a respondent fails to appear at a scheduled hearing and the Immigration Judge proceeds *in absentia* under the *in absentia* removal provision in section 240(b)(5) of the Immigration and Nationality Act, 8 U.S.C. § 1229a(b)(5), the proceeding is structurally one-sided: the government is represented, the Immigration Judge takes evidence and renders a decision, and the respondent has no opportunity to be heard.  In that posture there is no adversarial counterweight in the courtroom, and the only mechanism by which procedural irregularities can be observed and documented in real time is the presence of a member of the public or a court observer.  In absentia proceedings can constitute a significant portion of a master calendar docket.  In such a proceeding, the Immigration Judge alone controls the recording equipment and therefore what is and is not recorded, and there may be substantial *ex*

*parte* discussion between the Immigration Judge and government counsel before the judge enters a final order of removal.  Of particular concern, such discussion between the court and government counsel may take place off the record, at the Immigration Judge's discretion, leaving no recorded account of what was said.  Where a final order of removal is entered following such unrecorded *ex parte* discussion, with no respondent and no member of the public present, the presence of an observer is the only remaining safeguard for the regularity of the proceeding.

20. The Advocates for Human Rights' documentation includes incidents in which observers have been excluded from *in absentia* proceedings at Fort Snelling.  Exclusion of observers from *in absentia* and other *ex parte* proceedings is in tension with the structural justification for the openness requirement.  The interest served by public observation (ensuring that the proceeding is conducted consistent with statute, regulation, and basic procedural regularity) is at its highest when no adversarial counterweight is present.  For example, the reports I have reviewed describe an *in absentia* order of removal entered against an elderly respondent in a case that had been administratively closed for many years.  Absent an observer, there would be no contemporaneous public record of how such a proceeding was conducted.

**The "Wait Until the Hearing Concludes" Guidance**

21. Recent EOIR guidance has instructed court observers that they should wait to enter the courtroom until a hearing has concluded, rather than entering during a hearing.  As applied to master calendar dockets, that guidance produces the closure of large numbers of proceedings without any individualized analysis under 8 C.F.R. § 1003.27.

22. Master calendar dockets at Fort Snelling historically include between twenty and fifty cases (although those numbers have increased significantly recently) in a single morning or afternoon session. Although each case is a separate proceeding, the cases are heard in sequence over the course of the session, often with the Immigration Judge delivering group advisals to several respondents at once, and with respondents entering and leaving the courtroom as their cases are completed and as space allows. There is, in practice, no single point at which "the hearing" for the session as a whole begins or ends. If an observer is instructed to wait until "the hearing" concludes before entering, and the master calendar session as a whole is treated as the relevant hearing, the practical result is that the observer cannot observe any of the individual cases; by the time the session concludes, those cases are over. An observer instructed instead to wait until the next case begins has no way to enter without disrupting the proceeding then underway. In my experience, court observers from The Advocates for Human Rights routinely entered and left the courtroom during master calendar sessions without disrupting the proceedings, in the same way that parties, family members, and other members of the public ordinarily come and go, including for brief absences such as restroom breaks. During my tenure at Fort Snelling, I never encountered any significant problem caused by an Advocates for Human Rights observer quietly entering or leaving a courtroom, even while a hearing was in session.

23. Public observation of master calendar hearings serves particularly important interests. The master calendar is where many respondents, frequently unrepresented and of limited English proficiency, are first advised of their rights and obligations. The presence of an observer helps to confirm that competent interpretation is being provided, so that the respondent actually understands the proceeding, and that the Immigration Judge gives the advisals the regulations

15

require.  The Immigration Judge must advise the respondent of the right to representation, at no expense to the government, by counsel of the respondent's choosing, 8 C.F.R. § 1240.10(a)(1), and must advise the respondent of the availability of pro bono legal services and ascertain that the respondent has received a list of pro bono legal service providers, 8 C.F.R. § 1240.10(a)(2); see also EOIR Policy Manual, Part I § 2.3 (Feb. 2026).  Because so much of what occurs at a master calendar hearing concerns these basic advisals and the respondent's understanding of them, public observation provides an important safeguard that the proceedings are conducted fairly and that respondents are afforded the information to which they are entitled.

24. There is no regulatory basis for closing twenty to fifty individual master calendar cases by means of a blanket access rule that prevents observers from entering the courtroom while any of those cases is being heard.  If a particular case warrants closure under 8 C.F.R. § 1003.27, the Immigration Judge has the authority to close that case on the record.  A categorical exclusion of observers from the master calendar session as a whole, justified by reference to courtroom decorum or the avoidance of disruption, is not the same thing as a regulation-compliant closure of any individual proceeding within that session.

**Docket Transparency at the Fort Snelling Immigration Court**

25. Throughout my tenure at Fort Snelling, the court made its daily docket available to the public for in-person review.  Printed dockets were posted in the public lobby outside the courtrooms each morning, listing scheduled cases, hearing types, and assigned Immigration Judges.  Members of the public, including court observers, could consult the posted dockets to identify which courtrooms were in session, what types of hearings were scheduled, and where they

16

might most effectively observe.  The court did not post dockets online; in-person review of the posted dockets at the courthouse was the standard means of public access to docket information.  This was so even for hearings conducted remotely.  During my tenure, several Immigration Judges routinely heard cases by Webex when courtrooms were available, and every case docketed at Fort Snelling appeared on the daily docket posted in the courthouse lobby, even where the Immigration Judge and all parties appeared by Webex, because it remained docketed at the Fort Snelling Court that day.

26. Based on documentation from The Advocates for Human Rights, the public availability of docket information at Fort Snelling has substantially deteriorated since March 2025.  The documented changes include the folding of printed dockets to obscure case identifiers, country-of-origin codes, and detained-or-non-detained designations; the late posting of dockets, or the removal of dockets from the posting board during the court day; and the absence of any posted docket information on certain days.  The reports I have reviewed also describe instances in which Immigration Judges have read case numbers aloud too quickly or quietly to be intelligible to observers, referred to cases by incorrect docket numbers, or directed observers to seating from which the proceedings could not be effectively followed.  In at least one courtroom, the reports describe an Immigration Judge who stopped stating full alien registration ("A") numbers on the record altogether, identifying a case only by the last three digits of the number, particularly where the respondent's name had been redacted from the posted docket.  Other Immigration Judges continued to state full A-numbers during the same period, and the reports describe this practice as making it nearly impossible for observers to track individual cases or to verify their outcomes, such as whether a respondent received a

17

removal order, a continuance, or a grant of voluntary departure.  Each of these practices further impairs the ability of an observer who is present to identify and follow the cases being heard.

27. More fundamentally, the relationship between the posted docket at Fort Snelling and the cases actually being adjudicated has become opaque in two opposing directions.  First, a substantial number of cases involving respondents detained at facilities outside Minnesota (for example, Port Isabel, Texas) are being heard by Fort Snelling Immigration Judges by Webex but do not appear on the publicly posted docket at Fort Snelling.  Second, a substantial number of cases involving respondents in Minnesota, most notably the dockets involving Somali respondents to which I referred above, are docketed at Fort Snelling but are heard by Immigration Judges sitting in courtrooms outside Minnesota, again by Webex.  The combined effect of these two changes is that a member of the public consulting the posted docket at Fort Snelling can neither confirm which cases are being adjudicated by Fort Snelling judges nor identify where in the country a given Fort Snelling case is being heard.  The docket no longer functions as a meaningful tool for locating and observing the proceedings of the Fort Snelling Immigration Court.  The reports I have reviewed also describe certain cases being heard early in the morning, before the daily docket is posted or before the courtroom doors are opened to the public, which further prevents the public from identifying and observing those proceedings.

**Conclusion**

28. The pattern of access restrictions at the Fort Snelling Immigration Court since March 2025, as documented by The Advocates for Human Rights, is not a continuation of the historic operating practice of the court.  The frequency of closures, the absence of on-the-record findings supporting closure, the categorical exclusion of observers from Webex-only proceedings

18

(including detained hearings conducted by video and, most prominently, the dockets of cases involving Somali respondents heard by out-of-state Immigration Judges), the invocation of 8 C.F.R. § 1208.6 as a basis for excluding observers from asylum adjudications, the exclusion of observers from *in absentia* proceedings, the operation of the "wait until the hearing concludes" guidance as applied to master calendar dockets, and the deterioration of docket transparency together reflect a marked and sustained departure from the operation of the court as I knew it through the end of February 2025.  The rationales advanced for these practices, in the documentation I have reviewed, do not adequately support the breadth of the access restrictions imposed.  Absent intervention, I would expect these practices to continue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026.

_____          _____June 1, 2026_____
*Signature*                                                          *Date*

Ryan R. Wood

19

# RYAN R. WOOD

444 CEDAR STREET | SUITE 1150 | SAINT PAUL, MN 55101 | 612-224-2888 | RYAN.WOOD@EMERITI.LAW

## EXECUTIVE SUMMARY

Immigration law expert with over 20 years of distinguished legal experience spanning military service, federal prosecution, immigration enforcement operations, judicial administration, and complex litigation. Unique perspective derived from service on both enforcement and adjudication sides of the immigration system. Designated National Security Attorney by U.S. Department of Homeland Security with Top Secret security clearance. Licensed immigration law practitioner with comprehensive understanding of ICE enforcement operations, worksite compliance, detention procedures, immigration court proceedings, removal standards, and immigration-criminal law intersection (crimmigration). Qualified to provide expert testimony and consultation on immigration enforcement practices, organizational compliance obligations, employer liability, immigration consequences of criminal conduct, and detention/habeas corpus proceedings.

## AREAS OF EXPERTISE

### Detention & Habeas Corpus

- Detention standards and procedures under INA § 235, § 236, and related statutes
- Bond hearings and bond eligibility determinations
- Habeas corpus remedies and federal court review of detention decisions
- Mandatory detention provisions and appellate standards
- Over 1,000 detained docket case resolutions; hundreds of additional detention/bond decisions as an immigration judge

### Immigration Enforcement Operations

- ICE enforcement strategy, tactics, and legal authority
- Worksite enforcement including I-9 audits, civil investigations, and arrests
- Border enforcement and expedited removal authority
- National security determinations and removal proceedings

### Worksite Compliance & Employer Liability

- I-9 completion and compliance auditing
- E-Verify status verification and reverification protocols
- Employer liability under INA § 274A (knowingly hiring unauthorized workers)
- Employment discrimination compliance under INA § 274B
- Organizational protocols when ICE arrives (Fourth Amendment rights, private space restrictions)
- Risk assessment for employers with diverse workforces

### Crimmigration (Criminal-Immigration Law Intersection)

- Immigration consequences of criminal conduct and arrest
- Sentencing recommendations to minimize immigration exposure
- Plea negotiation strategy in cases involving noncitizens
- Crimes of violence and aggravated felonies under INA § 101(a)(43)

- Criminal denaturalization and citizenship consequences
- Mandatory detention provisions and DUI/offense-specific immigration consequences

## Immigration Court Proceedings & Citizenship

- Removal, deportation, exclusion, and rescission proceedings
- Asylum, withholding of removal, and Convention Against Torture protection
- Adjustment of status, waivers, and cancellation of removal
- U.S. citizenship, naturalization, and denaturalization proceedings
- Appellate review, habeas corpus remedies, and motion practice
- Mental competency determinations in immigration proceedings

## Fourth Amendment & Constitutional Rights

- Reasonableness of government searches and seizures
- Warrant requirements and warrantless authority in immigration context
- Fourth Amendment rights of individuals, organizations, and employers
- Motion practice to suppress unlawfully obtained evidence

# CURRENT POSITION

## PRINCIPAL FOUNDING PARTNER – EMERITI LAW PLLC

July 2025 to Present, Saint Paul, MN

Lead attorney and founder of national immigration law practice focused on complex case strategy, litigation support, expert consultation, and specialized representation in immigration enforcement matters. Practice areas include immigration removal proceedings and appellate litigation, federal criminal prosecution of immigration-related offenses, expert consultation on organizational immigration risks and compliance, crimmigration assessment for criminal defense attorneys and clients, litigation support and expert declaration preparation, worksite enforcement response and compliance auditing, and litigation involving immigration detention, habeas corpus, and administrative procedure. Counsel employers, organizations, and criminal practitioners on immigration enforcement risks, compliance obligations, and operational response protocols.

# JUDICIAL EXPERIENCE

## ASSISTANT CHIEF IMMIGRATION JUDGE – U.S. Immigration Court

March 2019 to July 2025, Fort Snelling, MN

Served as senior judicial manager and Assistant Chief Immigration Judge overseeing immigration court operations across the Midwest region (Fort Snelling, Cleveland, Detroit, and Kansas City). Directed all judicial and administrative functions for high-volume courts, supervised 20 Immigration Judges and more than 80 court staff, and ensured consistent adjudicative standards across diverse dockets.

### Leadership & Judicial Responsibilities:

- Exercised operational oversight for four immigration courts representing one of the largest multi-court portfolios in EOIR
- Supervised 20 Immigration Judges and 80+ administrative staff, ensuring compliance with EOIR and DOJ performance standards

- Managed combined annual case receipts exceeding 40,000 and annual completions of 15,000–20,000 cases, for a career total of 70,000+ completed cases under direct supervision
- Maintained active personal docket throughout ACIJ tenure, presiding over hundreds of complex removal, detention, and bond proceedings annually
- Issued hundreds of oral and written decisions annually in complex and high-stakes matters, including detention, bond, habeas, and asylum proceedings
- Implemented data-driven docket parity plans and performance metrics to standardize workloads across courts and improve scheduling efficiency
- Achieved record completions in FY 2022 (10,000+ cases in Cleveland, 6,000+ in Fort Snelling) while maintaining due process and reducing case backlogs
- Delivered more than 200 hours of formal legal instruction across more than 40 national training sessions (New IJ, Advanced IJ, Leadership Training, Mental Competency, Evidentiary Issues, Crimmigration, Asylum/Adjustment/Waivers, Naturalization), representing approximately 10% of EOIR's total annual judicial training
- Served on Immigration Judge Hiring Committee (2019–2025); reviewed hundreds of applications each year and conducted 200+ interviews
- Served on EOIR's Pro Bono Steering Committee and Legal Training Committee, contributing recommendations on national access-to-counsel and judicial education initiatives
- Earned Outstanding performance ratings (2019–2024) from EOIR Director and Regional Deputy Chief Immigration Judge

## U.S. IMMIGRATION JUDGE – DETAINED DOCKET SPECIALIZATION

April 2017 to March 2019, Fort Snelling, MN

Served as full-time Immigration Judge specializing in detained docket matters at Fort Snelling Immigration Court. Focused exclusively on detention and bond proceedings for individuals in ICE custody. Resolved over 1,000 detained cases, establishing expertise in detention standards, bond eligibility determinations, habeas corpus remedies, and appellate standards for detention decisions. Developed comprehensive understanding of detention operations, custody procedures, and the intersection of criminal arrests and immigration enforcement. This specialization provided deep expertise in contemporary detention standards and procedures—critical foundation for current expert consultation on detention practices and organizational compliance with immigration enforcement protocols.

# FEDERAL PROSECUTION EXPERIENCE

## SPECIAL ASSISTANT UNITED STATES ATTORNEY

November 2014 to April 2017, Minneapolis, MN | U.S. Attorney's Office, District of Minnesota

Assigned to Major Crimes and Priority Prosecutions section. Represented United States in federal district court and before Eighth Circuit Court of Appeals. Investigated and prosecuted felony cases involving unlawful procurement of naturalization, immigration fraud, identity theft, passport fraud, illegal reentry, harboring unauthorized aliens, tax fraud, transportation of child pornography, armed bank robbery, and related federal crimes. Obtained more than 35 felony convictions including 2 jury trials. Trained more than 100 federal law enforcement officers on Fourth Amendment protections and constitutional search and seizure law. Developed expertise in sentencing recommendations that account for immigration consequences in cases involving noncitizen defendants.

# IMMIGRATION ENFORCEMENT OPERATIONS EXPERIENCE

## ASSISTANT CHIEF COUNSEL – U.S. Immigration and Customs Enforcement

October 2009 to March 2014, Bloomington, MN

Represented Department of Homeland Security in immigration proceedings. Designated by DHS headquarters as National Security Attorney with Top Secret security clearance. Served as Acting Deputy Chief Counsel. Represented ICE in removal proceedings involving national security concerns, negotiated and coordinated high-profile national security removal to Iran (recognized with DHS Special Achievement Award, September 2012). Served as trial attorney for worksite enforcement actions, I-9 audits, and civil investigations targeting unauthorized employment. Advised ICE officers and agents on legal authority for enforcement operations, detention procedures, removal authority, and warrant requirements. Trained federal law enforcement officers on Fourth Amendment protections. Participated in planning and execution of worksite enforcement operations, providing direct legal guidance on investigation procedures and enforcement tactics.

## EMBEDDED ATTORNEY – Homeland Security Investigations (HSI)

April 2014 to November 2014, Fort Snelling, MN

Served as in-house agency counsel for Homeland Security Investigations Special Agent in Charge, five-state region (Minnesota, Wisconsin, Iowa, Illinois, Missouri). Provided real-time legal guidance and litigation support on complex federal criminal investigations involving border searches, asset forfeitures, narcotics trafficking, Title III wiretap applications and surveillance compliance, human trafficking, child exploitation, cybercrime, and commercial fraud. Advised on Fourth Amendment warrant requirements, FOIA requests, and interagency agreements. Developed understanding of investigative techniques, evidence standards, and federal law enforcement procedures in immigration-related investigations.

# MILITARY SERVICE & LITIGATION EXPERIENCE

## TRIAL DEFENSE COUNSEL – U.S. Army Trial Defense Service

January 2008 to October 2009, Fort Carson, CO; Joint Base Balad, Iraq

Represented soldiers facing court-martial proceedings and administrative hearings. Twelve-month combat deployment to Iraq defending soldiers facing criminal charges across Iraq, Kuwait, and Afghanistan. Tried 2 jury cases to verdict. Litigated more than 10 contested sentencing hearings. Awarded Bronze Star Medal for exceptionally meritorious service in combat zone and U.S. Army Commendation Medal. Developed expertise in complex criminal defense litigation, cross-examination, witness impeachment, and sentence mitigation in high-stakes proceedings.

## SENIOR TRIAL COUNSEL – U.S. Army 4th Infantry Division, Judge Advocate General's Corps

June 2007 to January 2008, Fort Carson, CO

Chief litigator among six trial counsel for Army's fourth busiest courts-martial jurisdiction. Trained seven new trial counsel. Managed all military justice actions for division. Served as acting Chief of Justice. Awarded U.S. Army Commendation Medal for exceptionally meritorious service.

## TRIAL COUNSEL – U.S. Army 4th Infantry Division, Judge Advocate General's Corps

June 2006 to June 2007, Fort Carson, CO

Prosecutor for busiest and most complex military justice jurisdiction at Fort Carson. Tried 4 cases to verdict. Litigated more than 20 contested sentencing cases. Trained federal law enforcement agents on investigations and courtroom practice. Advised commanders on criminal justice and military legal issues.

## MILITARY MAGISTRATE – U.S. Army, Judge Advocate General's Corps

December 2005 to June 2006, Fort Carson, CO

Appointed Military Magistrate by Fourth U.S. Army Judicial Circuit. Held pre-trial confinement hearings for soldiers facing court-martial. Issued search authorizations and arrest warrants upon showing of probable cause.

# EDUCATION

## HAMLINE UNIVERSITY SCHOOL OF BUSINESS

Master of Business Administration, May 2015

## HAMLINE UNIVERSITY SCHOOL OF LAW

Juris Doctor, May 2004 | Law Review Editor, Hamline Law Review, 2003-2004

## HAMLINE UNIVERSITY COLLEGE OF LIBERAL ARTS

Bachelor of Arts in Political Science with Minor in Management, May 2000

# LICENSURE & PROFESSIONAL MEMBERSHIPS

- Minnesota Supreme Court - Admitted and sworn to practice, October 2004 | License Status: Active
- Federal Bar Association, Immigration Section
- American Immigration Lawyers Association (AILA)
- Volunteer, Team Rubicon Disaster Response (Level 1 Sawyer)
- Board Member, MicroGrants Nonprofit Organization (May 2024–present)

# HONORS & AWARDS

- U.S. Department of Justice, EOIR Special Commendation (2024) - exceptional docket management innovation and operational excellence
- U.S. Department of Justice, EOIR Director's Award (2023) - leadership and policy development on Pro Bono Steering Committee
- U.S. Department of Homeland Security Special Achievement Award (2012) - national security removal negotiation and coordination
- Outstanding Performance Rating (2019–2024) - highest annual evaluation from EOIR Director and Regional Deputy Chief Immigration Judge
- U.S. Army Bronze Star Medal (2009) - exceptionally meritorious service in combat zone
- U.S. Army Commendation Medal (2007 & 2009) - exceptionally meritorious service

# CONTINUING LEGAL EDUCATION & PRESENTATIONS

## Scheduled & Recent Engagements:

- AILA Minnesota Dakotas Conference – Keynote Speaker, May 2026
- AILA Chicago Midwest Regional Conference, March 2026

- Minnesota AgriGrowth Council: Immigration Enforcement & Organizational Protocols for Agricultural Employers, November 2025
- Minnesota State Bar Association: Crimmigration Round Table, November 2025
- AILA Midsouth: Building Your Record for Appeal, October 2025
- Volunteer Lawyers Network: Immigration Proceedings and Pro Se Respondents, October 2025
- Immigrant Law Center of Minnesota: ICE Interactions & Harboring Laws – Legal Training for Immigration Practitioners, August 2025
- Washington County Law Library: Immigration Enforcement in 2025, August 2025

## EXPERT DECLARATION QUALIFICATIONS

As an expert in immigration law, enforcement operations, and immigration court proceedings, Ryan R. Wood is qualified to provide opinions, testimony, and consultation on matters including but not limited to:

- Immigration enforcement authority and operations, including DHS tactics, legal basis, and operational procedures
- Detention procedures, standards, and bond eligibility determinations under federal immigration law
- Habeas corpus remedies and federal court review of detention decisions
- Worksite enforcement and employer compliance obligations
- Immigration consequences of criminal conduct (crimmigration analysis)
- Criminal denaturalization and citizenship consequences
- Removal proceedings, relief eligibility, and appellate standards
- U.S. citizenship, naturalization procedures, and denaturalization authority
- Fourth Amendment protections in immigration context and warrant requirements
- Organizational protocols and employer rights during immigration enforcement encounters
- Immigration consequences of specific criminal charges and plea agreements
- Standard practices in immigration court proceedings, detention operations, and appellate review

Qualifications are based on: 20+ years of distinguished legal experience; service in federal prosecution, immigration enforcement operations, and federal judiciary; 1,000+ detained docket case resolutions as specialized judge; continued detention/bond expertise during six years as judicial administrator; designation as National Security Attorney by DHS with Top Secret security clearance; comprehensive understanding of immigration law from enforcement, prosecution, and adjudication perspectives; current active immigration law practice; extensive training experience with federal judges and law enforcement officers; recent service as judicial administrator overseeing immigration courts with 70,000+ cases under direct supervision and managing 20 judges across multiple jurisdictions.

# EXHIBIT 39

# Declaration of William Quigley

CORE/3515279.0007/244176811.1

CITY OF NEW ORLEANS

STATE OF LOUISIANA

Declaration of William Quigley

I, William Quigley, do state and affirm the following under penalty of perjury.

One.  My name is William Quigley.  I reside in New Orleans at 7500 Dominican Street, New Orleans, LA 70118.  My email is quigley77@gmail.com.  My phone number is 504.710.3074.

Two.  I am an emeritus professor of law at Loyola University New Orleans where I taught for thirty years.

Three.  I am writing this declaration as pro bono counsel for volunteers who have been repeatedly denied access to court proceedings at the Baton Rouge Louisiana Immigration Court. These volunteers are members of many organizations.  The Baton Rouge court observations are loosely coordinated by unpaid volunteers with an organization called Mision Migrante.

Four.  The Baton Rouge Immigration Court was opened in fall of 2025.  Mision Migrante members went to court on Monday October 20, 2025 to try to observe proceedings in immigration courts.  They were refused entry to the court and told the judge had closed the court to the public all day.  The people who refused them entry refused to identify themselves. The volunteers explained that they had permission from one of the respondents to attend but they were again told that the judge had closed all the proceedings of the court all day.

Five.  In response to the denial of public access, I filed an administrative complaint on behalf of the volunteers who were denied access.  The administrative complaint was filed with the Attorney General of the United States, the Office of the Inspector General of the US Department of Justice, the Acting Director of the Executive Office of Immigration Review, and Congress Representative Troy Carter.  The complaint is attached as Exhibit A.

Six.  The only response to the complaint was a December 17, 2025 letter from the DOJ Office of the Inspector General indicating that they had forwarded the complaint to the Executive Office for Immigration Review and were taking no further action.  The response is attached as Exhibit B.

Seven. There were no further responses and the Baton Rouge Immigration Court continued to deny access to the public.

Eight.  The volunteers decided to continue to press for the legal right of public access and did not give up. They continued to go in person to the court to try to observe proceedings.

1

Nine.  Volunteer members of the public have attempted to observe proceedings at the Baton Rouge Immigration Court dozens of times over the past several months.  They have been consistently turned away and not allowed inside the court rooms.  While a few times they were advised that overcrowding was the reason they were refused access, nearly all were given no reasons other than one of more of the immigration judges has closed all the proceedings to the public.

Ten.  From November 2025 to May 2026, volunteer members of the public went to Baton Rouge Immigration Court to try to observe proceedings as allowed by law over 50 times.

Eleven.  From November 2025 to May 5, 2026, members of the public were allowed to observe Master Hearings 7 times, and were denied access to Master Hearings numerous times.

Twelve.  From November 2025 to May 21, 2026, one member of the public was allowed to observe an individual hearing, other members of the public were denied over 50 times.

Thirteen.  Details of these dozens of attempts by members of the public to observe are set out in ATTACHMENT C.  I personally prepared ATTACHMENT C as part of the normal, routine, standard course of my legal practice over the past few months based on my personal and professional communications with these volunteers.

Fourteen.  I have also spoken with an immigration attorney who practices in the Baton Rouge Immigration Courts.  The attorney confirmed the routine denial of public access in that court as outlined in ATTACHMENT C.  The attorney was not willing to publicly identify themself for fear of repercussion against them and/or their clients.

I declare under penalty of perjury that this is true and correct.

William Quigley

William Quigley

June 3, 2026

Date:

2

# EXHIBIT A

CORE/3515279.0007/244176811.1

# ADMINISTRATIVE COMPLAINT

# October 20, 2025

## Rachel Taber and Four Other Members of the Public

## Versus

## Unnamed Members of Baton Rouge Immigration Court

## To:

Attorney General Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Submitted through the DOJ OIG portal.

Department of Justice Acting Inspector General William M. Blier
U.S. Department of Justice
Office of the Inspector General
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Submitted through the DOJ OIG portal.

Acting Director Sirce E. Owen
Executive Office of Immigration Review
5107 Leesburg Pike, Suite 2500
Falls Church, VA 22041
PAO.EOIR@usdoj.gov

Congressman Troy Carter

1

650 Poydras, Suite 2525
New Orleans, LA
Submitted through Congressional portal

We are contacting you to ask you to investigate the Baton Rouge Office of Immigration Hearings for its illegal practice of denying members of the public access to hearings. We ask that you examine and document their illegal practices and immediately order them to comply with the requirement of public access to all proceedings allowed by law.

The First Amendment to the U.S. Constitution, which protects freedom of speech and the press, supports the right of the public to all court proceedings. Indeed, the U.S. Federal Courts official website of the U.S. government states: "The public may visit a federal court to watch each step of the federal judicial process, with few exceptions. Access for All. Most courtroom proceedings are open to the public on a first come, first served basis. A person who wishes to observe a court in session may check their local federal court calendar online or at the courthouse and watch a proceeding in person."

You have jurisdiction to supervise and investigate these proceedings under the Executive Office for Immigration Review which is part of the Department of Justice. The primary mission of the Executive Office for Immigration Review is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings.

On Monday October 20, 2025, Rachel Taber and 4 other members of the public were refused entry to the Baton Rouge Immigration court. They were told the judge had closed the court to the public all day. When they advised that they had permission from one of the respondents they were again told that the judge had closed all the proceedings to the court all day.

Despite numerous requests, the person who ordered them to leave the court refused to identify herself. The unnamed court official then said she was calling Federal Protective Services and Rachel Taber left the office.

Therefore, we ask that you investigate and compel the New Orleans Immigration Court to follow the Constitution, the Federal Courts, and the rules of the Department of Justice Immigration Court Practice Manual and immediately open up all proceedings to the public.

2

Thank you,

William P. Quigley
Attorney for Rachel Taber and other members of the public
7500 Dominican Street
New Orleans, LA 70118
504.710.3074
Quigley77@gmail.com

**APPENDIX ONE: NATIONAL IMMIGRATION CHAPTER 4.9**

On the National https://www.justice.gov/eoir/reference-materials/ic/chapter-4/9

**IMMIGRATION COURT PRACTICE MANUAL**

# Chapter 4 - Hearings Before the Immigration Judges

# 4.9 - Public Access

Share

**(a) General Public -**

   **(1) Hearings -** Hearings in removal proceedings are generally open to the public.  However, special rules apply in the following instances:

- Evidentiary hearings involving an application for asylum or withholding of removal ("restriction on removal"), or a claim brought under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment, are open to the public unless the respondent expressly requests that the hearing be closed.  In cases involving these applications or claims, the Immigration Judge inquires whether the respondent requests such closure.
- Hearings involving an abused alien child are closed to the public.  Hearings involving an abused alien spouse are closed to the public unless the abused spouse agrees that the hearing and the Record of Proceedings will be open to the public.
- Proceedings are closed to the public if information may be considered which is subject to a protective order and was filed under seal.

3

See 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i).  Only parties, their practitioner(s) of record, employees of the Department of Justice, and persons authorized by the Immigration Judge may attend a closed hearing.

**(2) Immigration Judges authorized to close hearings -** The Immigration Judge may limit attendance or close a hearing to protect parties, witnesses, or the public interest, even if the hearing would normally be open to the public.  See 8 C.F.R. § 1003.27(b).

**(3) Motions to close hearing -** For hearings not subject to the special rules in subsection (1), above, parties may make an oral or written motion asking that the Immigration Judge close the hearing.  See 8 C.F.R. § 1003.27(b).  The motion should set forth in detail the reason(s) for requesting that the hearing be closed.  If in writing, the motion should include a cover page labeled "MOTION FOR CLOSED HEARING" and comply with the deadlines and requirements for filing.  See Chapter 3 (Filing with the Immigration Court), Appendix E (Cover Pages).

**(b) News Media -**

Representatives of the news media may attend hearings that are open to the public. The news media are subject to the general prohibition on electronic devices in the courtroom. See Chapter 4.13 (Electronic Devices).  The news media are strongly encouraged to notify the Communicative and Legislative Affairs Division and the court administrator before attending a hearing.  See Appendix A (Directory).


**APPENDIX TWO: BATON ROUGE IMMIGRATION COURT WEBSITE**

On the Court website: https://www.justice.gov/eoir/baton-rouge-immigration-court#observing

# Observing Immigration Court Hearings

Immigration court hearings are open to the public, with limited exceptions, as specified in law. You do not need to notify the immigration court in advance of your visit. You are, however, encouraged to contact EOIR's Office of Policy at PAO.EOIR@usdoj.gov to coordinate your visit. Note, the use of cameras and recording devices in courtrooms or other EOIR spaces is prohibited. For additional information about court observations, please review EOIR's Observing Immigration Court Hearings Fact Sheet.

4

**EXHIBIT B**

CORE/3515279.0007/244176811.1

 **DEPARTMENT OF JUSTICE** | OFFICE OF THE INSPECTOR GENERAL

December 17, 2025

William Quigley
Quigley77@gmail.com

Dear Mr. Quigley:

Thank you for your recent correspondence received on November 17, 2025. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations.  After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another other DOJ office.  Therefore, we have forwarded your correspondence to:

U.S. Department of Justice
Executive Office for Immigration Review
Director
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Please direct any further correspondence regarding this matter to this office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

# EXHIBIT C

CORE/3515279.0007/244176811.1

**ATTACHMENT C: Details of Denial of Public Access to Baton Rouge Immigration Court from November 2025 to May 17, 2026, last revised 2026.6.2**

**Public Access of Baton Rouge Immigration Court - Dates of Attempts to Observe and Results**

Information collected from volunteer members of the public in coordination with Mision Migrante.

This document written by Bill Quigley, Emeritus Professor of Loyola Law quigley77@gmail.com

SUMMARY

From November 2025 to May 17, 2026, members of the public went to Baton Rouge Immigration Court to try to observe as allowed by law over 50 times.

From November 2025 to May 17, 2026, members of the public were allowed to observe Master Hearings 7 times, and were denied access dozens of times.

From November 2025 to May 17, 2026, 1 member of the public was allowed to observe an individual hearing, other members of the public were denied over 50 times.

CHRONOLOGY – MOST RECENT LISTED FIRST

5.27.26 BB Allowed into Master Calendar Hrng.  Judge recognized h.

5.20.26 BB Denied.  arrived today at 12:55 and was rejected for the 4 individual calendar hearings scheduled for 1:00.

5.18.2026 NG   Denied.  Guard C. Hughes told me that we will "never" be allowed in any individual hearing - even if the attorney & the respondent ask that we be present.

5.15.26 HD Denied entry to master hearings, said it was due to overcrowding.

5.13.26 HD not allowed in to master hearings because of overcrowding.  Guard said sometimes the hearings were so overcrowded that family members could not get into the courtroom.

5.11.26 MP attended 1 hrng with Judge Moore.  DOJ atty had a form for def atty to agree to presence of public – but only produced at the conclusion of the hearing.  Later ct personnel advised that senior judges advised against making public access a regular thing.

1

5.11.26  NG denied.

5.7.26  BB Denied from 2 individual hearings.  Master hearings access also were denied because it was going to be too crowded.  One individual hearing and that was denied too of course.

5.7.26 MP denied entry to Judge Moore court.  Allowed in Judge Holliday court.

5.7.26 BB denied access.  I arrived at 8:20 AM and noticed several pages to the docket. Almost all dockets were for the afternoon. There were 2 Individual Calendar hearings set for 8:30 in the court of Judge Romain White. I inquired about the docket and the female security guard said, "They are not allowing yall in to any of the individuals." I asked, "Does that mean I can't go in to any hearings this morning?" She said that was correct.

5.6.26  BB denied entry to individual hearings.  Several pages of docket.  We arrived as a group of observers at about 12:55. There were several pages of dockets. It seemed that most of the afternoon hearings were Master Calendars and we were not allowed in. C. Hughes stated that the dockets were long and it would be too crowded to have room for observers. He did not leave the area to go ask, but seemed prepared to tell us that we would not be admitted. Despite the docket being full, there were only 4-5 respondents in the area. NG also denied.

5.6.26 BB Denied.  Six of us requested admission to the Master Calendar Hearings ("MCH"), but C. Hughes said that Judge Romaine White & Patrick Moore closed their courts to outsiders because there wasn't enough room.  Both judges were handling the caseload of Judge Cassie Thogerson, who was not able to hold court.

5.6.26 MP Denied. I requested admittance to observe master calendar hearings and was denied entry. NG also denied.

5.6.26 DB Denied. Arrived to observe either Master or Individual 1:00 hearings.  Judges Holiday, White, and Moore were present and Thogersen was absent.  Per C. Hughes we are not allowed to observe any Individual Hearing.  He also said that we would normally be allowed to observe a Master Calendar Hearing but since the judges had split the docket to cover for the absent judge we would not be allowed in due to space constraints.

4.13.26 JP Denied.  Judge White had a master calendar hearing today but the guard—C. Hughes—inquired and was told that I could not observe today.

4.8.26 BB Denied. I observed on the docket that 3 judges had hearings this morning at 8:30. Judge R. White had an Individual hearing at 8:30. Judge Carey Holiday had 9 master calendar hearings set for 8:30, and Judge Patrick Moore had 10master calendar hearings set for 8:30. As I approached the security entrance, officer C Hughes stated that there would be no observations allowed today. I questioned about the master calendar hearings, and he stated again that no observers were to be allowed for any type of hearing - master or individual.

2

4.6.26 JP Denied.  Security guard C. Hughes told me there are only individual hearings today and no one will ever be able to observe these cases.

3.30.26 JP Denied. Security guard told us no observations today.

3.20.26 NG Denied.  Young African American male guard told us the judges do not allow visitors in the courtroom for Individual Hearings.

3.17.26 BB Denied.  Black female guard said She said, "No master hearings today so you can't observe "

3.13.26 NG Denied. Young black male security guard said that the judge does not let the public inside the court room for individual hearings.

3.12.26 MP Denied. Middle aged African American male no name tag visible.  we Asked to observe Individual Hearings and were told no.

3.10.26 BB Denied.  Security guard C Hughes said it's all Individual hearings today so I am not allowed. He also said he thinks master calendar hearings will begin to be held on Wednesdays and Thursdays. I asked if they would be morning or afternoon. He said he did not know.

3.9.26 JP Denied.  Female Security guard informed me that there was nothing to observe today. Only individual hearings.

3.6.26 MP Denied.  Male African American guard.  I asked to observe individual hearings and was told I would never be allowed in. I replied that I knew that, but I would continue to make the request.

3.4.26  JK Denied by African American male guard nametag not visible.  All hearings for the day were individual hearings. No observers allowed.

3.3.26 BB Denied.  Black female guard. I arrived and checked the docket. All cases were Individual Hearings under Judge Thogersen and Judge R White. The entry way into the security area was blocked by a tape. I stuck by head into the area and inquired of a guard who was sitting near the metal scanner whether I would be allowed entry to observe court. She said. "No, all cases are individual so you can't come in."  There were no master calendar hearings on today's docket.

3.2.26  NG denied.

2.27.26 MP.  Denied C Hughes. There was no docket posted for today. I asked Mr. Hughes if there was court and he told me there were two individual hearings and no master calendar hearings scheduled. I requested access to the individual hearings, and he denied the request.

3

2.26.26 NG Denied. Young male clerical staff doing mail run. He advised us that we could not observe the hearings because sensitive information is sometimes disclosed during the hearing.

2.25.26 JK. Denied in part, admitted in part. African American middle age male guard. Only individual hearings were scheduled for the morning. No observers allowed, per the guard. Master hearings were scheduled for 1:00 but the guard was not clear if observers would be allowed. He questioned whether or not they were really master hearings, despite the docket listing them as master hearings. Another court watcher went in the afternoon and was admitted to the master hearings.

2.24.26 BB Denied. Sec guard Hughes. I looked at the docket. All hearings for today were Individual Hearings in the courts of Judge Romaine White and Judge Cassie Thomason. I asked the guard if I would be allowed into court. He said no. He said there will be more master hearings later in the week.

2.23.26 JP. Denied. Security guard said there is nothing to observe today. Individual hearings only scheduled.

2.20.26 MP Denied. African American female guard in 20s or 30s. I asked to observe the individual hearings and was told that was not allowed.

2.19.26 LC Denied. Guard young woman. Was told we're not allowed into individual hearings… There were four scheduled for today. They all had attorneys representing them in the judge was Romain-White. I asked if they are still holding master calendar hearings and the guard said yes, they're very irregular, but they are still holding them.

2.18.26 BB. Denied. Guard Dalcourt. I checked the docket and noticed that all hearings were Individual Hearings. There was a barricade tape across the entry door to court security area. I asked if I could be allowed in for court observation. Security guard Dalcourt said "No. Observers are not allowed in for Individual Hearings indefinitely until further notice."

2.13.26 MP Denied. Male out of sight. There were no master calendar hearings scheduled. I requested entry to the individual hearings and was denied. When I asked the reason, I was told "judge's Discretion."

2.12.26 BB Denied. Black female security guard. The security guard said there were Individual Hearings only today. I asked if I would be allowed to come in to observe. She replied "No, they don't let you come in for Individuals." I asked, "Did you double-check that today because they might have changed their mind since yesterday." She said, "they say no."

2.10.26 BB Denied. D Cole guard. The docket showed only individual hearings. I counted the hearings, checked the times, whether there were attorneys listed. The guard asked what I was doing. I replied that I was taking some notes and she asked why. I explained I was a volunteer

4

court observer and I was collecting data for "statistical purposes" for a form that I would complete.  There was a tape barricade at the entry. I asked if I could be allowed to enter. She said No. She said the judge does not allow entry for individual hearings. I asked if she was sure that the judge would not allow it today. She said yes.

2.9.26 JP Denied. Young female guard.  The security guard told me there were no master calendar hearings scheduled today so there was nothing to observe.

2.2.26 JP Denied. Was told by the security guard that there were only individual hearings today and nothing could be observed.

2.2.26 NG Denied. The guard told me that the judges do not allow third parties into the court to observe individual hearings.

1.29.26 LC Denied. Female guard. I arrived outside the restricted area about 805 and saw no respondents. I asked if I would be able to observe today and the guard said let me look at the schedule and see if there are any master calendar hearings. I said they are not and would like to observe an individual hearing. She said that is not possible. I said that in New Orleans observers were able to attend individual hearings and was unclear as to why there is a difference approach in Baton Rouge. She said this is just the way we do it… And I asked if it was at the judge's discretion or policy. She went to ask the gentleman behind the glass counter and he said it was the judge's decision. The judges were Thogersen and Romaine White. I waited until about 8:45 AM and never saw any respondents between 8 and 8:45, although there were three hearings scheduled at 8:30.

1.29.26 JP Denied. Middle-aged security guard, African American, female with no visible name tag. We asked to observe individual meetings and a guard told us no.

1.29.26 MP Denied. African American female middle age guard requested access to observe individual hearings and was told no.

1.26.26 JP Denied.  Female Security guard. I was told that there were no master calendar hearings today so there was nothing to observe.  NG also denied.

1.14.26 MP Denied. D Cole Security.  I arrived at Immigration Court in Baton Rouge at about 12:50 pm to observe the 1:00 PM individual hearing for the respondent represented by Phillip Hunter. Ms. Cole asked what I wanted and, I was fumbling with my phone to get the details (I mainly use Signal Desktop because small touch screens are a pain) Before I got the details up, she disappeared and after about 5 minutes returned with the information that the judge would not allow me in the court room. No reason was given. Upon reflection, realize that I do not know if Mr. Hunter was part of the discussion or if he had the opportunity to request my presence.

5

1.13.26 MP Denied.  Female African American Guard. I asked to observe and she told me that there were no public hearings today so I was not allowed to observe. I thanked her and left.

1.12.26 JP Denied.  Security Guard. Informed by security guard that there was nothing to observe today. Only individual hearings are scheduled today and we are not allowed to observe it.  NG also denied.

1.7.26 BB allowed to observe master hearing.  Denied individual hearing.

1.5.26  NG denied

12.29. 25 NG denied individual hearings.

12.22.25 NG denied individual hearings.

12.17.25 BB Master Hrng Allowed, Individual Hearings Denied. C Hughes Guard. I approached with 2 other observers. He politely said that they had master hearings and we were allowed to observe. I said "what about the 3 individual hearings under Judge Thogersen." He replied "no, you can't go in those." I said, "would you please ask the judge about today's hearings." He walked away for a moment and came back and continued his security checks of our bags etc. I said, "will we be allowed in to the 8:30 individuals?" He said, "no."

12.16.25 JK Denied. Female African American Guard. The guard asked me if I was there as an observer. She told me that there were no master hearings today and observers could not attend individual hearings. There were two scheduled for the morning.

12.15.25 NG denied individual hearings.

12.9.25 LM Denied.  Johnny sits behind the window in waiting area.  I approached Johnny at the window to check on the status of the MC hearings that morning and informed him I wished to observe. It was 8:40 am. He said he would check, but since court had started at 8:30 am, he wasn't sure if I could go in. He made a phone call and then informed me that I was not allowed to enter because the courts were already in session. He told me to come back at 10 am (for next scheduled hearings). Johnny said that Bryan was the one who said I could not enter the courtroom late.

12.8.25  NG denied individual hearings.

12.1.25  NG denied individual hearings.

11.24.25 NG allowed into master hearing.  Denied for individual hearings.

11.19.25 DB Access granted for master hearings, denied for individual hearings. C Hughes Guard.  We were allowed to enter and observe a Master Schedule hearing with Judge

6

Thogerson.  There was one respondent with her young son.   Following this hearing we were denied access to all scheduled Individual hearings for the day.

11.17.25 BB Denied for individual hearings, allowed for master hearings.  C Hughes Guard. We told Security guard C Hughes that we were there to be observers. He said he would let the judges know. He returned and said that the judge for the Master Hearings agreed to let us in. But the judge (Cassie Thogersen) for the Individual Hearings said no. When Lisa C of our group asked why not, he handed us a paper which was the Fact Sheet and said to read bullet point 2. Bullet point 2 reads "The Immigration Judge makes a determination to limit attendance at or to close a hearing."

11.17.25 DB & NG Allowed Master hearing, denied individual hearings.  Allowed entrance to Judge Romaine White's Master hearing and denied entry into Judge Cassie Morgeson's Individual hearing.  C. Hughes stated that entry for observation was at the discretion of the judge and Judge Morgeson would not allow entry.

# EXHIBIT 40

# Declaration of Alla Holmes

CORE/3515279.0007/244176811.1

DECLARATION OF ALLA KARAGODIN HOLMES

1. My name is Alla Karagodin Holmes and I currently serve as a Program Manager at the Acacia Center for Justice (Acacia).

2. Acacia is a national, non-profit, non-governmental organization dedicated to expanding meaningful and effective access to justice and freedom for immigrants at risk of detention or deportation.

3. I currently manage Acacia's Witness for Justice Court Observation Program which launched in September 2025. Witness for Justice is a national court observation initiative that trains and supports volunteers to observe immigration court proceedings, document what occurs in those proceedings, and elevate concerns related to transparency, due process, and judicial independence in the immigration court system. Through a coordinated observation approach, Witness for Justice seeks to ensure public oversight of immigration courts.

4. As part of Witness for Justice, Acacia regularly connects with observers and local court observation projects for information sharing, peer support, and troubleshooting challenges that public observers have in accessing immigration courts. Observers with our project submit forms following their observations which capture notes about what they observed or experienced. Observers also contact us via email with questions and additional information about their observations. I review observation forms and emails as part of my role. Through these channels, as well as through personal experience, I have become aware of many instances of observers being denied in-person and remote access to immigration court hearings at courts nationwide, including California, Louisiana, Michigan, Minnesota, Texas, Arizona, and Washington.

5. The videoconferencing platform used by Immigration Judges for hearings is called WebEx. Remote access barriers shared by court observers since September 2025 include being left in WebEx waiting rooms for extended periods of time without admission, being removed from hearings after initially being allowed to observe, being told that observation is permitted only in person at a court or detention facility even when the hearing is otherwise conducted remotely, and being denied access altogether despite repeated attempts to join a scheduled hearing. In many instances, observers reported waiting an hour or more in virtual waiting rooms without any communication from court staff or explanation as to whether the hearing had begun or whether they would be admitted.

6. Observers have also reported being excluded from hearings after court staff, judges, or government attorneys became aware of their presence as public observers. In some cases, observers were allowed to remain briefly at the start of proceedings but were removed once they identified themselves as observers.

7. While some observers were able to access portions or the entirety of hearings, many reported confusion and inconsistency regarding court-specific expectations, such as requirements to notify a clerk in advance, appear on camera, or identify a specific case or A-number in order to remain in a virtual courtroom. Despite the regulations and written guidance from EOIR, these expectations are not uniformly communicated in practice and vary by court and by judge.

8. Many observers who reported being prevented from joining or remaining in hearings did not receive any clear or specific reason for their exclusion. Observers were simply removed from the virtual courtroom or left waiting without admission and without explanation and they are prevented from observing any case on that particular docket. In other instances, observers were told only that a hearing was "closed," without any clarification as to the legal basis for closure or whether the closure applied to the entire docket or only a portion of the proceedings. Observers were often not told whether alternative hearings would be available for observation that same day or in the future.

9. When reasons for excluding public observers were given, they were frequently vague or inconsistently applied. In some locations, observers were informed by the judge or court staff that access was being denied pursuant to an Executive Office for Immigration Review (EOIR) fact sheet or a purported "new policy," which was cited as justification for excluding the public from all hearings, including from WebEx proceedings, without reference to any formal regulation or case-specific determination.

10. Some observers were informed that judges do not permit public observation via WebEx, that there was insufficient "space" or "bandwidth" for observers to attend remotely, or that observers could attend only specific types of hearings in person on limited days. In some instances, observers were told that proceedings could only be observed in-person at detention centers or specific courthouses, even though other participants attending the hearing, including the Judge, government attorneys, and interpreters, were all appearing remotely.

11. Observers attempting to access hearings for individuals detained at facilities in Louisiana have repeatedly been excluded, particularly when attempting to observe remotely via WebEx. Observers have been told that only attorneys or individuals with a case before the court are permitted to appear by WebEx, that admitting an observer would require the court to "let everyone in," that observers are not accepted because it "takes up too much bandwidth, "or that public observation over WebEx is not allowed at all." At least three additional observers were removed from virtual waiting rooms during Louisiana detained dockets without any explanation.

12. On January 29, 2026, I personally had a similar experience while attempting to observe a detained docket from a detention facility in Louisiana being heard by a Judge sitting in Houston. I joined the WebEx hearing at the scheduled start time for what I thought was a Master Calendar Hearing, but the proceeding appeared to be an individual hearing, as it involved discussion of prior convictions and rehabilitation. I remained logged into the hearing, with my video off, for approximately fifteen minutes until the government attorney noticed my presence and brought it to the Immigration Judge's attention. The Immigration Judge then stated, "this is a WebEx hearing, and so you're not allowed to observe WebEx, so if you can kindly, please remove yourself. You certainly have the right to observe in person, but not for WebEx." The Immigration Judge did not cite the sensitive nature of the hearing or any specific EOIR policy as the basis for my exclusion but instead relied solely on the fact that I was observing remotely. All participants in the hearing, including the Immigration Judge, respondent, counsel, government attorney, and interpreter, appeared to be attending virtually, and there did not appear to be any meaningful opportunity to observe the hearing in person.

13. Information about how the public can access WebEx hearings has been inconsistent and difficult to navigate. In Michigan, for example, an observer sought to view a docket presided over remotely by judges in Richmond, Virginia with respondents from Michigan. Although the respondents appeared in person at the Michigan courthouse, and the observer sought to observe in person in the courtroom, the judge appeared remotely. When the observer asked the court clerk if he could observe the hearing in person, he was informed that because the hearing was conducted via WebEx, he would need to log into WebEx on a personal device to observe. This docket appears to be overseen by a Remote Adjudication Center. Yet publicly available information about Remote Adjudication Centers is so limited that it is difficult to determine when or where hearings are taking place or how members of the public can meaningfully observe them at all.

14. Observers have also encountered additional restrictions that limit their ability to meaningfully observe and document proceedings even when they are physically permitted to enter the courtroom, which has made it difficult to plan for and conduct observations. In at least one court, observers were allowed to attend hearings in person but were expressly prohibited from taking notes, making it very difficult to document what occurred. One judge has barred observers from taking notes during Master Calendar Hearings, while other judges have imposed further limitations on observation, including categorically excluding the public from merits hearings, juvenile dockets, or hearings involving motions to pretermit.

15. Another related access challenge that our project consistently faces is identifying hearings that the public can observe. EOIR does not post docket schedules publicly online, and dockets are not consistently posted inside physical court spaces, or if they are, they are typically posted in the afternoon the day before a hearing takes place or sometimes the morning of the hearing. This makes it hard to predict when hearings will happen and limits public access given the difficulty of being able to plan for observations.

16. In December 2025, two Acacia colleagues and I visited the Sacramento Immigration Court, hoping to observe hearings. We were informed by the clerk that there were no observable hearings that day, so my colleague, who is from Sacramento, offered to give us a brief tour of the court. While on the fifth floor, a security guard approached us and asked whether we were attorneys, to which two of us responded that we were. The guard then asked for our affiliation, and we explained that we were with Acacia Center for Justice and were not affiliated with the local observation program. The security guard informed us that he had received guidance from the court administrator to arrest anyone affiliated with the local court observer organization if they stepped foot on the fifth floor when there were no hearings going on.

17. The court observer experiences described above show a pattern of restricted and inconsistent public access to immigration court proceedings across multiple jurisdictions nationwide. These access limitations do not appear to be isolated incidents tied to individual cases but instead occur on a docket-by-docket or courtroom-by-courtroom basis and are often implemented without prior notice or clear explanation. Based on my role managing Acacia's Witness for Justice Court Observation Program, my regular communications with court observers and local observation projects nationwide, and my own direct experiences, it is my understanding that these practices have limited the ability of members of the public to observe, document, and understand what occurs in immigration court proceedings that are ordinarily open to public observation.

18. As of the date of this declaration, these unexplained restrictions on public access to immigration court proceedings, particularly via WebEx, remain ongoing. Through my continued work managing Acacia's Witness for Justice Court Observation Program, we are still receiving regular reports from observers across the country describing challenges in gaining entry to hearings or being permitted to observe the entirety of Master Calendar Hearings, whether in person or remotely. These reports continue to reflect inconsistencies, lack of transparency, and barriers to observation at multiple courts nationwide. Based on these ongoing reports and my own review of observer submissions and communications, it is my understanding that the access issues described above persist and continue to impede meaningful public oversight of immigration court proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2026.

Signature                                                    Date:  June 1, 2026

# EXHIBIT 41

# Declaration of Katie Fleming

CORE/3515279.0007/244176811.1

DECLARATION OF KATHERINE FLEMING

1.  My name is Katherine (Katie) Fleming, I reside in Fair Oaks, California, and I currently serve as the Director of Public Education and Engagement at the Acacia Center for Justice.

2.  Acacia is a national, non-profit, non-governmental organization dedicated to expanding meaningful and effective access to justice and freedom for immigrants at risk of detention and deportation.

3.  I currently help to oversee Acacia's Witness for Justice Court Observation Project which launched in September 2025. Witness for Justice is a national court observation initiative that trains and supports volunteers to observe immigration court proceedings, document what occurs in those proceedings, and elevate concerns related to transparency, due process, and judicial independence in the immigration court system. Through a coordinated observation approach, Witness for Justice seeks to ensure public oversight of immigration courts.

4.  As part of the training we provide observers, we ask them not to interfere with immigration court proceedings and to respect the judge and court staff. We ask observers to keep their phone off or on silent, to sit in the back of the room, and to quietly take handwritten notes. If asked to leave, we instruct our observers to do so immediately and to share that information back in their observation forms.

5.  Given my role with the Witness for Justice project, I have done a few immigration court observations over the past year. While I have been able to observe in person, I have never been permitted to a WebEx hearing when I tried to observe remotely. I have tried to observe via WebEx approximately 4-5 times. I documented two examples of instances when I was not admitted into the hearing to observe.

6.  On July 28th, 2025, I attempted to observe a master calendar hearing in Harlingen, Texas via WebEx. I waited in the virtual lobby for over 45 minutes before logging off. No one spoke to me or admitted me into the session.

7.  More recently on May 13, 2026, I attempted to observe a WebEx hearing with IJ Dillon Ambrose out of the Chicago immigration court. I logged onto WebEx which prompted me to write in my name. I wrote "Katie Fleming, Observer". I waited approximately 30 minutes in the waiting room. A few other people started to join the waiting room just before we were added to the hearing. I was in the virtual hearing room for about 5 seconds before being moved back out to the virtual lobby. No one spoke to me at all. For the short time that I was in the virtual hearing, I could see that the others on WebEx included the immigration judge, counsel for the department of homeland security, and one other person, but I am not sure who they were.

8. When it comes to WebEx hearings, I have never been provided with an explanation when I am not permitted to observe. The Executive Office for Immigration review does not, to my knowledge, make docket schedules publicly available online or otherwise accessible remotely. When dockets are posted, it has been my experience that they are made available in physical format at the court the afternoon before a hearing or on the morning of the hearing.

9. In addition, there have been ongoing and significant changes to docketing practices, and hearings do not generally appear to follow a consistent or predictable cadence that would give the public any foreseeability about when an observable hearing will occur. As a result, it is difficult for members of the public to determine in advance whether there will be an observable hearing. It also makes it challenging to assess whether denial of access to a WebEx hearing is based on a legally supported justification or simply the court restricting observer access via WebEx.

10. I have also experienced instances at the Sacramento Immigration Court where in person observation was limited. On June 13, 2025, I went to the Sacramento court to observe with the executive director of our organization. We are both attorneys but were at the court that day in an observer capacity. I contacted the court ahead of time to ensure I knew when the dockets were happening and to let the court know we would be there to observe. When we got to the security guard at the entrance of the building, he informed us that we could not enter due to protests that took place at the building the day before.

11. I explained that I had called ahead to let the court know we would be observing but was still denied entry. This was during a time when ICE was arresting people at immigration court frequently in Sacramento. Members of the media were standing outside of the building with us, and they were also not allowed in.

12. Eventually one other woman and I were allowed into the court in our attorney capacity as we were part of the pro bono committee meetings held by the court periodically, and we also supported a program called the Attorney of the Day program that operates within the Sacramento court and provides information for people who do not have attorneys. The Attorney of the Day program is independent from the court and run by a local non-profit. Even though the executive director of our organization is also an attorney, she and all other members of the public and media that tried to observe were denied access to the court building that day.

13. When I was observing the hearings that day, four individuals were arrested by about eight ICE officers who were lining the hallways just outside of the courtrooms. I personally witnessed three of those arrests and was alarmed by the aggression shown by the ICE officers

during each arrest. I was also alarmed by the fact that these actions were occurring on a day when other members of the public and media were barred from a public courthouse.

14. On another occasion on December 11, 2025, a few colleagues were in town for an event and we planned to do court observation while they were in Sacramento. We went to the court and were informed that there were no observable hearings that day. I offered to give my colleagues a quick tour of the court while we were there. The Sacramento court has two floors of courtrooms. I walked them around the fourth floor which is where the filing window is located and then we went up to the fifth floor. Upon stepping out of the elevator, a security guard asked us whether we were attorneys and explained that he had received instructions from the court to arrest anyone affiliated with the local court observation group if they stepped foot on the fifth floor when there were no hearings to observe. We explained that we were not affiliated with the local observation group and explained why we were there. At the time, there was a judge holding hearings on the fifth floor. Based on our conversation with the guard, I believe he was holding a virtual WebEx hearing for respondents in Reno, Nevada, but we were not permitted to observe that hearing, so we left.

15. Through my work with the Witness for Justice project and in reviewing the data forms submitted by our observers, it is my understanding and belief that there have been widespread and increasing denials of access to observe immigration court hearings, especially for WebEx hearings. It is difficult to quantify or know how many WebEx hearings are being held without any meaningful way for the public to observe because that information is not made public by EOIR.

16. As an attorney who has seen a marked transformation of the immigration courts under this administration, it concerns me greatly that transparency into public hearings is being limited and that some hearings, that would otherwise be open to the public, are effectively unobservable because they are taking place via WebEx.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 2, 2026 in Fair Oaks, California.

Katie Fleming
_____
Signature

# EXHIBIT 42

# Declaration of Doann Nguyen

CORE/3515279.0007/244176811.1

My name is Doann Nguyen, and I write this declaration based on my personal knowledge and experience as a volunteer court observer with Acacia. I have been trained by the American Bar Association to observe hearings using best practices. I never intervene, I do not have my phone on, and I do not speak to the respondents. Although it is my goal to make observations according to my training, I have experienced two hindrances to my court observation:

1. Upon checking in at the front desk at the Houston Jefferson Street Immigration Court (at 500 Jefferson Street, Suite 300, Houston, TX 77002), for Master Calendar Hearings at 8:30am on both December 3, 2025 and January 14, 2026, the court clerk informed me I was not permitted to take notes in court. I was permitted to enter the courtroom on both dates, but without being able to take notes, I could not capture the appropriate detail to submit the MCH Observation Form to the ABA to document my observations.
2. Additionally, on the dates and times listed below, I was not permitted to enter the WebEx courtroom for the Louisiana Remote Detained Adult Docket. This denied my virtual access to the entire docket on these dates.
   - December 9, 2025 at 9:30am Central Time
   - December 10, 2025 at 8:30am Central Time
   - December 18, 2025 at 9:30am Central Time
   - January 7, 2026 at 9:30am Central Time
   These are the only dates I attempted to attend WebEx hearings for the Louisiana Remote Detained Adult Docket because I did not believe I would be admitted.
3. There was not a practical way for me to attend the hearings for the Louisiana Remote Detained Adult Docket in-person because I reside in Houston, TX.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

Date _June 5, 2026_

# EXHIBIT 43

# Declaration of Jill Fordyce

STATE OF California       )

             )      Declaration of

TOWN OF LOS GATOS     )      JILL A. FORDYCE

I, Jill A. Fordyce, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Jill A. Fordyce. I reside in Los Gatos, California. I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with Acacia Witness for Justice since October 2025. I have been trained by Acacia to observe hearings using best practices. I never intervene, I do not have my phone on, I take quiet notes, I do not speak to the respondents. I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language and/or appear to understand the hearing, if the judge advises them of their right to counsel, if they are a minor, if they appear to have medical or mental health issues, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3.  I have observed approximately twelve hearings during this time period, both master calendar and individual hearings. These hearings are on WebEx from the Louisiana LaSalle Detention Center; the Dallas, Texas Immigration Court; the Santa Ana, California Immigration Court; and in-person at the San Francisco Immigration Court.

4.  Over the last seven months, I have attempted to observe hearings and been blocked from accessing WebEx and/or not admitted to the WebEx courtroom on ten separate occasions. The instances are described below.

5.  On November 11, 2025, I attempted to observe hearings in Immigration Judge Richard Jacobs' courtroom at the Louisiana LaSalle Detention Center via WebEx. I logged on and waited in Judge Jacobs' "lobby" for my two-hour slot and was never admitted to the courtroom.

6.  On November 26, 2025, I attempted to observe hearings in Immigration Judge Kandra Robbins' courtroom at the Louisiana LaSalle Detention Center via WebEx. I was asked by Judge Robbins why I was there. I stated that I was a volunteer court observer. She said there was not space on WebEx for court observers and that, if I wanted to observe, I'd have to come in person and then removed me from the WebEx courtroom.

7.  On December 2, 2025, I attempted to observe hearings in Immigration Judge Richard Jacobs' courtroom at the Louisianna LaSalle Detention Center via WebEx. I logged on and

waited in Judge Jacobs' "lobby" for my two-hour slot and again, was never admitted to the courtroom.

8. On December 18, 2025, I attempted to observe hearings in Immigration Judge Maithe Gonzalez's courtroom at the Louisianna LaSalle Detention Center via WebEx. Judge Gonzalez asked me to identify myself and I did so and stated that I was a volunteer court observer. She said she does not allow WebEx court observation and that I would have to come in person if I wanted to observe. She then removed me from the WebEx courtroom.

9. On May 1, 2026, I attempted to observe hearings in Immigration Judge Jessica Miles' courtroom at the Louisiana LaSalle Detention Center via WebEx. Judge Miles said that I could not observe and removed me from the courtroom.

10. On April 17, 2026 I attempted to observe the Children's Docket in Immigration Judge Tara Naselow-Nehas' courtroom in Dallas, Texas via WebEx. I logged on and waited in Judge Naselow-Nehas' "lobby" for my two-hour slot and was never admitted to the courtroom.

11. On April 22, 2026 I attempted to observe the Children's Docket in Immigration Judge Delia Gonzalez's courtroom in Harlingen, Texas via WebEx. I logged on and waited in Judge Gonzalez's "lobby" for my two-hour slot and was never admitted to the courtroom.

12. On April 29, 2026 I attempted to observe the Children's Docket in Immigration Judge Delia Gonzalez's courtroom in Harlingen, Texas via WebEx. I logged on and waited in Judge Gonzalez's "lobby" for my two-hour slot and was never admitted to the courtroom.

13. On May 1, 2026 I attempted to observe the Children's Docket in Immigration Judge Tara Naselow-Nehas' courtroom in Dallas, Texas via WebEx. I logged on and waited in Judge Naselow-Nehas' "lobby" for my two-hour slot and was never admitted to the courtroom.

14. On May 29, 2026 I attempted to observe the Children's Docket in Immigration Judge Tara Naselow-Nehas' courtroom in Dallas, Texas via WebEx. I logged on and waited in Judge Naselow-Nehas' "lobby" for approximately one hour and was never admitted to the courtroom. (Because there was no one else in the lobby and because I had twice been "removed" from the lobby, I presumed that a hearing was not going to take place that day, so logged off before the end of the two hours).

15. I have spoken to Acacia staff, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____                          June 8, 2026

Jill A. Fordyce

# EXHIBIT 44

# Declaration of Gillian Rowland-Klein

**DECLARATION OF GILLIAN ROWLAND-KAIN**
**DIRECTOR OF PROGRAMS FOR IMMIGRANT ARC**

*I, Gillian Rowland-Kain, make the following statements on behalf of Immigrant Advocates Response Collaborative (I-ARC).  I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. I am the Director of Programs at the Immigrant Advocates Response Collaborative ("I-ARC"), a 501(c)(3) nonprofit organization based in New York. I-ARC is a coalition of over eighty immigration legal service providers that work on increasing access to justice and legal counsel for all immigrant New Yorkers.

2. I-ARC's membership expands across New York State and requires organizations to have attorneys or Department of Justice accredited representatives on staff to join. Our members work on issues ranging from humanitarian, family-based petitions, to naturalization and adjustment of status. I-ARC facilitates coordination and communication among legal providers, responds to new enforcement trends, and challenges harmful immigration policies through collective advocacy.

3. In my capacity as Director, I oversee the Legal Access and Membership and Capacity teams. My primary responsibilities include managing the day-to-day operations of the programs team, including facilitating team meetings, serving as the primary liaison between the programs team and organizational leadership, and overseeing the execution of key initiatives. I also lead I-ARC's rapid response efforts and other legal access programs such as the Friend of the Court initiative.

4. In June 2025, I-ARC launched a Court Observation Project that operates virtually and in person every weekday at all three New York City immigration courts (290 Broadway, 26 Federal Plaza, and 201 Varick), and the Buffalo immigration court. Our volunteers sign up to observe on a selected date at a specific immigration court via WebEx or in person. We have trained over 700 individuals to sign up as court observers and have received over 850 observation submissions to our observation tracker. Since the launch of our project, volunteers have observed master calendar hearings and documented systemic ongoing issues related to access on 67 different dates.

5. I submit this declaration in support of Plaintiffs' litigation, to provide information about the ongoing systemic access issues and practices in New York immigration courts and the effect those practices continue to have on immigrant New Yorkers' ability to confidently participate in their immigration proceedings.

6. When questioned, over 95 of our court observer volunteers documented issues accessing courtrooms from June 2025 to May 22, 2026.

7. I-ARC's observer volunteers have experienced access issues with 44 different immigration judges[1] in four different immigration courts in New York State.

8. Below is a small sampling (which shows how pervasive this is) of the issues our volunteers have encountered throughout the last year of doing court observation. As a result of these access issues, we have had to create a tracker that lists whether immigration judges allow observers to observe either via webex or in-person and this has greatly impacted our ability to run this program. We train volunteers to observe, and they get, understandably, very frustrated when they are unable to get access to the courtrooms

---

[1] ACIJ Amiena Khan (AAK)
ACIJ Ubaid ul-Haq (UUL)
Amanda Jeannopoulos (AJS)
Anna Diao (AAD)
Barbara A. Nelson (BAN)
Brandi M. Lohr (BIL)
Carmen Maria Rey Caldas (CRC)
Carol A. Crawford (IJC)
Carol Moore (CLM)
Carolyn L. Krasinski (CKI)
Carrie Johnson-Papillo (CCJ)
Cathy Sagesse (CSE)
Charles Ouslander
Charles R. Conroy (CC1)
Chevone Sanon (CTS)
Cynthia Gordon (CYG)
David Kim (DDK)
Deborah E. Klahr (DKR)
Diane L. Dodd (DED)
Dianna Martinez (DMM)
Dorothy Harbeck (DH)
Evalyn P. Douchy (EPD)
F. James Loprest Jr. (JLP)
Fayaz Habib (FZH)
Francisco R. Prieto (FPO)
Gioia Maiellano (GAM)
James M. McCarthy (JMM)
James R. McKee (JME)
John J. Siemietkowski (JNS)
John P. Burns (JHB)
Kyle A. Dandelet (KED)
L. Batya Schwartz Ehrens (LES)
Lisa W. Ling (LLG)
Lori K. Adams (LIA)
Lucy Billings (LYB)
Mary C. Baumgarten (KBJ)
Michael G. McFarland (MMF)
Robert L. Gundlach (RTG)
Samuel M. Factor (SAF)
Shirley Lazare-Raphael (SLR)
Steven Connelly (SJC)
Tanawa Lebreton (TAL)
Theodora N. Kouris (TKS)
Tiesha Peal (TAP)

and do not return to volunteer as a result. Furthermore, master calendar hearings are public hearings by regulation, with limited exceptions. 8 C.F.R. 1003.27

9.  May 22, 2026: WebEx court observer: (IJ Sanon): "Was able to join in the middle of a hearing but was then told that webex observers are not allowed in between cases and excluded from the hearing."

10. April 17, 2026: WebEx court observer: (IJ Gundlach): "Other people waiting came and went over a 30 minute period. It Judge Gundlach simply excluded me. My WebEX name identifies my first and last name, and says that I wan a court observer with the ImmigrantArc.I was never let in."

11. April 13, 2026: In-person court observer: (IJ McFarland): "Judge MacFarland's Clerk would not let me enter the courtroom. She said I could sit in the waiting room in a chair closest to the open courtroom door and listen from there. She made clear that she was following orders and it wasn't up to her.  When I stood up and stood near the doorway where I could see into the courtroom she said I wasn't allowed to do that either."

12. April 17, 2026: WebEx court observer: (IJ Habib): "I was never admitted to the courtroom. I waited more than 30 minutes, and 6 people came and went from the waiting room, but I was never allowed in by Judge Habib."

13. April 2, 2026: WebEx court observer: (IJ Peal): "I initially joined the WebEx session for IJ Tiesha Peal's adult non-detained docket at 26 Federal Plaza as an observer. I was able to observe the proceedings for approximately two hours and witnessed more than 25 hearings. After noticing my presence, the IJ informed me that WebEx observers were not permitted and that observation was allowed only in person. I then disconnected from the session as instructed."

14. March 31, 2026: WebEx court observer: (IJ Crawford ): "I attempted to access the Webex link for IJ Carol A. Crawford (IJC) at 26 Federal Plaza. I was admitted into the session, but shortly after I was removed from the hearing without explanation. As a result, I was unable to observe the courtroom, see any participants, or hear any portion of the proceedings."

15. March 19, 2026: In-person court observer: (IJ Peal): "The judge's clerk stopped me from entering and announced that he remembered me and I had been in the court before and should know that I could not enter without getting his permission.  He did not seem to believe me when I said that I did not remember me, but once I showed my ID, he allowed me to enter without further incident."

16. March 17, 2026: In-person court observer: (IJ Dodd): "In general, the IJ did not want us to be in her courtroom during the WebEx appearances. She only let us into her courtroom once she was ready to see the in-person individuals. She also dismissed us before she went back on the record for an individual who was repped [sic] and filed an in-absentia order."

17. Feb 27, 2026: WebEx court observer: (IJ Ouslander): "Judge asked permission of DHS and Counsel prior to allowing me to stary [sic]."

18. February 26, 2026: WebEx court observer: (IJ Klahr): "IJ stated that court observers were only allowed to join in-person for observation"

19. February 26, 2026: WebEx court observer: (IJ Peal): "Was removed from the meeting."

20. February 12, 2026: WebEx court observer: (IJ Ouslander): "It is now 9:30. For the last hour I have tried to get in via WEBEX to observe every single judge at every single location, who is reported…to hold Thursday hearings. I am […] left to wait indefinitely in their Personal Lobby."

21. February 12, 2026: WebEx court observer: (IJ Klahr): "I tried to access multiple courtrooms this morning, including IJ Loprest, IJ Peal, and IJ Klahr. I sat in a few waiting rooms for over an hour, and was not let into any of them. The same thing happened to me two weeks ago."

22. January 14, 2026: WebEx court observer: (IJ Diao): "Waited from 10:15- 10:25. IJ Diao never let me in. WebEx noted that she had been notified I was waiting. There were others waiting. The numbers went from 7 to 6 to 5 to 3. It appeared I might not be let in, so I left."

23. January 9, 2026: WebEx court observer: (IJ Sanon): "unfortunately there is a memo that you can only observe in person, you will have to log out"

24. January 8, 2026: WebEx court observer: (IJ McCarthy): I observed three proceedings via Webex and then the IJ asked me to leave saying he only permits in person court observations. I think he hadn't realized I was on Webex at first…"

25. January 8, 2026: In-person court observer: (IJ Klahr): "The court officers lectured me that I would not be allowed to go in and out of the courtroom or to make any "disruption," and made me wait until they determined from the judge's clerk that I could be admitted. The judge's clerk instantly said that I could watch the proceedings."

26. December 22, 2025: In-person court observer: (IJ Lazare-Raphael): "I was not allowed to observe. Clerk said either judge, a respondent or the government had requested the master be closed but she couldn't tell me which one. I pushed back on closing a master but she politely kicked me out. There were 20 respondents listed on the docket; 9 were represented."

27. December 11, 2025: WebEx court observer: (IJ Peal): "Judge would not allow me to enter or observe."

28. Court Observer Notes November 10, 2026: "This morning, I was not allowed to enter IJ Gordon's courtroom, wait in the waiting room, or stay in the adjacent hallway. I was told by the security guard that IJ Gordon does not allow in-person observers, even if they are accompanying a pro se respondent. The security guard and another court employee (not in uniform) physically barred me and other observers from the waiting area and said we could not be in the hallway."

29. November 5, 2025: WebEx court observer: (IJ Harbeck): "Was asked if I had permission from the respondents to observe the private hearings. I replied no. Judge said please step out. I disconnected."

30. November 3, 2025: WebEx court observer: (IJ Lazare-Raphael): "The IJ informed me that I was not allowed to observe via Webex, asked me to leave, and said I was welcome to attend in person."

31. Detention Observer October 28, 2025: "As I entered the 12fl, I was immediately told I can't stay in the hallway. On my left side there about 7 ICE agents near Rm 1200, plus Press. As I began to walk to Rm 1237, an ICE agent walked "casually" behind me all the way to the room and then turned back. Another observer later told me that the same thing happened to her earlier this morning. On the 14fl I observed 4 agents but it was all quiet. Never experienced this behavior before."

32. Detention Observer October 24, 2025: "I did not see anyone detained, but ICE agents were hovering near court 34, the court room where I was observing from the waiting room. Around 9:20 a woman came in to the waiting room and said all court observers had to leave the room. Once outside, we were told we couldn't stay in the hallway either. So along with all the other volunteer witnesses and accompaniers who were present, I went to room 1237, at the other end of the hall from the courtroom."

33.  Five different Webex observers between the dates of October 20, 24, 28, and 29 had access issues: "Was never admitted from the waiting room;" "remained in webex Lobby;" "I remained in the webex lobby until 9:00am;" "Was not let into the following webex rooms after waiting 1hr+ (8:15 to 9:30AM) [listed 3 IJ's names];" "I tried 3 other courtrooms before being admitted to this one."

34. Detention Observer October 15, 2025: "The process of observation and possibly getting information from the cases is becoming impossible to accomplish from one week to the next. My colleague did try and was told not to ask questions. Security guards don't want observers anywhere but inside courtrooms. But the courtrooms are full with cases so there is no space for us. Waiting rooms are not an option. Security does not want us there. I sometimes accompany a person to a restroom as an excuse to eventually find a waiting room to stay in. By 10:45, the security guards become less guarded and let us stay in the WR. But no note taking. They constantly check on people."

35. Detention Observer October 15, 2025: "I was told by security that I couldn't stand in the hallway (said it was loitering), but allowed me to sit in one of the waiting rooms outside a courtroom and observe from there.  Obstructed my view of the hallway I was in, and I could not at all tell what was happening in the hallway across from me."

36. Detention Observer October 10, 2025: "26 Fed just kicked me out of hte [sic] 14th floor detention observation. They said no one in the hallways so I had to either go to a courtroom or get escorted out but when I said okay I'll go to a courtroom they said actually no you have to leave because you're giving us a hard time."

37. Detention Observer October 8, 2025: "I was informed by GPA-hired private security guards working at 26 Federal Plaza that only accredited member of the press were allowed in the hallways. As an 'observer' I could only go to and stay in any of the designated waiting rooms and/or in courtrooms, if the judge permitted the latter, I was told. A guard escorted me to a nearby waiting room, where I was able to observe an ongoing case hearing. As courtroom observation was not my function, I tried to keep an eye on what was going on by walking through the corridors and to different waiting rooms and courtrooms on both floors, as I was told I could do. … On the 14th floor, however, the guards there said I as an observer was not allowed in either the halls or the waiting rooms, and could only be escorted into a given 14th floor courtroom and seated there with a judge's permission. … Back on the 12th floor, in a waiting room I had been told to wait in, I was chatting to an immigration lawyer in the doorway. I was accused by a guard of having stepped off the 'carpeted area' inside - where he said courtroom rules applied permitting observers, unlike the GPA-Homeland Security uncarpeted corridors outside. This was true - I had one foot in the hallway. The guard said I was now being

ordered to leave the premises for disregarding their orders. A few minutes later several other guards appeared and escorted me out of the building."

38. Observer Form October 2, 2025: "We were told to leave the courtroom AND the waiting room next to it and any to the opposite of waiting room #1237 so we could not see the people getting arrested."

39. Sep 26, 2025: WebEx court observer: (IJ McKee): "I stayed in the Webex waiting room until 9am (joined at 8:15) and never got in."

40. Sep 22, 2025: WebEx court observer: (IJ Gordon): "Was able to access the court room, but judge removed me immediately from the room without saying anything."

41. Observer Form September 22, 2025: Webex Observer: (IJ Gordon): "Was able to access the court room, but judge removed me immediately from the room without saying anything."

42. Observer Form September 22, 2025: Webex Observer: (IJ Krasinski): "The judge said all observers must observe in person."

43. September 22, 2025: WebEx court observer: (IJ Lazare-Raphael) "Was in the waiting room for awhile, but was not let in the court room."

44. September 19, 2025: WebEx court observer: (IJ Nassar): "I attempted to join Dania Nassar's courtroom and was told she does not allow observers by webex because she cannot monitor recording."

45. August 7, 2025, our Friend of the Court team saw ICE tell observers that they could not be in the hallways and needed to move inside the courtrooms. ICE specifically argued that some of these hallways are NOT PUBLIC spaces, while the courtrooms themselves remain public spaces. At 290 Broadway, ICE told our FOTC team that ONLY hallways on the 15th and 29th floor are public; all others are not public (even though there are courtrooms on those other floors). Then the ICE agents told building security they had to clear the hallways of observers and make them stay inside the courtrooms.

46. Observer Form August 22, 2025: "I was denied access [to IJ McKee's courtroom] by the clerk. Two of us, both lawyers, asked and were told the judge says no.  I raised the issue of public access, she said judge says no.  I was told by another observer that he never allows access to observers."

    a. "I was denied access by the clerk [of the court].  Two of us, both lawyers, asked and were told the judge says no.  I raised the issue of public access, she said judge says no.  I was told by another observer that he never allows access to observers.

I filed a lot of motions defending the right of public access in my prior life as a government attorney, and find his action indefensible."

47. Observer Form August 1, 2025: "Initially, I tried to observe proceedings in IJ McKee's courtroom, on the 19th floor. Around 8:15-8:20am, he emerged and stood outside the courtroom talking (with the courtroom door open) to someone he seemed to know, and then he also greeted a DHS attorney who entered the courtroom. Two other prospective observers (not with I-ARC) and I were hanging around in the waiting room, clearly planning on entering the courtroom. Around 8:25am, IJ McKee returned through the doorway to the courtroom, letting the door slam in the faces of the other two observers and me. He seemed at least annoyed at us, possibly even actively hostile. At that point, it wasn't clear to us whether we were being excluded from the courtroom, or whether instead the courtroom just wasn't open yet. We waited around for a bit and tried knocking on the door once (around 8:35-8:40), with no response from inside. At that point, rather than risk irritating IJ McKee further by opening the courtroom door (without being invited in), we all decided to observe elsewhere. I went upstairs instead to IJ Sanon's courtroom on the 29th floor, where the door was open and where I and others were free to observe from the public gallery."

48. Observer Form August 5, 2025: (IJ Johnson-Papillo's courtroom) "We were told that we would not be allowed to observe pro se clients."

49. Observer Form July 25, 2026 (webex): "IJ Habib does not permit webex observation for pro se Respondents, whom he only permits to appear in person. He allowed me to observe only one Webex MCH for a represented Respondent. After this, I raised that I had filed an EOIR-61 for pro se respondents' motion for webex [XXX] and that they never received the order via mail. He stated they should be there and are on notice that their appearance is in person, and made me leave webex before pro se respondents entered the courtroom."

50. Observer Form July 11, 2025: "Initially, there was no problem. However, after I had left the courtroom area to follow a respondent (who ended up getting arrested), I was told by the security officer in the hallway, that observers were not allowed in the courtrooms anymore. When I objected, she took me to another security officer, stationed at one of the elevator banks, who said those were the instructions they had gotten. Only attorneys were allowed back. Since I did not have any ID identifying myself as one, I went downstairs to the lobby."

51. Observer Form July 2, 2025: "I was only able to enter the court room after showing my attorney secure pass. IJ Kim took a 10 min bathroom break where I escorted an individual out of the building and away from ICE (he was at risk of detention). When I returned, I was not allowed back into the court room."

52. Observer Form June 26, 2025 (webex): "IJ Dania Nassar (DNA), stated she's not allowing observers."

53. Observer Form June 13, 2025 (webex): "Attended Webex meeting for Immigration Judge Dania Nassar. She informed me that she does not permit court observers via webex because she cannot verify if we're recording."

54. As the monitor of the project, I have seen many observers attempt to observe over WebEx who are kept in the waiting room for 10-20 minutes while the hearing goes on without them before they are forced to attempt to gain access to another Immigration Judge ("IJ")'s hearings. No explanation has been provided as to why they were not admitted. Many observers have waited longer to be admitted (upwards of 50 minutes) and still have not been admitted.

55. This is a small snapshot of the access issues our observers face on a daily basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2026.

_____

Gillian Rowland-Kain

# EXHIBIT 45

# Declaration of Cary LaCheen

CORE/3515279.0007/244176811.1

I, Cary LaCheen, make this declaration under penalty of perjury:

1.      I am a lawyer licensed to practice in the state of New York.  I was admitted to the bar in 1989. My New York Bar License Number is 2248185.

2.      I retired from my position as Senior Civil Rights Counsel in the Office of General Counsel at the U.S. Department of Health and Human Services in May 2025.

3.      I have been volunteering at Immigrant ARC as a Legal Observer since February 2026.  I have observed immigration court at 290 Broadway and 26 Federal Plaza.  I observe court once a week.

4.      Since I began to volunteer in February, I have experienced a number of barriers to observing immigration court.

5.      First, I have been expressly refused entry into courtrooms in immigration court.

6.      On March 13, 2026, I tried to observe in Judge Chevone Sanon's courtroom at 290 Broadway. The clerk stood outside the courtroom with the court calendar in hand, checking respondents in. I identified myself as a legal observer.  The clerk told me to wait until all of the respondents were checked in, so I waited in the waiting room just outside of the courtroom.  When there were no more respondents waiting in line to check in, I asked the clerk again if I could observe.  The clerk said the courtroom was too full and no observers would be allowed in.  Although I couldn't see into the courtroom well enough to see if there was room for me to sit, I knew that respondents and their family members would probably leave the court room after the judge called their cases, which would open up seating. I asked the clerk if I would be allowed in as cases were heard and people left the courtroom. The clerk said no because that would be too disruptive.

7.      There was a sign on the wall next to Judge Sanon's courtroom stating that a maximum of 10 people were allowed in the courtroom for social distancing purposes.  The sign appeared to be from the pandemic, which was 5 years ago.   The clerk allowed many more than 10 people into the courtroom so the sign was obviously out of date.  I thought it was curious that it had not been taken down.

8.      On April 13, 2026, the clerk for Judge Michael G. McFarland at 290 Broadway would not let me into the Judge's courtroom to observe after I identified myself as a legal observer.   The clerk told me I could sit in a chair in the waiting area outside of the courtroom and listen to what was happening in the courtroom from there.  I sat down in the chair closest to the courtroom door, but given the layout of the waiting room, I could not see into the courtroom from where I was sitting.  Nor could I move my chair closer to the doorway, because the chairs are bolted to each other.

9.      At one point I stood up and tried to observe and listen from the doorway to the courtroom.  The clerk told me that I was not allowed to do that and had to sit down.

10.      The clerk said "I don't make the rules."  I thought that implied that these restrictions had been imposed by the judge.

11.      Waiting areas outside of judges' courtrooms are often noisy. Many people bring their young children and babies to court and they fuss and cry.  Adults talk to one another.   This was true the day I sat in the hallway and strained to listen to what was taking place in Judge McFarland's courtroom, so I had to strain to hear what was being said.   And I couldn't "observe" at all, since I couldn't see into the courtroom.

12.      Second, even when I have been allowed to observe in a courtroom I have sometimes been subject to seemingly arbitrary restrictions.

13.      On March 30, 2026, at 26 Federal Plaza, I observed in Judge Tiesha Peal's courtroom.  Judge Peal's clerk told me that I was allowed into the courtroom to observe but if I left the courtroom I would not be allowed to return.  I understood that to mean that even if I needed to use the bathroom or make or respond to an emergency phone call or text message, I would forfeit my right to continue to observe in that courtroom that day.  But respondents, their attorneys, family members and even the clerk went in and out of the courtroom.  No explanation was provided for why observers were subjected to a more

Docusign Envelope ID: 41E895DB-77C6-8884-809C-7914C6A88755

restrictive rule than others.  Judge Peal's clerk also told me and another observer that we were not allowed to take notes while we were observing. No explanation was provided for this prohibition.

14.      On May 19, 2026, I attempted to observe in Judge Carol Crawford's courtroom at 26 Federal Plaza.  Although the courtroom was mostly empty and there were plenty of places to sit, the clerk told me that she would not allow me to come into the courtroom because there needed to be enough room for those whose cases were on the calendar that day.  Since there were no respondents in the waiting area waiting to check in at that time, I asked if I could go into the courtroom if I agreed to leave and give my seat to a respondent or family member if more respondents showed up and there wasn't enough room in the courtroom for everyone.   The clerk said no.  She told me to return in an hour.  An observer from another organization who had been observing immigration court for longer than I have told me Judge's Crawford's clerk always told legal observers to come back in an hour but didn't allow them into the courtroom when they returned.  She said the only observer she was aware of who had been allowed to observe in the courtroom was a priest.  I did not want to waste my trip to court so I observed a judge in another courtroom and did not return to Judge Crawford's courtroom to see if I would be allowed in.

15.      On May 28, 2026, I observed Judge Debra Klahr's courtroom at 26 Federal Plaza.  The Judge's clerk asked to see my ID and copied down my name. After the Judge finished hearing the cases of respondents in her courtroom and on webex, she told the two DHS attorneys in the courtroom that they would address the remaining cases.  It was difficult to hear, but I think she referred specifically to cases on the calendar in which the respondent did not appear in court.  At that point the Judge said something I couldn't hear to the clerk, and the clerk approached me and said I needed to leave the courtroom. When I asked why she said it was because the Judge was done with the calendar.  Since I thought I heard the Judge tell DHS that they would discuss the remaining cases, I don't think that was true. Nevertheless, I complied with her instructions and left the courtroom.  I had the impression that the

Judge had the clerk instruct me to leave because she did not want me to observe her issuing removal orders against respondents who were not in the courtroom.

16.     On a few occasions I have gone to the courtrooms of judges who in the past have had master calendar on that day of the week only to find a courtroom door closed and locked, or to find a locked door with a sign posted on the door that says "Do Not Disturb, Hearing in Session," or a sign instructing people to be quiet because court is in session.  Since judges no longer post master calendars near their courtroom doors, I couldn't tell whether the sign was left up from the day before, or if the judge had a master calendar or other type of hearing that day and was prohibiting anyone but the parties from entering the courtroom.

17.     Because I want to observe as many judges as possible.  I try to observe a different judge each time I go to court.  For that reason, I do not know whether the barriers to access that I have experienced in the last few months are worse than they were in the past.

18.     Third, everything about the two immigration courts I have observed at contributes to the general feeling that observers are not welcome.

19.     Unlike other courts I have been to and practiced in, I have never seen a list posted in either 290 Broadway or 26 Federal Plaza of which judges are in which courtrooms.  Unless you have been observing court for a while, it is difficult to find a particular judge's courtroom.

20.     Many courtrooms do not have judges' names listed outside the courtroom, so if you are looking to observe a particular judge you have to wander the hallways.

21.     It is difficult to figure out which judges are having master calendars on a given day. Both 290 Broadway and each of the two floors of 26 Federal Plaza where immigration courtrooms are have a large bulletin board on the walls listing courtrooms by number, but these bulletin boards have almost no other information on them.  Many have no judge's names.

22.     In the time that I have been observing, none of the bulletin boards have judges' court calendars posted.  A sign on each bulletin board says that court calendars are posted outside of judges'

courtrooms, but that rarely true.  In three months of observing court weekly, I have only once seen a judge's calendar posted outside of a courtroom.  I once asked a judge's clerk why no calendar was posted outside of a courtroom and he said they had stopped doing that months earlier.

23.     When I have been allowed to observe a master calendar, they have had around twenty cases on them.  That means that I have been excluded from a minimum of around sixty hearings, and probably many more, if hearings were taking place behind locked doors.

6/2/2026
_____
Date

DocuSigned by:

*Cary LaCheen*

E7596440B88E435...
_____
Cary LaCheen

# EXHIBIT 46

# Declaration of Diane Barnhart

CORE/3515279.0007/244176811.1

I, Diane Barnhart, make this declaration under penalty of perjury:

1. I have lived, worked, and studied in New York for over 20 years. I am married and have one child that we adopted out of the New York foster care system. I am also a graduate of John Jay College of Criminal Justice.

2. I participated in court observation in New York City 10 times between November 2025 and March 2026. I have learned so much about our legal system, immigration courts, and their interactions with our community through these recent court observations. I am proud to perform this civic duty and have a great deal of respect for our judicial system.

3. I want to share that it has also been challenging to perform this duty. My experience has been that the only thing that is consistent about court observation, is that something will change with the process every time you go. From outside the courthouse to inside the courtroom, each visit has been different, as well as harder and more adversarial overtime.

4. An example of the changes I have witnessed visit to visit:

    a. where to physically wait outside the courthouse

    b. what time you will be let it in

    c. if you should stand in the line with respondents or not

    d. how to proceed through security inside the building

    e. where master calendar (MC) hearing dockets will be displayed or if they will be provided at all

    f. how to find out which IJ's are permitting observers

1

    g.  how many observers will be allowed

    h.  where you can be within the court house: hallway, waiting room, court admin reception area, and court rooms

    i.  if you will be allowed to stay in the court room once proceedings begin

    j.  if/when you will be readmitted to the court room if asked to leave due to room/seats being needed for respondents

5. The following is a summary of specific interactions that have contributed to issues accessing courtrooms to observer master calendar hearings:

6. *Nov 10th 2025* - I was told by a security guard that there was only 1 court with master calendar hearings and directed to the court room. Before I reached the court room another security guard told me no more observers were being permitted and I was redirected to a waiting room. I was not able to observe on this day. On this day I would have expected there to be 6-9 courts with MC hearings according to when IJ's at this court house regularly hold their MC hearings, but was told there was only 1.

7. *Nov 24th 2025* - Outside the courthouse I was told that all observers (or non respondents) had to wait in a separate line and would be admitted at 8:30am. We were allowed to join the security line inside the courthouse at 8:30am after our ID's were checked outside. Inside the building I was told I could not be in the hallway and needed to go to a court room or a waiting room. I did not get to observe in court that day because we were not allowed in the hallway to find court rooms with MC hearings. On the 12th floor, 1 MC schedule was posted outside a courtroom (but not in the main hallway) and on the 14th floor 3 MC schedules were posted in the main



2

hallway (but not outside the individual courtrooms).

8. *Dec 17th 2025* - Upon arriving on the 13th floor around 10:00am, another observer told me they were not permitting observers in the court rooms. I proceeded to a waiting room instead, where I waited until about 11:30am when we asked the clerk again if we could observe, the clerk allowed us to sit in the back row of IJ Bartleson's court room. By the time we were allowed to enter, there were only about 4 cases left to be heard.

9. *Jan 7th 2026* - I was told by three different people I could not wait in waiting rooms. 1st person - I was told by the information clerk on the 12th floor that I could not wait in the waiting room, even after I explained that I was meeting another volunteer and could not wait in the hallway - she asked me to leave. I left and in the hallway asked the security guard why no master calendar hearing dockets were displayed, they confirmed they were not being posted anymore. When I asked the security guard if I could walk around to the individual court rooms, he said no because most IJ's had stopped posting them in the hallway. The same guard directed me to try court room 12 (IJ Little). 2nd person - After sitting in court room 12s waiting room for just a minute or two, the clerk came out of the court room and asked me what I was doing. When I asked to observe, she told me only 2 were allowed and there were already 2. She then aggressively told me I could not wait in the waiting room, escorted me to the door, and directed a guard in the hallway so that I could not be there. The security guard then informed me there was one other court, but they already had 4 observers and I should instead go up to the 14th floor and try there. 3rd person - When I went to the

3



14th floor and told the security guard I was there to observe, he told me I could try IJ Leeds court room but I could not wait in the waiting room. I told him that I was going to IJ Leeds court room to see if I could go in. Upon arriving, the clerk discouraged me at first saying they needed to save the several open seats available for respondents. But after I offered that I would leave as soon as he told me he needed my seat, he agreed to let me in.

10. *Jan 29th 2026* - No MC hearing dockets were displayed in the hallway or outside court rooms, and the security guard said there was only 1 court with MC hearings. When I approached the clerk, they said it was a packed docket and I could go in but he would have to ask me to leave at some point to make room. I was only able to observe for about 45min on this day before the clerk asked me to leave to make room for respondents.

Diane Barnhart

5/22/2026

Date

4



# EXHIBIT 47

# Declaration of Former Immigration Judge Jenny Beverly

CORE/3515279.0007/244176811.1

**STATE OF MAINE**

**COUNTY OF CUMBERLAND**

## DECLARATION OF JENNY V. BEVERLY

I, **Jenny V. Beverly**, do state and affirm the following under penalty of perjury:

1. My name is Jenny V. Beverly. I served as an Immigration Judge at the Chelmsford Immigration Court in Massachusetts from April 2024 until July 2025. I resigned from my position on July 2, 2025.

2. Prior to becoming an Immigration Judge, I practiced in the State of Maine as a solo immigration attorney for approximately ten (10) years. I have since returned to private practice and currently co-own and manage Haven Immigration Law, LLC in Portland, ME.

### IMMIGRATION COURT in CHELMSFORD, MA

3. After being onboarded by the Executive Office for Immigration Review in March and early April 2024, I entered on duty at the Immigration Court in Chelmsford, MA on April 7, 2024 under Assistant Chief Immigration Judge (ACIJ) David Cheng.

4. The Immigration Court in Chelmsford, MA was the first standalone Immigration Court in the United States. It contained twenty-one courtrooms, all set up with virtual conferencing software and hardware (cameras, microphones, and TV screens installed on the walls), and at least two (2) Virtual TeleConference (VTC) rooms.

### PUBLIC HEARINGS

5. The Immigration Judge ("IJ") training I received in April-May 2024 contained a section regarding the IJ's role in hearings, which included careful handling of the public and the media as immigration court hearings are open to the public.

6. 8 C.F.R. § 1003.27 clearly and unequivocally states that all hearings, except for exclusion proceedings, are open to the public except in a small number of circumstances: limited physical space; protecting witnesses, parties, or the public interest; an abused nonimmigrant spouse (Violence Against Women Act or VAWA) or child; or a hearing that includes information under seal or a protective order. It was also understood that if a Respondent requested a closed hearing due to the sensitive facts in their case, an IJ would and could close a hearing for that reason.

7. In my own private practice and in my capacity as a frequent public observer, it was understood that master calendar hearings were generally public while individual merits hearings required the permission of the respondents to attend as an observer. Most IJs would, during merits hearings, ask the parties (including the DHS counsel, as a courtesy) if they had

any objection to someone observing the hearing before deciding if that particular hearing was open or closed.

8. After the introduction of the regular use of WebEx virtual hearings during the COVID-19 pandemic, there seemed to be no direct policy for public and party access. It began to boil down to IJ preference. The preferences would range from respondents and attorneys in-person only, only attorneys via WebEx, both via WebEx if it was requested via motion, *etc.* It was unclear what or how the individual IJs determined their preferences but the software allowed attorneys like myself, who lived multiple states away from the nearest immigration court, to more efficiently represent our clients.

9. The WebEx software, for paid plans, can apparently accommodate up to 1000 participants and 300 people can be in the lobby prior to being admitted.

10. When I started in April 2024 at the Chelmsford court, the ACIJ asked the opinion of each of the judges regarding their WebEx preferences so that he could issue a standing order regarding the Chelmsford court's preferences for in-person or WebEx appearances. This standing order, as far as I know, was never published though it was reviewed by the IJs for editing and accuracy.

11. The ACIJ also required Immigration Judges (IJs) to ask public observers on WebEx to identify themselves and warn everyone that recording proceedings was prohibited. Eventually, the WebEx software was updated to include an agreement—that all users must accept or decline upon signing on—containing the following language: "All **parties, witnesses, and observers attending this hearing in person and virtually** are hereby notified that it is prohibited to use photographic, video, electronic, or similar recording devices to record any part of the proceeding. 8 C.F.R. § 1003.28" (emphasis added).

12. The updated software language also suggests that WebEx hearings were open to the public, consistent with how hearings had long been conducted.

### ARBITRARY POLICIES DEPENDENT ON MANAGEMENT

13. While our IJ training and even the layout of the Immigration Court underscored the presumption of openness for these proceedings, there were situations where the ACIJ would attempt to close hearings or stop observations to avoid media or public scrutiny.

14. Specifically, I was assigned to a high-profile case on June 5, 2025 that involved a teenaged Respondent who had been arrested by Immigration and Customs Enforcement ("ICE"). To prepare for that hearing and the number of observers, media, and protesters, the ACIJ called me on Teams a day or two before the hearing, along with the Court Administrator, and directed the supervisory clerk and myself to start the hearing thirty (30) minutes earlier than the posted time, to usher the Respondent's attorney into the courtroom when she arrived in the building, and to only admit the facility detaining the respondent and no other observers on WebEx. If asked, I was directed to claim "technical difficulties" did not allow me to let everyone into the hearing. I was further told that I should finish the hearing prior to the posted time so that the media and the public would not be able to observe.

15. I was deeply uncomfortable with his directions and ultimately chose not to follow them. His directions did, though, ultimately contribute to my choice to resign from my position as an Immigration Judge.

16. Nonetheless, I kept that hearing open to the public and directed my clerk and the supervisory clerk to start the hearing at the posted time. We allowed in WebEx observers, as well, who numbered well over a hundred people and experienced no bandwidth concerns that slowed down any of the hearings that day.

17. These instructions from the ACIJ underscored the precarious nature of transparency in immigration proceedings, where the decision to open or close a hearing often hinged on administrative whim rather than legal standard. This reliance on the presiding IJ's personal integrity to counteract management pressure reveals a critical structural defect: a system where the right to public observation is conditional on the judge's willingness to resist coercion.

18. Since my resignation, the Chelmsford Immigration Court has seen at least two (2) other ACIJs. Under one of those ACIJs, public observers were abruptly barred from WebEx hearings for approximately a week and were told that they could only observe in person. This restriction was subsequently rescinded or, at minimum, ceased to be enforced, highlighting the volatile nature of access policies.

19. Now, under the most recent ACIJ, there have been off-the-record announcements by the Department of Homeland Security ("DHS") counsel as well as multiple Immigration Judges that the public WebEx access may be revoked altogether, and that parties themselves could be barred from remote appearances unless they file a motion. This trajectory points toward a system where transparency is not a right, but a privilege that can be stripped away at the discretion of management.

20. These subsequent policy shifts under the new ACIJs confirmed that public and WebEx access in immigration court are not rights protected by statute, but privileges subject to the whims of administrative management. When the very mechanism for public scrutiny can be toggled on or off based on who is in charge, the fundamental guarantee of due process collapses. A system where transparency is arbitrary is a system where justice is opaque, leaving respondents vulnerable to unchecked executive power and depriving the public of its essential role as a witness to the law.

I declare under the penalty of perjury that the following is true and correct.

Executed on June 2, 2026

DATE: June 02, 2026

# EXHIBIT 48

# Declaration of Michele Cantara

CORE/3515279.0007/244176811.1

STATE OF MASSACHUSETTS

CITY OF CHELMSFORD

Affidavit of
Michele J. Cantara

I, Michele J. Cantara, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Michele J. Cantara. I reside at 21 Galloway Road, Chelmsford, MA 01824. I write this declaration based on my personal knowledge.
2. I began volunteering as a court observer at the Chelmsford immigration court in late May 2025 at the request of the ACLU of Massachusetts (ACLUM). At the time ACLUM was concerned about ICE abductions of pro se respondents at Chelmsford and other immigration courts. I observed court hearings, where cases were not terminated, but respondents were abducted from ICE inside the court facility. As a result I joined the LUCE Immigrant Justice Network of Massachusetts in June 2025.
3. I have been trained to do immigration court observation by the following organizations: ACLU of Massachusetts, The Acacia Center for Justice, the ABA Immigration Court Observation and Awareness Project, and the Massachusetts Court Watch Program: Data Collection for Systemic Change.
4. In this role, I have observed over one hundred master calendar hearings in person and via WebEx, primarily at the Chelmsford immigration court, but also via WebEx at the Boston immigration court. I've also observed court hearings via WebEx at Texas and California immigration courts. I comply with EOIR observation policies and use the best practices recommended by immigration court observation training. I take notes via pen and paper. I do not intervene in court proceedings. I do not have my phone on while in the court room. When I am on WebEx, my screen name is Michele Cantara - Observer.
5. The data in my notes is used by a network of advocacy organizations to highlight due process violations and to identify impact of policy changes.
6. My role as a citizen observer at immigration court is extremely important to me. Transparency is essential to a functioning democracy. Our government is suppressing transparency. My parents were children who came of age during the second world war. They impelled me to never let the scapegoating that led to the Holocaust or the persecution of Nisei happen again. Immigration court observation is my way of making the scapegoating of immigrants more transparent in a way that is legally actionable. It is my responsibility as a US citizen to observe immigration court hearings as often as possible.
7. I also coordinate other volunteers who observe at the Chelmsford immigration court. This involves initial orientation sessions, directing them to more formalized court observation training, showing them how to sign up for "court watch shifts," and allocating observers to judges who have master calendar sessions on certain mornings or afternoons. While some volunteers do prefer to do in person observation, others find it more convenient to observe via Webex, particularly if they do not live close to Chelmsford or Boston. We do have observers from Western MA, a few from Maine, and Rhode Island. We also have law student observers who can fit WebEx observation into schedules, but would not be able to come to court in person.
8. From June 2025-February 2026, observers at the Chelmsford immigration court experienced numerous hearings from which we were blocked.
   ○ On numerous occasions, court receptionists would indicate that Judge Le was having a master calendar hearing that could be observed. At the time he was responsible for the Juvenile docket. However, he was also responsible for hearing cases from Annandale, Virginia, where all hearings are held remotely via Webex. His master calendar hearings were often punctuated by individual hearings from Annandale that had been scheduled

at the last minute. Judge Le always explained that observers were welcome to attend master calendar hearings, but were not allowed to attend individual hearings, without the permission of the respondent and their lawyer. If you entered the courtroom late, via WebEx, he might not let you in, since he was dealing with an individual hearing.

- ○ On numerous occasions, court receptionists would indicate that Judge Froes was having a master calendar hearing that could be observed. Due to the shortage of judges, her master calendar hearings were also punctuated with last minute individual hearings as well. Judge Froes also always similarly explained why observers had to leave, because last minute individual hearings had been scheduled.

9. On 17 March 2026, Chelmsford immigration court observers informed me that they were prevented from observing master calendar hearings via WebEx by Judge Christine Olson and Judge Natalie Smith. They indicated that all immigration judges were now required to follow this observation policy *"Visitors should observe in person at the courtroom in which the hearin_ is scheduled and held. The Webex links posted on EOIR's website are for parties."* Later that week, I attempted to observe one of Judge Huy Le's Webex hearings, and was also asked to leave. Judge Le offered the same reason for ousting me from the WebEx session. Between March 17-March 30, I also attempted to observe one of Judge Nina Froes master calendar sessions. I do not recall the exact date. Judge Froes politely informed me that she could not allow me to observe via WebEx and cited the same reasons. She noted that court observation via WebEx was at the court's discretion. I was friendly with Judge Froes and we sometimes talked after I attended her master calendar sessions, so after a later in person hearing on March 26 I asked her why she felt she had to follow this policy. She said she was employed by EOIR and she felt obligated to follow their policies and that her conversion date (i.e., her conversion from probationary to permanent immigration judge) was coming up in April. (She was fired in April 2026 prior to her conversion date.)

10. From approximately March 14-March 25 2026 court observers noted the following in our court watch chat:
- ○ New immigration attorneys who were not representing respondents, but who wanted to observe master calendar hearings via Webex, as a training and mentoring exercise were prevented from doing so
- ○ Law students, who were doing volunteer court observation through WebEx, prevented from joining master calendar hearings
- ○ Observers who identified themselves as a "Friend of the Court" for a respondent were also prevented from joining master calendar hearings via WebEx.
- ○ Family members of detainees who logged on via WebEx were prevented from observing their family member's hearing via WebEx.
- ○ The Boston Immigration Accompaniment Network (BIJAN) and other organizations who provide remote accompaniment services to noncitizens via Webex were also prevented from joining Webex sessions upon several occasions, as they were considered non parties.

11. Prior to March 2026, our court watch program had not experienced a great deal of difficulty observing hearings via WebEx. These sudden and capricious denial of access to WebEx hearings raised our concerns, prompting us to informally interview each Chelmsford immigration judge about their personal preferences.
- ○ Between March 23-25, I asked:
  - ■ Judge Dubuc if she had a problem with observers (who are not lawyers and were not people directly affiliated with a respondent) showing up on WebEx. She said no, not if it was a master calendar session and that observers were welcome.
  - ■ Judge Froes if she had a problem with observers (who are not lawyers and were not people directly affiliated with a respondent) showing up on WebEx. She said, yes

she did, because of the new EOIR guidance, which she feels required to follow. So she will ask anybody who is not clearly connected to "the parties" to log off of WebEx. This includes lawyers who don't have a case at that time, but want to observe in general.

- Judge Olson if she had a problem with observers (who are not lawyers and were not people directly affiliated with a respondent) showing up on WebEx. She said, yes she does, because of the new EOIR guidance, which she feels required to follow. So she will ask anybody who is not clearly connected to "the parties" to log off of WebEx. Because she is dealing with detainees, she does include WebEx observers who are family members of respondents. She did say that she sometimes is inconsistent in managing WebEx observers, because people log in and out. As the number of WebEx participants increase, she and her clerk have a hard time keeping track of everyone, so a few observers may slip in. She noted that isn't because her policy changed, it is because of administrative difficulties.
  - I did not personally speak with Judge Cho, but another volunteer observer noted that her response was similar to Dubuc's. I did not speak with Judge Smith and Judge Le about this issue, and to my knowledge, other court observers did not either.

12. On March 31, 2026 I attended Judge Froes morning master calendar session at the Chelmsford Immigration Court via WebEx and was allowed in. There was no mention of the prior EOIR policy. There have been no further issues accessing WebEx master calendar sessions at the Chelmsford immigration court.

13. Each master calendar session lasts approximately 3.5 hours and typically includes 30 or more cases. Item 9 specifically outlines 4 masters calendar sessions which excluded WebEx observers. Overall, this means that more than 120 noncitizens were denied the due process oversight they should have received from their citizen peers. I do not have a count of all the master calendar sessions that were missed by volunteer law students, but preventing access to 3 or 4 sessions would easily deny visibility into 100 additional cases. Denying Webex access to professional accompaniment organizations, is one more way to make it difficult for pro se respondents to understand what is happening in their case and how to obtain necessary legal resources. Denying new attorneys the chance to use Webex as means of mentoring and training goes against time honored traditions in the legal profession.

14. The capricious deployment of this WebEx policy does not seem to have a tangible legal objective, other than to hide legal proceedings from the public. I understand that these experiences are common amongst many court observers in our area as well as in other locations. It is my responsibility as a US citizen to observe immigration court hearings as often as possible. I do not know why immigration judges who previously were blocking me and other observers from participating via Webex suddenly reversed their behavior on this issue and welcomed allowed WebEx observers. I am concerned that if it was because of the AHR v Blanche litigation, future observer access to court hearings are likely to be further restricted without the ongoing pressure of court orders.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_Michele J. Cantara_
Signature

_6/1/2026_
Date

Affadavit of Michele J. Cantara

Page 3 of 3

# EXHIBIT 49

# Declaration of Matthew Mockenhaupt

CORE/3515279.0007/244176811.1

**DECLARATION OF MATTHEW MOCKENHAUPT**

I, MATTHEW MOCKENHAUPT, declare the following is true and accurate to the best of my knowledge and recollection.

1. I am an attorney with Ojala-Barbour Law Firm PLLC and have represented individuals in immigration court proceedings since 2021. I submit this declaration in support of Advocates for Human Rights v. Bondi et al., regarding public access to immigration court proceedings.

2. I have approximately 250 active cases pending before the United States Immigration Courts. Approximately 100 cases are asylum claims for Somali nationals. Approximately 90% of the clients I represent reside in Minnesota.

3. Beginning on or about January 30, 2026, I began receiving a substantial number of electronic hearing notices for Somali asylum clients. These notices reset or moved hearings forward for approximately 80 cases. 100% or nearly 100% of these cases were reassigned to Judges outside the Fort Snelling, MN Court. Prior to this about 98% of my cases were heard by judges at the Fort Snelling Immigration Court.

4. The cases I have before out of state judges are held remotely. The judge appears from a courtroom in their home jurisdiction, and my client and I appear on Webex from Minnesota. The attorney for the government usually appears either via Webex or in the courtroom with the judge. A language interpreter typically appears via Webex or by phone.

5. I have been aware of The Advocates for Human Rights' court observation project since I started representing clients at the Fort Snelling Court. I generally wish to have observers present for these hearings that have been transferred out of state. They are of great interest to Minnesotans, and I believe that there should be transparency around these expedited Somali cases. After consultation with my clients, I verbally express consent to the judge to have an observer present.

6. On March 27, 2026, I represented a respondent, a citizen of Somalia, in removal proceedings before Judge Abdias Tida at the Houston Immigration Court. The merits

hearing in this matter was scheduled for 10:30 a.m. My client and I were scheduled to appear via Webex.

7. Prior to the hearing, representatives from The Advocates' court observation project sought consent to observe the proceeding. My client affirmatively consented to the presence of observers.

8. At the outset of the hearing, I explicitly informed Judge Tida that an observer was present and I wished to have them admitted to the virtual courtroom.

9. The Judge replied that his Webex had bandwidth issues and he would not permit an observer to join the Webex hearing.

10. This March 27, 2026 hearing was rescheduled to April 8, 2026 at 1:00 p.m. due to issues with interpretation. We were scheduled to appear via Webex for the April 8, 2026 hearing as well.

11. At the April 8, 2026 hearing before Judge Abdias Tida at the Houston Immigration Court, I again explicitly informed Judge Tida that an observer was waiting in the Webex lobby and I wished to have them admitted to the virtual courtroom.

12. The Judge again replied that his Webex had bandwidth issues and he would not permit an observer to join the Webex hearing.

13. I have had multiple other hearings where five or more people were connected via Webex with no connectivity problems. Sometimes in the past, judges have let all the attorneys and their clients into Master Calendar Hearings over Webex at the same time. Sometimes these hearings had over 20 people on Webex at the same time and there were no bandwidth issues.

14. I do not feel these closures comply with regulations on open access to courts. There were no motions to close the hearing. There were no concerns related to privacy, national security, or law enforcement sensitivity.

15. The Immigration Judge did not issue an oral or written ruling explaining the basis for closing the courtroom or excluding the public. No specific justification for closure was stated on the record other than bandwidth issues.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Dated: May 27, 2026                    MATTHEW MOCKENHAUPT

Ojala-Barbour Law Firm, PLLC

1100 7th Street W, Saint Paul, MN 55102

matthew@ojalabarbour.com

651-214-6284

3

# EXHIBIT 50

# Declaration of Shane Ellison

CORE/3515279.0007/244176811.1

STATE OF NORTH CAROLINA             )
                                    )        Declaration of
CITY OF DURHAM                      )        Charles Shane Ellison

I, Charles Shane Ellison, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Charles Shane Ellison.  I reside at 3609 Barcelona Ave., Durham, North Carolina, 27707.  I write this declaration based on my personal knowledge.

2.  I am a clinical professor of law and supervising attorney within the Immigrant Rights Clinic at Duke University School of Law.  In that capacity, I am the supervising faculty member for the Immigration Court Observation Project.  The Immigration Court Observation Project provides volunteer opportunities for Duke law students through the student-led organization, the Duke Immigrant and Refugee Project ("DIRP").  DIRP obtains funding through limited fundraising as well as some financial support from the Duke Immigrant Rights Clinic.

3.  In my capacity as supervisor of the DIRP Immigration Court Observation Project, I provide Duke law students with training about the U.S. immigration Court system as well as the how to observe and document master calendar hearings occurring at the Charlotte Immigration Court in Charlotte, North Carolina, and Stewart Immigration Court in Lumpkin, Georgia. The training I provide regards the procedural and legal requirements for these hearings, with particular attention given to the rights and procedural protections of unrepresented respondents.  Once properly trained, students are equipped to use a form we designed to track the relevant legal requirements in hearings, document procedural or other legal anomalies, write out qualitative observations, and then share data back with me for review and analysis.  I remain in regular communication with student observers about the hearings over the course of the year to note trends, address challenges, answer questions, and engage in quality control of data collection.

4.  As part of the training, students are instructed to not interrupt proceedings, to not record via video or audio, and to not speak during hearings unless addressed by the Immigration Judge ("IJ").

5.  Given the distance between Durham, North Carolina—the physical location of Duke Law School—and the Immigration Courts in Charlotte, North Carolina and Lumpkin, Georgia, DIRP law student court observers have relied exclusively upon the Webex platform of the Executive Office for Immigration Review ("EOIR") to conduct remote observations.  In fact, it is because of the longstanding availability of Webex access that we invested the time to set up the observation project notwithstanding the distance between the law school and the immigration courts we wished to observe.

6.  DIRP's Court Observation Project launched in the fall of 2024.  During the 2024-2025 academic year, a total of 22 unique observations of master calendar hearings were observed. During the 2025-2026 academic year, 48 unique observations were completed.  There were 16 volunteers who observed master calendar hearings in the Fall of 2025, and 25 volunteers who signed up to observe in the Spring of 2026.

7.  However, the DIRP Court Observation Project came to an abrupt end at the beginning of March 2026 given EOIR's refusal to continue to allow non-parties to appear via Webex to observe court hearings. Thus, of the 25 volunteers who had signed up to observe hearings in

the Spring, only 11 of those students were able to actually observe master calendar hearings before the project ended.

8. On March 5, 2026, I received an email from one of my students who had signed up to observe master calendar hearings in the Stewart Immigration Court. In her email, she wrote that the IJ had informed her of "a new EOIR policy that stated that observers would have to be in person to observe court," after which the IJ indicated the student would have to be moved "to the lobby."

9. Thereafter, I searched for any relevant EOIR policy and found a document styled as a "Fact Sheet," located at https://www.justice.gov/eoir/media/1416861/dl?inline. That document, dated February 2026, provides that "[v]isitors **should observe in person** at the courtroom in which the hearing is scheduled and held. **The Webex links posted on EOIR's website are for parties** appearing remotely." *Id.* (emphasis added).

10. Next, I reached out via email to two other students who had signed up to observe on the same day. One had signed up to observe an IJ in the Charlotte Immigration Court, and one student had signed up to observe a different IJ in the Stewart Immigration Court. One student reported being admitted for one hearing and then removed. The other student was never admitted from the waiting room.

11. As a result of this shift in EOIR policy and the facts that the Immigration Court told my student we could no longer observe remotely, I notified all student volunteers on March 5, 2026, that the project could no longer continue given our reliance on the availability of remote observation opportunities. I understand that in the proceedings challenging EOIR's shift in policy that the Defendants have asserted that they have not changed their policy on public access to immigration proceedings. If that is so, the Fact Sheet seems to be telling IJs to violate that policy, which has previously made no distinction between public access in person or via Webex. At the time the Fact Sheet was released I was not aware of DOJ's position that it had not changed policy. Instead, I read the Fact Sheet as a change in EOIR policy consistent with the IJ's announcement that remote observations were no longer possible, and I accordingly notified my students we were no longer permitted to observe remotely.

12. Upon information and belief, Duke law student interest in court observation remains strong and I expect that future students would engage in remote observation of the Charlotte Immigration Court and Stewart Immigration Court from Durham, North Carolina should EOIR permit such observations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

June 1, 2026

_____          _____
Signature                                                       Date

# EXHIBIT 51

# Declaration of Ishanee DeVasGunawardhane

CORE/3515279.0007/244176811.1

STATE OF ILLINOIS       )

                                          Affidavit of

CITY OF CHICAGO       )                 Ishanee DeVasGunawardhane

COUNTY OF COOK      )

I, ISHANEE DEVASGUNAWARDHANE, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Ishanee DeVasGunawardhane. I reside at 2636 West Balmoral Avenue, Apartment 1W, Chicago, Illinois 60625. I submit this declaration based on my personal knowledge.

2. I have been a volunteer court observer with the Illinois Coalition for Immigrant and Refugee Rights (ICIRR) Court Watch program since August 2025. I have received training from the American Bar Association (ABA) Commission on Immigration online course regarding best practices for observing immigration court hearings.

    As a court observer, I do not intervene in proceedings, I do not speak during hearings, I do not communicate with respondents, and I keep my phone off. I take quiet, neutral notes based on my observations, consistent with my training and the information requested on our observation form.

    The information I document may include, among other things, the respondent's country of origin; whether the respondent is represented by counsel; whether an interpreter is provided in the respondent's best language; whether the respondent appears to understand the hearing; whether the judge advises the respondent of the right to counsel; whether the respondent appears to be a minor; whether the respondent appears to have medical or mental health concerns; the basic nature of the respondent's claim; any decisions or outcomes, including bond amounts, removal orders, grants of status, or future hearing dates; and the demeanor of the judge and DHS attorney.

3. When attempting to observe hearings, I accessed WebEx through the official link provided on the Executive Office for Immigration Review (EOIR) / U.S. Department of Justice website for the Chicago Immigration Court in Illinois. Before joining, I updated my WebEx display name to clearly identify myself as a court observer: "Court Watch – Ishanee DeVas." After joining, I remained in the WebEx waiting room until admitted by the host.

4. From August through December 2025, I completed approximately **41 observation** shifts. From January through February 2026, I completed approximately **18 additional observation** shifts. My shifts generally lasted between **two to three hours**. During these shifts, I observed master calendar hearings, individual hearings, and bond hearings conducted by WebEx for the Chicago Immigration Court located at 55 E. Monroe Street, Suite 1500, Chicago, IL 60603.

5.  I have only observed Chicago Immigration Court remotely via WebEx, and I <u>will not</u> attend court in person. I am an immigrant and have been a U.S. citizen for more than 35 years. Given the current enforcement climate, I have serious and reasonable concerns that ICE may return to immigration Court facilities, particularly during the new "Mega Master" dockets. After what occurred during the Midway Blitz, I do not trust this administration to respect the safety, dignity, or due process rights of immigrants or court observers.

6.  Since August 2025, I have observed Chicago Immigration Court hearings remotely from my personal laptop computer at home, using WebEx through the Chrome browser.

    At the end of March 2026, I attempted to observe a Chicago Immigration Court hearing via WebEx. While I was present in the remote courtroom, the Immigration Judge stated that EOIR policy permitted only case participants to appear by WebEx. The judge further stated that court observers were welcome to observe in person, but not remotely, and asked me to leave the WebEx courtroom.

    EOIR's internet-based hearings page states that WebEx links are provided for parties to access hearings and that visitors should observe in person in the courtroom where the hearing is scheduled and held. EOIR also states that immigration court hearings are generally open to the public, subject to limited exceptions.

    Following this incident, Chicago Court Watch began systematically attempting to access Chicago Immigration Court WebEx courtrooms to determine and document how often court observers were denied remote access.

    At least 15 minutes before the first hearing of each docket, I attempted to access each Chicago Immigration Judge's courtroom using the EOIR WebEx link, opening each courtroom in a separate Chrome browser tab. While waiting in the WebEx lobby, I documented the messages displayed and, when visible, the number of other individuals waiting in the lobby.

    If I was admitted to a courtroom, I documented basic information about the proceeding, including the type of hearing, such as master calendar, non-detained, juvenile, or individual/merits hearing, and the name of the DHS attorney assigned, when available. I remained only long enough to confirm access and record limited introductory information. For merits hearings, I sometimes exited before the Immigration Judge asked the respondent whether they wished to have the hearing closed.

    From March 27, 2026, through June 3, 2026, I recorded more than **1,600 attempts** to observe hearings remotely. The spreadsheet attached separately to this declaration provides the details of those observations and WebEx access attempts, including relevant access information such as:

    - Date of Observation
    - Morning Docket (AM) from 8:00am – 12:00pm
    - Afternoon Docket (PM) from 12:30pm – 5:00pm
    - Judges' Names
    - Detained or Non-Detained Respondents

- Special Dockets
  - Alternative to Detention (ATD) Docket
  - Dedicated Docket
  - E33 Docket
  - Juvenile Docket
  - Mega Master Docket
  - Somali Docket
- Number of Hearings per Judge per Docket
  - Schedule based on reporting from the Bklg app for Chicago, IL
  - Date Range: May 4, 2026 – June 3, 2026
- Court Watcher:  Ishanee 'Ghost' = Ishanee DeVasGunawardhane
- Time Arrived (Entered WebEx Lobby - voluntarily)
- Time Left (Ended WebEx Access – either voluntarily or not)
- When Session Started
  - After Observer logged on
  - Before Observer logged on
  - Never Started
- Number of people in Lobby while logged in (Maximum number observed)
- Outcome for (1,340 Total Scheduled Hearings):
  - "We'll start the meeting when host has joined" (539 Grey)
  - Not admitted – unclear (16 Grey)
  - "We've let the host know that you're here" - others admitted (19 Red)
  - "We've let the host know that you're here" - not clear if others admitted (67 Red)
  - "We'll start the meeting when host has joined" - # in lobby decreasing (25 Red)
  - Admitted and immediately removed - no explanation (74 Red)
  - Removed without being admitted (88 Red)
  - Admitted and immediately removed - w/ judge comments (27 Red)
  - Admitted and removed after some observation - no explanation (1 Salmon)
  - Admitted and removed after some observation - w/ judge comments (3 Salmon)
  - Admitted and removed - Resp/ RA request ( 28 Blue)
  - Admitted w/o issue (255 Blue)
  - Admitted, left w/o hearing judge comments (ghosting) (198 Blue)
- Observer Notes

7.  During the dates listed below, I attempted to observe hearings before all 24 Chicago Immigration Judges via WebEx. For each judge, I attempted to access both the morning docket, generally scheduled from 8:00 a.m. to 12:00 p.m., and the afternoon docket, generally scheduled from 12:30 p.m. to 6:00 p.m.

The list below identifies each Chicago Immigration Judge, their (EOIR WebEx Link), the date range of my WebEx access attempts, and the number of days of attempted access:

| Full name | WebEx Attempts Date Range | # of Days |
|---|---|---|
| Judge Shawn J. Abraham (SJA) | May 26, 2026 - June 3, 2026 | 6 |
| Judge Dillon J. Ambrose (DJA) | May 4, 2026 - June 3, 2026 | 21 |
| Judge Matthew C. Besse (MCB) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Elizabeth Crites (EHC) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Brendan Curran (BCC) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Craig A. Defoe (CDE) | March 30, 2026 - June 3, 2026 | 41 |
| Judge Donald R. Eller, JR. (DRE) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Kenneth Flesch (KHF) | May 26, 2026 - June 3, 2026 | 6 |
| Judge D'Anna H. Freeman (DHF) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Peter Kim (PAK) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Michael P. Klosowsky (MLK) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Joshua Luskin (JAL) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Jacob Marshall (JBM) | May 4, 2026 - June 3, 2026 | 21 |
| Judge Patrick M. McKenna (PKM) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Ana M. Mencini (AAM) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Samia Naseem (SNA) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Jaime Poarch (JPH) | June 2, 2026 - June 3, 2026 | 2 |
| Judge Gina L. Reynolds (GAR) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Eva Saltzman (ESS) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Marc B. Stahl (MCS) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Elizabeth Treacy (ELT) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Michelle M. Venci (MEV) | March 27, 2026 - June 3, 2026 | 42 |
| Judge Akash Vyas (AHV) | March 30, 2026 - June 3, 2026 | 41 |

8. I have spoken with my Court Watch Coordinator and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Signature

June 4, 2026
Date

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:20 PM | After observer logged on | 3 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:45pm Ishanee in Lobby with (3) others. 1:20pm Lobby folks were reduced to (1); Was not let into courtroom, so Ishanee left meeting voluntarily. |
| 3/27/26 | AM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | After observer logged on | 3 | "We've let the host know that you're here" - not clear if others admitted | 8:45am Ishanee in Lobby with (3) People. 9:30am Ishanee in lobby with (2) other people disappeard from Lobby. Ishanee is assuming that she is not allowed in IJ courtroom, and left WebEx. |
| 3/27/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | After observer logged on | | Removed without being admitted | 12:45pm Ishanee in Lobby - 1:15pm Ishanee left meeting, becuase not allowed into courtroom (IJ moved her into lobby) |
| 3/27/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Ishanee:  Merits - ND: Was allowed in, but Ishanee left during his instructions |
| 3/27/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | 3 | Admitted and removed - Resp/ RA request | 12:45pm Ishanee in Lobby with (3) other / 1:00pm IJ asked Respondent if they knew Ishanee, they said no, so IJ moved Ishanee to lobby. |
| 3/27/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:45 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Ishanee:  Merits - ND:  Was allowed in, but IJ not present yet.  I left before IJ arrived. |
| 3/27/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 12:58 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:45pm Ishanee in Lobby with (1) other / 12:48pm Courtroom turned on, no IJ present: DHS Attorney Faith Pledger / 12:58pm Merits hearing need to get permission from Respondent.. Ishanee left voluntarily |
| 3/27/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:35 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Ishanee:  Merits - ND:  Was allowed in, but IJ was calling for an interpreter.  Ishanee left before IJ started the hearing |
| 3/27/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 3:00 PM | 3:36 PM | After observer logged on | | Removed without being admitted | 3:00pm Ishanee in Lobby for correct time - 3:36pm IJ kicked Ishanee out of the meeting. |
| 3/27/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby alone // 9:30am Ishanee still alone in Lobby, assuming not allowed in, so left meeting. |
| 3/27/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:45pm Ishanee in Lobby / 1:00pm Ishanee was let into courtroom, but left courtroom voluntarily |
| 3/27/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee not allowed in - 9:30am Ishanee still in lobby, so left meeting |
| 3/27/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby - 1:15pm Ishanee left meeting. |
| 3/27/26 | AM | Saltzman | MCH | Detained | Dedicated | | Ishanee 'Ghost' | 8:45 AM | 9:15 AM | After observer logged on | 5 | Admitted w/o issue | 8:45am Ishanee in Lobby with (5) People, Reid is also in lobby / 9:00am court opened.  MCH Detained (Clay, Dodge at 10:30am) and Non-Detained Cases (A# 434 - Tried to change to 10:30am). DHS Scott Jebson + ACC Jennifer Havas-Joy Joy + Spanish Interpreter.  9:15am Ishanee left because CW Reid Miller was still in Hearing. |
| 3/27/26 | AM | Stahl | Unknown | Unknown | | | Ishanee 'Ghost' | 8:58 AM | 9:00 AM | After observer logged on | | Admitted and removed after some observation - w/ judge comments | 8:58am IJ told Ishanee that 'they' are not allowed to have Court Watchers attend via Webex. However, IJ said that I am welcome to attend In-Person.  Checked Bklg, and IJ Stahl was not scheduled to have a hearing today - There was only the IJ in the courtroom, so I couldn't tell what type of hearing it was before I left, but due to his statement which is what he says for a MCH |
| 3/27/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:40 AM | Never started | 6 | "We'll start the meeting when host has joined" | 8:45am - 9:40am Ishanee in Lobby with (6) People - Ishanee assumes that will not be allowed into hearing, so left meeting. |
| 3/27/26 | PM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:45 PM | 1:04 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby - 1:04pm IJ let other person in lobby into courtroom, but not Ishanee so left meeting voluntarily. |
| 3/30/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | AM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:55 AM | 9:10 AM | Never started | | "We'll start the meeting when host has joined" | 8:55am Ishanee in lobby - 9:10am Ishanee never allowed in courtroom. |
| 3/30/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:30pm Ishanee in Lobby -  -1:05pm IJ asked Repondent if allowing observers, Respondent ask for closed |
| 3/30/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:55 AM | 9:10 AM | Never started | | "We'll start the meeting when host has joined" | 8:55am Ishanee in lobby - 9:10am Ishanee never allowed in courtroom. |
| 3/30/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby with (2) other - 1:08pm IJ ended the meeting |
| 3/30/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:40 AM | 9:10 AM | Never started | 3 | "We'll start the meeting when host has joined" | |
| 3/30/26 | PM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby  - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 9:10 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8:30am Ishanee in Lobby with (3) others - 9:10am Ishanee, and others, never allowed in courtroom |
| 3/30/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 6 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (6) others  - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | AM | Klosowsky | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:32 AM | 8:32 AM | After observer logged on | | Removed without being admitted | 8:32am  Ishanee was removed from the WebEx meeting.  No conversation with IJ. |
| 3/30/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:50 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby - 12:50pm Ishanee kicked out of WebEx w/o communication with IJ |
| 3/30/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/30/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:30pm Ishanee in Lobby - 1:05pm IJ asked Repondent if allowing observers, Respondent ask for closed |
| 3/30/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 8 | Admitted and removed - Resp/ RA request | 12:30pm Ishanee in Lobby with (8) others - 1:05pm IJ asked Repondent if allowing observers, Respondent ask for closed |
| 3/30/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:50 AM | 9:07 AM | After observer logged on | 6 | Removed without being admitted | 8:50am Ishanee in lobby with (6) other. 9:04am Ishanee re-connected, back in Lobby  9:07am Ishanee was removed from meeting by IJ w/o discussion |
| 3/30/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:31 PM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with (1) other / IJ told Ishanee that the WebEx is for the use of hearing participants, and IJ disconnected me. |
| 3/30/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:50 AM | 9:01 AM | After observer logged on | 10 | Admitted w/o issue | 8:50am Ishanee in lobby with (10) other. 8:57am Allowed into courtroom. MCH - ND hearing - ACC Jacob Allen (In-person).  9:01am Ishanee left hearing voluntarily. |
| 3/30/26 | PM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (1) other  - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/30/26 | AM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:30 AM | Never started | 2 | "We'll start the meeting when host has joined" | 9:30am Ishanee waiting in Lobby with (2) others - never allowed into the courtroom |
| 3/30/26 | PM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (2) other  - 1:15pm Ishanee never allowed into courtroom, left voluntarily |
| 3/31/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | AM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:50 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 12:50pm Ishanee left the courtroom voluntarily for a personal reason. |
| 3/31/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby 12:57pm - Ishanee asked the Respondent Attorney if they are ok with CW.  Ishanee couldn't hear response, so Ishanee left courtroom voluntarily |
| 3/31/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:18 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:59am Ishanee in Lobby - 9:15am Ishanee was let into courtroom.  IJ left message in chat ("Ft. Worth's WebEx connection was down today, so IJ cannot hear case this morning." Ft. Worth is where IJ is located, that is why she is only via WebEx.)  9:18am - Ishanee left courtroom voluntarily. |
| 3/31/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:58 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (1) other.  12:57pm IJ asked Respondent, and they said that they were fine with a CW.  12:58pm Ishanee left voluntarily |
| 3/31/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:02 AM | After observer logged on | | Admitted w/o issue | 8:59am Ishanee was let into courtroom, heard IJ give directions to CW.  DHS Althea Kay - 9:02am Ishanee left courtroom voluntarily. |
| 3/31/26 | PM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby - 12:57pm Ishanee was let into courtroom, but left voluntarily |
| 3/31/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 12:57pm Ishanee was let into courtroom, IJ and DHS was there, but Ishanee didn't interact with them.  Ishanee left courtroom voluntarily |
| 3/31/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:30 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - connection was lost.  9:23am Ishanee is in lobby with (2) others - 9:30am Ishanee not let into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | PM | Naseem | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:12 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (2) others. 1:09pm Ishanee was let into the courtroom, heard IJ's notes about no recording.  Ishanee left voluntarily at 1:12pm |
| 3/31/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:02 AM | After observer logged on | | Admitted w/o issue | 8:59am Ishanee was let into courtroom, heard IJ give directions to CWs - 9:02am Ishanee left courtroom voluntarily. |
| 3/31/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | PM | Saltzman | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never let into the courtroom, so Ishanee left voluntarily |
| 3/31/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:06 AM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 8:59am Ishanee was in Lobby - 9:06am IJ told Ishanee that he has been told that WebEx is only for parties involved in the hearing, so IJ removed Ishanee from the meeting. |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:06 AM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 8:59am Ishanee was in Lobby - 9:06am IJ told Ishanee that he has been told that WebEx is only for parties involved in the hearing, so IJ removed Ishanee from the meeting. |
| 3/31/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (2) other. 12:57pm Ishanee was let into courtroom, but left voluntarily. |
| 3/31/26 | AM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:59 AM | 12:57 PM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | AM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with (1) others. 12:57pm Ishanee was let into courtroom, but left voluntarily |
| 3/31/26 | AM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:59am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so Ishanee left voluntarily. |
| 3/31/26 | PM | Venci | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:10 PM | After observer logged on | 12 | Removed without being admitted | 12:30pm Ishanee in Lobby with (12) others. 1:10pm Ishanee was removed from meeting. |
| 3/31/26 | AM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 8:59 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 3/31/26 | PM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/1/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 1 | Removed without being admitted | 12:30pm Ishanee in Lobby with (1) other - 1:10pm (1) other left lobby, Ishanee still in lobby. 1:15pm IJ ended the meeting w/o letting Ishanee into courtroom. |
| 4/1/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 9:03 AM | 9:04 AM | After observer logged on | | Admitted w/o issue | 9:03am Courtroom started / DHS Lynn Kay Hollander / MCH - ND Juveniles / 9:04am Ishanee left voluntarily |
| 4/1/26 | PM | Crites | MCH | Detained | Juvenile | | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | 4 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (4) others - 1:06pm DHS Lynn Kay Hollander - IJ mentioned that a lot of juvenile detention facilities' contracts have been terminated, so that may affect juveniles cases coming up.  1:08pm Ishanee left hearing voluntarily |
| 4/1/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 9:00 AM | 9:40 AM | Never started | 2 | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby with (2) other - 9:40am Ishanee left voluntarily |
| 4/1/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/1/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:40 AM | Never started | | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby - 9:40am Ishanee left voluntarily |
| 4/1/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:56 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby -12:57pm courtroom opened, IJ not there yet, so Ishanee left voluntarily |
| 4/1/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:06 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 9:00am Ishanee in Lobby - 9:05am Ishanee allowed in with IJ confirming that the Respondent is okay with CW. DHS: Dee-Di Hsi / Merits - ND / 9:06am Ishanee left voluntary |
| 4/1/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:47 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with (1) other - 12:47pm courtroom was opened IJ not there yet, so Ishanee left voluntarily |
| 4/1/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:02 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 9:00am Ishanee in courtroom / DHS: Jennifer Havas-Joy / STIPC (South Texas ICE Processing Center) in courtroom / 9:02am Ishanee left voluntarily |
| 4/1/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 12:57pm courtroom open, respondent not there yet.  IJ said that it is up to Respondent to allow CW, but that IJ was fine with CW if allowed.  1:00pm Ishanee left voluntarily |
| 4/1/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:02 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 9:00am Ishanee let into courtroom, IJ not there yet / 9:02am Ishanee left voluntarily |
| 4/1/26 | PM | Luskin | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:45 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby  - 1:45pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:40 AM | Never started | 12 | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby with (12) others.  9:40am Ishanee left voluntarily with (8) others still in lobby |
| 4/1/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:45 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby  - 1:45pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:40 AM | Never started | 1 | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby with (1) other - 9:40am Ishanee left voluntarily |
| 4/1/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | AM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 9:00 AM | 9:40 AM | Never started | | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby - 9:40am Ishanee left voluntarily |
| 4/1/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:05 AM | After observer logged on | | Admitted w/o issue | 9:00am Ishanee in Lobby - 9:03am Ishanee allowed in / MCH - ND / 9:05am Ishanee left voluntarily |
| 4/1/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby  - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | PM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/1/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 10:00 AM | After observer logged on | | Admitted w/o issue | 9:00am Ishanee in Lobby - 10:00am Ishanee left voluntarily |
| 4/1/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 10:00 AM | Never started | | "We'll start the meeting when host has joined" | 9:00am Ishanee in Lobby - 10:00am Ishanee left voluntarily |
| 4/1/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:15 AM | After observer logged on | | Removed without being admitted | 9:00am Ishanee in Lobby - 9:15am IJ removed Ishanee from meeting w/o conversation |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 3 | Removed without being admitted | 12:30pm Ishanee in Lobby with (3) other - 1:00pm Ishanee was removed from meeting w/o conversation with IJ |
| 4/1/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:14 AM | After observer logged on | 9 | Admitted w/o issue | 9:00am: Ishanee in Lobby with (9) others.  Note in IJ WebEx Lobby:  "If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" / Courtroom opens with DHS Jonathan Panton / Alex Miller - EOIR / Samuel Cole - ACLU / Dentention Facilities via WebEx: Dodge, Clay / 9:14am Ishanee left voluntarily |
| 4/1/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (1) other. Same note in IJ WebEx Lobby:  "If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)"  - 1:30pm Ishanee never left Lobby, so Ishanee left voluntarily |
| 4/2/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:20 AM | 9:04 AM | After observer logged on | 16 | Admitted w/o issue | 8:20am Ishanee in Lobby with (16) others - 9:03am Courtroom opens / DHS Lynn Kay Hollander for MCH - ND Juveniles.  9:04am Ishanee left voluntarily |
| 4/2/26 | AM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:04 AM | After observer logged on | 16 | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Ishanee in Lobby with (16) others - 9:03am Courtroom opens / DHS Lynn Kay Hollander for MCH - ND Juveniles.  9:04am Ishanee left voluntarily |
| 4/2/26 | PM | Crites | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 10 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (10) others. 1:00pm Courtroom opened on MCH - ND hearing with DHS Attorney Lynn Kay Hollander.  There is another CW in hearing, so Ishanee left voluntarily at 1:00pm |
| 4/2/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | Curran | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:20 PM | Never started | 3 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (3) others. - 1:20pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Courtroom opens.  IJ is not there yet for Merits - ND hearing.  (Note:  IJ askes that CW turn on their video so that the Respondent can see who they might be allowing into their hearing.) 8:30am Ishanee left voluntarily |
| 4/2/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby. 1:05pm Courtroom opened with DHS Rex Hood Jr. for Merits - ND hearing. IJ started the introductions, asked the CW to urn on camera. IJ asked Respondent if CW was okay.  1:08am Ishanee left voluntarily. |
| 4/2/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Courtroom open, only Respondent attending / DHS Attorney Eckert / 8:25am IJ Judge arrives, she has (per usual for her dockets) two cases scheduled for the same time.  Today one is in English and one is in French, IJ Judge likes to take the case using an interpreter first./ 8:30am Ishanee left voluntarily before IJ could ask Respondents if okay for CW to stay.  IJ is very good about asking this of all her Respondents. |
| 4/2/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby.  12:56pm Courtroom opened.  DHS Attorney Heather Eckert for Merits - ND.  IJ asked Respondent about CW - Respondent approved CW presense.  1:00pm Ishanee left voluntarily |
| 4/2/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:33 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't activally observe this. |
| 4/2/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:33 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opens, IJ, DHS Attorney Keisha Tillman, and STIPC (South Texas ICE Processing Center) as Observer.  8:30am - 9:00am Judge Kim and Luskin are scheduled at 8:30am to preside over Texas cases via WebEx becuase they don't have enough Judges.  9:00am the IJ will return to Chicago based cases. 8:33am Ishanee left voluntarily |
| 4/2/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby - 1;00pm Ishanee has a note that the IJ has ended the meeting. |
| 4/2/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:35 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't activally observe this. |
| 4/2/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:35 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opened.  IJ, Respondent and PIDC (Port Isabel Detention Center) waiting for DHS attorney in Texas.  8:30am - 9:00am Judge Kim and Luskin are scheduled at 8:30am to preside over Texas cases becuase they don't have enough Judges. 9:00am the IJ will return to Chicago based cases. 8:35am Ishanee left voluntarily |
| 4/2/26 | PM | Luskin | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 12:51 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby 12:50pm IJ and DHS (in-Person) were going thru the Respondents who didn't show up from the AM docket, so they were doing Removals In Abstentia.  12:51pm Ishanee left voluntarily |
| 4/2/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | 12 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (12) others - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:10 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with (2) others. 1:08pm Courtroom opened, MCH - ND with DHS (In-Person) Aaron Labedz.  1:10pm Ishanee left voluntarily. (Note:  This is the first time Ishanee has ever seen this Judge, since she started CW in September, 2025.  Was surprised that she was allowed into the courtroom.) |
| 4/2/26 | AM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (2) other - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/2/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:34 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opened, IJ waiting on DHS Attorney for Merits - ND hearing - 8:34am Ishanee left voluntarily |
| 4/2/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntarily |
| 4/2/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily |
| 4/2/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Removed without being admitted | 12:30pm Ishanee in Lobby. 1:00pm IJ has removed Ishanee from the meeting w/o conversation. |
| 4/2/26 | AM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:30am Ishanee never allow into courtroom, so Ishanee left voluntarily. Ishanee not able to assertain what hearing IJ is having. (Note: IJ works from his home, and Ishanee has heard that IJ is doing all Detained Hearings) |
| 4/2/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby -- 1:15pm Ishanee never allowed into courtroom, so left voluntarily. Ishanee not able to assertain what hearing IJ is having |
| 4/6/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntary |
| 4/6/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntary |
| 4/6/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 8:35 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:15am Ishanee in Lobby - 8:35am IJ ended meeting without conversation |
| 4/6/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntary |
| 4/6/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:15 AM | 9:22 AM | Never started | 1 | "We'll start the meeting when host has joined" | |
| 4/6/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:30 PM | 12:30 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/6/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:01 AM | After observer logged on | | Admitted and removed - Resp/ RA request | 8:15am Ishanee in Lobby - 8:59am Courtroom opened.with Respondent and Respondent Attorney attending via WebEx. Respondent was asked if okay for CW - they said no CW, so IJ asked CW to leave. 9:01am Ishanee left voluntarily |
| 4/6/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 1:00pm Courtroom opens, Respondent and Respondent Attorney via WebEx. 1:01pm Ishanee left voluntarily |
| 4/6/26 | AM | Klosowsky | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (3) other - 9:30am Ishanee (and the others) were never allowed into courtroom without converstation. Ishanee left voluntarily |
| 4/6/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 3 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (3) other - 1:30pm Ishanee never allowed into courtroom without conversation, so Ishanee left voluntarily |
| 4/6/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:37 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't activally observe this. |
| 4/6/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:37 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby - 8:34am Courtroom opened IJ in PIDC (Port Isabel Detention Center in Los Fresnos, TX) covering case (Merits - D) in Texas from 8:30am - 9:00am. From 9:00am - 12:00pm, IJ will return to Chicago court cases. 8:37am Ishanee left voluntarily |
| 4/6/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 12:56pm Courtroom opens. IJ, DHS Attorney, Respondent and Respondent attorney in person, waiting on Interpreter on WebEx. 12;57pm Ishanee left voluntarily |
| 4/6/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:23 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:23am Ishanee never allowed into courtroom without converstation. Ishanee left voluntarily |
| 4/6/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntary |
| 4/6/26 | AM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (3) other - 9:30am Ishanee (and the others) were never allowed into courtroom without converstation. Ishanee left voluntarily |
| 4/6/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:15pm Ishanee never allowed into courtroom, so left voluntary |
| 4/6/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 8:52 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby - 8:38am Courtroom opened. IJ is waiting for Respondent and their Attorney. DHS Attorney and Interpreter in person. 8:45am IJ said that if Respondent doesn't show up, Court will continue In Abstentia. 8:44am Respondent Attorney - Respondent is too afraid of ICE to attend court in person. IJ is willing to allow Respondent via WebEx, even through Respondent didn't request it, if she is going to request Voluntary Departure. 8:52am Respondent joined court via WebEx. 8:52am Ishanee left voluntarily |
| 4/6/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby - 1:13pm Courtroom opens, IJ moved Ishanee to the lobby immediately without conversation, and never allowed back into courtroom |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/6/26 | AM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:23 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:23am Ishanee never allowed into courtroom without converstation.  Ishanee left voluntarily |
| 4/6/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 3:30 PM | After observer logged on | | Removed without being admitted | 12:30pm Ishanee in Lobby - 3:30pm - IJ has removed Ishanee from the meeting without conversation |
| 4/6/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:01 AM | After observer logged on | 10 | Admitted and immediately removed - w/ judge comments | 8:15am Ishanee in Lobby with (10) others. 9:01am Courtroom opened. IJ let CW know that they are welcome to attend In-Person, but EOIR has stated that WebEx is for participants only. 9:02am Ishanee left voluntarily. |
| 4/6/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:07 PM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with (1) other. - 1:07pm Courtroom opens - IJ repeats statement that CW is welcome to attend in-person, but EOIR has ruled that WebEx is only available to participants.  Ishanee left after statement |
| 4/6/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:00 AM | After observer logged on | 9 | Removed without being admitted | 8:15am Ishanee in Lobby with (9) other. - 9:06am IJ removed Ishanee from WebEx without any conversation. |
| 4/6/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:07 PM | After observer logged on | 5 | Removed without being admitted | 12:30pm Ishanee in Lobby with (5) other. 1:07pm IJ removed Ishanee from the meeting. |
| 4/6/26 | AM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (3) other - 9:30am were never allowed into courtroom without converstation.  Ishanee left voluntarily  9:30am Since not allowed in courtroom, Ishanee can't ascertain what type of hearing.  IJ has been known to work from his home, and that he is only doing Detained hearings for now.  Based on IJ actions, Ishanee assumes that this is a Merits - D hearing |
| 4/6/26 | PM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:55 PM | After observer logged on | | Not admitted - unclear | |
| 4/7/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:59 AM | 8:59 AM | After observer logged on | | Admitted w/o issue | 8:59am Coutroom opened - DHS Murphy Kenefic In-Person for MCH - ND Juveniles.  8:59am Ishanee left Voluntarily |
| 4/7/26 | PM | Crites | MCH | Non-Detained | | | Ishanee 'Ghost' | 1:14 PM | 1:15 PM | Before observer logged on | | Admitted w/o issue | 1:14pm Ishanee connected to courtroom for MCH -ND with DHS Murphy Kenefic In-Person.  1:16pm  Ishanee left voluntarily |
| 4/7/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | AM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby with (1) other - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:47 AM | 8:49 AM | After observer logged on | | Admitted w/o issue | 8:47am Courtroom opened.  IJ stated that Respondent didn't mind having a CW for Merits - ND.  DHS Attorney Zachariah Zierson.  8:49am Ishanee left voluntarily |
| 4/7/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 9:00 AM | 9:08 AM | After observer logged on | | Admitted w/o issue | 9:00am Courtroom opened for MCH - ND.  DHS Douglas Shaw (In-Person).  9:08am Ishanee left voluntarily. |
| 4/7/26 | PM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 1:11 PM | 1:12 PM | After observer logged on | | Admitted w/o issue | 1:11pm Courtroom opened for MCH - ND with DHS Douglas Shaw.  1:12pm Ishanee left voluntarily |
| 4/7/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:47 AM | 8:47 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:47am IJ ended meeting with Ishanee without conversation |
| 4/7/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:46 AM | 8:46 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't actively observe this. |
| 4/7/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:46 AM | 8:46 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:46am Courtroom opened.  IJ, Respondent and PIDC (Port Isabel Detention Center) in Texas for Merits - D.  After this hearing, IJ will return to Chicago Immmigration court to hear cases.  8:46am Ishanee left Voluntarily |
| 4/7/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | 11 | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby with (11) others- 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | PM | Naseem | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 1:08 PM | 1:09 PM | After observer logged on | | Admitted w/o issue | 1:08pm Ishanee connected with Courtroom for MCH-ND with DHS Mario Cadogoy (In-Person).  1:09pm Ishanee left voluntarily |
| 4/7/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:51 AM | 8:53 AM | After observer logged on | | Admitted w/o issue | 8:51am Courtroom opened on MCH - ND.  DHS Attorney In-Person (didn't catch name).  8:53am Ishanee left voluntarily. |
| 4/7/26 | AM | Saltzman | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby with (1) other - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 1:07 PM | 1:07 PM | After observer logged on | | Removed without being admitted | 1:07pm IJ removed Ishanee from meeting without conversation |
| 4/7/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:45am Ishanee in Lobby - 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/7/26 | PM | Venci | MCH | Non-Detained | E33 | | Ishanee 'Ghost' | 1:10 PM | 1:10 PM | After observer logged on | | Removed without being admitted | 1:10pm IJ removed Ishanee from meeting without conversation. |
| 4/7/26 | PM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 1:10 PM | 1:10 PM | After observer logged on | | Removed without being admitted | 1:10pm IJ removed Ishanee from meeting without conversation. |
| 4/7/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:23 AM | After observer logged on | | Admitted w/o issue | 8:45am Ishanee in Lobby - IJ usually works from home on Detained hearings via WebEx 9::22am Courtroom opened MCH - D, DHS Attorney Victoria Klegman. Clay, Campbell and Dodge County Detention Centers via WebEx.  9:23am Ishanee left voluntarily |
| 4/7/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in Lobby -  IJ usually works from home on Detained hearings via WebEx. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily.  Since not allowed in courtroom, Ishanee can't ascertain what type of hearing. |
| 4/8/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:20 AM | 9:00 AM | After observer logged on | | Admitted w/o issue | 8:20am Ishanee in Lobby.  8:30am Courtroom opened.  8:59am IJ arrived for MCH - ND Juveniles with DHS Lynn Kay Hollander.  9:00am Ishanee left voluntarily |
| 4/8/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:06 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby. 1:05pm Courtroom opened for Merits - ND. IJ did ask Respondent if CW ok to observe, and they said yes.  1:06pm Ishanee left voluntarily |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/8/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 4/8/26 | PM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby. - 1:15pm Ishanee was never allowed into courtroom, so she left voluntarily (IJ ended meeting) |
| 4/8/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:29 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Ishanee in Lobb. 8:29am Courtroom opened for Merits - ND with DHS Owen. 8:29am Ishanee left voluntarily |
| 4/8/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:06 PM | After observer logged on | 4 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby.with (4) other. 1:05pm Courtroom opened for Merits - ND with DHS Shawn Abraham.  IJ will ask Respondent if okay for CW to observe.  1:06pm Ishanee left voluntarily |
| 4/8/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:29 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Ishanee in Lobby. 8:29am Courtroom opened, DHS Shawrn Abraham for Merits - ND. 8:29am Ishanee left voluntarily |
| 4/8/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:25 PM | 12:57 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:25pm Courtroom opened for Merits - ND, DHS Jacob R. Allen.  12:57pm Ishanee left voluntarily |
| 4/8/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:33 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't actively observe this. |
| 4/8/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:33 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Ishanee in Lobby.  8:30am Merits - D Hearing at STIPC (South Texas ICE Processing Center) in Texas. Historically, at 9:00am IJ will return to Chicago Caase.  8:33am Ishanee left voluntarily |
| 4/8/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 4 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with (4) other - 1:30pm Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:34 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't actively observe this. |
| 4/8/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:34 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:20am Ishanee in Lobby. 8:30am Courtroom opened , DHS Luke Dussman, in PIDC (Port Isabel Detention Center) in Texas.  IJ will return to Chicago cases at 9:0am.  8:34am Ishanee left voluntarily |
| 4/8/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby.with (3) other - 1:00pm courtroom opened for Merits - ND with DHS Luke Dussman. 1:02pm Ishanee left courtroom voluntarily |
| 4/8/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (2) other - 9:15am Ishanee was never allowed into courtroom, so she left voluntarily. |
| 4/8/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby. - 12:57pm - IJ ended the metting without conversation |
| 4/8/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (1) other - 9:15am Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:10 PM | After observer logged on | 9 | Admitted w/o issue | 12:30pm Ishanee in Lobby.with (9) other.  1:06pm courtroom opened for MCH - ND with DHS Aaron Labez. 1:10pm  Ishanee left voluntarily |
| 4/8/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:06 PM | After observer logged on | 9 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby.with (9) other.  1:06pm courtroom opened for Merits - ND with DHS Aaron Labez. 1:10pm  Ishanee left voluntarily |
| 4/8/26 | AM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (2) other - 9:15am Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby. - 1:15pm Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | AM | Reynolds | MCH | Non Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:02 AM | After observer logged on | | Admitted w/o issue | 8:20am Ishanee in Lobby - IJ said that first is Merits Hearing, which is closed, so IJ put Ishanee in Lobby.  IJ said that at 9:00am is MCH - ND, so IJ will re-admit Ishanee into courtroom then.  9:02am Courtroom opened for MCH - ND, DHS Daniel Corodo (In Person).  9:05am Ishanee left voluntarily |
| 4/8/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:06 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby. - 1:05pm Courtroom opened for Merits - ND. IJ did ask Respondent if CW ok to observe, and they said yes.  1:06pm Ishanee left voluntarily |
| 4/8/26 | AM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby - 9:15am Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | PM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:22 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby.  - 1:22pm Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:20am Ishanee in Lobby with (1) other - 9:15am Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 2:45 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby. - 2:45pm Ishanee was never allowed into courtroom, so she left voluntarily |
| 4/8/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:03 AM | After observer logged on | 1 | Removed without being admitted | 8:20am Ishanee in Lobby with (1) other.  9:03am IJ removed Ishanee from meetin without conversation. |
| 4/8/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby with (2) others 1:00pm IJ ended meeting without conversation |
| 4/8/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:25 AM | 8:26 AM | After observer logged on | | Admitted w/o issue | 8:25am - Courtroom opened for MCH - D, DHS Rana Tadros, Clay Detention Center.  8:26am Ishanee left voluntarily |
| 4/8/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby. IJ usually works from home on Detained hearings via WebEx. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily.  Since not allowed in courtroom, Ishanee can't ascertain what type of hearing. |
| 4/9/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | | Removed without being admitted | 12:30pm Ishanee in Lobby - 12:57pm IJ ended the meeting without conversation |
| 4/9/26 | AM | Crites | MCH | Detained | Juvenile | | Ishanee 'Ghost' | 8:15 AM | 9:04 AM | After observer logged on | 1 | Admitted w/o issue | 8:15am Ishanee in Lobby with (1) other - 9:03am Courtroom opened on MCH - D Juveniles hearing with DHS Lynn Kay Hollander.  9:04am Ishanee left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/26 | PM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 12:30 PM | 12:59 PM | After observer logged on | 13 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with (13) other - 12:58pm courtroom opens MCH - ND Juveniles with DHS Lynn Kay Hollander. 12:59pm Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observers. Because this is a Juvenile Docket, sometimes the Respondent's Attorney askes for privacy for the Respondent's testimony. |
| 4/9/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:15am Ishanee never allowed in courtroom, so left voluntarily |
| 4/9/26 | PM | Curran | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | After observer logged on | 6 | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with (6) other - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily. IJ may have let the other in, because there is no one left in lobby |
| 4/9/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:32 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby with (3) other - 8:30am Courtroom opened on Merits - ND with DHS Heather Eckert. 8:32am Ishanee left voluntarily, before IJ could ask Respondent if okay for CW to observe. |
| 4/9/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 12:54 Courtroom opened with DHS Attorney Eckert Merits - ND hearing. 12:56pm Ishanee left before IJ could ask Respondent if they were okay with CW observers |
| 4/9/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:25 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Courtroom open for Merits - ND with DHS Faith Pledger. 8:25am Ishanee left voluntarily before IJ could ask Respondent if okay for CW to observe |
| 4/9/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:57 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with (1) other - 12:55pm Courtroom opens on Merits - ND hearing with DHS Alyssa Kuemmeth. 12:57pm Ishanee left before IJ could ask Respondent if they were okay with CW observers |
| 4/9/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:58 AM | After observer logged on | | Admitted w/o issue | 8:15am Ishanee in Lobby - 8:57am Courtroom opened to MCH - ND. IJ said that CW is welcome to stay and observe on WebEx. 8:58am Ishanee left voluntarily |
| 4/9/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:37 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't activally observe this. |
| 4/9/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:37 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby with (2) other - 8:36am Courtroom opened on Merits - D hearing in PIDC (Port Isabel Detention Center) in Texas with DHS Tyler Michaels In-Person in Chicago courtroom. After this hearing @ 9:00am, IJ will move to hearing Chicago Immigration Cases. 8:37am Ishanee left voluntarily |
| 4/9/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby - 1:00pm Courtroom opens for Merits - ND with DHS Tyler Michaels (In-Person). 1:00pm Ishanee left voluntarily before IJ could ask Respondent if okay with CW observers |
| 4/9/26 | AM | McKenna | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (1) other - 9:15am Ishanee never allowed in courtroom, so left voluntarily |
| 4/9/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with (2) other - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily IJ may have allowed (1) of the other into the courtroom, because there was still (1) other left in lobby. |
| 4/9/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:15am Ishanee never allowed in courtroom, so left voluntarily |
| 4/9/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:13 PM | After observer logged on | 15 | Admitted w/o issue | 12:30pm Ishanee in Lobby iwth (15) other - 1:07pm courtroom opens for MCH -ND with DHS Jacob (In-Person - didn't hear name). 1:13pm Ishanee left voluntarily before IJ offically started hearing as both DHS or Respondent's attorneys were not there yet. |
| 4/9/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:08 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby with (1) other - 8:58am Courtroom opened with DHS Attorney Bell (In-Person) for 9:00am 12:00pm MCH - ND hearing. 9:08am Ishanee left voluntarily (Please note: from 8:30am - 9:00am Ishanee was not allowed into courtroom, so cannot verify if there was a Merits - ND hearing going on.) |
| 4/9/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/9/26 | AM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (1) other - 9:15am Ishanee never allowed in courtroom, so left voluntarily |
| 4/9/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/9/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:35 AM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 8:15am Ishanee in Lobby with (1) other - 8:35am Courtroom open. IJ stated that CW is allowed in person, and he is very welcome to that, however per EOIR WebEx is not allowed. Ishanee left voluntarily. |
| 4/9/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/9/26 | AM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with (1) other - 9:15am Ishanee never allowed in courtroom, so left voluntarily |
| 4/9/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby - 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/9/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:21 AM | After observer logged on | | Admitted w/o issue | 8:15am Courtroom opened on MCH - D hearing with DHS Faith Pledger in Clay and Dodge Detention Centers. 8:21am Ishanee left voluntarily |
| 4/9/26 | PM | Vyas | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:13 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with (1) other - 1:08pm courtroom opened on Merits - D hearing at Clay Dentention Center. DHS attorney In-Person (didn't hear name), and Respondent's attorney not there yet. 1:13pm Ishanee left voluntarily |
| 4/13/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with (2) other - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby - 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/13/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 8:35 AM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby with (2) other - 8:35am IJ ended the meeting w/o conversation. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/13/26 | PM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 4/13/26 | PM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:00 PM | After observer logged on | | Removed without being admitted | 12:00pm Ishanee in Lobby - 1:00pm IJ ended the meeting w/o conversation |
| 4/13/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby - 9:15am Ishanee never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:05 PM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with (3) other - 1:05pm Courtroom open on Merits - ND, DHS Idara Nsikan Essien. Ishanee left voluntarily before IJ could ask Respondent if okay for CW to observe, which IJ is very good about asking. |
| 4/13/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:20 AM | Never started | 4 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with (4) other - 9:20am Ishanee and (3) other never allowed into the courtoom, so left voluntarily. |
| 4/13/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby - 9:00am Ishanee never allowed into courtroom - 9:15am Ishanee left voluntarily |
| 4/13/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | 2 | "We've let the host know that you're here" - others admitted | 8:00am Ishanee in Lobby with (2) other - 9:12am Ishanee now alone in lobby, so Ishanee assumes that IJ has allowed the others into the courtroom. 9:15am Ishanee never allowed into the courtoom, so left voluntarily. |
| 4/13/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:37 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby - 8:37am WebEx note: This meeting is locked. IJ has moved Ishanee into the lobby w/o conversation. 8;40am Ishanee left voluntarily |
| 4/13/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby - 9:00am Ishanee never allowed into courtroom - 9:15am Ishanee left voluntarily |
| 4/13/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:05 AM | After observer logged on | 7 | Removed without being admitted | 8:00am Ishanee in Lobby with (7) other - 8:59am Ishanee with (1) other in lobby, under the assumption that IJ has let the others into the courtroom, and is not allowing Ishanee into the courtroom. 9:05am IJ removed Ishanee from the meeting w/o conversation |
| 4/13/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:12 PM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 12:00pm Ishanee in Lobby with (1) other - 1:12pm Courtroom opened and IJ made the statement that he thinks that Court Watch is an important thing, but that EOIR has ruled that WebEx is only for the participants. IJ stated that Court Waters are welcome to attend court in person, which he hopes will happen in the future. Ishanee left the courtoom voluntarily |
| 4/13/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | After observer logged on | 8 | Admitted w/o issue | 8:00am Ishanee in Lobby with (8) other - 8:53am Courtroom opens for MCH - ND hearing. DHS David Weiner (In Person). 9:00am Ishanee left voluntarily |
| 4/13/26 | PM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby - 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily |
| 4/13/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:06 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby - 8:04am Courtroom opens on MCH - D, with DHS Jonathan Panton. Clay and Dodge Detention Centers. 8:06am Ishanee left voluntarily |
| 4/13/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with (1) other- 1:15pm Ishanee was never allowed in the courtroom, so Ishanee left voluntarily. IJ usually works from home on Detained hearings via WebEx. Since not allowed in courtroom, Ishanee can't ascertain what type of hearing. But, she thinks that it is a Merits - D hearing |
| 4/14/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:35 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 8:15am Ishanee in Lobby with (1) other - 8:35am IJ has ended the meeting w/o conversation |
| 4/14/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45am Ishanee in Lobby with (1) other - 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/14/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/14/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:28 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby - 8:27am Courtrroom opens, for Merots - ND with DHS Dee-Di Hsi. 8:28am Ishanee left voluntarily before IJ could ask Respondent if it is okay for CW to observe, as he usually does. |
| 4/14/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:02 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:45am Ishanee in Lobby with (1) other - 1:02pm courtroom opens on Merits - ND with DHS Dee-Di Hsi. 1:02pm Ishanee left voluntarily before the IJ can ask the Respondent if their are okay with CW observing |
| 4/14/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:28 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Courtrroom opens, for Merots - NDwith Attorney Edson, no one is in courtroom. 8:28am Ishanee left voluntarily before IJ could ask Respondent if it is okay for CW to observe, as she usually does. |
| 4/14/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:02 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:45am Ishanee in Lobby. - 12:58am Courtroom opens with Merits - ND and DHS Attorney Edson. IJ asks Respondent if it is olay for CW to observe. 1:02pm Ishanee leaves voluntarily before the Respondent answers |
| 4/14/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:31 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't actively observe this. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:31 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby with (1) other - 8:29aam Courtroom opens on STIPC (South Texas ICE Processing Center) courtroom for Merits - D hearing in Texas, DHS is not there yet, unitl 9:00am.  At 9:00am IJ will switch to Chicago courtroom for their hearings.  8:31am Ishanee left voluntarily before IJ could ask if it was okay for CW to observe. |
| 4/14/26 | PM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:02 PM | After observer logged on | | Admitted w/o issue | 12:45am Ishanee in Lobby - 1:00pm courtroom opens and IJ is calling the interpreter.  1:02pm Ishanee left voluntarily |
| 4/14/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:55 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby - 8:53am Courtroom opens for Merits - ND with DHS Jason DeMarinis.  8;55sm Ishanee lefft voluntarily befor IJ can ask Respondent if okay for CW to observe. |
| 4/14/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45am Ishanee in Lobby - 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/14/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:20 AM | After observer logged on | 8 | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in Lobby with (8) other - 9:20am Ishanee never allowed in courtroom, so she left volntarily.  S. Lang: In case I don't get into the merits hearing |
| 4/14/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45am Ishanee in Lobby - 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/14/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/14/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45am Ishanee in Lobby. with (1) other - 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/14/26 | AM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | After observer logged on | 6 | Admitted w/o issue | 8:15am Ishanee in Lobby with (6) other - 9:15am Courtroom opens on MCH - ND with DHS Luke Dussman.  9:17am Ishanee left voluntarily |
| 4/14/26 | PM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:10 PM | After observer logged on | 6 | Admitted w/o issue | 12:45am Ishanee in Lobby. with (6) other - 1:10pm Courtroom open to MCH - ND, DHS Saba Aziz. 1:10pm Ishanee left voluntarily |
| 4/14/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:57 AM | After observer logged on | 1 | Admitted w/o issue | 8:15am Ishanee in Lobby with (1) other - 8:57am Courtroom opens on MCH -ND with DHS Attorney Jaurez (In-Person).  8:57am Ishanee left voluntarily |
| 4/14/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:04 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:45am Ishanee in Lobby. with (1) other - 1:04pm Courtroom opens on Merits - ND with DHS Alexandeer Juradez.  1:04pm Ishanee left voluntarily |
| 4/14/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:05 AM | After observer logged on | 12 | Admitted w/o issue | 8:15am Ishanee in Lobby with (12) other 9:03am Courtroom opens on a MCH - D with DHS Tadros (?).  Dodge and Miami Correctional Facility. (Please note that hearing changed from Merits - ND, don't know why).  9;05am Ishanee left voluntarily. |
| 4/14/26 | PM | Saltzman | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:45 PM | 1:05 PM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 12:45am Ishanee in Lobby. with (1) other - 1:00pm courtroom opens on Merits - ND with DHS Vicoria Klegman.  IJ says that this is a Merits hearing and closed.  1:05pm Ishanee leaves voluntarily |
| 4/14/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby - 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/14/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | 12 | Admitted and immediately removed - w/ judge comments | 12:45am Ishanee in Lobby.with (12) other.  1:00pm courtroom opens, IJ says that CW is welcome in-person, but that EOIR says that WebEx is for participants only.  1:03pm Ishanee leaves voluntarily |
| 4/14/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:00 AM | After observer logged on | 4 | Admitted w/o issue | 8:15am Ishanee in Lobby with (4) other - 8:56am Courtroom opens on MCH -ND with Attorney Tillman.  9:00am Ishanee left voluntarily. |
| 4/14/26 | PM | Treacy | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:45 PM | 1:01 PM | After observer logged on | 1 | Admitted w/o issue | 12:45am Ishanee in Lobby with (1) other - 1:00pm courtroom opens on Merits - ND with DHS Attorney Edson (in person).  IJ asks Respondent if okay with CW oberving, Respondent says okay.  1:01pm Ishanee left voluntarily |
| 4/14/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:40 AM | After observer logged on | 2 | Removed without being admitted | 8:15am Ishanee in Lobby with (2) other - 8:40am IJ removed Ishanee from the meeting w/o conversation |
| 4/14/26 | PM | Venci | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | 1 | Removed without being admitted | 12:45am Ishanee in Lobby with (1) other - 1:00pm IJ removed Ishanee from meeting |
| 4/14/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:34 AM | After observer logged on | | Admitted w/o issue | 8:15am Ishanee in Lobby - 8:32am Courtroom opens on MCH - D with DHS Attorney Rowan.  Clay Country Detention center.  8:34am Ishanee leaves voluntarily. |
| 4/14/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45am Ishanee in Lobby with (1) other - 1:15pm Ishanee never allowed in courtroom, so she left voluntarily.  IJ usually works from home on Detained hearings via WebEx. Since not allowed in courtroom, Ishanee can't ascertain what type of hearing. |
| 4/20/26 | AM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 9:17 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:30am Ishanee in Lobby.  9:15am Courtroom opens on Merits - ND hearing.  9:17am IJ ended the meeting w/o conversation |
| 4/20/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when host joins." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:30 AM | 8:56 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:30am Ishanee in Lobby.  8:56am IJ ended the meeeting w/o conversation |
| 4/20/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." 12:55pm WebEx message "We've let the host know that you're here." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:30 AM | 9:05 AM | After observer logged on | | Removed without being admitted | |
| 4/20/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | |
| 4/20/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:38 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opens on Mertis - ND hearing with DSH Dee-Di Hsi.  Respondent is not in  hearing yet.  8:37am Respondent joined hearing w/her attorney.  8;38am Ishanee left the hearing before the IJ could ask the Respondent if it was okay for CW to observe. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:55 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." 12:50pm Courtroom opens for Merits - ND with DHS Dee-Di Hsi. 12:55pm Ishanee left voluntarily before the IJ could ask, like she normally does, the Respondent if okay CW observes. |
| 4/20/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:40 AM | 9:20 AM | Never started | | "We'll start the meeting when host has joined" | 8:40am Ishanee in Lobby with message: We'll start the meetign with the host joins.  9:20am Ishanee was never allowed into the courtroom, so she left volunatrily |
| 4/20/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Klosowsky | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:40 AM | 8:55 AM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 8:40am Ishanee in Lobby with (2) other.  8;55am IJ ended the meeeting w/o conversation |
| 4/20/26 | PM | Klosowsky | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." with (1) other. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:40 AM | 9:20 AM | Never started | | "We'll start the meeting when host has joined" | 8:40am Ishanee in Lobby with the WeBEx message 'We;ll start the meeting when the host joins". 9:20am Ishanee was never let into the courtroom, so she left voluntarily |
| 4/20/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." with (1) other.  1:00pm Courtroom open on Merits-ND hearing with DHS Jason DeMarinis in-person.  1:01pm IJ removed Ishanee from meeting |
| 4/20/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:40 AM | 9:20 AM | Never started | | "We'll start the meeting when host has joined" | 8:40am Ishanee in Lobby with the WeBEx message 'We;ll start the meeting when the host joins". 9:20am Ishanee was never let into the courtroom, so she left voluntarily |
| 4/20/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:10 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." 1:10pm WebEx message: "We've let the host know that you're here." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:40 AM | 8:46 AM | After observer logged on | 4 | Removed without being admitted | 8:40am Ishanee in Lobby with (4) other.  8:45am Courtroom opens on a couple of attorneys for different cases.  8:46am  Ishanee has been removed from meeting w/o conversation |
| 4/20/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:45 AM | 9:25 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:45am Ishanee in Lobby with (1) other with the WebEx message 'We've let the host konw that you're here'.  9:25am Ishanee was never let into the courtroom, so she left voluntarily |
| 4/20/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:04 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." with (1) other. 1:03pm Courtoom opened on Merits-ND with DHS Anika Olson in-person.  1:04pm Ishanee left voluntarily before the IJ could ask Respondent if okay for SW to Observe, which IJ said that she would do. |
| 4/20/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:02 AM | After observer logged on | 1 | Admitted w/o issue | 8:45am Ishanee in Lobby with (1) other. 9:02am Courtroom opens on MCH - D with DHS Rowan.  Dodge, Clinteron Detention Centers.  9:02am Ishanee left voluntarily |
| 4/20/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 3:15 PM | After observer logged on | 2 | Admitted and immediately removed - no explanation | "12:30pm Ishanee in Lobby with the message ""We'll start the meeting when the host joins."" with (2) other.  1:07pm Courtroom opened on Merits-ND (?).  1:08pm Webex message: ""The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in.""  Ishanee is making the assumption from what little she saw of the courtroom, the IJ has a Merits hearing (that is not in Bklg) that is closed, and that is why Ishanee has been moved to lobby.  3:00pm  Ishanee still in lobby with the same WebEx message, with (1) other. 3:15pm IJ ended the meeting, Ishanee was never allowed back into the courtroom." |
| 4/20/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:03 AM | After observer logged on | 6 | Admitted and immediately removed - w/ judge comments | 8:45am  Ishanee in Lobby with (6) others  9:03am Courtroom opened on MCH - ND hearing with DHS Res Hood Jr. in-person  WebEx is only avaiable to participants, welcome to attend in-person, but not on WebEx.  9:05am Ishanee left voluntarily |
| 4/20/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:07 PM | After observer logged on | 4 | Removed without being admitted | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." with (4) other.  1:07pm Courtroom opened for Merits-ND with DHS Rex Hood Jr. in-person.  IJ stated that WebEx is only available to participants, so aked that Ishanee depart.  IJ removed Ishanee from meeting |
| 4/20/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:45 AM | 9:00 AM | After observer logged on | 13 | Admitted w/o issue | 8:45am Ishanee in Lobby with (13) other.  8;59am Courtroom opens on MCH - ND hearing with DHS Jacqueline Altpeter in-person.  9:00am Ishanee left voluntarily |
| 4/20/26 | PM | Treacy | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." wit (1) other.  1:00pm Courtroom open with DHS Jacqueline Alpeter in-person.  1:03pm Ishanee left courtroom voluntarily. |
| 4/20/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:50 AM | 8:50 AM | After observer logged on | | Removed without being admitted | 8;50am Ishanee in Lobby.  8:50am  Ishanee was removed from meetign w/o conversation |
| 4/20/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message "We'll start the meeting when the host joins." with (1) other. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 4/20/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:50 AM | 8:54 AM | After observer logged on | | Admitted w/o issue | 8:50am Ishanee in Lobby.  8:52am Courtroom opens on MCH - D with DHS Saba Aziz.  Clay and Dodge Detention Center.  8:54am Ishanee left voluntarily. |
| 4/20/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:10 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with the message 'We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)'"  IJ usually works from home on Detained hearings via WebEx. Since not allowed in courtroom, Ishanee can't ascertain what type of hearing. 1:10pm IJ ended the meeting w/o conversation |
| 4/21/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:25 AM | 9:00 AM | After observer logged on | 1 | Admitted w/o issue | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other.  8:59am Courtroom opens on MCH-ND Juvenile with DHS Lynn Kay Hollander. 9:00am Ishanee left voluntarily |
| 4/21/26 | PM | Crites | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 12:56 PM | After observer logged on | 6 | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other.  12:53pm Courtroom open on MCH-ND with DHS Lynn Kay Hollander.  12:56pm Ishanee left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:25 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when host has joined." with (2) other. 9:25am Ishanee never allowed in ourtroom, so she left voluntarily |
| 4/21/26 | PM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:10pm WebEx message "We've let the host know that you're here." 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/21/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:25 AM | 9:17 AM | After observer logged on | | Removed without being admitted | |
| 4/21/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/21/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opens to Merits - ND with DHS Zachariah Zierson. 8:32am Ishanee left voluntarily before IJ could, as in the past, ask the Respondent if they are okay with CW observing. |
| 4/21/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 12:58 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:57pm Courtroom opens on Merits - ND hearing with DHS Zacharia Zierson. 12:58pm Ishanee left voluntarily, as there is another CW in hearing |
| 4/21/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opens on Merits - ND wih DHS Anika Olson. IJ is double booked so is talking to Attorney's about which should go first. 8:32am Ishanee left voluntarily before IJ could, as in the past, ask the Respondent if they are okay with CW observing. |
| 4/21/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 12:50 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:48am Courtroom open for Merits - ND, with DHS Anika Olson. 12:50pm Ishanee left voluntarily before IJ could, as in the past, ask the Respondent if they are okay with CW observing. |
| 4/21/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:35 AM | 9:37 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/21/26 | PM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:09 PM | After observer logged on | | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:27pm WebEx message "We've let the host know that you're here." 1:07pm Courtroom opened on MCH - ND with DHS Jacqueline Altpeter. 1:09pm Ishanee left voluntarily. |
| 4/21/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:25 AM | Never started | | "We'll start the meeting when host has joined" | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 9:25am Ishanee never allowed in ourtroom, so she left voluntarily |
| 4/21/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/21/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 8:50 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 8:50am IJ ended the meeting w/o conversation |
| 4/21/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:05 PM | After observer logged on | 1 | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other. 1:04pm Courtoom open to Merits - ND. Respondent is okay with CW observer. 1:05pm Ishanee left voluntarily |
| 4/21/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:22 AM | After observer logged on | 6 | "We've let the host know that you're here" - others admitted | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (6) others. 9:00am WebEx message "We've let the host know that you're here." with (5) others. 9:22am There are now (2) other in Lobby. Ishanee is assuming that IJ is only letting in certain people, and leaving the others in the lobby w/o conversation. Ishanee left voluntarily |
| 4/21/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | Never started | | "We've let the host know that you're here" - not clear if others admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:59pm WebEx message "We've let the host know that you're here." 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/21/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:25 AM | Never started | | "We'll start the meeting when host has joined" | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 9:25am Ishanee never allowed in ourtroom, so she left voluntarily |
| 4/21/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/21/26 | AM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:21 AM | After observer logged on | 9 | Admitted w/o issue | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (9) others. 9:20am Courtroom opens on MCH-ND, with DHS Jacob Allen in-person. 9:21am Ishanee left voluntarily |
| 4/21/26 | PM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:06 PM | After observer logged on | 11 | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (11) other. 1;05pm Courtroom opened on MCH -ND with DHS Jacbo Allen in-person. 1:06pm Ishanee left voluntarily |
| 4/21/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:56 AM | After observer logged on | 4 | Admitted w/o issue | 8:30am Courtroom opens on Merits - ND, IJ moved everyone on WebEx not a participants to Lobby. IJ will open the courtroom at 9:00am for the MCH-ND. 8:50am Ishanee in lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (4) other. 8:55am Courtroom opens with DHS Jennifer Havas-Joy for MCH -ND. 8:56am Ishanee left voluntarily. |
| 4/21/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 12:55 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:50pm Courtroom open IJ and DHS Jennfer Havas Joy finishing up In Abstentia cases from this mornings hearings. 12:55pm Ishanee left voluntarily before IJ could, as in the past, ask the Respondent if they are okay with CW observing. |
| 4/21/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:04 AM | After observer logged on | 3 | Admitted w/o issue | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (3) other. 9:04am Courtroom opens on MCH - D with DHS Rana Tadros. Dodge County Detention Center. 9:05sm Ishanee left voluntarily |
| 4/21/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:12 PM | After observer logged on | 3 | Admitted and immediately removed - no explanation | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 1:01pm IJ moved Ishanee into lobby, w/o conversation, with WebEx message: "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." 1:12pm Ishanee left voluntarily |
| 4/21/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:25 AM | Never started | | "We'll start the meeting when host has joined" | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 9:25am Ishanee never allowed in ourtroom, so she left voluntarily |

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:21 PM | After observer logged on | 12 | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (12) other. 1:18pm Courtroom opens on MCH -ND with DHS Douglas Shaw in-person.  Hearing started late because IJ AM docket ran late.  IJ allowed the CW observer without his 'EOIR only allows WebEX hearing participants only. 1:21pm Ishanee left voluntarily |
| 4/21/26 | AM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:25 AM | 9:25 AM | Never started | | "We'll start the meeting when host has joined" | 8:25am Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 9:25am Ishanee never allowed in ourctroom, so she left voluntarily |
| 4/21/26 | PM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:25 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/21/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:35 AM | After observer logged on | | Removed without being admitted | 8:30am Ishanee in Lobby with WebEx Message  "We'll start the meeting when the host joins." 8;35am IJ has removed Ishanee from the courtroom |
| 4/21/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:07 PM | After observer logged on | | Removed without being admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:07pm IJ removed Ishanee from the meeting. |
| 4/21/26 | PM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:05 PM | 1:07 PM | After observer logged on | | Removed without being admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:07pm IJ removed Ishanee from the meeting. |
| 4/21/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:24 AM | 8:25 AM | After observer logged on | | Admitted w/o issue | 8:24am Courtroom opened on MCH-D with DHS Victoria Klegman.  Clay Detention Center.  8:25am Ishanee left voluntarily |
| 4/21/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:05 PM | 1:01 PM | Never started | 3 | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)"  IJ usually works from home on Detained hearings via WebEx. 12:35pm WebEx ended meeting with a countdown timer. Ishanee signed into meeting again, with the same WebEx message as before. 1:01pm (3) people are waiting in lobby. 1:25pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Beese | Merits | Detained | Dedicated | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:15 AM | 8:57 AM | After observer logged on | 3 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 8:56sm Courtroon opens on MCH-ND Juvenile with DHS Lynn Kay Hollander.  8:57am  Ishanee left voluntarily |
| 4/22/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message ""We'll start the meeting when the host joins."" with (4) other. 9:03am Courtroom opens on MCH - ND Juvenile with DHS Idara Essien.  9:05am Ishanee left voluntarily. |
| 4/22/26 | PM | Crites | MCH | Detained | Juvenile | | Ishanee 'Ghost' | 12:15 PM | 1:06 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:05pm Courtroom opens on MCH - Juvenile with DHS Lynn Kay Hollander.  1;06pm Ishanee left voluntarily |
| 4/22/26 | PM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: We'll start the meeting when the host joins." with (1) other. 1:07pm Courtroom opened on MCH - ND Juvenile with DHS Idara Essien.  1:08pm Ishanee left voluntarily |
| 4/22/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed in courtroon, so she left voluntarily. |
| 4/22/26 | PM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | 9 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (9) others. 9:15am Ishanee never allowed in courtroon, so she left voluntarily |
| 4/22/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | |
| 4/22/26 | PM | Defoe | MCH | Non-Detained | Somali | | Ishanee 'Ghost' | 12:15 PM | 1:20 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/22/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:30 AM | 8:29 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom open on Merits - ND with DHS Faith Pledger.  IJ is waiting on interpreter.  8;29am Ishanee left voluntarily before the IJ could ask, per usual, if they are okay with a CW oberserver. |
| 4/22/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:34 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/22/26 | PM | Eller | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | 2 | Admitted w/o issue | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other.  1:02pm Courtroom opens on MCH - ND with DHS Faith Pledger.  1:03pm  Ishanee left voluntarily |
| 4/22/26 | PM | Eller | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here."  1:00pm Courtroom opens on MCH - ND with DHS Jennifer Havas-Joy..  1:00pm Ishanee left voluntarily |
| 4/22/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:27 AM | 8:29 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:27am Courtroom open on Merits - ND with DHS Alexander Juarez.  U is double booked and is trying to figure out order.  8:29am Ishanee left voluntarily |
| 4/22/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:17am Courtroom opens on Merits - ND with DHS Zachariah Zierson.  8:20am Ishanee left voluntarily before IJ could normally ask Respondent if okay with CW observer. |
| 4/22/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:01 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:00pm Courtroom opens on Merits - ND with DHS ALexandder Juraez 1:01pm Ishanee left voluntarily |
| 4/22/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:55 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other. 12:55pm Courtroom opens on Merits - ND with DHS Zachariah Zierson.  12:55pm Ishanee left voluntarily before IJ could ask the normal question to the Respondent if okay to CW observers |
| 4/22/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:38 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket.  Isahanee didn't actiavlly observe this. |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:38 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am Courtroom opened on Merits - D at STIPC (South Texas ICE Processing Center) in Texas with DHS Tyler Michels in-person.  8:38am Ishanee left voluntarily. |
| 4/22/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 8:30 AM | 9:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:30am Courtroom opened on STIPC (South Texas ICE Processing Center) Merits - D in Texas with DHS Sean Abraham in-person.  8:37am Ishanee left voluntarily, will try to reconnect at 9:00am for Chicago Hearings.  9:10am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins."  9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:06 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:02pm Courtroom open on Merits - ND with DHS Sean Abraham in-person (didn't hear name).  1:06pm Ishanee left voluntarily |
| 4/22/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here."  1:00pm Courtroom opend on Merits - ND with DHS Tyler Michels in-person.  1:01pm  Ishanee left voluntarily |
| 4/22/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am IJ ended meeting w/o conversation. |
| 4/22/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:25pm Ishanee never allow in courtroom, so she left voluntarily |
| 4/22/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:58 AM | After observer logged on | 2 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:58am Courtroom opens on Merits - ND with DHS Attorney Chu in-person.  8:59am Ishanee left voluntarily |
| 4/22/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:32 AM | 8:36 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:32am Courtroon Opened on Merits - ND with DHS Christine Edson in-person.  8:36am Ishanee left voluntarily |
| 4/22/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:25pm Ishanee never allow in courtroom, so she left voluntarily |
| 4/22/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:04 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 1:03pm Courtroom opens on Merits - ND with DHS Attorney Chu in-person.  1:04pm Ishanee left voluntarily |
| 4/22/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:58am WebEx message "We've let the host know that you're here." with (2) others. 9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/22/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in lobby with WebEx message "We've let the host know that you're here." 1:25pm Ishanee never allow in courtroom, so she left voluntarily |
| 4/22/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here."  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.".  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | 18 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (18) other. 1:08pm Courtroom open on MCH - ND with DHS Marcy Labedz.  1:08pm Ishanee left voluntarily |
| 4/22/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (2) other. 1:04pm Courtroom opened on MCH-ND with DHS Faith Pledger.  1:05pm Ishanee left voluntarily |
| 4/22/26 | AM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9;20am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:45pm WebEx message "We've let the host know that you're here." 1:25pm Ishanee never allow in courtroom, so she left voluntarily |
| 4/22/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:02 AM | After observer logged on | 9 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) others. 9:01am Courtroom opens on MCH - ND with DHS Dee-Di Hsi.  9:02am Ishanee left voluntarily |
| 4/22/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:34am Courroom opened on Merits - ND with DHS in-person.  IJ asked Respondent if CW is okay, they said yes, and IJ asked for CW to turn on camera.  8:35am Ishanee left voluntarily |
| 4/22/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:05pm IJ moved Ishanee to lobby w/o conversation.  1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:06 AM | After observer logged on | 4 | Admitted w/o issue | |
| 4/22/26 | AM | Saltzman | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 4 | Admitted w/o issue | |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/22/26 | PM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | | Admitted w/o issue | |
| 4/22/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 2 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (2) other. 1:00pm Courtroon opend on Merits - ND with DHS Scott Jebson. IJ moved everyone into lobby and is planning on admitting participants only during each of their hearings. |
| 4/22/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:30 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in Lobby with WebEx message "We've let the host know that you're here."9:30am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:55 AM | After observer logged on | 2 | Admitted and immediately removed - w/ judge comments | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:40am WebEx message "We've let the host know that you're here." 8:55am Courtroom opens on Merits - ND with DHS Jacob Allen. IJ stated that EOIR only allows WebEx for hearing participants, and asked Ishanee to leave. 8:55am Ishanee left voluntarily, after saying 'Thank you" to the IJ |
| 4/22/26 | PM | Stahl | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:10 PM | After observer logged on | | Removed without being admitted | 12:15pm Ishanee in lobby with WebEx message "We've let the host know that you're here." 1:10pm IJ removed Ishanee from the meeting w/o conversation |
| 4/22/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:00am courtroom opens on MCH - ND with DHS Attorney Kenefick in-person. 9:00am Ishanee left voluntarily |
| 4/22/26 | PM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | 4 | "We've let the host know that you're here" - others admitted | 12:30pm Ishanee in Lobby with WebEx message: :We'll start the meeting when the host joins." with (4) other. 1:03pm IJ moved everyone into lobby and is planning on admitting participants only during their hearings. |
| 4/22/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:03 AM | After observer logged on | 1 | Removed without being admitted | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am WebEx message "We've let the host know that you're here." with (1) other. 9:03am IJ has removed Ishanee from the meeting |
| 4/22/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 7 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:10am WebEx messgae "We've let the host know that you're here." 9:15am Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/22/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:25pm Ishanee never allow in courtroom, so she left voluntarily |
| 4/22/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:25 AM | After observer logged on | | Admitted w/o issue | 8:15am Courtroom open on MCH - D with DHS Jonathan Panton. Clay, Campbell Dodge Detention Center. 8:25am Ishanee left voluntarily |
| 4/22/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:10 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 7:59am Courtroom opens on MCH - D with DHS Ryan Rowan. Clay and Dodge Detention Centers. 8:10am Ishanee left voluntarily. |
| 4/22/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" IJ usually works from home on Detained hearings via WebEx. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/22/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:09 PM | After observer logged on | 4 | Removed without being admitted | |
| 4/23/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 9:03am Courtroom opens on MCH - ND Juvenile with DHS Idara Essien. 9:05am Ishanee left voluntarily. |
| 4/23/26 | PM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: We'll start the meeting when the host joins." with (1) other. 1:07pm Courtroom opened on MCH - ND Juvenile with DHS Idara Essien. 1:08pm Ishanee left voluntarily |
| 4/23/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/23/26 | PM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | 9 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) others. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/23/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:34 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:31am Courtroom opened on Merits - ND with DHS Jennifer Havas-Joy. IJ asked for CW to turn on video while he asked if Respondent was okay with observe. Respondent's attorney needed to aks her client, but she doesn't speak Spanish. 8:34am Ishanee left voluntarily (Please note: Bklg originally didn't have AM Docket scheduled) |
| 4/23/26 | PM | Eller | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here." 1:00pm Courtroom opens on MCH - ND with DHS Jennifer Havas-Joy.. 1:00pm Ishanee left voluntarily |
| 4/23/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:17am Courtroom opens on Merits - ND with DHS Zachariah Zierson. 8:20am Ishanee left voluntarily before IJ could normally ask Respondent if okay with CW observer. |
| 4/23/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:55 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other. 12:55pm Courtroom opens on Merits - ND with DHS Zachariah Zierson. 12:55pm Ishanee left voluntarily before IJ could ask the normal question to the Respondent if okay to CW observers |
| 4/23/26 | AM | Kim | MCH | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 8:38 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't actiavlly observe this. |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:38 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am Courtroom opened on Merits - D at STIPC (South Texas ICE Processing Center) in Texas with DHS Tyler Michels in-person.  8:38am Ishanee left voluntarily. |
| 4/23/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here." 1:00pm Courtroom opend on Merits - ND with DHS Tyler Michels in-person.  1:01pm Ishanee left voluntarily |
| 4/23/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am IJ ended meeting w/o conversation. |
| 4/23/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/23/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:59 AM | After observer logged on | 2 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other.  8:58am Courtroom opens on Merits - ND with DHS Attorney Chu in-person.  8:59am Ishanee left voluntarily |
| 4/23/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:04 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 1:03pm Courtoom opens on Merits - ND with DHS Attorney Chu in-person.  1:04pm Ishanee left voluntarily |
| 4/23/26 | AM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other.  9:15am Ishanee never allowed in courtoon, so she left voluntarily. |
| 4/23/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here."  1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/23/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.".  9:15am Ishanee never allowed in courtroon, so she left voluntarily |
| 4/23/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (2) other. 1:04pm Courtroom opened on MCH-ND with DHS Faith Pledger.  1:05pm Ishanee left voluntarily |
| 4/23/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:34am Courroom opened on Merits - ND with DHS in-person. IJ asked Respondent if CW is okay, they said yes, and IJ asked for CW to turn on camera.  8:35am Ishanee left voluntarily |
| 4/23/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroon, so she left voluntarily |
| 4/23/26 | AM | Saltzman | Merits | Detained | Dedicated | | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am Courtroom opens on Merits - D (DD) in Clinton Country with DHS Scott Jebson.  9:03am Ishanee left voluntarily. |
| 4/23/26 | PM | Saltzman | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 2 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (2) other. 1:00pm Courtroon opend on Merits - ND with DHS Scott Jebson. IJ moved everyone into lobby and is planning on admitting participants only during each of their hearings. |
| 4/23/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:55 AM | After observer logged on | 2 | Admitted and immediately removed - w/ judge comments | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:40am WebEx message "We've let the host know that you're here." 8:55am Courtroom opens on Merits - ND with DHS Jacob Allen.  IJ stated that EOIR only allows WebEx for hearing participants, and asked Ishanee to leave.  8:55am Ishanee left voluntarily, after saying 'Thank you" to the IJ |
| 4/23/26 | PM | Stahl | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroon, so she left voluntarily |
| 4/23/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:00am courtroom opens on MCH - ND with DHS Attorney Kenefick in-person.  9:00am Ishanee left voluntarily |
| 4/23/26 | PM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | 4 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with WebEx message: :We'll start the meeting when the host joins." with (4) other. 1:03pm  IJ moved everyone into lobby and is planning on admitting participants only during their hearings. |
| 4/23/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 7 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:10am WebEx messgae "We've let the host know that you're here."  9:15am Ishanee never allowed in courtroon, so she left voluntarily. |
| 4/23/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroon, so she left voluntarily |
| 4/23/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:10 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other.  7:59am Courtroom opens on MCH - D with DHS Ryan Rowan.  Clay and Dodge Detention Centers. 8:10am Ishanee left voluntarily. |
| 4/23/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" IJ usually works from home on Detained hearings via WebEx.  1:15pm Ishanee never allowed in courtroon, so she left voluntarily |
| 4/24/26 | AM | Crites | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 9:03 AM | After observer logged on | 8 | Admitted w/o issue | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) others. 9:)0am Courtoom opens on MCH - ND iwth DHS Christine Edson.  9:03am Ishanee left voluntarily |
| 4/24/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:59 PM | After observer logged on | 1 | Admitted and removed - Resp/ RA request | 12:15pm  Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12;59pm Courtroom opened on Merits - ND.  IJ asked Respondent and they requested that the hearing is closed.  Ishanee left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/26 | AM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:50 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:50am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/24/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | "12:15pm Ishanee in Lobby with WebEx message ""We'll start the meeting when the host joins."" 1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/24/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:32am Courtroom opens on Merits - ND with DHS Jonathan Panton. IJ was asking CW to turn on camera at the same time that Ishanee was leaving voluntarily. IJ stated that this may be the last time that he requests that the observer's camera be turned on, but Ishanee left before she could hear the rest of the sentence. |
| 4/24/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:01 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:45pm WebEx message:"We've let the host know that you're here."1:00pm Courtroom opened on Merits - ND with DHS Jonathat Panton. 1:01pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observing. |
| 4/24/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am Courtroom opens on Merits - ND with DHS George Sadek. Ishanee left voluntarily before IJ cou;ld ask Respondent if they were okay with CW observer. |
| 4/24/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/24/26 | AM | Kim | Merits | Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:35 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:33am Courtroom opens on the STIPC (South Texas ICE Processing Center) in Texas, Merits - D in Texas with DHS in-person. 8:35am Ishanee left voluntarily. |
| 4/24/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/24/26 | AM | Luskin | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 7:30 AM | 8:57 AM | After observer logged on | 5 | Admitted w/o issue | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) others. 8;56am Coutroom opens to MCH - ND Dedicated Dockeith with DHS Tyler Michels in-person. 8:57am Ishanee left voluntarily |
| 4/24/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:45 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:45pm WebEx meeting ended w/o conversation |
| 4/24/26 | AM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 9:15 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:59am Webex message "We've let the host know that you're here." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/24/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:45 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:45pm WebEx meeting ended w/o conversation |
| 4/24/26 | AM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:05am WebEx message"We've let the host know that you're here."" 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/24/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:45 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:45pm WebEx meeting ended w/o conversation |
| 4/24/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:37 AM | After observer logged on | | Admitted and removed - Resp/ RA request | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:37am Courtroom open on Merit - ND with DHS in-person. IJ asked Repsondent if it is okay for CW to observe, which the Respondent requested hearing to be closed. IJ also requested the the CW turn on their camera if they stayed. 8:37am Ishanee left voluntarily |
| 4/24/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:04 PM | After observer logged on | 1 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:03pm Courtroom opened on Merit - ND with DHS David Weiner in-person. IJ asked if Respondemt was okay with observer - which they said yes, they were okay. 1:04pm Ishanee left voluntarily |
| 4/24/26 | AM | Saltzman | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 7:30 AM | 9:02 AM | After observer logged on | | Admitted and removed - Resp/ RA request | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:02am Coutroom opened with DHS Scott Jebson. IJ stated that hearing is closed and IJ moved Ishanee to Lobby. Jack Lloyd et al. admitted? |
| 4/24/26 | AM | Treacy | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 7:30 AM | 9:01 AM | After observer logged on | 2 | Admitted w/o issue | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) others. 9:00am Courtroom opened on MCH - ND Dedicated Docket with DHS Jason DeMarnis in-person. 9:01am Ishanee left voluntarily |
| 4/24/26 | PM | Treacy | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/24/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:30 AM | 9:04 AM | After observer logged on | 2 | Removed without being admitted | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9;04am WebEx message "We've let the host know that you're here." 9:04am IJ removed Ishanee from the meeting |
| 4/24/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:45 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:45pm WebEx meeting ended w/o conversation |
| 4/24/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:30 AM | 8:47 AM | After observer logged on | 1 | Admitted w/o issue | 7:30am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 845am courtroom opens on MCH - D with DHS Aaron Labedz. Dodge, Hopkins, Clay and Sauk Detention Centers . 8:47am Ishanee left voluntarily |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|------|-------|-------|-------------|--------|----------------|---------------|---------------|--------------|-----------|---------------------|------------------|---------|-------|
| 4/24/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm  Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" IJ usually works from home on Detained hearings via WebEx. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/27/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/27/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:00 AM | 9:38 AM | After observer logged on | 6 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 9:35am courtroom opened on MCH - ND Juvenile with DHS Kim Brancato in-person. Please note that Bklg has a different hearing (Merits - ND).  9:38am Ishanee left voluntarily |
| 4/27/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 11 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (11) other. 8:30am WebEx message"We've let the host know that you're here." 9:30am IJ possibly let others into courtroom, but not Ishanee.  No conversation why Ishanee was not let into courtroom.  Ishanee left voluntarily |
| 4/27/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 11 | "We've let the host know that you're here" - others admitted | |
| 4/27/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily.. <br><br>Beth Tyler, CW, did not leave notes. |
| 4/27/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:33 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am WebEx message "We've let the host know that you're here." 8:33am Courtroom opened on Mertis - ND with DHS Jennifer Havans-Joy.  8:34am Ishanee left voluntarily before IJ could ask Respondent (who wasn't there yet) if they were okay with CW observer. |
| 4/27/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:03 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:30pm WebEx message "We've let the host know that you're here." 1:00pm  Courtroom opened for (2) Merits - ND with DHS Jennifer Havas-Joy.  IJ requested that CW turn camera on, so that Respondent and Attorney can be asked if they are okay with CW Observers.  No one has cheked in, and IJ will check again at 1:15pm.  1:03pm Ishanee left voluntarily. |
| 4/27/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:05 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  9:05am Courtroom opened on Merits - ND with DHS in-person. (Please note: Bklg didn't have a hearing set for this time). 9:06am Ishanee left voluntarily |
| 4/27/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:09 PM | After observer logged on | | Admitted w/o issue | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:08pm Courtroom opened on Merit - ND with DHS Alexander Jaurez.  (Please note: Bklg didn't have a hearing scheduled for this time.) Spanish Interpreter's who was in-person, was so loud that the hearging could not be heard.  This hearing was a continuation from this AM docket, I think. 1:09pm Ishanee left voluntarily |
| 4/27/26 | AM | Klosowsky | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 8:40 AM | After observer logged on | 4 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 8:30am WebEx message "We've let the host know that you're here." 8:40am IJ ended meeting without conversation |
| 4/27/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/27/26 | AM | McKenna | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 9:41 AM | After observer logged on | 18 | "We've let the host know that you're here" - others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (18) other. 9:35am 12 other in lobby, and the number is decreasing, making Ishanee think that IJ is only letting in Respondents and their Attorneys individually.  9:41am Ishanee never was allowed in courtroom, and per the last sentence, she doesn't think that she will be allowed in, so she left voluntarily. |
| 4/27/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:15pm WebEx message "We've let the host know that you're here."  1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/27/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:33 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:33am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/27/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 4/27/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 8:40 AM | After observer logged on | 1 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am Courtroom opended on Merits - ND DD Docket with DHS Attorney June Chu in-person. IJ recognizes CW observer on the record - didn't ask Respondent if CW okay to observe. Respondent is withdrawing aslyum, and wishes to withdraw seeking admission into United States.  8:40am Ishanee left voluntarily |
| 4/27/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:40 PM | 1:33 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:40pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:33pm Courtroom opended on Merits - ND. IJ asked Respondent if okay for CW observers.  Respondent requested closed hearing, so Ishanee left voluntarily. |
| 4/27/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:07 AM | After observer logged on | 3 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other, 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other.  9:00am Courtroom opened on MCH - D with DHS Scott Jebson.  Hopkins, Campbes Detention Centers. Please note: Bklg listed this hearing as Merits - ND. 9:07am Ishanee left voluntarily |
| 4/27/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:20 PM | Never started | 2 | "We'll start the meeting when host has joined" | |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | After observer logged on | 3 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:00am Courtroom opens on MCH - ND with DHS Tyler Michels.  IJ allow the CW observer to stay by not stating that EOIR policy.  9:05am Ishanee left voluntarily |
| 4/27/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:05 PM | 1:20 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:07pm WebEx message "We've let the host know that you're here." 1:20pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/27/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:59 AM | After observer logged on | 8 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 8:58am Courtroom opened on MCH -ND with DHS Aaron Kuntz in-person.  8:59am Ishanee left voluntarily |
| 4/27/26 | PM | Treacy | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:05 PM | 1:20 PM | Never started | | "We'll start the meeting when host has joined" | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:20pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/27/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:10 AM | After observer logged on | | Admitted w/o issue | |
| 4/27/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:05 PM | 1:20 PM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 12:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (2) other. IJ usually works from home on Detained hearings via WebEx.  12:53am (2) other disappeared from lobby, making Ishanee wonder if the IJ is just admitting the Respondent and their Attorneys.  This also makes Ishanee assume that this is a Merits - D hearing, problaby with DHS Jonathan Panton.  1:20pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/28/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/28/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm  Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/28/26 | AM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 4/28/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 4/28/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:19 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 8:19am Courtroom opens on Merits - ND with DHS George Sadek.  8:19am Ishanee left voluntarily before IJ asked Respondent if okay if CW observes, as he normally does. |
| 4/28/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:49 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm  Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (1) other.  12:48pm Courttoom open on Merits - ND hearing.  12:49pm Ishanee left voluntarily |
| 4/28/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:29 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/28/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:49 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm  Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins."  12:48pm Courtroom opens on Merits - ND hearing with DHS Idara Essien.  12:49pm  Ishanee left voluntarily |
| 4/28/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:35 AM | After observer logged on | 2 | Admitted w/o issue | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other.  8:35am Courtroom opens on MCH - ND with DHS In-Person.  8:36am Ishanee left voluntarily |
| 4/28/26 | PM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:13 PM | After observer logged on | | Admitted w/o issue | 12:30am  Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:00pm Courtroom open on MCH - ND with DHS Attorney Lolacno in-person.  1:13pm Ishanee left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:45 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 8:45am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/28/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/28/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:36 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't actively observe this. |
| 4/28/26 | AM | Luskin | Merits | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:36 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:35am Courtroom opnens on Merits - D in PIDC in Texas. DHS Issa Terman in-person. 8:36am Ishanee left voluntarily. Susanna Lang notes? |
| 4/28/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 12:52 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Courtroom opens on Merits - ND with DHS Issa Terman in-person. Camera was left on from AM docket, so courtroom is empty and will return at 1:00pm. 12:52pm Ishanee left voluntarily |
| 4/28/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee left the meeting voluntarily, never being allowed into the courtroom. |
| 4/28/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/28/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 9:10am WebEx message"We've let the host know that you're here." 9:15am Ishanee left the meeting voluntarily, never being allowed into the courtroom. |
| 4/28/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/28/26 | AM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | After observer logged on | 12 | "We've let the host know that you're here" - others admitted | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (12) other. 9:07am All other disappeared in lobby. Ishanee assumes that they were allowed into the courtroom, and she was not allowed in with out conversation. WebEx message changed to "We've let the host know that you're here." 9:15am Ishanee left the meeting voluntarily, never being allowed into the courtroom. |
| 4/28/26 | PM | Naseem | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:20 PM | After observer logged on | 3 | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (3) other. 1:10pm WebEx message "We've let the host know that you're here.". 1:20pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/28/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:51 AM | After observer logged on | 1 | Admitted w/o issue | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:50am Courtroom opens on MCH - ND with DHS Attorney Edson. 8;51am IJ not in court yet, so Ishanee left voluntarily |
| 4/28/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:20 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." 1:15pm WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in.". 1:20pm Ishanee left voluntarily |
| 4/28/26 | AM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:02 AM | After observer logged on | 9 | Admitted w/o issue | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (9) other. 9:02am Courtroom opens on MCH - D with DHS Victoria Klgman. Dodge, Daviess and Clay Country Detention Centers. 9:04am Ishanee left voluntarily. |
| 4/28/26 | PM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:07 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (1) other. 1:06pm Courtroom opens to MCH-D with DHS Victoria Klegman. Dodge and Clay Detention Centers. 1:07pm Ishanee left voluntarily |
| 4/28/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/28/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | 11 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (11) other. 12:57pm WebEx message "We've let the host know that you're here." 1:00pm Courtroom opens to MCH - ND with DHS Daniel Kronberg in-person. IJ has allowed WebEx to oberserve again - which is different previous times where he was following the EOIR policy that WebEX was only for participants, not observers. It is nice to be able to watch IJ again. 1:03pm Ishanee left voluntarily |
| 4/28/26 | AM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:55 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:55am Coutroom opens on Merits - ND with DHS Lynn Kay Hollander. 8:55am Ishanee left voluntarily before IJ could ask Respondent if okay for CW to observe, as she usually does. |
| 4/28/26 | PM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | 6 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (6) other. 12:58pm Courtroom open to MCH -ND with DHS Lynn Kay Hollander. 1:01pm Ishanee left voluntarily |
| 4/28/26 | AM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 4/28/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 5 | Removed without being admitted | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (5) other. 1:00pm IJ removed Ishanee from meeting without conversation |
| 4/28/26 | PM | Venci | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 5 | Removed without being admitted | 12:30pm Ishanee in Lobby with WebEx message : We'll start the meeting when the host joins." with (5) other. 1:00pm IJ removed Ishanee from meeting without conversation |
| 4/28/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:22 AM | After observer logged on | | Admitted w/o issue | |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/28/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 1:15pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/29/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:00 AM | 9:02 AM | After observer logged on | 6 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other 9:01am Courtroom opens on MCH - ND Juvenile with DHS Lynn Kay Hollander. 9:02am Ishanee left voluntarily. |
| 4/29/26 | PM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 12:15 PM | 1:01 PM | After observer logged on | 6 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (6) other. 1:00pm Courtroom opens on MCH - ND Juvenile with DHS Lynn Kay Hollander. 1:01pm Ishanee left voluntarily. |
| 4/29/26 | AM | Curran | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | PM | Defoe | Merits | Non-Detained | Somali | | Ishanee 'Ghost' | 12:15 PM | 1:09 PM | After observer logged on | 1 | Removed without being admitted | |
| 4/29/26 | AM | Eller | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:03 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."with (1) other. 8:21am WebEx message "We've let the host know that you're here." 9:02am Courtroom opens on MCH - ND with DHS Zacharia Zierson. IJ requests CW turn camera on. 9:03am Ishanee left voluntarily. |
| 4/29/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:58 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:51pm WebEx message"We've let the host know that you're here." 12:58pm Courtroom opens on Merits - ND with DHS Zacharia Zierson. 12:58pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observing. |
| 4/29/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:23 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:21am Courtroom opens on Merits - ND with DHS Jason DeMarinis. Currently IJ is not in the courtroom. IJ usually askes the Respondent if they are okay with CW observer. 8:23am Ishanee left voluntarily |
| 4/29/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:53 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 12:52pm Courtroom opens to Merits - ND with DHS Jason DeMarinis. IJ is not in courtroom yet. 12:53pm Ishanee left voluntarily, before IJ has the opportunity to ask the respondent if they are okay with CW observer, as IJ usually does. |
| 4/29/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 5 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | AM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:56 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 8:55sm Courtroom opens on Merits - ND with DHS Valerie Dozier in-person. 8:56 Ishanee left voluntarily |
| 4/29/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:05 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." 1:05pm Courtroom opens on Merit - ND with DHS Valerie Dozier in-person. 1:05pm Ishanee left voluntarily |
| 4/29/26 | AM | McKenna | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 5 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 8:57am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 12:54 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message: "We've let the host know that you're here. with (1) other. 12:54pm IJ has ended the meeting without conversation. |
| 4/29/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other. 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | AM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:00 AM | 9:06 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:06am IJ ended the meeting without conversation |
| 4/29/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins.". 1:03pm WebEx message "We've let the host know that you're here. 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | AM | Reynolds | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:05 AM | After observer logged on | 8 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 9:05am Courtroom opens on MCH - ND with DHS Idara Essien. 9:05am Ishnaee left voluntarily. |
| 4/29/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (1) other. 1:04pm IJ opened courtroom, and then "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in". 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | AM | Saltzman | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | AM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:54am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | Stahl | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when the host joins." with (2) other 12:56pm WebEx message "We've let the host know that you're here." 1;15pm Courtroom opens on Merits - ND DD with DHS Kim Brancato in-person. IJ was just about to ask Ishanee to leave as this is a Merits hearing, which Ishanee left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/26 | AM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (1) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 4/29/26 | PM | Treacy | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when host joins." 1:30pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/29/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:55 AM | After observer logged on | | Removed without being admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." . 8:55sm IJ removed Ishanee from the meeting without conversation |
| 4/29/26 | PM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:05 PM | After observer logged on | 4 | Removed without being admitted | 12:15pm Ishanee in Lobby with WebEx message: "We'll start the meeting when host joins." with (4) other. 1:05pm IJ removed Ishanee from the meeting without conversation |
| 4/29/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:00 AM | 8:03 AM | After observer logged on | 14 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (14) other. 8:01am Courtroom opens on MCH - D with DHS Ryan Rowan.  Clinton, Clay, Dodge, Sauk (LEC) Detention Centers.  8:03am  Ishanee left voluntarily |
| 4/29/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm  Ishanee in Lobby with WebEx message "We'll start the meeting when host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other.  1:30pm Ishanee never allowed in courtoom, so she left voluntarily |
| 4/30/26 | AM | Beese | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:23 AM | Never started | | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins."  9:23am Ishanee was never allowed into courtoom, so she left voluntarily |
| 4/30/26 | PM | Beese | Merits | Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host joins."  1:15pm Ishanee never was allowed into the courtoom, so she left voluntarily |
| 4/30/26 | AM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 8:15 AM | 9:02 AM | After observer logged on | 5 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." with (5) other. 9:02am Courtroom opens with MDH - ND with DHS Lynn Kay Hollander.  9:02am Ishanee left voluntarily |
| 4/30/26 | PM | Crites | MCH | Non-Detained | Juvenile | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 6 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." with (6) other. 1:00pm Courtroom opens on MCH - ND with DHS Lynn Kay Hollander.  1:05pm Ishanee left voluntarily |
| 4/30/26 | AM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:23 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | |
| 4/30/26 | PM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:04 PM | After observer logged on | 3 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." with (3) other. 1:02pm Courtroom opens on MCH - ND with DHS Althea kay.  Ishanee is surprised that IJ is keeping the courtoom open - first time in a long time seeing this IJ.  1:04pm Ishanee left voluntarily |
| 4/30/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:35 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/30/26 | PM | Eller | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "e've let the host know that you're here." with (1) other.  12:59pm Courtoom opens on MCH - ND with DHS Attorney Edson in-person.  IJ kept the courtroom open.  1:02pm Ishanee left volluntarily |
| 4/30/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:28 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/30/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | |
| 4/30/26 | AM | Kim | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:40 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." 8:28am WebEx message "We've let the host know that you're here." 8:33am Courtoom opens on MCH - ND with DHS Ssba Aziz. STIPC (South Texas ICE Processing Center) in Texas (Merits - D), at 9:00am the IJ will switch to Chicago AM Docket. IJ said that Ishanee is allowed to observe both hearings.  8:40am Ishanee left voluntarily |
| 4/30/26 | PM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Mertis - ND with DHS Saba Aziz.  1:02pm Ishanee left before hearing IJ ask Respondent confirm if they are okay with CW observer, which IJ SOP, so Ishanee left voluntarily |
| 4/30/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:15 AM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am IJ has ended the meeting without conversation |
| 4/30/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 2:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  2:15pm Ishanee never was allowed into the courtoom, so she left voluntarily |
| 4/30/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:55 AM | After observer logged on | 2 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other, 8:55am Courtroom opens on MCH - ND with DHS Aaron Koonce.  8:56am Ishanee left voluntarily |
| 4/30/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Mertis - ND with DHS Zacarai Zieson.  1:02pm Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 4/30/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | AM | Mencini | MCH | Non-Detained | E33 | | Ishanee 'Ghost' | 8:15 AM | 9:17 AM | Never started | 33 | Admitted and removed after some observation - w/ judge comments | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (33) other. 9:15am Courtroom Opens on Status Docket (paper docket) with DHS Aaron Labedz in-person.  IJ states that Respondent is not mandatory to attend if they have an Arrorney representing them attending, and there is no interpreter for this hearing.  9;17am IJ moved Ishanee: WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/26 | PM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 9 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here" with (9) other.  12:45pm IJ stated that court had just finishaed with AM docket and that they needed to take a break.  Court will resume at 1:00pm. IJ moved Ishanee into the lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (8) other. 1:06pm Courtroom opens with DHS Aaron Labedz in-person.  1:06pm Ishanee left before IJ did what happened in the AM docket, which was to move WebEx participants to the lobby, so that IJ could allow Respondents and their Attorneys in per case. |
| 4/30/26 | PM | Naseem | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | AM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 9:23 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:23am Ishanee was never allowed into courtoom, so she left voluntarily |
| 4/30/26 | PM | Reynolds | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | PM | Saltzman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | PM | Stahl | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | AM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:57 AM | After observer logged on | 11 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (11) other. 8:57am Courtoom opens on MCH - ND with DHS Attorney Lolacano in-person. 8:58am Ishanee left voluntarily |
| 4/30/26 | PM | Treacy | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:15pm Ishanee never allowed in courtroom, so she left voluntarily |
| 4/30/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:30 PM | 1:00 PM | After observer logged on | 1 | Removed without being admitted | 12:30pm Ishanee in Lobby with WebEx message " We've let the host know that you're here." with (1) other. 1:00pm IJ removed Ishanee from the meeting without conversation. |
| 4/30/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:15 AM | 8:30 AM | After observer logged on | 2 | Admitted w/o issue | 8:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)." with (2) other.  8:22am Courtoom opens on Merits - D with DHS Victoria Klegman.  Dodge, Clay Detention Centers.  8:30am Ishanee left voluntarily |
| 5/1/26 | AM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:32 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) others.  9:30am Courtroom opens on Merits - ND with DHS in-person.  9:32am Ishanee left voluntarily before IJ could ask Respondent if okay with CW observer. |
| 5/1/26 | PM | Crites | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Curran | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) others. 9:15am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Curran | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 12:30 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:30pm IJ ended the meeting without conversation |
| 5/1/26 | AM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Freeman | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 12:55 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:50am Courtroom opens on Merits - ND with DHS.  12:55pm Ishanee left voluntarily before IJ could ask respondent if they are okay with CW observer. |
| 5/1/26 | AM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 9:15am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Klosowsky | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Luskin | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:34 AM | After observer logged on | 3 | Admitted w/o issue | 8:20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 8:55am Courtroom opens on MCH - ND with DHS in-person. 9:00am Ishanee left voluntarily |
| 5/1/26 | PM | Luskin | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | McKenna | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Mencini | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Naseem | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/26 | AM | Saltzman | MCH | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:20 AM | 9:30 AM | After observer logged on | | Admitted and removed - Resp/ RA request | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:03am Courtoom opened to Merits - ND with DHS Aaron Labez. IJ aksed Respondent's attorney, and they requested hearing be closed. 9:03am WebEx message: IJ has moved you to the lobby. You can join the meeting after the host or a cohost lets you in. 9:30am Ishanee not allowed back into courtroom, so she left voluntarily |
| 5/1/26 | AM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 9:00 AM | Never started | | "We'll start the meeting when host has joined" | 8;20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed in courtoom, so she left voluntarily. |
| 5/1/26 | PM | Stahl | MCH | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | PM | Stahl | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Treacy | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 8:20 AM | 9:00 AM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | |
| 5/1/26 | PM | Treacy | Merits | Non-Detained | Dedicated | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/1/26 | AM | Venci | MCH | Non-Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:30 AM | After observer logged on | | Removed without being admitted | 8:20am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am IJ removed Ishanee from meeting without conversation |
| 5/1/26 | PM | Venci | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:00 PM | 1:02 PM | After observer logged on | | Removed without being admitted | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 1:02pm IJ removed Ishanee from the meeting without conversation |
| 5/1/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:20 AM | 8:30 AM | After observer logged on | | Admitted w/o issue | 8:27am Courtoom opens on MCH - D with DHS Jonathan Panton. Clay and Dodge Detention Center. 8:30am Ishanee left voluntarily |
| 5/1/26 | PM | Vyas | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 12:30 PM | Never started | 15 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (15) other. 12:30pm IJ ended the meeting, so Ishanee was not able to confirm the type of hearing. |
| 5/4/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 3 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:00am Ishanee in Lobby. 8:15am WebEx message: Host moved Ishanee to Lobby with (3) others. 8:45am Ishanee is only one in lobby. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:55 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby. 1:10pm IJ moved Ishanee to Lobby. 1:30pm Ishanee never allowed into courtroom, so she left voluntariy |
| 5/4/26 | AM | Beese | MCH | Non-Detained | | 27 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:45am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Beese | MCH | Non-Detained | | 44 | Ishanee 'Ghost' | 12:55 PM | 1:30 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm WebEx message "We've let the host know that you're here." 1:30pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Crites | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 3 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Crites | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Curran | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:45am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | AM | Curran | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:45am WebEx message "We've let the host know that you're here." 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Curran | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Defoe | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 5/4/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:20 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:15am Courtoom opens on MCH - D with DHS . 8:20am Ishanee left voluntarily before IJ entered the courtroom, and before the IJ's usual aking of the Respondent if they were okay with CW observer. |
| 5/4/26 | PM | Freeman | Merits | Non-Detained | | 5 | Ishanee 'Ghost' | 12:55 PM | 12:58 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:57am Courtroo opens on Merits - ND with DHS Aaron Labedz. 12:58am Ishanee left voluntarily before the IJ had the opportunitiy to ask, as she noramlly does, if Respondent is okay with CW observer. |
| 5/4/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | After observer logged on | | "We'll start the meeting when host has joined" | 8:00am This was the original Chicago Immigration Court schedule for the 9:00am AM Docket. Isahanee didn't actively observe this. |
| 5/4/26 | AM | Kim | Merits | Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:30am Courtroom opens on Merits - D at South Texas ICE Processing Center (STIPC) in Texas with DHS Daniel Kronberg in-person. At 9:00am IJ will begin Chicago Immigration hearings. 8:45am Ishanee left voluntarily |
| 5/4/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Klosowsky | MCH | Non-Detained | Dedicated | 48 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 2 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other 9:30am Ishanee never allowed into courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/26 | PM | Klosowsky | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:55 PM | 1:11 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 11:11pm IJ ended the meeting without conversation |
| 5/4/26 | AM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 8:57 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 8:55am Courtroom opens on Merits - ND with DHS Luke Dussman. 8:57am Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer.<br><br>Ruth Abramson notes? |
| 5/4/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "Please wait until admitted into the hearing." 9:30am Ishanee never allowed into courtroomm, so she left voluntarily |
| 5/4/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:55 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "Please wait until admitted into the hearing." 1:30pm Ishanee never allowed into courtroomm, so she left voluntarily |
| 5/4/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed into courtroom, so she left voluntarily.<br><br>Nora Kyger notes? |
| 5/4/26 | PM | Mencini | MCH | Non-Detained | | 26 | Ishanee 'Ghost' | 12:55 PM | 1:01 PM | After observer logged on | | Admitted w/o issue | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens MCH - ND with DHS Alexander Juarez In-Person 1:01om Ishanee left voluntarily |
| 5/4/26 | AM | Naseem | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | AM | Naseem | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 9:30 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:30am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/4/26 | PM | Naseem | MCH | Non-Detained | | 44 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Reynolds | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 8:00 AM | 9:01 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am Courtroom opens on MCH - ND with DHS Christina Edson in-person. 9:01am Ishanee left voluntarily.<br><br>Nora Kyger notes? |
| 5/4/26 | PM | Reynolds | MCH | Non-Detained | | 30 | Ishanee 'Ghost' | 12:55 PM | 1:01 PM | After observer logged on | | Admitted w/o issue | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens MCH - ND with DHS Christina Edson In-Person 1:01om Ishanee left voluntarily |
| 5/4/26 | AM | Saltzman | MCH | Detained | | 18 | Ishanee 'Ghost' | 8:00 AM | 9:05 AM | After observer logged on | 9 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) other. 9:02am Courtroom opens on MCH - D with DHS Scott Jebson.  Dodge, Daviess and Clinton County (CCSO) Detention Centers. Former IJ Samuel Cole observing for ACLU IL.  9:05am Ishanee left voluntarily |
| 5/4/26 | AM | Saltzman | Merits | Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 9:05 PM | After observer logged on | 9 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) other. 9:02am Courtroom opens on MCH - D with DHS Scott Jebson.  Dodge, Daviess and Clinton County (CCSO) Detention Centers. Former IJ Samuel Cole observing for ACLU IL.  9:05am Ishanee left voluntarily |
| 5/4/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:55 PM | 1:05 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:05pm Courtroom opened on Merits - ND, with DHS Scott Jebson.  IJ asked Respondent's attorney if they have invited anyone, and they said no.  IJ moved Ishanee into the lobby |
| 5/4/26 | AM | Stahl | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 8:00 AM | 8:59 AM | After observer logged on | 4 | Admitted and immediately removed - w/ judge comments | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 8:59am Courtroom opens on MCH - ND. IJ gave his now standard speech that observers are welcome in-person, but per EOIR policy WebEx is only for hearing participants, and asked CW to leave.  8:59am Ishanee left voluntarily |
| 5/4/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Merits - ND.  Ishanee had a really nice conversation with IJ, who asked why she is still showing up in his courtroom on WebEx.  Ishanee turned on her microphone and said that she really appreciates when he states each time that he is following the EOIR policy about WebEx, and I keep coming back becuase I am waiting for the policy to change.  He said that I am always welcome to attend in-person, or if I lived outside of Chicago that I could attend an immigration court that is closer to me, and I responed with 'I appreciate that'.  I didn't tell him that I live in Chicago, and that I am concerned about the possiblity of gettting picketd up by ICE - because after observing Immigration Court under this administation - there is no way that I want to be personally in it.  1:15pm Ishanee left voluntarily. |
| 5/4/26 | AM | Treacy | MCH | Non-Detained | | 41 | Ishanee 'Ghost' | 8:00 AM | 8:58 AM | After observer logged on | 7 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 8:55am Courtroom opens to MCH - ND with DHS Rex Hood, Jr. in-person. 8:58am Ishanee left voluntarily |
| 5/4/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:55 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." iwith (1) other. 1:15pm Ishanee never allowd into courtroom, so she left voluntarily |
| 5/4/26 | AM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:45 AM | After observer logged on | 1 | Removed without being admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:45am IJ removed Ishanee from meeting without conversation |
| 5/4/26 | AM | Venci | MCH | Non-Detained | Dedicated | 8 | Ishanee 'Ghost' | 8:00 AM | 8:45 AM | After observer logged on | 1 | Removed without being admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:45am IJ removed Ishanee from meeting without conversation |
| 5/4/26 | AM | Venci | MCH | Non-Detained | Dedicated | 8 | Ishanee 'Ghost' | 8:00 AM | 8:45 AM | After observer logged on | 1 | Removed without being admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:45am IJ removed Ishanee from meeting without conversation |
| 5/4/26 | PM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:55 PM | 1:00 PM | After observer logged on | | Removed without being admitted | 12:55pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm IJ removed Ishanee from the meeting |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/26 | AM | Vyas | MCH | Detained | | 9 | Ishanee 'Ghost' | 8:00 AM | 8:05 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:03am Courtroom opens on MCH - D with DHS Ryan Rowan.  Boone, Clay and Sauk Detention Centers.  8:05am Ishanee left voluntarily |
| 5/4/26 | AM | Vyas | MCH | Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:05 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:03am Courtroom opens on MCH - D with DHS Ryan Rowan.  Boone, Clay and Sauk Detention Centers.  8:05am Ishanee left voluntarily |
| 5/4/26 | AM | Vyas | MCH | Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:05 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:03am Courtroom opens on MCH - D with DHS Ryan Rowan.  Boone, Clay and Sauk Detention Centers.  8:05am Ishanee left voluntarily |
| 5/4/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:55 PM | 1:30 PM | After observer logged on | 13 | "We'll start the meeting when host has joined" - # in lobby decreasing | |
| 5/5/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:00am Ishanee in Lobby.  This hearing is not in Bklg, so CW doesn't know the details.  Only thing that is observed is that the number of folks in the lobby keep changing, which makes Ishanee assume that the IJ is allowing the participants into the courttoom individually.  9:15am Ishanee never allowed in the courtoom, so she left voluntarily |
| 5/5/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in lobby with the WebEx message 'We've let the host know your here' with (2) other 1:15pm Ishanee never allowed in the courtroom, so she left voluntarily |
| 5/5/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left volontarily |
| 5/5/26 | AM | Crites | MCH | Non-Detained | Juvenile | 24 | Ishanee 'Ghost' | 8:00 AM | 9:20 AM | Never started | 5 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."with (5) other.  9:15am Ishanee notices that the number of folks in the lobby is decreaseing, which makes her assume that the IJ is letting in the Respondents individually.  9:20am Ishanee never allowed in the courtroom, so she left voluntarily |
| 5/5/26 | PM | Crites | MCH | Non-Detained | | 50 | Ishanee 'Ghost' | 12:00 PM | 1:20 PM | Never started | 5 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other.  1:20pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/5/26 | AM | Curran | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | PM | Curran | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:00 PM | 12:30 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:30pm IJ ended the meeting without conversation |
| 5/5/26 | AM | Defoe | Merits | Non-Detained | Somali | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 5/5/26 | PM | Defoe | Merits | Non-Detained | Somali | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 5/5/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:25 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:00am WebEx message "We've let the host know that you're here.: 8:20am Courtroom opens on Mertis - ND with DHS  8:25am Ishanee left voluntarily before the IJ could ask the Respondnet if was okay for CW to observe. |
| 5/5/26 | PM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 12:15 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here" 12:15pm IJ has ended the meeting without conversation |
| 5/5/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:25 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:20am Courtroom opens on Merits - ND with DHS  8:25am Ishanee left voluntarily before the IJ could ask the Respondnet if was okay for CW to observe. |
| 5/5/26 | PM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:12 PM | After observer logged on | 6 | Admitted w/o issue | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here" with (6) other. 1:12pm Courtroom opened on Merits - ND with DHS Dee-Di Hsi.  1:12pm  Ishanee left voluntarily |
| 5/5/26 | AM | Kim | MCH | Non-Detained | | 31 | Ishanee 'Ghost' | 8:00 AM | 8:57 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other.  8:33am Courtroom opens on Merits - D at South Texas ICE Processing Center  (STIPC) with DHS Ankia Olson in-person.  (1) Case which asked for continuance for Attorney prep.  IJ asked CW to return at 9:00am for the beginnngs of the Chicago Hearings.  8:35am Ishanee left voluntarily. 8:40am Ishanee in Lobby with WebEx message "We've let the host know that you're here." 8:57am Courtroom opens on MCH - ND with DHS Anika Olson in-person.  8:58am Ishanee left voluntarily |
| 5/5/26 | PM | Kim | MCH | Non-Detained | | 20 | Ishanee 'Ghost' | 12:00 PM | 1:10 PM | After observer logged on | 3 | Admitted w/o issue | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other.  1:10pm Courtroom opened on MCH - ND with DHS Anika Olson in-person. |
| 5/5/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 8:00 AM | 8:30 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am IJ ended the meeting without conversation |
| 5/5/26 | PM | Klosowsky | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/5/26 | AM | Luskin | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 8:00 AM | 8:54 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:54am Courtroom opens on Merits - ND with DHS Rex Hood, Jr. in-person.  8:58am Ishanee left voluntarily beñoer the IJ could ask the Respondent if they are okay with CW observer.  Susanna Lang says it is a MCH, not Merits. |
| 5/5/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:00 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (12 other.  12:38pm Courtroom opened on Merits - ND with DHS Rex Hood Jr. in person.  1:00pm Ishanee left before the IJ aksed the Respondent if they are okay with CW observer. |
| 5/5/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with :WebEx message "Please wait until admitted tot he hearing" 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with :WebEx message "Please wait until admitted tot he hearing" 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/5/26 | AM | McKenna | MCH | Non-Detained | | 30 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | 6 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/5/26 | PM | McKenna | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left volontarily |
| 5/5/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 8:00 AM | 9:25 AM | Never started | 13 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (13) other. 9:25am Ishanee never allowed in the courtroom, so she left voluntarily |
| 5/5/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:00 PM | 1:08 PM | After observer logged on | 20 | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (20) other. 1:08pm IJ moved all folks in lobby to courtroom, but not Ishanee, so CW is assuming that she is not allowed in the courtoom without conversation.  Kelly Leffler notes? |
| 5/5/26 | AM | Reynolds | MCH | Non-Detained | | 31 | Ishanee 'Ghost' | 8:00 AM | 9:05 AM | After observer logged on | 5 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:05am Courtroom opens on MCH - ND with DHS Idara Essien. 9:05am Ishanee left voluntarily |
| 5/5/26 | PM | Reynolds | MCH | Non-Detained | | 23 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | 1 | Admitted w/o issue | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:02pm Courtroom opened on Merits - ND with DHS Idara Essien. 1:03pm Ishanee left voluntarily. |
| 5/5/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:06 PM | After observer logged on | 6 | Admitted and removed - Resp/ RA request | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 1:05pm Courtoom opened on Merits - ND with DHS Victoria Klegman. 1:06pm IJ moved Ishanee into the lobby after she confirmed with Respondent that the heraing is closed. |
| 5/5/26 | AM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | PM | Stahl | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | 10 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) other. 1:00pm Courtroom opend on MCH - ND with DHS Althea Kay. 1:03pm Ishanee left voluntarily before hearing the end of the IJ instructions, so don't know if IJ is allowing CW observers in the hearing. |
| 5/5/26 | AM | Treacy | MCH | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | AM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | AM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtoom, so she left voluntarily |
| 5/5/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/5/26 | AM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:35 AM | After observer logged on | | Removed without being admitted | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:35am IJ has removed Ishanee from the meeting without conversation |
| 5/5/26 | PM | Venci | MCH | Non-Detained | E33 | 19 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | 9 | Removed without being admitted | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) other 1:03pm IJ removed Ishanee from the meeting without conversation |
| 5/5/26 | AM | Vyas | MCH | Detained | | 13 | Ishanee 'Ghost' | 8:00 AM | 8:05 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 7:57am Courtroom opens on MCH - D with DHS Rena Tadros. Clay Detention Center. 8:05am Ishanee left voluntarily. |
| 5/5/26 | AM | Vyas | MCH | Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 8:05 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 7:57am Courtroom opens on MCH - D with DHS Rena Tadros. Clay Detention Center. 8:05am Ishanee left voluntarily. |
| 5/5/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | After observer logged on | 2 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (2) other. 12:47pm Ishanee observes that the number of folks in the lobby is decreasing, which makes Ishanee think that the IJ is allowing participants into the courtoom individually. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/6/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We've let the host know your're here" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Beese | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Crites | MCH | Non-Detained | Juvenile | 23 | Ishanee 'Ghost' | 8:50 AM | 9:03 AM | After observer logged on | 7 | Admitted w/o issue | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) others. 9:01am Courtroom opens on MCH - ND Juvenile with DHS Lynn Kay Hollander. 9:03am Ishanee left voluntarily |
| 5/6/26 | PM | Crites | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:02 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:01pm Courtroom opens on Merits - ND with DHS Lynn Kay Hollander. Respondent was okay for CW observer to remain when asked by the IJ. 1:02pm Ishanee left voluntarily |
| 5/6/26 | PM | Defoe | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | PM | Eller | MCH | Non-Detained | | 19 | Ishanee 'Ghost' | 12:15 PM | 12:59 PM | After observer logged on | 4 | Admitted w/o issue | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 12:58pm Courtroom open on MCH - ND with DHS George Sadek. IJ started with first case. 12:59pm Ishanee left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:48 AM | 8:49 AM | Before observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:48am Courtroom open on Merits - ND with DHS Faith Pledger.  8:49am Ishanee left voluntarily before IJ could ask Respondeent if they were okay with CW observer. |
| 5/6/26 | PM | Freeman | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 12:57 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 12:55pm Courtroom opens on Merits - ND with DHS .  IJ asked Respondent if it is okay for CW to observe, which they said that they were fine with observation.  12:57pm Ishanee left voluntarily |
| 5/6/26 | AM | Kim | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:50 AM | 8:51 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:49am Courtroom opens on Merits - ND with DHS in-person.  IJ hasn't begun yet, but says that Ishanee is welcome to stay until Respondent arrives and gives thier ok. 8:51am Ishanee left voluntarily before the IJ courld ask if the Respondent (who is attending in-person) if they are okay with CW observer. |
| 5/6/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Klosowsky | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Luskin | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 8:50 AM | 8:59 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:58am Courtoom opens on Merits - ND with DHS in-person.  8:59am Ishanee left voluntarily before the IJ could ask the Respondent is they are okay with CW obserser. |
| 5/6/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with:WebEx message "Please wait until admitted tot he hearing". 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing."  1:15pm Ishanee never allowed in courtroom, so she left voluntarily. |
| 5/6/26 | AM | McKenna | MCH | Non-Detained | | 40 | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other.  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other.  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 8:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/6/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other  1:13pm IJ moved the other person in the lobby into the courtroom, but not Ishanee  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Reynolds | MCH | Non-Detained | | 43 | Ishanee 'Ghost' | 8:50 AM | 8:55 AM | After observer logged on | | Admitted w/o issue | 8:51am Courtroom opens on MCH - ND with DHS in person.  8:55am Ishanee left voluntarily |
| 5/6/26 | PM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Saltzman | MCH | Detained | | 9 | Ishanee 'Ghost' | 8:50 AM | 9:06 AM | After observer logged on | 8 | Admitted w/o issue | 8:50am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 9:05am Courtroom opens on MCH - ND with DHS Jonathan Panton.  Dodge Detention Center.  9:06am Ishanee left voluntarily |
| 5/6/26 | PM | Saltzman | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | 2 | Removed without being admitted | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other.  1:08pm IJ moved Ishanee into the lobby without conversation. |
| 5/6/26 | AM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:50 AM | 9:00 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am IJ ended the meeting without conversation |
| 5/6/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/6/26 | AM | Venci | MCH | Non-Detained | | 35 | Ishanee 'Ghost' | 8:50 AM | 9:00 AM | After observer logged on | | Removed without being admitted | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am IJ removed Ishanee from the meeting without conversation |
| 5/6/26 | PM | Venci | Merits | Non-Detained | Juvenile | 2 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Removed without being admitted | 12:15pm Ishanee in the Lobby with WebEx message "We've let the host know that you're here." 1:00pm IJ removed Ishanee from the meeting without conversation,. |
| 5/6/26 | AM | Vyas | MCH | Detained | | 1 | Ishanee 'Ghost' | 8:50 AM | 9:00 AM | After observer logged on | | Admitted w/o issue | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:58am Courtroom opens on MCH - D.  Clay Detention Center.  9:00am Ishanee left voluntarily |
| 5/6/26 | AM | Vyas | MCH | Detained | | 1 | Ishanee 'Ghost' | 8:50 AM | 9:00 AM | After observer logged on | | Admitted w/o issue | 8:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:58am Courtroom opens on MCH - D.  Clay Detention Center.  9:00am Ishanee left voluntarily |
| 5/6/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 7 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (7) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/7/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | 2 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:00am Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (2) other.  8:35am Ishanee noticed that the (2) other in lobby are gone, possibly let in by IJ.  9:15am Ishanee never allowed into courtoom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/7/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | After observer logged on | 1 | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (1) other. 1:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/7/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/7/26 | PM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left volontarily |
| 5/7/26 | AM | Crites | MCH | Non-Detained | Juvenile | 22 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | 15 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (15) other. 9:13am Courtroom opens on MCH - ND Juvenile with DHS Althea Kay in person. 9:15am Ishanee left voluntarily |
| 5/7/26 | AM | Crites | MCH | Non-Detained | Juvenile | 24 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | After observer logged on | 15 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (15) other. 9:13am Courtroom opens on MCH - ND Juvenile with DHS Althea Kay in person. 9:15am Ishanee left voluntarily |
| 5/7/26 | PM | Crites | MCH | Non-Detained | Juvenile | 25 | Ishanee 'Ghost' | 1:00 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:00pm Courtroom opens on MCH - ND Juvenile with DHS Althea Kay in person. 1:01am Ishanee left voluntarily |
| 5/7/26 | AM | Curran | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/7/26 | PM | Curran | MCH | Non-Detained | | 47 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left volontarily |
| 5/7/26 | AM | Eller | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 8:00 AM | 8:32 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am Courtroom opens on Merits - ND with DHS Idara Essien. IJ is double booked with Chicago hearings. 8:32am Ishanee left voluntarily. |
| 5/7/26 | PM | Eller | MCH | Non-Detained | | 35 | Ishanee 'Ghost' | 1:00 PM | 1:01 PM | After observer logged on | | Admitted w/o issue | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:00pm Courroom opens on MCH - ND with DHS Idara Essien. 1:01pm Ishanee left voluntarily. Lisa Gotkin allowed in with camera on. |
| 5/7/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:25 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:18am Courtroom opens on Merits - ND with DHS Rana Tadros. 8:25am Ishanee left voluntarily before the IJ aksed the Respondent if they were okay with CW Observer |
| 5/7/26 | AM | Kim | MCH | Non-Detained | | 49 | Ishanee 'Ghost' | 8:00 AM | 9:00 AM | After observer logged on | 3 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." with (3) other. 8:58am Courtroom opens on MCH - ND with DHS in-person. 9:00am Ishanee left voluntarily |
| 5/7/26 | AM | Luskin | MCH | Non-Detained | | 60 | Ishanee 'Ghost' | 8:00 AM | 9:11 AM | After observer logged on | 11 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." with (11) other. 9:09am Courtroom opens on MCH - ND with DHS Jennifer Havas-Joy. 9:11am Ishanee left courtroom voluntarily |
| 5/7/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 1:00 PM | 1:03 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins."1:02pm Courtroom open son Merits - ND with DHS Jennifer Havas-Joy in person. 1:03pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. Lisa Humphrey observed. |
| 5/7/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:00am Ishanee in lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/7/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with :WebEx message "Please wait until admitted tot he hearing" 1:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/7/26 | AM | McKenna | MCH | Non-Detained | Dedicated | 48 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | 12 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (12) other 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/7/26 | PM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:05 PM | After observer logged on | | Admitted and immediately removed - no explanation | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:05pm IJ ended the meeting without conversation |
| 5/7/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:00 AM | 9:03 AM | After observer logged on | | Admitted and immediately removed - no explanation | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:03am IJ ended the meeting without conversation |
| 5/7/26 | PM | Mencini | MCH | Non-Detained | | 44 | Ishanee 'Ghost' | 1:00 PM | 1:02 PM | After observer logged on | | Admitted and immediately removed - no explanation | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:02pm IJ ended the meeting without conversation |
| 5/7/26 | AM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:00 AM | 8:35 AM | After observer logged on | | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:34am Courtroom opens on Merits - ND with DHS in-person. 8:35am Ishanee left voluntarily |
| 5/7/26 | PM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:07 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:05pm Courtooom opens on Merits - ND with DHS Christina Edson in-person. 1:06pm Ishanee left voluntarliy before IJ was able to ask Respondent if they were okay with CW observer. 1:07pm Ishanee left voluntarily |
| 5/7/26 | AM | Saltzman | MCH | Detained | | 9 | Ishanee 'Ghost' | 8:00 AM | 9:12 AM | After observer logged on | 13 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (13) other. 9:11am Courtoom open on MCH - D with DHS Rowan. Clay and Dodge Detention Centers. 9:12am Ishanee left voluntarily |
| 5/7/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:00 PM | After observer logged on | | Admitted and immediately removed - no explanation | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Merits - ND. 1:00pm IJ moved Ishanee into the lobby without conversation |
| 5/7/26 | AM | Stahl | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 8:00 AM | 8:50 AM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 8:00am Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 8:30am WebEx message "We've let the host know that you're here." 8:50am Courtroom opens with DHS on Merits - ND. IJ states that WebEx is for participants only and welcome to join in-person. 8:50am IJ ended the meeting after the conversation |
| 5/7/26 | PM | Stahl | MCH | Non-Detained | | 4 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | After observer logged on | | Removed without being admitted | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:15pm IJ removed Ishanee from the meeting without conversation |
| 5/7/26 | PM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | After observer logged on | | Removed without being admitted | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:15pm IJ removed Ishanee from the meeting without conversation |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/7/26 | AM | Treacy | MCH | Non-Detained | | 47 | Ishanee 'Ghost' | 8:00 AM | 9:01 AM | After observer logged on | 10 | Admitted w/o issue | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) other. 9:01am Courtroom opens on MCH - ND with DHS in person. 9:03am Ishanee left voluntarily |
| 5/7/26 | AM | Venci | MCH | Non-Detained | Juvenile | 15 | Ishanee 'Ghost' | 8:00 AM | 9:15 AM | Never started | 4 | "We'll start the meeting when host has joined" | 8:00am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 9:15am Ishanee never allowed in courtroom, so she left voluntarily |
| 5/7/26 | PM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx messge "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left volontarily |
| 5/7/26 | AM | Vyas | MCH | Detained | | 12 | Ishanee 'Ghost' | 8:00 AM | 8:02 AM | After observer logged on | | Admitted w/o issue | 8:00am Courtoom opens on MCH - D with DHS Tadros. Dodge Dentention Center. 8:02am Ishanee left voluntarily |
| 5/7/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/8/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:50 AM | 8:10 AM | After observer logged on | 1 | Removed without being admitted | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:10am WebEx Message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in". IJ moved Ishanee into the lobby without conversation. |
| 5/8/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | After observer logged on | 1 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (1) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/8/26 | AM | Beese | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 3 | "We've let the host know that you're here" - others admitted | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:00am WebEx message "We've let the host know that you're here." with (0) others in the lobby. Ishanee assumes that means that IJ allowed others in lobby into courtoom, but not Ishanee. 9:15am Ishanee never allowed into courtroom, so she left voluntarily. CW Lisa Humphrey also not admitted. |
| 5/8/26 | PM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 12:02 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 12:02pm IJ ended the meeting without conversation |
| 5/8/26 | AM | Crites | MCH | Non-Detained | Juvenile | 52 | Ishanee 'Ghost' | 7:50 AM | 8:56 AM | After observer logged on | | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:55am Courtoom opens on MCH - ND Juvenile with DHS Douglas Shaw in person. 8:56am Ishanee left voluntarily. |
| 5/8/26 | AM | Crites | Merits | Non-Detained | | 5 | Ishanee 'Ghost' | 12:00 PM | 12:58 PM | After observer logged on | | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:55am Courtoom opens on MCH - ND Juvenile with DHS Douglas Shaw in person. 8:56am Ishanee left voluntarily. |
| 5/8/26 | AM | Curran | MCH | Non-Detained | | 38 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 7 | "We've let the host know that you're here" - others admitted | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:00am WebEx message "We've let the host know that you're here." with (0) others in the lobby. Ishanee assumes that means that IJ allowed others in lobby into courtoom, but not Ishanee. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/8/26 | PM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:15pm Ishanee never allowed into courtroom, so she left volntarily |
| 5/8/26 | AM | Eller | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:50 AM | 8:35 AM | After observer logged on | 1 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:32am Courtoom opens on Merits - ND with DHS Chu Jean. 8:33am IJ asked Respondent if they are okay with CW observer. Respondent says that they are okay with observer. 8:35am Ishanee left voluntarily |
| 5/8/26 | PM | Eller | Merits | Non-Detained | | 7 | Ishanee 'Ghost' | 12:00 PM | 1:02 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:02pm Courtroom opens on Merits - ND with DHS Chu Jean. Respondent not arrived yet, so Ishanee left voluntarily before IJ could ask Respondent is they are okay with CW observing. Katherine Kiang also observed. |
| 5/8/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:20am Courtroom opens on Merit - ND with DHS Dee-Di Hsi . 8:30am Ishanee left voluntarily without hearing when IJ asked Respondent if it was okay for CW to observe. |
| 5/8/26 | PM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 12:51 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:50pm Courttoom opens to Merits - ND with DHS Dee-Di Hsi. 12:51pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. |
| 5/8/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:06 PM | After observer logged on | 2 | Admitted and removed - Resp/ RA request | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other 1:06pm Courtroom opens on Merits - ND with DHS in-person. IJ ask Respondent about CW observer, and the Respondent says that they would prefer a closed hearing. Ishanee left the meeting voluntarily |
| 5/8/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 7:50 AM | 9:10 AM | After observer logged on | | Admitted and immediately removed - no explanation | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:10am IJ ended the meeting with Ishanee without conversation. |
| 5/8/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left volntarily |
| 5/8/26 | AM | Luskin | MCH | Non-Detained | | 43 | Ishanee 'Ghost' | 7:50 AM | 8:58 AM | After observer logged on | 19 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (19) other. 8:58am Courtroom opend on MCH - ND with DHS Luke Dussman. 8:58am Ishanee left voluntarily |
| 5/8/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Merits - ND with DHS Luke Dussman. IJ asked Respondent if you are okay with CW observer, and they requested a closed hearing. 1:03pm Ishanee left voluntarily |
| 5/8/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/8/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/8/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 9:10 AM | After observer logged on | | Admitted and immediately removed - no explanation | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:10am IJ ended the meeting with Ishanee without conversation. |
| 5/8/26 | PM | McKenna | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:03pm IJ ended the meeting without conversation |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/8/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:03pm IJ ended the meeting without conversation |
| 5/8/26 | AM | Naseem | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 2 | "We've let the host know that you're here" - others admitted | 7:50am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:10am WebEx message "We've let the host know that you're here.' with (0) others in the lobby. Ishanee assumes that means that IJ allowed others in lobby into courtroom, but not Ishanee. 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/8/26 | PM | Naseem | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 12:25 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 12:10pm WebEx message "We've let the host know that you're here." with (1) other. 12:25pm IJ ended the meeting without conversation |
| 5/8/26 | AM | Reynolds | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 8:45 AM | After observer logged on | 1 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:41am Courtroom openon on Merits - ND with DHS Idara Essien. IJ asked Respondent if okay with CW observer in hearing. Respondent says yes. 8:45am Ishanee left voluntarily |
| 5/8/26 | PM | Reynolds | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 12:10pm WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into courtroom, so she left volntarily |
| 5/8/26 | AM | Saltzman | Merits | Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 9:06 AM | After observer logged on | 3 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:04am Courtoom opens on MCH - D with DHS Rex Hood, Jr. Clinton County Sheriff's Office – Frankfort, IN (CCSO) detention center. 9:06am Ishanee left voluntarily |
| 5/8/26 | AM | Stahl | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 7:50 AM | 8:38 AM | After observer logged on | 3 | Removed without being admitted | 7:50am Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (3) other. 8:38am Web Ex message "We've let the host know that you're here." 8:38am IJ removed Ishanee from the meeting without coversation (Please note that Bklg didn't have a hearing scheduled for this time.) |
| 5/8/26 | PM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so Ishanee left voluntarily |
| 5/8/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:00 PM | 12:56 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:15pm Ishanee never allowed into courtroom, so she left volntarily 12:55pm Courtroom opens on Merits - ND with DHS in person. IJ mentioned that she didn't have court in the AM, and this was her first docket of the day. 12:56pm Ishanee left voluntarily before the Respondent could arrive in the courtroom to ask if they are okay with CW observer. |
| 5/8/26 | AM | Venci | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/8/26 | PM | Venci | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left volntarily |
| 5/8/26 | AM | Vyas | MCH | Detained | | 10 | Ishanee 'Ghost' | 7:50 AM | 8:05 AM | After observer logged on | 7 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll" start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (7) other. 8:00am Courtroom opens on MCH - D with DHS Victoria Klegman. Clay Detention Center. 8:05am Ishanee left voluntarily. |
| 5/8/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:20 PM | 12:33 PM | Never started | 3 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:20pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)". with (3) other. FYI: 12::05pm AM Docket finsished late - IJ says that PM docket will begin at 12:30pm. 12:33pm No others in the lobby. Ishanee assumed that the IJ allowed the others in the lobby were allowed, while Ishanee was not. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Ambrose | Merits | Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." (2) other. 8:00am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (2) other. 9:00am The (2) other has left the lobby, Ishanee assumes that the IJ has allowed them into the courtroom. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | PM | Ambrose | Merits | Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (1) other. 12:30om WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Beese | MCH | Non-Detained | | 33 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other 9:00am WebEx message "We've let the host know that you're here." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/11/26 | PM | Beese | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 2 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (2) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Crites | Merits | Non-Detained | | 5 | Ishanee 'Ghost' | 7:45 AM | 9:01 AM | Never started | | Admitted and removed - Resp/ RA request | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:01am Courtroom opens on Merits - ND, and Respondent requested a closed hearing. 9:01am Ishanee left voluntarily |
| 5/11/26 | AM | Crites | MCH | Detained | Juvenile | 16 | Ishanee 'Ghost' | 12:15 PM | 1:02 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:02pm Courtroom open with Respondent okay with CW observing. 1:02pm Ishanee left voluntarily |
| 5/11/26 | PM | Crites | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:02 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 1:02pm Courtroom open with Respondent okay with CW observing. 1:02pm Ishanee left voluntarily |
| 5/11/26 | AM | Curran | MCH | Non-Detained | | 37 | Ishanee 'Ghost' | 7:45 AM | 9:27 AM | After observer logged on | 19 | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (19) other. 9:20am IJ allowed all others into the courtroom for MCH - ND, but not Ishanee. 9:27am Ishanee never allowed into the courtroom, so she left voluntarily |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/26 | AM | Curran | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | After observer logged on | 19 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (19) other. 8:30am IJ is starting AM Docket with (1) Merits hearing, which Ishanee was not allowed into courtroom to ovserve |
| 5/11/26 | PM | Curran | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 5/11/26 | AM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:33 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other 9:15am Ishanee never allowed into courtroom, so she left voluntarily 8:31am Courtroom opened on Merits - ND with DHS Chu Jean.  8:33am Ishanee left before IJ could ask Respondent if they were okay with CW observer. |
| 5/11/26 | PM | Eller | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:15 PM | 12:55 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 12:45pm WebEx message "We've let the host know that you're here." 12:53pm Courtroom opens on MCH - ND with DHS Chu Jean. 12:55pm Ishanee left voluntarily |
| 5/11/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:29am Courtroom opens on Merits - D with DHS Murphy Kenefic in-person at  South Texas ICE Processing Center (STIPC) in Texas. IJ never asks those detained in Texas if they are okay with CW observers. 8:30am Ishanee left voluntarily. |
| 5/11/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Klosowsky | MCH | Non-Detained | Dedicated | 32 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | |
| 5/11/26 | PM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Not admitted - unclear | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 1:00pm IJ ended the meeting without conversation |
| 5/11/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing."  9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing"  1:15pm Ishanee never allowed into meeting, so she left voluntarily |
| 5/11/26 | AM | McKenna | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/26 | PM | McKenna | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 12:55 PM | After observer logged on | | Removed without being admitted | |
| 5/11/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/11/26 | PM | Mencini | MCH | Non-Detained | | 27 | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | 15 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (15) other. 1:05pm Courtroom opens on MCH - ND Dedicated Docket with DHS Faith Pledger in person. IJ stated that the whole docket is a 'Paper Docket' meaning that the cases are very old (before the pandemic) and she is going to give Merits dates. Attorneys - please check with your Respondents current address, and if they now speak English. IJ will not allow last minute date change requests for the Merits dates, as sometimes they fly in interpreters, and if the date changes then the system has wasted the court's time and money. 1:08pm Ishanee left voluntarily |
| 5/11/26 | AM | Naseem | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/11/26 | PM | Naseem | MCH | Non-Detained | | 35 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 7 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (7) others. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | 7 | Ishanee 'Ghost' | 7:45 AM | 8:38 AM | After observer logged on | 4 | Admitted and removed - Resp/ RA request | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) others. 8:33am Courtroom opens on Merits - ND Dedicated Docket with DHS in-person. 8:37am IJ could ask (5) Respondents if they were okay with CW observer. They requested a closed hearing. 8:38am Ishanee left voluntarily |
| 5/11/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 12:15 PM | 1:04 PM | After observer logged on | 1 | Admitted and removed - Resp/ RA request | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (1) other. 1:04pm Courtroom opens on Merits - ND and Respondent requested that hearing be closed. 1:04pm Ishanee left hearing upon request. |
| 5/11/26 | AM | Saltzman | MCH | Detained | | 14 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) others. 9:03am Courtroom opens on Merits - D with DHS Brenda Tadros. Dodge and Miami Detention Center. 9:05am Ishanee left voluntarily |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/26 | PM | Saltzman | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:12 PM | After observer logged on | 5 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." with (5) other. 1:10pm Courtroom opens on Merits - D with DHS Rana Tadros.  Dodge detention center.  1:11pm IJ states that she is having technical issues with DAR that will need a person to help her.  She has requested the court will return on 10 minutes.  1:12pm IJ ended the meeting to fix the technical issue.  Ishanee didn't try to return to the court |
| 5/11/26 | AM | Treacy | MCH | Non-Detained | | 63 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) other. 9:00am Courtroom opens on MCH - ND with DHS Lisa Tillman in person.  9:03am Ishanee left voluntarily |
| 5/11/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message " We'll start the meeting when the host has joined." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/11/26 | AM | Vyas | MCH | Detained | | 8 | Ishanee 'Ghost' | 7:45 AM | 8:01 AM | After observer logged on | 3 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (3) other. 8:00am Courtroom openson MCH - D with DHS Scott Jebson.  Clay Detention Center.  8:01am Ishanee left voluntarily |
| 5/11/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 4 | "We've let the host know that you're here" - others admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (323) (Name of Detention Facility)". with (4) other. 12:30pm Ishanee assumes that IJ admitted (4) others into courtroom, leaving Ishanee alone in Lobby. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/12/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/12/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins."  9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/12/26 | AM | Curran | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (1) other. 8:37am WebEx message " We've let the host know that you're here" Ishanee assumes that IJ has allowed the other person in the lobby into the courtroom.  9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/12/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins."  8:20am WebEx message "We've let the host know that you're here." with (3) other.  8;32am Courtoom opens on Merits - ND hearing with DHS Edson.  8:33am  Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 5/12/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (1) other. 8:19am Courtroom opens on Merits - ND with DHS  .  8:20am Ishanee left before IJ could ask Respondent if they are okay with CW observer |
| 5/12/26 | AM | Kim | MCH | Non-Detained | | 38 | Ishanee 'Ghost' | 7:45 AM | 8:33 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (1) other. 8:33am Courtroom opens on Merits - D with DHS in-person at South Texas ICE Processing Center (STIPC). IJ never askes Texas Respondents if they are okay with CW Observer. 8:36am Ishanee left voluntarily |
| 5/12/26 | AM | Klosowsky | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/12/26 | AM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:01 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." 9:00am Courtroom opens on Meits - ND with DHS Luke Dussman.  9:01am  Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW Observer. |
| 5/12/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in lobby iwth WebEx message "Please wait until admitted to the hearing" 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/12/26 | AM | McKenna | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 4 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (4) other 9:05am WebEx message " We've let the host know that you're here" Ishanee is watching the # of folks in the lobby change, so she is assuming that IJ is allowing them into the courtroom, but not her.  9:15am  Ishanee never allowed into courtroom, so she left voluntarily |
| 5/12/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/12/26 | AM | Naseem | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 3 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (3) other. 9:10am WebEx message " We've let the host know that you're here".  Ishanee assuming that IJ allowed other folks into the courtroom, but not her.  9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/12/26 | AM | Reynolds | MCH | Non-Detained | | 30 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins."  8:54am Courtroom opens on MCH - ND with DHS in person.  9:03am Ishanee left voluntarily |
| 5/12/26 | AM | Saltzman | MCH | Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 6 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (6) other. 9:04am  Courtroom opens on MCH - D with DHS Ryan Rowan.  Dodge Detention Center..  9:05am Ishanee left voluntarily. |
| 5/12/26 | AM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:56 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (1) other. 8:56am IJ ended the meeting without conversation |
| 5/12/26 | AM | Stahl | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:56 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (1) other. 8:56am IJ ended the meeting without conversation |
| 5/12/26 | AM | Treacy | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/12/26 | AM | Venci | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 5 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." with (5) other. 9:05am IJ ended the meeting without conversation |
| 5/12/26 | AM | Vyas | MCH | Detained | | 8 | Ishanee 'Ghost' | 7:45 AM | 8:02 PM | After observer logged on | 6 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (6) other.  7:58am Courtroom opens on MCH - D with DHS Victoria Klegman.  Clay and Dodge Detention Centers.  8:02am Ishanee left voluntarily |
| 5/13/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 4 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" with (4) other. 8:05am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (4) other.  8:34am Ishanee assumes that IJ has allowed  (3) others into the courtroom, because there is (1) other left in the lobby. 8:51am Ishanee is alone in lobby, so she is not sure if IJ let the (1) other into courtroom, or if the (1) other left on their own. 9:15am Ishanee never allowed into courtroom, so she left voluntarily. |
| 5/13/26 | PM | Ambrose | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 12:50 PM | After observer logged on | | Admitted and immediately removed - no explanation | 11:55am Ishanee in Lobby with WebEx message "We've let the host know that you're here." 12:50pm IJ ended the meeting without conversation.<br><br>Lisa G:  Tried to log on at 1:31pm "Thanks for waiting. We let the host know you are here." Two others were in "lobby." at 1:34, got message: "This meeting has ended." |
| 5/13/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/13/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | |
| 5/13/26 | AM | Crites | MCH | Non-Detained | Juvenile | 25 | Ishanee 'Ghost' | 7:50 AM | 9:04 AM | Never started | 7 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:04am Courtroom opens on MCH - ND Juvenile with DHS. 9:04am Ishanee left voluntarily. |
| 5/13/26 | PM | Crites | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 11:55 AM | 1:01 PM | After observer logged on | 1 | Admitted and removed - Resp/ RA request | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:01pm Courtroom opens on Merits - ND with DHS Lynn Kay Hollander.  IJ requests that CW Ishanee leave the meeting as it is a closed hearing. |
| 5/13/26 | AM | Curran | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 5/13/26 | PM | Curran | Merits | Non-Detained | Dedicated | 8 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | |
| 5/13/26 | AM | Defoe | Merits | Non-Detained | Somali | 1 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | |
| 5/13/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | |
| 5/13/26 | AM | Eller | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:50 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:32am Courtroom opens on Merits - ND with DHS Aaron Koonce.  8:32am Ishanee left before IJ was able to ask Respondent if okay with CW observer. |
| 5/13/26 | PM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 12:53 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:52pm Courtroom opens on Merits - ND with DHS.  12:53pm Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW oberserver. |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/13/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:50 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:50am Courtroom opens on Mertis - ND with DHS Reatha Kay. 8:30am Ishanee left voluntarily before IJ asked Respondent if they were okay with CW observer. |
| 5/13/26 | PM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 12:51 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | |
| 5/13/26 | AM | Luskin | MCH | Non-Detained | | 38 | Ishanee 'Ghost' | 7:50 AM | 9:02 AM | After observer logged on | 2 | Admitted w/o issue | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:0am Courtroom opens on Merits - ND with DHS Marc Lolacono In-Person. 9:02am Ishanee left courtroom voluntarily. |
| 5/13/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 1:06 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:05pm Courtroom opens on Merits - ND with DHS Marc Lolacono In-Person. IJ is acting as this is a MCH hearing because he is going forward with the case without asking Respondent if it is okay for CW observers. 1:06pm Ishanee left voluntarily |
| 5/13/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/13/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 11:55am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 5/13/26 | AM | McKenna | MCH | Non-Detained | | 63 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 5 | "We've let the host know that you're here" - others admitted | |
| 5/13/26 | PM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 12:00 PM | After observer logged on | | Admitted and immediately removed - no explanation | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:00pm WebEx message: IJ has ended the meeting without conversation |
| 5/13/26 | AM | Mencini | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/13/26 | PM | Mencini | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 5/13/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/13/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 5 | Ishanee 'Ghost' | 11:55 AM | 12:25 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 12:25pm IJ has ended the meeting without conversation. |
| 5/13/26 | AM | Reynolds | MCH | Non-Detained | | 51 | Ishanee 'Ghost' | 7:50 AM | 9:10 AM | After observer logged on | 7 | Admitted w/o issue | |
| 5/13/26 | PM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 11:55 AM | 1:06 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:04pm Courtroom opens on Merits - ND with DHS Dee-DI Hsi in person. IJ told CW that she has (2) merits hearings today and that she will aske both of them if they are okay with CW observer. 1:06pm Ishanee left voluntarily |
| 5/13/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 7:50 AM | 9:15 AM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:05am Courtroom opens on MCH - D with DHS Scott Jebson. Dodge Detention Center. 9:06am IJ moved Ishanee into the Lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in.". 9:15am Ishanee not allowed back into courtroom, so she left voluntarily. |
| 5/13/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 11:55 AM | 1:10 PM | After observer logged on | 4 | Admitted, left w/o hearing judge comments (ghosting) | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other 1:05pm Courtroom opened on MCH - ND. Ishanee started to take notes, but then another courtroom that she was ghosting opened and that IJ requested that Ishanee leave because the hearing was closed. Ishanee accidentally left IJ Saltzman's courtroom while trying to find the other judges' courtroom. 1:10pm Ishanee tried to return to IJ Saltzman's courtroom, but was stuck in her lobby, so she left voluntarily |
| 5/13/26 | AM | Stahl | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 7:50 AM | 9:12 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am WebEx message "We've let the host know that you're here." with lobby empty - so Ishanee assumes that IJ allowed the (1) other into the courtoom. 9:12am IJ has ended the meeting without conversation. |
| 5/13/26 | PM | Stahl | MCH | Non-Detained | | 17 | Ishanee 'Ghost' | 11:55 AM | 1:02 PM | After observer logged on | 5 | Admitted, left w/o hearing judge comments (ghosting) | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 1:00pm Courtoom opens on MCH - ND with DHS in person. 1:02pm Ishanee left voluntarily. |
| 5/13/26 | AM | Treacy | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 7:50 AM | 8:35 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:50am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:30am Courtroom opens on Merits - ND with DHS in Person. 8:35am Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW Observer. |
| 5/13/26 | PM | Treacy | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily.<br><br>Lisa G: 1:27 tried to log in "Thanks for waiting. We'll start the meeting when the host joins." "Failure to notify host" Logged off at 1:30 to try another court |
| 5/13/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:50 AM | 8:03 AM | After observer logged on | 3 | Admitted w/o issue | 7:50am Ishanee in Lobby. with (3) other. 7:53am Courtroom opens on MCH-D with DHS Rana Tadros. Clay, Dodge and Miami Detention Centers. 8:03am Ishanee left voluntarily |
| 5/13/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 11:55 AM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 11:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/14/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:00am WebEx message 'The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | | Removed without being admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/14/26 | PM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/14/26 | AM | Crites | MCH | Non-Detained | Juvenile | 23 | Ishanee 'Ghost' | 7:45 AM | 9:07 AM | After observer logged on | 14 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (14) others. 9:04am Courtroom opens on MCH - ND Juvenile with DHS Lynn Kay Hollander. 9:07am Ishanee left voluntarily |
| 5/14/26 | PM | Crites | MCH | Non-Detained | | 31 | Ishanee 'Ghost' | 12:15 PM | 1:01 PM | After observer logged on | 2 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) others. 1:00pm Courtroom opens on MCH - ND with DHS Lynn Kay Hollander. 1:01pm Ishanee left voluntarily |
| 5/14/26 | AM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:00am IJ ended the meeting without conversation.<br><br>Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Others. 9 am meeting ended without being let in. |
| 5/14/26 | PM | Curran | MCH | Non-Detained | | 50 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 10 | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) others. 1:00pm WebEx message "We've let the host know that you're here." and all of the others in lobby are gone. Ishanee assumes that the IJ allowed the others into the courtroom, but not her. 1:15pm Ishanee never allowed into the courtoom, so she left voluntairly |
| 5/14/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:29 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:29am Courtroom opens on Merits - ND iwth DHS Idara Essien. 8:29am Ishanee left voluntarily before IJ could ask Respondent if it was okay for CW oberserver. |
| 5/14/26 | PM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 12:56 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:55pm Courtroom opens on Merits - ND with DHS Idara Essien. 12:56pm Ishanee left voluntarily before IJ could ask Respondent if it was okay for CW obeserver. |
| 5/14/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:22 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:15am Courtroom opens on Merits - ND with DHS . 8:20am Ishanee saw that there is another CW in the courtroom and that there isn't any additional folks in the courtroom. 8:22am Ishanee left voluntarily before IJ could ask Respondent if okay for CW observer to stay.<br><br>Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Other. I was let in at 9:02. Judge asked Respondent if they were okay with an observer. Respondent asked if we know who the observer is. Judge had me turn on my camera and mic and explain what court watch is. I was allowed to stay. |
| 5/14/26 | PM | Freeman | MCH | Non-Detained | | 19 | Ishanee 'Ghost' | 12:15 PM | 12:53 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:25pm WebEx message "We've let the host know that you're here." 12:52pm Courtroom opens on Merits - ND with DHS. 12:53pm Ishanee left voluntarily before IJ could ask Respondent if okay for CW observer to stay. |
| 5/14/26 | AM | Kim | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:59am WebEx message "We've let the host know that you're here." with (1) other. 9:02am Courtroom opens on MCH - ND with DHS Foncontain-person. 9:04am Ishanee left |
| 5/14/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtoom, so she left voluntairly |
| 5/14/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:04am IJ ended the meeting without conversation.<br><br>Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Others. 9 am Ended meeting without being let in. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/26 | AM | Klosowsky | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:15pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/14/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:04am IJ ended the meeting without conversation |
| 5/14/26 | AM | Luskin | MCH | Non-Detained | | 44 | Ishanee 'Ghost' | 7:45 AM | 8:50 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 8:49am Courtroom opens on MCH - ND with DHS in-person.  8:50am Ishanee left voluntarily |
| 5/14/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:06pm Courtroom opens on Merits - ND with DHS in person.  1:08pm Ishanee left voluntarily beofre IJ could ask Respondent if okay for CW to observe |
| 5/14/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby.  9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/14/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/14/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily.

Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 2 Others. 9 10, I was still in the lobby. I left voluntarily. |
| 5/14/26 | PM | McKenna | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm WebEx message "We've let the host know that you're here" 1:15pm Ishanee never allowed into the courtoom, so she left voluntarily. |
| 5/14/26 | AM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:50 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:50am IJ ended the meeting without conversation.

Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Others. 8:55 meeting ended without being let in. |
| 5/14/26 | PM | Mencini | MCH | Non-Detained | | 49 | Ishanee 'Ghost' | 12:15 PM | 1:07 PM | After observer logged on | 2 | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:06pm Courtroom opens on MCH - ND with DHS in-person.  1:07pm Ishanee left voluntarily |
| 5/14/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily.

Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Others.  Meeting started but I was still in the lobby with 1 other. 9 10, I was still in the lobby. I left voluntarily. |
| 5/14/26 | PM | Naseem | MCH | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:15 PM | 12:18 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:18pm IJ ended the meeting without conversation |
| 5/14/26 | AM | Saltzman | MCH | Detained | Dedicated | 42 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 9 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (9) other. 9:04am Courtroom opens on MCH - D with DHS Victoria Klegman.  Dodge, and Clinton County Detention Centers. 9:06am Ishanee left voluntarily |
| 5/14/26 | PM | Saltzman | Merits | Detained | Dedicated | 5 | Ishanee 'Ghost' | 12:15 PM | 1:04 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other.  1:02pm Courtroom opens on Merits - D with DHS Victorial Klegman.  Waiting for Clay to connect and Respondent's attorney requested start hearing at 1:20pm becuase he has another MCH hearing scheduled. so IJ moved the start time.  1:03pm IJ moved Ishanee into the lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in."  1:04pm Ishanee left voluntarily |
| 5/14/26 | AM | Stahl | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 3 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other, 8:50am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/14/26 | PM | Stahl | Merits | Non-Detained | Dedicated | 5 | Ishanee 'Ghost' | 12:15 PM | 12:18 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:18pm IJ has ended the meeting without conversation |
| 5/14/26 | AM | Treacy | MCH | Non-Detained | | 7 | Ishanee 'Ghost' | 7:45 AM | 8:54 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) other. 8:57am Courtroom opens on MCH - ND with DHS in-person.  8:58am Ishanee left voluntarily |
| 5/14/26 | PM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  12:58pm Courtroom opens on Merits - ND.  IJ asked Respondent's attorney if client is okay with CW observer.  1:00pm Ishanee left voluntarily before hearing the responsse because the Respondent was still on his way to the court. |
| 5/14/26 | AM | Venci | MCH | Non-Detained | Juvenile | 23 | Ishanee 'Ghost' | 7:45 AM | 9:02 AM | After observer logged on | 4 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 9:02am IJ removed Ishanee from the meeting without conversation.

Bryanna Tsukiyama Bond In waiting room at 8am Message says: "Thanks for waiting. We'll start the meeting when the host joins." 1 Others 9:10 I was removed from the meeting |
| 5/14/26 | PM | Venci | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:15 PM | 12:50 PM | After observer logged on | | Removed without being admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:25pm WebEx message "We've let the host know that you're here."  12:50pm IJ removed Ishanee from the meeting without conversation |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/14/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:00 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (5) other. 7:54am Courtroom opens on MCH - D with DHS JOnathan Panton. Clay and Dodge Detention Center. 8:00am Ishanee left voluntarily |
| 5/14/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 1:15pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/15/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 8:05am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (1) other. 8:35am The (1) other who was in the lobby is now gone. Ishanee cannot tell if the IJ has allowed them into the courtroom, or if they just left. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/15/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | After observer logged on | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Beese | MCH | Non-Detained | | 38 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." with (1) other. 8:35am The (1) other who was in the lobby is now gone. Ishanee cannot tell if the IJ has allowed them into the courtroom, or if they just left. 9:05am WebEx message "We've let the host know that you're here." with (4) others 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Crites | MCH | Non-Detained | | 29 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 2 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:56am Courtroom opens on MCH - ND with DHS in person. 9:00am Ishanee left voluntarily. |
| 5/15/26 | PM | Crites | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:00 PM | 12:57 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" with (1) other. 12:55pm Courtroom opened on Merits - ND with DHS in person. 12:57pm Ishanee left voluntarily before IJ asked Respondent if okay for CW observer to attend, |
| 5/15/26 | AM | Curran | MCH | Non-Detained | | 28 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:00am WebEx message "We've let the host know that you're here." with (1) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily.<br><br>TS - logged on at 8:49, 2 others waiting in lobby. 10 at 8:58, "thanks for waiting, we've let the host know that you're here." at 9, down to 1 person. Only one at 9:25, left voluntarily. |
| 5/15/26 | PM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:32 AM | After observer logged on | 4 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 8:00am WebEx Message "We've let the host know that you're here." with (4) other. 8:31am Courtroom opens on Merits - ND with DHS Jean Chu. 8:32am Ishanee left voluntarily. IJ asked Respondent if they are okay CW observer and Ishanee left before she heard their response. |
| 5/15/26 | PM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:03 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" with (2) other. 1:00pm Courtroom opens on Merits - ND with DHS Jean Chu. 1:03pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW Observer. |
| 5/15/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:21 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 8:20am Courtroom opens on Merits - D with DHS Faith Pledger. 8:21am Ishanee left voluntarily before IJ asked Respondent if they are okay with CW Observer. |
| 5/15/26 | PM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 12:55 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:00pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 12:50pm Courtroom opens on Merits - ND with DHS Faith Pledger. 12:55pm Ishanee left voluntarily before IJ asked Respondent if they are okay with CW observer. |
| 5/15/26 | AM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Luskin | MCH | Non-Detained | | 35 | Ishanee 'Ghost' | 7:45 AM | 8:55 AM | After observer logged on | 3 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." with (3) other.. 8:52am Courtoom opens on MCH - ND with DHS in-person. 8:55am Ishanee left voluntarily.<br><br>TS- Logged on at 8:46, 6 others waiting in lobby. Alison and I are in observing hearing, 9am start, hrg complete 11am. |
| 5/15/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:00 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 12:57pm Courtroom opens on Merits - ND with DHS Jason DeMarinis in person. IJ asked Respondent if okay for CW to observe, they responded Yes. 1:00pm Ishanee left voluntarily |
| 5/15/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host joins." | 7:45am Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Naseem | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Naseem | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | After observer logged on | 2 | Admitted and immediately removed - no explanation | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" with (2) other 1:15pm IJ has ended the meeting without conversation.<br><br>Kate Maurer, kate@katherinemaurer.com. Merits hearing per Ben. Signed on at 12:48, 1 other person waiting, then 2. Language changed to "we've let the host know you're here," I think indicating hearing had started. As of 1:09, I got message "The meeting has ended," believe this means I was removed. |
| 5/15/26 | AM | Reynolds | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 8:11 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 8:04am Courtroom opens on Merits - ND with DHS George Sadek in person. 8:11am Ishanee left voluntarily before the IJ could ask Respondent if they are okay with CW observer. |
| 5/15/26 | PM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Saltzman | Merits | Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:10 AM | After observer logged on | | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:02am Courtroom opened, and IJ immediately moved Ishanee into the lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in.". 9:10am IJ has ended the meeting |
| 5/15/26 | AM | Treacy | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Venci | MCH | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx messaage " We'll start the meeting when the host joins." 9:00am IJ removed Ishanee from the meetin without any conversation. |
| 5/15/26 | PM | Venci | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins" with (1) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/15/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 7:59 AM | After observer logged on | 2 | Admitted w/o issue | 7:45am Ishanee iin Lobby with the WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (2) other. 7:50am Courtroom opens on MCH - D with DHS Ryan Rowan. Clay and Dodge Detention Centers. Monika (EOIR) attended hearing. 7:59am Ishanee left voluntarily |
| 5/15/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:00 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 12:29pm Ishanee observed that the (1) other has left the lobby, which makes Ishanee assume that the IJ is allowing others in, but not Ishanee. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/18/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | After observer logged on | 3 | Removed without being admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:00am IJ has moved Ishanee into the lobby without conversation with the WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (3) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:25pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | AM | Beese | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am WebEx message "We've let the host know that you're here." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Beese | MCH | Non-Detained | | 28 | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:25pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | AM | Crites | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:55 AM | 9:17 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:17am Courtroom opens on Merits - ND with DHS in-person. 9:17am Ishanee left voluntarily before IJ could ask Respondents if they were okay with CW oberser. |
| 5/18/26 | PM | Crites | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:03pm Courtroom opens on Merits - ND with DHS Douglas Shaw in-person. 1:03pm Ishanee left voluntarily before IJ could ask Respondent was okay with CW observer. |
| 5/18/26 | AM | Curran | MCH | Non-Detained | | 45 | Ishanee 'Ghost' | 9:35 AM | 9:45 AM | After observer logged on | | "We've let the host know that you're here" - not clear if others admitted | 9:35am WebEx message "We've let the host know that you're here." All of the others are gone from the lobby, so Ishanee assumes that IJ has allowed them into the courtroom, but not Ishanee. 9:45am Ishanee never allowed into the courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/26 | AM | Curran | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:55 AM | 9:35 AM | After observer logged on | 9 | "We've let the host know that you're here" - not clear if others admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:23am WebEx message "We've let the host know that you're here." with (9) other. Ishanee is assuming that she was not allowed into the courtroom for the Merits - ND DD. She is waiting in the courtroom for the next hearing to begin. |
| 5/18/26 | PM | Curran | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when host joins." 1:25pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | 773 | "We'll start the meeting when host has joined" | |
| 5/18/26 | AM | Freeman | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 7:55 AM | 8:20 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 8:18am Courtroom opens on Merits - ND with DHS Faith Fledger. 8:20am Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 5/18/26 | PM | Freeman | MCH | Non-Detained | | 43 | Ishanee 'Ghost' | 12:15 PM | 12:58 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:20pm Courtroom opens on MCH - ND with DHS Faith Pledger. 12:58pm There is logistical issues of courtroom availablility in Chicago. |
| 5/18/26 | AM | Kim | MCH | Non-Detained | | 84 | Ishanee 'Ghost' | 7:55 AM | 9:25 AM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:05am WebEx message "We've let the host know that you're here." 9:18am Courtroom opens on very full courtroom of MCH - ND with DHS Annika Olson in person. IJ was insisting that all participants be in-person, even telling the one couple on WebEx at the top of the meeting that they better be in his courtroom by the end of the hearing, or he is going to issue an Order of Removal - In Abstenta. They said that they will be there.. 9:25am Ishanee left voluntarily. Ruth admitted. |
| 5/18/26 | PM | Kim | MCH | Non-Detained | | 92 | Ishanee 'Ghost' | 12:15 PM | 1:20 PM | After observer logged on | | Admitted and removed after some observation - w/ judge comments | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 12:25pm WebEx message "We've let the host know that you're here." 1:11pm Courtroom opened with DHS Annika Olsen in-person. This seems to be a continuation of the MCH - ND from the AM Docket, where the IJ and the DHS is going thru the remaining cases, which are all Pro Se, and at the end, the in-abstentia cases. 1:20pm Ishanee left voluntarily and didn't return for the Merits - ND hearing. |
| 5/18/26 | AM | Klosowsky | MCH | Non-Detained | Dedicated | 64 | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Klosowsky | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:25pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | AM | Luskin | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:15 PM | 1:02 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Merit-ND DD with DHS Luke Dussman. 1:02pm Ishanee left voluntarily before IJ could ask respondent if they were okay with CW observer. |
| 5/18/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:55am Ishanee in the Lobby with WebEx message " Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/18/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:00pm Lost network connection, unable to re-connect. |
| 5/18/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | After observer logged on | 3 | "We've let the host know that you're here" - not clear if others admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:00am WebEx message "We've let the host know that you're here." 9:18am IJ has allowed the (3) others into the courtroom, but not Ishanee 9:21am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:10 PM | After observer logged on | 1 | Not admitted - unclear | |
| 5/18/26 | AM | Naseem | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:55 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/18/26 | PM | Naseem | MCH | Non-Detained | | 41 | Ishanee 'Ghost' | 12:15 PM | 1:27 PM | After observer logged on | 13 | "We've let the host know that you're here" - not clear if others admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (13) other. 1:15pm There are no others left in the lobby, so Ishanee is assuming that IJ allowed them into the courtoom, and not Ishanee. 1:27pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 7:55 AM | 8:07 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:03am Courtroom opens on Mertis - ND DD with DHS. 8:07sm Ishanee left voluntarily before IJ can ask Respondents if they are okay with CW oberserver. |
| 5/18/26 | PM | Reynolds | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:06pm Courtroom opens on Merits - ND DD with DHS Christina Edson in person. IJ stated that this is the 'morning' one - Respondent's are not present and were scheduled for a 10:00am merits, but they had filed a change of venue - which was denied. 1:08pm Ishanee left voluntarily. |
| 5/18/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 7:55 AM | 9:05 AM | After observer logged on | 11 | Admitted w/o issue | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (11) other. 9:04am Courtroom opens on MCH - D with DHS Tyler Michals. Campbell and Dodge Detention Center. 9:05am Ishanee left voluntarily. |
| 5/18/26 | PM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 12:15 PM | 1:08 PM | After observer logged on | | Admitted w/o issue | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:06pm Courtroom opens on Merits - ND DD with DHS Christina Edson in person. IJ stated that this is the 'morning' one - Respondent's are not present and were scheduled for a 10:00am merits, but they had filed a change of venue - which was denied. 1:08pm Ishanee left voluntarily. |
| 5/18/26 | AM | Stahl | MCH | Non-Detained | | 40 | Ishanee 'Ghost' | 7:55 AM | 9:03 AM | After observer logged on | 6 | Admitted w/o issue | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 9:00am Courtroom opnes on MCH - ND with DHS Jason DeMartinis. 9:03am Ishanee left voluntarily, surprised that IJ didn't give the usual speech about EOIR policy only allowing participants on WebEx. Nice change. |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:25 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:25pm Ishanee never allowed into courtoom, so she left voluntarily. |
| 5/18/26 | AM | Treacy | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:55 AM | 9:03 AM | After observer logged on | 16 | Admitted w/o issue | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (16) other. 9:00am Courtroom opens on MCH -ND with DHS Murphy Kenefick in-person. 9:03am Ishanee left voluntarily. |
| 5/18/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Not admitted - unclear | |
| 5/18/26 | AM | Venci | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:55 AM | 8:35 AM | After observer logged on | | Removed without being admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:35am IJ has removed Ishanee from the meeting without coversation |
| 5/18/26 | AM | Venci | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 7:55 AM | 8:35 AM | After observer logged on | | Removed without being admitted | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:35am IJ has removed Ishanee from the meeting without coversation |
| 5/18/26 | PM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:10 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:00pm Connection to courtroom was lost, and could not be re-connected. 1:10pm Ishanee left voluntarily. |
| 5/18/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:55 AM | 8:03 AM | After observer logged on | 3 | Admitted w/o issue | 7:55am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (3) other. 7:58am Courtroom openes on MCH - D with DHS Valerie Dozier. Dodge Detention Center. 8:03am Ishanee left voluntarily |
| 5/18/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 12:32 PM | After observer logged on | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 12:32pm IJ ended the meeting without conersation. |
| 5/19/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 3 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee ini Lobby with WebEx message "We've let the host know that you're here." with (3) other. 8:33am the number of other in the lobby went down from (3) to (1). Ishanee assumes that the IJ is allowing them into the courtroom. 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/19/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/19/26 | PM | Beese | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Crites | MCH | Non-Detained | Juvenile | 26 | Ishanee 'Ghost' | 7:45 AM | 9:01 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:00am Courtroom opens on MCH - ND Juvenile with DHS Reatha Kay in-person. 9:01am Ishanee left voluntarily. |
| 5/19/26 | PM | Crites | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | 17 | Admitted w/o issue | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (17) other. 1:00pm Courtroom opened on MCH - ND with DHS in-person. 1:02pm Ishanee left voluntarily.<br><br>Lisa Gotkin observed until 3:05 |
| 5/19/26 | AM | Curran | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/19/26 | PM | Curran | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:30 PM | 12:42 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 12:42pm IJ has ended the meeting without conversation |
| 5/19/26 | AM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:31 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee ini Lobby with WebEx message "We've let the host know that you're here." 8:30am Courtroom opens on Merits - ND with DHS Aaron Koonce. 8:31am Ishanee left voluntarily before the IJ could ask the Respondent if they were okay with CW observer. |
| 5/19/26 | PM | Eller | MCH | Non-Detained | | 30 | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | 7 | Admitted w/o issue | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 1:02pm Courtroom opens on MCH - ND with DHS Aaron Koonce. 1:03pm Ishanee left voluntarily |
| 5/19/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:22 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." 8:12am Courtroom opens on Merits - ND with DHS Faith Pledger . 8:22am Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 5/19/26 | PM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:00pm Courtroom opens with Merits - ND with DHS Dee-Di Hsi. 1:01pm Ishanee left voluntarily before the IJ asked the Respondent if they were okay with the CW Observer |
| 5/19/26 | AM | Kim | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:45 AM | 9:07 AM | After observer logged on | 3 | Admitted w/o issue | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." iwth (3) other. 9:04am Courtroom opens on MCH - ND with DHS Valerie Dozier in-person. 9:07am Ishanee left voluntarily.<br><br>Cindy T. observed 9:34-10:05. |
| 5/19/26 | PM | Kim | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 12:30 PM | 1:06 PM | After observer logged on | | Admitted w/o issue | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:02pm Courtroom opens on MCH - ND with DHS Valerie Dozier in-person. 1:06pm Ishanee left voluntarily |
| 5/19/26 | AM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/19/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:04am Courtroom opens on Merits - ND with DHS Idara Essien. 9:05am Ishanee left voluntarily.<br><br>Robin G: Arrived at 9, case was being rescheduled bc R was in hospital. Luskin told DHS- "see you at one" and ended the courtroom |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/26 | PM | Luskin | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:01pm Courtroom opens on Merits - ND with Idara Essien. 1:02pm Ishanee left voluntarily before the IJ could ask the Respondent if they were okay with CW observer. |
| 5/19/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in the lobby with the WebEx message "Please wait until admitted to the hearing" 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | McKenna | MCH | Non-Detained | | 41 | Ishanee 'Ghost' | 7:45 AM | 9:23 AM | After observer logged on | 5 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (5) others. 9:13am Ishanee is observing that the number of others in Lobby is decreasing, making her assums that the IJ is letting folks into courtroom individually. 9:23am Ishanee never allowed into the courtroom, so she left voluntarily. There is still (1) other left in the lobby. |
| 5/19/26 | PM | McKenna | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Naseem | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 8 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 9:15am Ishanee never allowed into courtoom, so she left voluntarily. There are no others left in Lobby, making Ishanee assume that the IJ is letting folks into courtroom indiviudally. |
| 5/19/26 | PM | Naseem | MCH | Non-Detained | Dedicated | 32 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 12 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (12) other. 1:12pm Ishanee saw all of the folks in the lobby disappear, so she assumes that the IJ allowed all of them into the courtroom.  1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Reynolds | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 8:45 AM | 9:30 AM | After observer logged on | | Admitted w/o issue | 8:45am Ishanee tried to gain access to the meeting, with the following WebEx message "Can't join the meeting. The meeting number or meeting link is invalid. Check the number or link and then try again." 9:27am Courtroom opens on MCH - ND with DHS Dee-Di Hsi in-person.  9:30am Ishanee left voluntarily. |
| 5/19/26 | AM | Reynolds | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 2 | Admitted and immediately removed - w/ judge comments | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:35am Courtoom opens on Merits - ND. IJ states that those on WebEx that IJ has a closed hearing first, and she was going to move us into the lobby. |
| 5/19/26 | PM | Reynolds | MCH | Non-Detained | | 37 | Ishanee 'Ghost' | 12:30 PM | 1:02 PM | After observer logged on | 1 | Admitted and immediately removed - w/ judge comments | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:02pm Courtroom opens. IJ states that she is going to put the folks on WebEx into the lobby while she deals with finishing up case from the AM docket. |
| 5/19/26 | AM | Stahl | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins."  8:59am WebEx message "We've let the host know that your here" with (1) other. 9:00am Ishanee observed that there was no others in the lobby, so she is assuming that the IJ is allowing them into the courtroom.  9:15am Ishanee never allowed into courtoom, so she left voluntarily |
| 5/19/26 | PM | Stahl | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 7 | "We've let the host know that you're here" - not clear if others admitted | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily.  Ishanee also noted that there is no one left in the lobby, so she assumes that IJ allowed everyone into the courttoom except Ishanee |
| 5/19/26 | AM | Treacy | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 9:10 AM | After observer logged on | 4 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (4) others. 9:08am Courtroom opens on Merits - ND DD with DHS Jacob Allen in-person.  9:10am Ishanee left voluntarily without hearing if the Respondent was okay with the CW observer. |
| 5/19/26 | PM | Treacy | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/19/26 | AM | Venci | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 8:33 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:33am IJ has removed Ishanee from the meetn without conversation |
| 5/19/26 | AM | Venci | MCH | Non-Detained | Juvenile | 25 | Ishanee 'Ghost' | 7:45 AM | 8:33 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee ini Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:33am IJ has removed Ishanee from the meetn without conversation |
| 5/19/26 | PM | Venci | MCH | Non-Detained | E33 | 28 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 6 | Removed without being admitted | 12:30pm Ishanee in lobby with WebEx message "We've let the host know that you're here." with (6) other.  1:15pm IJ removed Ishanee from the meeting without converesation |
| 5/19/26 | PM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | After observer logged on | 6 | Removed without being admitted | 12:30pm Ishanee in lobby with WebEx message "We've let the host know that you're here." with (6) other.  1:15pm IJ removed Ishanee from the meeting without converesation |
| 5/19/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:50 AM | 8:02 AM | After observer logged on | | Admitted w/o issue | 7:50am Courtroom opens on MCH - D with DHS Rana Tadros. Dodge Detenttion Centers.  8:02am Ishanee left voluntarily |
| 5/19/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 12:48 PM | After observer logged on | 8 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (8) other. 12:48pm Ishanee is observing that the number of folks in the lobby is going down, which makes Ishanee assume that the IJ is allowijng folks into the courtroom individually |
| 5/20/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:15 AM | 9:05 AM | After observer logged on | 1 | Removed without being admitted | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:23am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (1) other 9:05am Ishanee never was never allowed into the courtroom, so she left voluntarily.  There was no one in the lobby when Ishanee left. |
| 5/20/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 1:15 PM | 2:45 PM | After observer logged on | 3 | Removed without being admitted | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other 2:45pm WebEx message "The meeting has ended" |
| 5/20/26 | PM | Beese | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message e'll start the meeting when the host joins.". I:30pm Ishanee never allowed into the courtoom, so she left voluntarily: |
| 5/20/26 | AM | Crites | MCH | Detained | Juvenile | 30 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/26 | PM | Crites | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message e'll start the meeting when host has joined.". 1:30pm Ishanee never allowed into the courtoom, so she left voluntarily: |
| 5/20/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | |
| 5/20/26 | AM | Eller | Merits | Non-Detained | | 8 | Ishanee 'Ghost' | 7:15 AM | 8:30 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:20am WebEx message "We've let the host know that you're here." 8:28am Courtroom opens on Merits - ND with DHS Aaron Koonce. 8:30am Ishanee left voluntarily before the IJ could ask the Respondent if they were okay with CW observer |
| 5/20/26 | PM | Eller | MCH | Non-Detained | | 39 | Ishanee 'Ghost' | 1:15 PM | 1:36 PM | After observer logged on | | Admitted w/o issue | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 1:26pm Courtroom opens on MCH - ND with DHS Aaron Koonce. 1:36pm Ishanee left voluntarily |
| 5/20/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:15 AM | 8:22 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:17am Courtroom opens with Merits - ND with DHS Heather Eckert. 8:22am Ishanee left voluntarily before the IJ could ask the Respondent if they are okay with CW observre. |
| 5/20/26 | AM | Kim | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | AM | Kim | MCH | Non-Detained | | 89 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | Kim | MCH | Non-Detained | | 75 | Ishanee 'Ghost' | 1:10 PM | 1:52 PM | After observer logged on | | Admitted w/o issue | |
| 5/20/26 | AM | Klosowsky | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | AM | Klosowsky | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message e'll start the meeting when host joins.". I:30pm Ishanee never allowed into the courtoom, so she left voluntarily: |
| 5/20/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". I:30pm Ishanee never allowed into the courtoom, so she left voluntarily: |
| 5/20/26 | AM | Luskin | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:15 AM | 8:55 AM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | |
| 5/20/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 6 | Ishanee 'Ghost' | 7:15 AM | 8:55 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:53am Courtroom opens on Merits - ND with DHS Jacqueline Altpeter in-person. 8:55am Ishanee left voluntarily before IJ could ask Respondents if they were okay with CW observer. |
| 5/20/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 6 | Ishanee 'Ghost' | 1:05 PM | 1:11 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 1:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:10pm Courtroom opens on Mertis - ND DD with DHS in person. IJ states that the respondent requested the hearing closed. 1:11pm Ishanee left voluntarily. |
| 5/20/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 6 | Ishanee 'Ghost' | 1:05 PM | 1:11 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 1:05pm Ishanee in Lobby with WebEx messgae "We'll start the meeting when the host joins." 1:10pm Courtroom opens on Mertis - ND DD with DHS in person. IJ states that the respondent requested the hearing closed. 1:11pm Ishanee left voluntarily. |
| 5/20/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:15 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:15am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/20/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 1:15 PM | 1:17 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting with the host joins." 2:30pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/20/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in the lobby with the WebEx message "Please wait until admitted to the hearing" 1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/20/26 | AM | McKenna | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | McKenna | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:15 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting with the host joins." 2:30pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/20/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:15 PM | 2:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting with the host joins." 2:30pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/20/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 5 | Ishanee 'Ghost' | 1:15 PM | 2:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 2:30pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/20/26 | AM | Reynolds | MCH | Non-Detained | | 65 | Ishanee 'Ghost' | 7:15 AM | 9:01 AM | After observer logged on | 3 | Admitted w/o issue | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other.. 8:18am Courtroom opens. IJ stated that she has some closed hearing that she needs to finish up, so she put those on WebEx into the lobby. IJ will start with Chicago Hearings at 9:00am, and she will let everyone back into the courtroom then. 8:59am Courtroom opens for MCH - ND with DHS Jean Chu in-person. 9:01 Ishanee left voluntarily |
| 5/20/26 | PM | Reynolds | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:15 PM | 1:32 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:31pm Courtroom opens on Merits - ND and IJ stated that the Respondent requested a closed hearing. 1:32pm Ishanee left voluntarily. |
| 5/20/26 | PM | Saltzman | Merits | Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:07 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 1:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:07pm Courtoom opens on Merits - D with DHS Jonathan Panton IJ stated that per the Respondents request this hearing be closed. 1:07pm Ishanee left voluntarily |
| 5/20/26 | AM | Stahl | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:17 PM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 1:05pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.".  1:15pm Courtroom opens on Mertis - ND with DHS Jeffifer Havas-Joy.  IJ gave his speech that while CW observers are welcome in person, WebEx CW observers are not allowed per the EOIR policy.  1:17pm Ishanee left voluntarily. |
| 5/20/26 | AM | Venci | MCH | Non-Detained | | 39 | Ishanee 'Ghost' | 7:15 AM | 8:57 AM | After observer logged on | | Not admitted - unclear | |
| 5/20/26 | PM | Venci | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 1:15 PM | 1:17 PM | After observer logged on | | Removed without being admitted | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:17pm IJ removed Ishanee from the meeting. |
| 5/20/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:15 AM | 7:58 PM | After observer logged on | 1 | Admitted w/o issue | 7:15am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other.  7:24am Courtoom opens on MCH - D with DHS Victoria Klegman. Clay and Dodge Detention Center. 7:58am Ishanee left voluntarily. |
| 5/20/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 1:15 PM | 2:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 1:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other.  2:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/21/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 4 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other  9:00am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in" 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | After observer logged on | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | PM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Crites | MCH | Non-Detained | Juvenile | 23 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 8 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other.  9:03am Courtroom opens on MCH - ND Juvenile with DHS Murphy Kenefic in-person.  9:05am Ishanee left voluntarily. |
| 5/21/26 | PM | Crites | MCH | Non-Detained | Juvenile | 24 | Ishanee 'Ghost' | 12:45 PM | 12:59 PM | After observer logged on | 3 | Admitted w/o issue | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (3) others.  12:59pm Courtroom opens on MCH - ND Juvenile with DHS Murphy Kenefic.  12:59pm Ishanee left voluntarily. |
| 5/21/26 | AM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | Curran | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (1) other.  1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Defoe | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | Defoe | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:04 PM | After observer logged on | 7 | Admitted, left w/o hearing judge comments (ghosting) | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (7) others.  1:04pm Courtroom opens on Merits - ND with DHS in person.  This is the first time I have been allowed via WebEx, IJ asked that I keep my camera on.  IJ Iis not happy with Respondents who are on WebEx with their attorneys.  1:05pm Ishanee left voluntarily |
| 5/21/26 | AM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:33am Courtroom opens on Merits - ND with DHS Jenny Bell.  8:36am Ishanee left voluntarily before IJ could ask the Respondent it they were okay with CW observer. |
| 5/21/26 | PM | Eller | Merits | Non-Detained | | | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (3) other.  1:00pm Courtroom opens on Merits - ND with DHS Jenny Bell.  1:01pm Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 5/21/26 | AM | Freeman | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 7:45 AM | 8:23 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:22am Courttoom opens on Mertis - ND with DHS Faith Pledger.  8:23am Ishanee left voluntarily before the IJ was able to ask the Respondent if they were okay with CW observer. |
| 5/21/26 | PM | Freeman | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | | Admitted w/o issue | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 12:50am Courtroom opens on MCH - ND with DHS Faith Pledger.  1:00pm Ishanee left voluntarily |
| 5/21/26 | AM | Kim | MCH | Non-Detained | | 47 | Ishanee 'Ghost' | 7:45 AM | 8:58 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:58am Courtroom opens on MCH - ND DHS in-person.  9:00am Ishanee left voluntarily |
| 5/21/26 | PM | Kim | MCH | Non-Detained | | 73 | Ishanee 'Ghost' | 12:45 PM | 12:58 PM | After observer logged on | 2 | Admitted w/o issue | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (2) other.  12:58pm Courtroom opens on MCH - ND with DHS in person.  12:58 Ishanee left voluntarily |
| 5/21/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | AM | Klosowsky | MCH | Non-Detained | | 47 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Luskin | MCH | Non-Detained | | 49 | Ishanee 'Ghost' | 7:45 AM | 8:55 AM | After observer logged on | 3 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other.  8:52am Courtroom opens on MCH - ND with DHS in person.  8:55am Ishanee left voluntarily before IJ was able to ask Respondent if they were okay with CW observer. |
| 5/21/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/21/26 | PM | Mencini | MCH | Non-Detained | | 44 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (1) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/21/26 | AM | Reynolds | Merits | Non-Detained | | 5 | Ishanee 'Ghost' | 7:45 AM | 8:34 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 8:33am Courtroom opens on Merits - ND with DHS Idara Essien. 8:34am Ishanee left voluntarily before IJ could ask the Respondent it they were okay with CW observer. |
| 5/21/26 | PM | Reynolds | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:45 PM | 1:02 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (1) other. 1:02pm Courtroom opens on Merits - ND with DHS Idara Essien. 1:02pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW Observer. |
| 5/21/26 | AM | Saltzman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other 9:02am Courtroom opens on MCH - D with DHS Rana Tadros Dodge Detention Center. 9:03am Ishanee left voluntarily |
| 5/21/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | After observer logged on | 4 | "We've let the host know that you're here" - others admitted | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (4) other. 1:11pm WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." IJ moved Ishanee into the lobby without conversation. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/21/26 | AM | Stahl | MCH | Non-Detained | E33 | 44 | Ishanee 'Ghost' | 7:45 AM | 8:37 AM | After observer logged on | | Admitted and immediately removed - w/ judge comments | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:36am Courtroom open on MCH - ND with DHS in -person. IJ stated the same current EOIR Policy that WebEx is only for participants, not CW Observer. He said that CW is welcome to come to courtroom in-person. 8:37am Ishanee left voluntarily. |
| 5/21/26 | PM | Stahl | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 12:45pm with (1) other. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/21/26 | AM | Treacy | MCH | Non-Detained | | 39 | Ishanee 'Ghost' | 7:45 AM | 8:56 AM | After observer logged on | 8 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 8;56am Courtoom opens on MCH - ND with DHS in-person. 8:57am Ishanee left voluntarily |
| 5/21/26 | PM | Treacy | MCH | Non-Detained | | 25 | Ishanee 'Ghost' | 12:45 PM | 1:00 PM | After observer logged on | 7 | Admitted w/o issue | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." with (7) other. 12:57pm Courtroom opens on MCH - ND with DHS in-person. 1:00pm Ishanee left voluntarily |
| 5/21/26 | AM | Venci | MCH | Non-Detained | | 27 | Ishanee 'Ghost' | 7:45 AM | 8:25 AM | After observer logged on | | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:25am IJ removed Ishanee from the meeting. |
| 5/21/26 | PM | Venci | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/21/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 7:56 AM | After observer logged on | | Admitted w/o issue | 7:45am Courtroom opens on MCH - D with DHS Jonathan Panton. Clay and Dodge Detention Center. 7:56am Ishanee left volntarily |
| 5/21/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:45 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:45pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)". 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/22/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:10am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (1) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Beese | MCH | Non-Detained | | 4 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Crites | MCH | Non-Detained | | 14 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily. |
| 5/22/26 | AM | Curran | MCH | Non-Detained | | 46 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:31 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:30am Courtroom opens on Merits - ND with DHS Jean Chu. 8:31am Ishanee left voluntarily before IJ could ask Respondent if they were okay with CW observer. |
| 5/22/26 | AM | Kim | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:59 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:56am Courtroom opened on Merits - ND with DHS Anika Olson. IJ asked and Respondent is fine with CW Observer. 8:59am Ishanee left voluntraily |
| 5/22/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 8:45 AM | After observer logged on | | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:15am WebEx message "We've let the host know that you're here." 8:45am IJ ended the meeting without conversation |
| 5/22/26 | AM | Luskin | MCH | Non-Detained | | 29 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 16 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (16) other. 9:01am Courtrom opened with MCH - ND with DHS Reatha Kay in-person. 9:03am Ishanee left voluntarilay |
| 5/22/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | McKenna | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Naseem | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Reynolds | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 8:09 AM | After observer logged on | 2 | Admitted and removed - Resp/ RA request | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:02am Courtroom opens on Merits - ND with DHS in-person. IJ asks Respondent if they are okay with CW observer, and they requested a closed hearing  8:09am Ishanee left voluntarily. |
| 5/22/26 | AM | Stahl | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 5 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 8;56am (3) others dissappeared from Lobby, making Ishanee assume that IJ allowed them into the courtroom.. 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 5/22/26 | AM | Treacy | MCH | Non-Detained | | 6 | Ishanee 'Ghost' | 7:45 AM | 9:01 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am Courtroom opened to MCH - ND with DHS in person.  Respondent is okay with CW Observer.  9:01am Ishanee left voluntarily |
| 5/22/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:00 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message  7:51am Courtroom opens on MCH - D with DHS Victoria Klegman. Clay and Dodge Detention Center.  8:00am Ishanee left voluntarily. |
| 5/26/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | After observer logged on | 3 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:00am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (3) other. 8:40am The (3) others have left the lobby, which Ishanee assumes that the IJ has allowed them into the courtroom, but not Ishanee. 9:30am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Curran | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | After observer logged on | 1 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am There is not one left in the lobby, making Ishanee assume that the IJ allowed them into courtroom, but not Ishanee. 9:30am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 8:20am Courtroom opens on Merits - ND with DHS Heather Eckert. 8:30am Ishanee left voluntarily before the IJ could ask the Respodent it they are okay with CW observer. |
| 5/26/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:30 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:20am Courtroom opens on Merits - ND with DHS Jacquelyn Altpeter. 8:30am Ishanee left voluntarily before the IJ could ask the Respodent it they are okay with CW observer. |
| 5/26/26 | AM | Kim | MCH | Non-Detained | | 84 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | After observer logged on | 3 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (3) other. 9:08am Courtroom opens to MCH - ND with DHS Jean Chu In-Person. IJ states that all Respondents need to be in-person in the Courtroom, as he will not accept any Respondents over WebEx.There are (3) in-person observers, so the IJ moved them into the witness stand to the right of the Interpreter (can fit (3) people).  There is a small child with his parents - IJ will do his parent's case first so that they can leave.  9:30am Ishanee left voluntarily.  Robin Glazer signed up; no notes. |
| 5/26/26 | AM | Klosowsky | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:30am Ishanee never allowed into the courtroom, so she left voluntarily.  Trisha Rich signed up; no notes. |
| 5/26/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby wth WebEx message "Please wait until admitted to the hearing." 9:30am Ishanee never admitted into the courtroom, so she left voluntarily |
| 5/26/26 | AM | McKenna | MCH | Non-Detained | | 33 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | After observer logged on | 5 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 9:15am there are no others in the lobby, making Ishanee assume that IJ allowed others intot he courtroom, but not Ishanee. 9:30am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:40am WebEx message "We've let the host know that you're here." and there is no one in lobby, which makes Ishanee assume that IJ allowed other into courtroom, but not Ishanee.  9:05am IJ ended the meeting without conversation. |
| 5/26/26 | AM | Naseem | MCH | Non-Detained | | 38 | Ishanee 'Ghost' | 7:45 AM | 9:30 AM | After observer logged on | 7 | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:15am WebEx message "We've let the host know that you're here." with (1) other, making Ishanee assume that IJ has allowed others into the courtoom, but not her. 9:30am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/26/26 | AM | Reynolds | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  8:53am Courtroom opens on MCH - ND with DHS Jean Chu in-person.  9:00am Ishanee left voluntarily.. Bryanna Bond observing; limited notes. |
| 5/26/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 5 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other.  9:05am Courtroom opens on MCH - D with DHS Idara Essien.  Miami, Dodge and Hopkins Detention Centers.  9:05am Ishanee left voluntarily. |
| 5/26/26 | AM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:10 AM | After observer logged on | | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:00am WebEx message "We've let the host know that you're here."  9:10am IJ removed Ishanee from the meeting without conversation |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/26/26 | AM | Treacy | MCH | Non-Detained | | 5 | Ishanee 'Ghost' | 7:45 AM | 9:02 AM | After observer logged on | 2 | Admitted w/o issue | |
| 5/26/26 | AM | Venci | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am IJ has removed Ishanee from the meeting without conversation. |
| 5/26/26 | AM | Venci | MCH | Non-Detained | Juvenile | 24 | Ishanee 'Ghost' | 7:45 AM | 8:35 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:35am IJ has removed Ishanee from the meeting without conversation. |
| 5/26/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:00 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" wih (1) other. 7:50am Courtroom opens on MCH - D with DHS Soctt Jebson. Clay and Dodge Detention Center. 8:00am Ishanee left voluntarily. |
| 5/27/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 2 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 8;27am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (2) others. 8:30am The others are no longer in the lobby, making Ishanee assume that the IJ let the others into the courtroom, but not Ishanee. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Ambrose | MCH | Non-Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Beese | Merits | Non-Detained | | 5 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:00pm IJ has ended the meeting without conversation |
| 5/27/26 | AM | Crites | MCH | Non-Detained | Juvenile | 25 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (4) other. 9:03am Courttoom opens on MCH - ND Juvenile with DHS Lynn Kay Hollander. 9:04am Ishanee left voluntarily |
| 5/27/26 | PM | Crites | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:00pm IJ requested that the CW observer leave as the hearing has been closed per the Repsondent |
| 5/27/26 | AM | Curran | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 8:30am There is no one left in the lobby, making Ishanee assume that the IJ allowed the other into the courtroom, but not Ishanee. 9:03am IJ ended the meeting without conversation. |
| 5/27/26 | PM | Curran | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:15 PM | 12:30 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 12:30pm IJ ended the meeting without conversation |
| 5/27/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | |
| 5/27/26 | AM | Eller | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:26 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 8:30am Courtroom opens on Merits - ND with DHS Aaron Koonce. 8:26am Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/26 | PM | Eller | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 12:15 PM | 12:30 PM | After observer logged on | | Admitted and immediately removed - no explanation | 12:15pm Ishanee in Lobby with WebEx messag "We've let the host know that you're here." 12:30pm IJ has ended the meeting without conversation. |
| 5/27/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:32 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 8:12am Courtroom opens on Merits - ND with DHS Dee-Di Hsi. 8:325m Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. |
| 5/27/26 | PM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." with (1) other 12:59pm Courtroom opens on Merits - ND with DHS Fleming. 1:00pm Ishanee left voluntarily before the IJ could ask the Respondent if they are okay with CW observer. |
| 5/27/26 | AM | Luskin | MCH | Non-Detained | | 32 | Ishanee 'Ghost' | 7:45 AM | 8:58 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (10) other. 8:56sm Courtroom opens on NCH - ND with DHS Jennifer Havas Joy. IJ stated that there are people checking on outside the courtroom. IJ will work with Respondents first, and then move to the Pro Se Respondents. 8:58am Ishanee left voluntarily |
| 5/27/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." wth (1) other. 1:00pm Courtroom opened on Merits - ND, with DHS Jennifer Havas Joy. IJ stated that the Respondent's lawyer called in sick in the morning, so they are trying to reschedule the hearing. 1:03pm Ishanee left voluntarily |
| 5/27/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | McKenna | MCH | Non-Detained | | 36 | Ishanee 'Ghost' | 7:45 AM | 9:20 AM | After observer logged on | 6 | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (6) other. 8:45am WebEx message "We've let the host know that you're here." with (16) others. 9:20am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | McKenna | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 4 | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (4) other. 8:45am WebEx message "We've let the host know that you're here." and there are now (2) others in the lobby, making Ishanee assume that IJ allowed others into the courtroom, but not Ishanee. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Mencini | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Reynolds | MCH | Non-Detained | | 45 | Ishanee 'Ghost' | 7:45 AM | 8:52 AM | After observer logged on | 9 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (9) others. 8:45am Courtroom opens on MCH - ND with DHS in person. 8:46am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in" with (11) other in lobby. 8:50am Courtroom opens again to people on WebEx and in-person. DHS George Sadek in-person. 8:52am IJ has moved Ishanee into the lobby again, but Ishanee was planing on leaving voluntarily anyway. |
| 5/27/26 | PM | Reynolds | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:03pm IJ requested the CW to leave the courtroom as the Respondent requested the hearing to be closed. 1:03pm Ishanee left voluntarily. |
| 5/27/26 | AM | Saltzman | MCH | Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 8 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (8) other. 9:00am Courtroom opens on MCH - D with DHS Jonathan Panton. Clay, Dodge Detention Center. 9:03am Ishanee left voluntarily. |

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/26 | AM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 2 | "We've let the host know that you're here" - not clear if others admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (2) others. 8:43am WebEx message "We've let the host know that you're here." and there is no one left in the lobby, making Ishanee assume that the IJ allowed the others into the courtroom, but not Ishanee. 9:05am IJ removed Ishanee from the meeting without conversation.. |
| 5/27/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/27/26 | AM | Treacy | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 5/27/26 | PM | Treacy | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:15 PM | 1:03 PM | After observer logged on | 1 | Admitted and removed - Resp/ RA request | 12:15pm Ishanee in Lobby with WebEx messag "We'll start the meeting when the host joins." with (1) other. 1:03pm IJ requested the CW to leave the courtroom as the Respondent requested the hearing to be closed. 1:03pm Ishanee left voluntarily. |
| 5/27/26 | AM | Venci | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 7:45 AM | 8:37 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.' with (1) other. 8:37am IJ removed Ishanee from the meeting without conversation. |
| 5/27/26 | PM | Venci | MCH | Non-Detained | | 31 | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | 6 | Removed without being admitted | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 1:00pm IJ removed Ishanee from the meeting without conversation. |
| 5/27/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:05 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (10) others.  8:00am Courtroom opens on MCH  - D with DHS Victoria Klegman.  Clay, Dodge Detention Centers. 8:05am Ishanee left voluntarily |
| 5/27/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm  Ishanee in Lobby with WebEx message " We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/28/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 2 | Removed without being admitted | 7:45am Courtroom opens for the first time, IJ is not present and Ishanee doesn't know anything about the hearing because it is not listed in Bklg, DHS Counsel is waiting in lobby. 8:19am WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (2) other.  9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | | Admitted and immediately removed - no explanation | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:03am IJ ended the meeting without conversation |
| 5/28/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Crites | MCH | Non-Detained | Juvenile | 20 | Ishanee 'Ghost' | 7:45 AM | 9:03 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (10) other. 9:02am Courtroom opens on MCH - ND Juvenile with DHS Douglas Shaw.  9:03am Ishanee left voluntarily. |
| 5/28/26 | PM | Crites | MCH | Non-Detained | | 30 | Ishanee 'Ghost' | 1:00 PM | 1:22 PM | After observer logged on | | Admitted w/o issue | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:20pm Courtroom opens on MCH - ND with DHS Douglas Shaw In Person. 1:22pm Ishanee left voluntarily |
| 5/28/26 | AM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Curran | MCH | Non-Detained | | 29 | Ishanee 'Ghost' | 1:00 PM | 1:00 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Ishanee IJ ended the meeting without convesation. |
| 5/28/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:30pm Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | AM | Freeman | MCH | Non-Detained | | 15 | Ishanee 'Ghost' | 7:45 AM | 8:55 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 8:55am Courtroom opens on MCH - ND with DHS Marc Lolacono.  8:55am Ishanee left voluntarily |
| 5/28/26 | PM | Freeman | MCH | Non-Detained | | 31 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | After observer logged on | | Admitted w/o issue | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on MCH - ND with DHS Marc Lolacono. 1:10pm Ishanee left voluntarily |
| 5/28/26 | AM | Kim | MCH | Non-Detained | | 56 | Ishanee 'Ghost' | 7:45 AM | 9:07 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:05am Courtroom opens on MCH - ND with DHS Daniel Kornberg In-person.  9:07am Ishanee left voluntarily, but learned that LAS stands for Legal Assistant (or Paralegal) in Immigration Court. |
| 5/28/26 | PM | Kim | MCH | Non-Detained | Mega Master | 102 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | After observer logged on | | Admitted w/o issue | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on MCH - ND with DHS in-person. 1:10pm Ishanee left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | AM | Klosowsky | MCH | Non-Detained | | 29 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Luskin | MCH | Non-Detained | | 43 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (4) other. 8:52am Courtroom opens on MCH - ND with DHS Jason DeMarinis in-person. 9:00am Ishanee left voluntarily. |
| 5/28/26 | PM | Luskin | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 1:00 PM | 1:28 PM | After observer logged on | 3 | Admitted, left w/o hearing judge comments (ghosting) | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (3) others. 1:00pm Courtroom opens on Merits - ND with DHS in-person. 1:28pm Ishanee left voluntarily |
| 5/28/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:30pm Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (1) other. 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | McKenna | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Mencini | MCH | Non-Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:05 AM | After observer logged on | 16 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (16) other. 9:03am Courtroom opens on DHS Aaron (?) Labedz in-person 9:05am Ishanee left voluntarily. |
| 5/28/26 | PM | Mencini | MCH | Non-Detained | | 48 | Ishanee 'Ghost' | 1:00 PM | 1:28 PM | Never started | 5 | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (5) other. 1:28pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |
| 5/28/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | 2 | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (2) other. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 9:14 AM | After observer logged on | 15 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (15) other. 9:13am Courtroom opens on MCH - D with DHS Scott Jebson. Clay, Dodge Detention Centers. 9:14am Ishanee left voluntarily |
| 5/28/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | After observer logged on | | Admitted and removed - Resp/ RA request | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined.". 1:08pm Courtroom opens on Merits - ND with DHS Scott Jebson. IJ stated that Responded requested a closed hearing, so she put Ishanee into the lobby. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Stahl | MCH | Non-Detained | E33 | 37 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 7 | Admitted and immediately removed - w/ judge comments | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (7) other. 8:57am WebEx message "We've let the host know that you're here." 9:03am Courtroom opens on MCH - ND with DHS in person. IJ stated that CW observers where fine in-person, but that WedEx is for partificants only so he asked in CW would log off. 9;04am Ishanee left voluntarily |
| 5/28/26 | PM | Stahl | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:00 PM | 1:10 PM | After observer logged on | | Removed without being admitted | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:10pm IJ removed Ishanee from the meeting. |
| 5/28/26 | AM | Venci | MCH | Non-Detained | Juvenile | 30 | Ishanee 'Ghost' | 7:45 AM | 8:40 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." with (1) other. 8;40am IJ removed Ishanee from the meeting without conversation. |
| 5/28/26 | PM | Venci | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined.". 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/28/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 7:59 AM | After observer logged on | 1 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 7:56am Courtroom opens on MCH - D with DHs Jonathan Panton. Clay, Dodge and Sauk Detention Center. 7:59am Ishanee left voluntarily |
| 5/28/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 1:00 PM | 1:30 PM | Never started | 2 | "We'll start the meeting when host has joined" | 1:00pm Ishanee in Lobby with WebEx message "We'll start the meeting when host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (2) other. 1:30pm Ishanee never allowed into courtroom, so she left voluntarily |
| 5/29/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins.". 1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | | Removed without being admitted | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." 8:07am Courtroom opens and IJ immediately removed Ishanee into the Lobby with the WebEx message"The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in.".  There wasn't any clues to the type of hearing.  9:15am Ishanee never allowed into the courtroom, so she left voluntailry. |
| 5/29/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 1:05 PM | 1:13 PM | After observer logged on | | Not admitted - unclear | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." 1:13pm IJ ended the meeting without conversation |
| 5/29/26 | AM | Beese | MCH | Non-Detained | | 37 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 2 | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (2) others 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:30pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | AM | Crites | MCH | Non-Detained | | 39 | Ishanee 'Ghost' | 7:45 AM | 8:57 AM | After observer logged on | 4 | Admitted w/o issue | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (4) other. 8:54am Courtroom opens on MCH - ND (1st 'Mega Master') with DHS Murphy Kendefic (sp) in Person. Respondents are both In-Person and on WebEx.  8:57am Ishanee left voluntarily. |
| 5/29/26 | PM | Crites | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 1:05 PM | 1:45 PM | Never started | 1 | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:p45m Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | AM | Curran | MCH | Non-Detained | | 27 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 6 | "We'll start the meeting when host has joined" - # in lobby decreasing | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (6) other. 9:06am Only (1) other in lobby, making Ishanee assume that the IJ has allowed the rest into the courtoom, but didn't allow Ishanee.  9:15am Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | PM | Curran | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | 1 | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:30pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | PM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins.". 1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | AM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (2) other. 8:18am Courtroom opens on Merits - ND with DHS Alexander Jaurez. 8:20am Ishanee left voluntarily before the IJ go to ask the Respondent if they were okay with CW observer. |
| 5/29/26 | PM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:05 PM | 1:45 PM | After observer logged on | 2 | "We've let the host know that you're here" - others admitted | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (2) others. 1:13pm Webex message "We've let the host know that you're here."  1:45pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | AM | Kim | MCH | Non-Detained | Mega Master | 109 | Ishanee 'Ghost' | 7:45 AM | 1:00 PM | After observer logged on | 7 | Admitted and removed after some observation - no explanation | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (7) other. 1:00pm IJ ended the meeting without conversation<br><br>"How to Prep for a Mega Masters.  1) Show up (2) hours early to find parking.  2) Fire Hazzard:  Be aware of emergency exits. 3) Speak up for yourself if you native tongue that is not English or in Spanish - Speak up if you don't understand"  "The Migration on Substack:  Mega Masters Prep: https://themigration.substack.com?utm_source=navbar&utm_medium=web " |
| 5/29/26 | PM | Kim | MCH | Non-Detained | | 92 | Ishanee 'Ghost' | 1:05 PM | 3:00 PM | Never started | 3 | "We'll start the meeting when host has joined" | |
| 5/29/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | How to Prep for a Mega Masters.  1) Show up (2) hours early to find parking.  2) Fire Hazzard:  Be aware of emergenc |
| 5/29/26 | PM | Klosowsky | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | 2 | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:30pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | PM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | 2 | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." with (2) other. 1:30pm Ishanee never allowed into the courtoom, so she left voluntarily |
| 5/29/26 | AM | Luskin | MCH | Non-Detained | | 25 | Ishanee 'Ghost' | 7:45 AM | 9:00 AM | After observer logged on | 2 | Admitted w/o issue | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (2) other. 8:57am Courtroom opens on MCH - ND with DHS Idara Essien. IJ states that Respondents are both in-person and via WebEx.  The 'Mega Masters' in other courtrooms are causing confusion in the hallways. 9:00am Ishanee left voluntarily. |
| 5/29/26 | PM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:04 PM | 1:04 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 1:04pm Courtoroom open on Merits - ND wtih DHS Idara Essien.  1:04pm Ishanee left before IJ could ask with Respondent is okay with CW Obeserver. |
| 5/29/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never was allowed into courtroom, so she left voluntarily. |

Chicago Immigration Court
WebEx Access Attempts (Ishanee 'Ghost')

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the Lobby with the WebEx message "Please wait until admitted to the hearing." 1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | AM | McKenna | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily\ |
| 5/29/26 | PM | McKenna | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 1:05 PM | 1:10 PM | After observer logged on | | Removed without being admitted | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins." 1:10pm IJ ended the meeting without conversations |
| 5/29/26 | AM | Mencini | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (1) other 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins."  1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | AM | Naseem | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Naseem | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins."  1:30pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | AM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with the WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Treacy | MCH | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins."  1:45pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | PM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 1:05 PM | 1:30 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the lobby with WebEx message "We'll start the meeting when the host joins."  1:45pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 5/29/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:00 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 7:54am Courtroom opens on MCH - D with DHS Aaron Labedz All Respondents in Wisconsin State Custody. 8:00am Ishanee left voluntarily. |
| 5/29/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 1:05 PM | 1:45 PM | Never started | | "We'll start the meeting when host has joined" | 1:05pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" 1:45pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 6/1/26 | AM | Kim | MCH | Non-Detained | ATD | | Ishanee 'Ghost' | 10:15 AM | 11:01 AM | Before observer logged on | | Admitted w/o issue | MCH - ND is happening in his courtroom.  DHS is In-Person.  Don't know when hearing started, but this 'batch' ended at 10:35am. Then they started letting in the next 'batch' of Respondents. Maybe 'batches' are separated by language? E33 change of address forms being submitted.  Pleadings due June 22, 2026.  IJ Kim called this hearing an 'ATD hearing' and it specifally is not a 'Mega Master' hearing.

Ishanee still watching IJ Kim's courtroom via WebEx.  DHS Daniel Kornberg is In-Person.  This is a ATD (Alternative to Detention) hearing during this AM docket.  IJ Kim has said that this is not a 'Mega Master'.

Maybe IJ Kim is making up for being 'sick' on Friday.  I checked Bklg again for all of the Chicago Judges and no one is scheduled to have any dockets (either AM or PM) today.

At 10:45am, IJ Kim is talking with a Creole Respondent and is using an interpreter.  IJ Kim swears in the Pro Se Respondent.  Starts about filing for Asylum - Respondent says that she has filed for Asylum.  IJ Kim mentions the Bautista court case, and will give the Respondent a copy of the court case.  IJ Kim will have list of Pro Bono or low costs Attorneys.  Get a good referral if you try and hire a private attorney.  IJ Kim says that written pleadings are due by June 22, 2026 (20 days to file).  If pleadings are not filed, then the court will go forward with Removal procedures.  After we get your pleadings, the court will send you a court date for Merits hearings.  The court will give Respondent a schedule of deadlines for applying for Applications for Relief.  Respondent must attend the scheduled court date, or Removal Procedures will be followed.  Also need to keep your address current with the court.  Respondent does have a daughter (who will not need to come to court).  IJ Kim checks the Respondent's address.  IJ Kim says that there is an Immigration Court in Charlotte, North Carolina that is closer to her.  Would Respondent like to change?  Yes. IJ Kim granted Change of Venue to Charlotte, NC.  Case finished at 11:01am. Hearing continues with Pro Se Respondents who are in the courtroom (the next 'batch'). |
| 6/1/26 | AM | Saltzman | MCH | Detained | | | Ishanee 'Ghost' | 10:15 AM | 10:17 AM | Before observer logged on | | Admitted w/o issue | MCH - D with DHS Jared Michael Duke. Clay, Dodge, and Hopkins Detention Centers. (This hearing has not been on any Bklg schedules for the past couple of months). |
| 6/2/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:04 PM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 104pm Courtroom opens - looks like a Merits - ND., before the IJ closed the meeting. |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:20 AM | After observer logged on | 5 | "We've let the host know that you're here" - others admitted | 7:45am Ishanee in the Lobby with WebEx message "We've let the host know that you're here." with (5) other. 8:33am There are now (0) other in the lobby, making Ishanee assiume that the IJ allowed them into the courtroom, but not Ishanee. 9:00am (4) others came back to Lobby, don't know if they were the same (4) from earlier. 9:18am Courtroom opened VERY Breifly, before IJ removed Ishanee from the courtroom with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." 9;20am Ishanee never allowed back into courtrrom, so she left voluntarily. |
| 6/2/26 | PM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Beese | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Beese | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Crites | MCH | Non-Detained | Juvenile | 26 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 13 | Admitted w/o issue | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" with (13) other. 9:03am Courtroom opens on MCH - ND Juveniles with DHS In-Person. 9:04am Ishanee left voluntarily |
| 6/2/26 | PM | Crites | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 12 | Admitted w/o issue | 12:15pm Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins." with (12) other. 1:05pm Courtroom open on MCH - ND with DHS In person. 1:15pm Ishanee left voluntarily |
| 6/2/26 | AM | Curran | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 7:45 AM | 8:50 AM | After observer logged on | 1 | Removed without being admitted | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" with (1) other. 8:50am IJ ended the meeting without conversation |
| 6/2/26 | PM | Curran | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | PM | Defoe | Merits | Non-Detained | Somali | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Eller | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 8:15am Courtroom opens on Merits - ND with DHS. 8:18am Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. |
| 6/2/26 | PM | Eller | MCH | Non-Detained | | 28 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 6/2/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into courtroom, so she left voluntarily |
| 6/2/26 | PM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 6/2/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 8:20 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 8:15am Courtroom opens on Merits - ND with DHS Faith Pledger. 8:20am Ishanee left voluntarily before IJ could ask Respondnet if they are okay with CW observer. |
| 6/2/26 | PM | Freeman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 12:48 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 12:47pm Courtroom opens on Merits - ND with DHS Faith Pledger. 12:48pm Ishanee left voluntarily before IJ could ask Respondent if they are okay with CW observer. |
| 6/2/26 | AM | Kim | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 7:45 AM | 9:08 AM | After observer logged on | 7 | Admitted w/o issue | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" with (7) others 9:05am Courtroom opens on MCH - ND with DHS Attorney Lolacono in-person. IJ asked the first Respondent if they were okay with CW observing, and they said yes. 9:08am Ishanee left voluntarily. |
| 6/2/26 | PM | Kim | MCH | Non-Detained | | 47 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 1:06pm (2) others were gone from the lobby. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | AM | Klosowsky | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Klosowsky | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Luskin | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | | Admitted w/o issue | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 9:00am Courtroom opens on Merits - ND with DHS Jean Chu. IJ Luskin was in the courtroom, but there was a different and new Judge at the bench. The interpreter's microphone was very loud, so Ishanee couldn't hear the name of the new Judge. IJ Luskin asked the Respondent if they were okay with CW observer, and they said they were okay. 9:04am Ishanee left voluntarily |
| 6/2/26 | PM | Luskin | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:02 PM | After observer logged on | 1 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:00pm Courtroom opens on Merits with DHS Jean Chu in person. 1:02pm Ishanee left vountairy before IJ could ask Respondent if they are okay with CW Observatsion |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|------|-------|-------|-------------|--------|----------------|---------------|---------------|--------------|-----------|----------------------|------------------|---------|-------|
| 6/2/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily |
| 6/2/26 | AM | McKenna | MCH | Non-Detained | | 33 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | After observer logged on | 5 | "We'll start the meeting when host has joined" - # in lobby decreasing | |
| 6/2/26 | PM | McKenna | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Naseem | MCH | Non-Detained | Dedicated | 54 | Ishanee 'Ghost' | 7:45 AM | 9:08 AM | After observer logged on | 11 | Removed without being admitted | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" with (11) others. 9:08am IJ removed Ishanee from the meeting without conversation. |
| 6/2/26 | PM | Naseem | MCH | Non-Detained | Dedicated | 36 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 21 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (21) other. 1:10pm All of the lobby others are gone, which make Ishanee assume that the IJ allowed them into the courtroom, but not Ishanee. 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | AM | Poarch | Unknown | Unknown | | | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Poarch | Unknown | Unknown | | | Ishanee 'Ghost' | 12:15 PM | 1:00 PM | After observer logged on | 2 | Admitted, left w/o hearing judge comments (ghosting) | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (2) other 12:54pm Courtroom opens on Merits - ND with DHS Aaron Koonce. 1:00pm Ishanee left volunatarily before IJ could ask Respondent if they are okay with CW observer. |
| 6/2/26 | AM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:04 AM | After observer logged on | 10 | Admitted w/o issue | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" with (10) other. 9:06am Courtroom opens on MCH - D with DHS Rana Tadros. Clay, Dodge and Sauk Detention Center. 9:04am Ishanee left voluntarily |
| 6/2/26 | PM | Saltzman | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily |
| 6/2/26 | AM | Stahl | Merits | Non-Detained | | 4 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Stahl | MCH | Non-Detained | Dedicated | 33 | Ishanee 'Ghost' | 12:15 PM | 1:04 PM | After observer logged on | 8 | Admitted w/o issue | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." with (8) others. 1:03pm Courtroom opens on MCH - ND with DHS Tyler Michals. 1:04pm Ishanee left voluntarily. |
| 6/2/26 | AM | Treacy | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 7:45 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 7:45am Ishanee in the Lobby with WebEx message "We'll start the meeting when the host joins" 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/2/26 | PM | Treacy | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | PM | Venci | MCH | Non-Detained | E33 | 24 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:15pm Ishanee in lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into courtroom, so she left voluntarily. |
| 6/2/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 7:45 AM | 8:06 AM | After observer logged on | 11 | Admitted w/o issue | 7:45am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (11) others. 8:03am Courtroom opens on MCH - D with DHS Jonathan Panton LAS (Legal Assistant) - K. Johnson. Clay, and Dodge Detention Centers. 8:06am Ishanee left voluntarily. |
| 6/2/26 | PM | Vyas | Merits | Detained | | 1 | Ishanee 'Ghost' | 12:15 PM | 1:15 PM | After observer logged on | 1 | "We'll start the meeting when host has joined" - # in lobby decreasing | 12:15pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other. 12:31pm The one other is now gone from the lobby, making Ishanee assume that the IJ has allowed that other into the courtroom, while not allowing Ishanee. 1:15pm Ishanee never allowed into the courtroom, so Ishanee left voluntarily. |
| 6/3/26 | AM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Abraham | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | AM | Ambrose | Unknown | Unknown | | | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | After observer logged on | 1 | Admitted and immediately removed - no explanation | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:14am Courtroom opens, only Ishanee and IJ in courtroom. Since this hearing isn't in Bklg, Ishanee cannot tell what kind of hearing this is. IJ immediately moves Ishanee into the lobby with WebEx message "The host or a cohost has moved you to the lobby. You can join the meeting after the host or a cohost lets you in." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Ambrose | MCH | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | AM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Beese | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | AM | Crites | MCH | Non-Detained | Juvenile | 25 | Ishanee 'Ghost' | 8:05 AM | 9:01 AM | After observer logged on | 6 | Admitted w/o issue | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) other. 9:00am Courtroom opens on MCH - ND Juveniles with DHS Douglas Shaw. 9:01am Ishanee left voluntarily. |

As of June 3, 2026

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/26 | PM | Crites | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Defoe | Merits | Non-Detained | Somali | 2 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when host has joined." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Eller | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 8:05 AM | 8:30 AM | After observer logged on | 1 | Admitted w/o issue | 8:05am Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (1) other. 8;29am Courtroom opnes MCH - ND with DHS Heather Eckert. 8:30am Ishanee left voluntarily. |
| 6/3/26 | PM | Eller | MCH | Non-Detained | | 35 | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | 1 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (1) other. 1:00pm Courtroom opens on MCH - ND with DHS Heather Eckert. 1:01pm Ishanee left voluntarily. |
| 6/3/26 | AM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Flesch | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Freeman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:05 AM | 8:26 AM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 8:24am Courtroom opens on Merits - ND DHS David Weinter. 8:26am Ishanee left voluntarily before the IJ could ask the Respondent if they were okay with CW Observer. |
| 6/3/26 | PM | Freeman | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:30 PM | 1:01 PM | After observer logged on | | Admitted, left w/o hearing judge comments (ghosting) | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:00pm Courtroom opens on Merits - ND with DHS Rana Tadros. 1:01pm Ishanee left voluntarily before IJ was able to ask Respondent if they were okay with CW observer. |
| 6/3/26 | AM | Kim | MCH | Non-Detained | | 81 | Ishanee 'Ghost' | 8:05 AM | 9:08 AM | After observer logged on | 4 | Admitted w/o issue | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 9:04am Courtrom opens on MCH - ND with DHS in person. Interpreter's microphone is very loud, and it is very difficult to hear the proceedings. 9:08am Ishanee left voluntarily. |
| 6/3/26 | PM | Kim | MCH | Non-Detained | | 83 | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 2 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (2) other. 1:03pm Courtroom opens on MCH - ND with DHS Kimberly Brancato in person. Interpreter microphone was very loud, which made it difficult to hear proceedings. 1:05pm Ishanee left voluntarily. |
| 6/3/26 | AM | Klosowsky | Merits | Non-Detained | Dedicated | 2 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins.". 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Klosowsky | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Luskin | MCH | Non-Detained | | 34 | Ishanee 'Ghost' | 8:05 AM | 8:54 AM | After observer logged on | 8 | Admitted w/o issue | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (8) other. 8:50am Courtroom is open on MCH - ND with DHS Jason DeMarinis in-person. Interpreter microphone is very loud, and it is difficult to hear the other proceedings. 8;54am Ishanee left the courtroom voluntarily. |
| 6/3/26 | PM | Luskin | Merits | Non-Detained | | 6 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Marshall | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "Please wait until admitted to the hearing." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | McKenna | MCH | Non-Detained | | 42 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | 7 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (7) other. 9:09am Ishanee notices that the number in the lobby is decreasing, making Ishanee assume that the others are being allowed into the courtroom, and Ishanee isn't. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Mencini | Merits | Non-Detained | | 2 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | 4 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. 8:40am WebEx message "We've let the host know that you're here." 9:00am Ishanee notieces that the # oin the lobby is decreasing. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Mencini | MCH | Non-Detained | | 25 | Ishanee 'Ghost' | 12:30 PM | 1:08 PM | After observer logged on | 13 | Admitted w/o issue | 12:30pm Ishanee in Lobby with WebEx message "We've let the host know that you're here." with (13) other. 1:06pm Courtroom opens on MCH - ND with DHS Alexander Jaurez in person. 1:08pm Ishanee left voluntarily. |
| 6/3/26 | AM | Naseem | Merits | Non-Detained | Dedicated | 3 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | 1 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other. 9:10am Ishanee notices that the number in the lobby is decreasing. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | PM | Naseem | Merits | Non-Detained | Dedicated | 4 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | 1 | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (1) other 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Poarch | Unknown | Unknown | | | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | 4 | "We'll start the meeting when host has joined" - # in lobby decreasing | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (4) other. This hearing is not listed in Bklg, so Ishanee doesn't know what type it is. 9:09am Ishanee notices that the number in the lobby is decreasing. 9:15am Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | PM | Poarch | Unknown | Unknown | | | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Saltzman | Merits | Detained | | | Ishanee 'Ghost' | 8:05 AM | 9:04 AM | After observer logged on | 6 | Admitted w/o issue | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (6) others. 9:03am Courtroom opens on MCH - D with DHS Aziz. Dodge and Hopkins Detnetion Center. 9:04am Ishanee left voluntarily. |
| 6/3/26 | PM | Saltzman | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 12:30 PM | 1:05 PM | After observer logged on | 5 | Admitted and removed - Resp/ RA request | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." with (5) other. 1:05pm Courttoom open son Merits - D with DHS Saba Aziz in Dodge Detention Center. IJ asked Respondent if they were okay with CW Observer, and they said no, they were not, thus requesting that the hearing be closed. IJ immediately ended the meeting. |
| 6/3/26 | AM | Stahl | Merits | Non-Detained | | 1 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins." 9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |

**Chicago Immigration Court**
**WebEx Access Attempts (Ishanee 'Ghost')**

As of June 3, 2026

| Date | AM/PM | Judge | Docket Type | Det/ND | Special Docket | # of hearings | Court Watcher | Time Arrived | Time Left | When Session Started | # in Lobby (max) | Outcome | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/26 | PM | Stahl | Merits | Non-Detained | | 3 | Ishanee 'Ghost' | 12:30 PM | 1:15 PM | Never started | | "We'll start the meeting when host has joined" | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  1:15pm Ishanee never allowed into the courtroom, so she left voluntarily. |
| 6/3/26 | AM | Venci | MCH | Non-Detained | | 1 | Ishanee 'Ghost' | 8:05 AM | 9:15 AM | Never started | | "We'll start the meeting when host has joined" | 8:05am Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins."  9:15am Ishanee never allowed into the courtroom, so she left voluntarily, |
| 6/3/26 | AM | Vyas | MCH | Detained | | | Ishanee 'Ghost' | 8:05 AM | 8:07 AM | Before observer logged on | | Admitted w/o issue | 8:05am Courtrooom opens on MCH - D with DHS Victoria Klegman.  Clay and Diddge Courntry Detention Center.  8:07am Ishanee Left Voluntarily. |
| 6/3/26 | PM | Vyas | Merits | Detained | | 2 | Ishanee 'Ghost' | 12:30 PM | 1:03 PM | After observer logged on | | Removed without being admitted | 12:30pm Ishanee in Lobby with WebEx message "We'll start the meeting when the host joins. If you are an attorney, please identify yourself using the following format: Atty John Doe (123) (Name of Detention Facility)" with (1) other.  1:03pm IJ ended the meeting without conversation. |

# EXHIBIT 52

# Declaration of John Lloyd

CORE/3515279.0007/244176811.1

STATE OF **Illinois**                                )
                                                                 )        Affidavit of
CITY OF **Chicago**                             )        John H. (Jack) Lloyd

I, John H. Lloyd, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is John H. (Jack) Lloyd. I reside at 1035 S. Scoville Ave., Oak Park, Illinois. I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with ICIRR Court Watch since 2016. I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so. I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3. I have observed on more than 100 occasions since I began with Court Watch. This involves master calendar and individual hearings as well as bond hearings. I currently observe these hearings on Webex and in-person at 55 E. Monroe St., Chicago, Illinois.

4. Since 2022, I have served as the volunteer "coordinator" of Court Watch. I work with a team of 10-12 other core volunteers managing volunteer recruitment, training, scheduling, reporting, etc.

5. In late 2025, we noticed a change in EOIR's "fact sheet" providing guidance for court observers. For the first time, this fact sheet included a statement that the WebEx system is for the use of "parties appearing remotely" and that "visitors should observe in person at the courtroom in which the hearing is scheduled and held." However, we did not see any immediate change in judges' behavior – our volunteers continued to have ready access to most online hearings, as we had since the WebEx system was started during the pandemic.

6. In early 2026, we began to notice that some judges were denying Court Watchers access to their hearings on WebEx. Our observers (who use Court Watch in their screen names) would log in to WebEx for a hearing but would be left in the WebEx lobby/waiting room when others were admitted to the hearing.

7. To understand the change, we began carefully tracking our attempts to observe on WebEx, recording whether or not the Court Watcher was admitted to the hearing room. We've established that, since February 2026, while some judges have continued to admit our volunteers consistently or intermittently, the following Chicago Immigration Court judges never admit Court Watch observers to their WebEx hearings: Dillon Ambrose, Matthew Beese, Brendan Curran, Craig DeFoe, Michael Klosowsky, Patrick McKenna, Marc Stahl, and Michelle Venci.

8. Court Watch includes volunteers who are elderly, disabled, or lack transportation options. These citizens are denied their right to observe in immigration court because WebEx access to many hearings is no longer available.

9. More generally, since the immigration courts regularly conduct much of their business online, the refusal of WebEx access to court observers is an unfair and unnecessary

restriction on public access. No one has argued that the presence of online Court Watchers impedes the court's business in any way.

10. EOIR's fact sheet on "Observing Immigration Court Hearings" continues to claim that "Immigration court hearings are generally open to the public with limited exceptions, as specified by law." In the technology environment of 2026, a hearing is not truly "open to the public" if online access is denied.

11. Recently, as "mega" dockets are being introduced, in-person ICIRR Court Watchers have been told by judges to leave their courtrooms because of overcrowding. In these and other cases where in-person access is unavailable (e.g., when a judge appears remotely and there is no in-person hearing to attend), denial of WebEx access is the same as complete denial of access.

12. Individual ICIRR Court Watch volunteers are submitting numerous affidavits in support of this lawsuit, documenting specific dates and times when they have been denied WebEx access.

13. I have been in touch with leaders of other Court Watch organizations, and I understand that these experiences are common amongst many court observers in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.


_____
Signature

_____
6/4/26
Date

# EXHIBIT 53

# Declaration of Rebecca Hillstrom

CORE/3515279.0007/244176811.1

**DECLARATION OF REBECCA HILLSTROM**

1. My name is Rebecca Hillstrom.
2. I live at 154 Live Oak Court, Roseburg, Oregon 97470.
3. I became a member of the Oregon State Bar in October 2022, and my bar number is 224211.
4. Since obtaining my attorney's license, I have worked remotely for Immigration Counseling Service, a non-profit immigration firm in Portland, Oregon.
5. On December 24, 2025, one of my clients was detained by Immigration and Customs Enforcement (ICE) and held at the Northwest Immigrant Processing Center (NWIPC) in Tacoma, Washington.
6. Being a fairly new attorney, I had never represented a client in bond proceedings before the immigration court. As such, I began studying and consulting with more experienced attorneys in order to become competent to represent my client. As part of my efforts to become competent, I needed to observe multiple immigration bond hearings.
7. To drive from my home in Roseburg, Oregon, to the nearest immigration detention center in Tacoma, Washington takes about five hours.
8. In January 2026, I called the immigration court, explained my need to observe bond hearings, explained my lack of proximity to the court, and asked if I could arrange to observe bond hearings remotely via the Webex system.
9. The court clerk told me that per court policy, observers were only allowed to observe in-person, and no remote observations were allowed.
10. As a result, I drove to Tacoma to observe bond hearings in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. **Executed on June 3, 2026**.

**Signed** _____.

# EXHIBIT 54

# Declaration of Johnny Sinodis

CORE/3515279.0007/244176811.1

I, Johnny Sinodis, hereby declare as follows:

1.   I am a partner at Van Der Hout LLP, which is located at 360 Post Street, Suite 800, San Francisco, CA 94108.

2.   I have personal knowledge of the matters stated herein because I represent Mr. Mahmoud Khalil in removal proceedings before the Executive Office of Immigration Review ("EOIR").

3.   I write this declaration to provide information about EOIR's denial of public access in Mr. Khalil's case.

4.   On March 8, 2025, Mr. Khalil was arrested and detained by U.S. Immigration & Customs Enforcement ("ICE") at his home in New York City. He was subsequently transferred multiple times across state lines to a remote detention center in Jena, Louisiana, where his case was assigned to then Acting Chief Immigration Judge ("ACIJ") Jamee E. Comans. The Central Louisiana ICE Processing Center ("CLIPC") in Jena, Louisiana is approximately a four-hour drive from the closest major airport, which is located in New Orleans, Louisiana. The LaSalle Immigration Court, where ACIJ Comans presided over Mr. Khalil's proceedings, is physically connected to the CLIPC.

5.   As a result of widespread public scrutiny following Mr. Khalil's arrest and detention,[1] there was significant interest from the public and press in observing the immigration court hearings in his case. Accordingly, the number of individuals intent on observing the proceedings vastly exceeded the limited courtroom seats available in the remote, inaccessible detention center, and included countless individuals who were unable to travel to rural Louisiana to observe a hearing in person.

6.   At the first substantive hearing in the case on April 8, 2025, more than 550 people were waiting in the Webex queue to witness Mr. Khalil's proceeding that day.[2] As with all Immigration Judge ("IJ") Webex links, the link for Mr. Khalil's hearing was publicly listed.[3] Other than Mr.

---

[1] *See, e.g.*, "Immigration agents arrest Palestinian activist who helped lead Columbia University protests," *Associated Press* (Mar. 9, 2025), https://apnews.com/article/columbia-university-mahmoud-khalil-ice-15014bcbb921f21a9f704d5acdcae7a8.

[2] *See* Freedom of the Press Foundation, "Let the public watch the Mahmoud Khalil deportation case," https://freedom.press/issues/let-the-public-watch-the-mahmoud-khalil-deportation-case/ (Apr. 10, 2026).

[3] EOIR, "Find an Immigration Court and Access Internet-Based Hearings," https://www.justice.gov/eoir/find-immigration-court-and-access-internet-based-hearings (last visited June 2, 2026).

Khalil's counsel in his federal court case and his wife, however, all prospective attendees were denied entry into the ACIJ's Webex hearing, and in-room seating was limited to approximately 22 people.

7. When my colleague requested that the hearing be open to the public through Webex and stated that we were happy to make a motion to that effect, ACIJ Comans responded: "It's certainly not going to be open. The Webex platform is not going to be open for people that are not parties to the case to just watch. They're welcome to come to Lasalle if they want to come in person and they can gain access to the facility through the appropriate security channels, then they would be allowed to observe. But I'm not going to open this hearing up to the public."[4]

8. ACIJ Comans further required the few individuals on the Webex link seeking to observe the hearing to identify themselves and to turn on their video so that she could see their faces throughout the proceedings.

9. Following this hearing, multiple advocacy groups contacted the LaSalle Immigration Court to request access for the numerous members of the press and public who sought to observe future hearings in the case. On April 10, one day before Mr. Khalil's next hearing on April 11, the Freedom of the Press Foundation and several other First Amendment and press freedom nonprofits sent a letter to ACIJ Comans requesting remote public access.[5] These organizations explained that, in addition to EOIR being required to keep hearings open to the public pursuant to regulation, "[j]ournalists and others from New York, where Mr. Khalil has lived for some time, are unlikely to be able to travel to Louisiana to attend hearings." *Id.*; Exhibit A (Letter from Freedom of the Press Foundation, dated Apr. 10, 2025). To the best of my knowledge, the LaSalle Immigration Court did not respond to this letter.

10. Also on April 10, 2025, our co-counsel Nora Ahmed at the ACLU of Louisiana sent a letter to the LaSalle Immigration Court requesting broader access to Mr. Khalil's April 11 hearing, considering the wide public interest in this case and the attendant likelihood that individuals who travelled far and wide to witness the proceedings would be turned away with no ability to access the hearing live. Exhibit B (Letter from ACLU of Louisiana, dated Apr. 10, 2025). The LaSalle

---

[4] This quote has been taken from transcripts of Mr. Khalil's removal proceedings that were produced by EOIR.
[5] *See supra* n. 2.

Declaration of Johnny Sinodis

Court did not respond to that letter, which laid out suggested reasonable accommodations to permit appropriate public access. That same day, Ms. Ahmed filed a notice of appearance in Mr. Khalil's removal proceedings in order to address the immigration court on the issue of ensuring broader public access to the hearing.

11. On April 11, neither Webex nor telephonic access was provided to the public for the hearing. Despite the fact that both the press and the public had been turned away at the courthouse gates, no provisions were made to accommodate those individuals in any overflow space inside the courthouse. ACIJ Comans further informed counsel at the outset of the hearing that no arguments could be made on the record concerning access to the proceedings, but that the letter sent to the LaSalle Court concerning access could be filed into the record. Exhibit C (Motion for Public Access, dated Apr. 28, 2025).

12. Later during that hearing, ACIJ Comans read a decision finding Mr. Khalil removable from the United States solely on the basis of his protected speech, which further generated massive nationwide interest in Mr. Khalil's case.[6]

13. Mr. Khalil's next immigration court hearing was subsequently scheduled for May 22, 2025, again before ACIJ Comans at the LaSalle Immigration Court. In advance of that hearing, the ACLU of Louisiana and our firm filed a Motion for Public Access on April 28, 2025, requesting that the LaSalle Court "make reasonable accommodations to account for public and press interest in this case at future hearing[,] includ[ing] providing Webex, telephonic, and/or overflow room access to those who seek to bear witness." Exhibit C (Motion for Public Access, dated Apr. 28, 2025).

14. On May 9, 2025, ACIJ Comans denied the motion for public access as moot, despite the fact that the May 22 hearing had not yet taken place. Exhibit D (Order Denying Motion for Public Access, dated May 9, 2025). The ACIJ's order stated in full: "The court finds the motion is moot. Immigration hearings are generally open to the public, although certain exceptions apply. See EOIR Policy Manual, Part II, Ch. 4.9; 8 CFR § 1003.27, 1240.10(b). EOIR's Office of Policy is the principal point of contact for the news media. See EOIR Policy Manual, Part I, Ch. 1.6(b);

---

[6] Victoria Albert, "U.S. Can Deport Columbia Student Mahmoud Khalil, Immigration Judge Says," *Wall St. J.* (Apr. 12, 2025), https://www.wsj.com/us-news/mahmoud-khalilcolumbia-student-immigration-hearing-2550a0a0.

U.S. Dep't of Just., Just. Manual § 1-7.000; 1-7.200 (2018)." ACIJ Comans did not substantively respond to the reasonable accommodations requested in the motion, nor address the documented examples of the LaSalle Immigration Court's interpretation of the existing cited policies leading to the effective denial of public access.

15. Following ACIJ Comans' denial of the motion for public access, the ACLU of Louisiana emailed EOIR's Office of Policy regarding public access to the May 22 hearing. Exhibit E (Email Correspondence with EOIR's Office of Policy). The requests for accommodation were not granted. In fact, Ms. Ahmed's last email asking whether the LaSalle Immigration Court could open an additional overflow courtroom never received a response. *Id*.

16. At Mr. Khalil's hearing on May 22, no members of the public or press were permitted to observe via Webex. Additionally, no overflow room was provided at the facility, and seating in the room was limited to approximately 22 people, which meant several press and supporters who had made the journey to Jena, Louisiana were unable to observe the hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my own personal knowledge. Executed this 3rd day of June 2026 in San Francisco, California.

/s/ Johnny Sinodis
Johnny Sinodis
Declarant

4
Declaration of Johnny Sinodis

# EXHIBIT A

April 10, 2025

The Honorable Jamee E. Comans
830 Pine Hill Road
P.O. Box 2179
Jena, LA 71342

Via email to LaSalle.Immigration.Court@usdoj.gov

**Re: Remote public access to Mahmoud Khalil immigration hearings**

Dear Judge Comans,

We are nonprofit organizations dedicated to defending press freedom. We write to request that you allow journalists and members of the public to remotely observe any further immigration proceedings in your court regarding Mahmoud Khalil.

According to news reports, on April 8, 2025, nearly 600 people attempted to remotely observe proceedings in your court related to Mr. Khalil's immigration status.[1]  You denied a request by Mr. Khalil's attorney to allow the public online access to the proceeding.[2] We are aware of at least three journalists who were unable to access the proceeding remotely as a result. There were likely many more.

We appreciate that members of the press and the public were able to attend the April 8 hearing in person to observe and report on the hearing. However, we request that you allow remote access to future proceedings for journalists and members of the public who are unable to attend hearings in person, including an upcoming hearing planned for April 11, 2025.

If that hearing or future hearings are to be held entirely remotely, applicable regulations require that the public be allowed access.[3] But even if in-person attendance is an option, providing remote access is the transparent — and right — thing to do.

---

[1] Delaney Nolan, *Judge gives Trump administration deadline to justify Mahmoud Khalil's deportation*, Guardian (Apr. 8, 2025), https://www.theguardian.com/us-news/2025/apr/08/mahmoud-khalil-deportation-judge-deadline-trump.

[2] *Id.*

[3] The Code of Federal Regulations provides that "[a]ll hearings, other than exclusion hearings, shall be open to the public," excepted in certain limited circumstances specified by the regulation. 8 C.F.R. § 1003.27. To the extent that immigration proceedings are held entirely virtually, this provision appears to require the Court to provide remote access to the proceedings by members of the public.

Mr. Khalil's case has been the subject of immense public interest across the United States and around the world.[4] It has been covered by everyone from major newspapers[5] and network news[6] to smaller news outlets,[7] independent journalists,[8] and student journalists,[9] among others.

The interest in this case extends far beyond Louisiana. While some national and international news outlets may be able to send journalists to cover the proceedings in person, for others, in-person attendance is impossible or prohibitively expensive. The same is true for members of the public who may wish to observe the proceedings firsthand. Journalists and others from New York, where Mr. Khalil has lived for some time, are unlikely to be able to travel to Louisiana to attend hearings.

Online access would let the public and journalists who are unable to attend proceedings in person observe them report their observations to others. This access would improve public understanding of and trust in our immigration courts, as well as the justice system as a whole.[10]

Numerous courts at both the state[11] and federal levels[12] permit remote access by the public and the press to proceedings, sometimes including trials. The United States Supreme Court provides a live feed of audio of its oral arguments.[13] There is no reason why immigration courts cannot do the same, in Mr. Khalil's case or similar cases that may come before this Court in the future.

---

[4] See, e.g., Minho Kim, Charlie Savage & Edward Wong, *The U.S. Is Trying to Deport Mahmoud Khalil, a Legal Resident. Here's What to Know.*, N.Y. Times (Mar. 10, 2025), https://www.nytimes.com/2025/03/10/us/politics/mahmoud-khalil-legal-resident-deportation.html; *A l'université Columbia, aux Etats-Unis, un leader des manifestations propalestiniennes arrêté par les autorités fédérales*, Le Monde (Mar. 10, 2025), https://www.lemonde.fr/international/article/2025/03/10/a-l-universite-columbia-aux-etats-unis-un-leader-des-manifestations-propalestiniennes-arrete-par-les-autorites-federales_6577702_3210.html.

[5] *See, e.g.*, Corinne Ramey & Victoria Albert, *Arrested Columbia Student to Remain in Louisiana, Judge Orders*, Wall Street J. (Mar. 12, 2025), https://www.wsj.com/us-news/mahmoud-khalil-columbia-ice-arrest-louisiana-cbfa45d2.

[6] *See, e.g.*, *Columbia activist Mahmoud Khalil fights extradition in NJ court*, ABC News (Mar. 28, 2025), https://www.youtube.com/watch?v=J8OgPvwPMAo.

[7] *See, e.g.*, Bobbi-Jeanne Misick, *Mahmoud Khalil appears before Louisiana immigration judge*, Verite News (Apr. 8, 2025), https://veritenews.org/2025/04/08/mahmoud-khalil-louisiana-immigration-judge/.

[8] Austin Kocher, *Your Introduction to Mahmoud Khalil's Deportation Case and the Legal Battle Ahead*, Austin Kocher (Mar. 13, 2025), https://austinkocher.substack.com/p/your-introduction-to-mahmoud-khalils.

[9] Surina Venkat & Tsehai Alfred, *Louisiana federal judge will rule to continue or terminate Khalil's deportation proceedings Friday*, Columbia Spectator (Apr. 9, 2025), https://www.columbiaspectator.com/news/2025/04/09/one-month-after-khalils-arrest-louisiana-federal-judge-says-shell-rule-to-continue-or-terminate-his-deportation-proceedings-friday/.

[10] *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 572 (1980) ("People in an open society do not demand infallibility from their institutions, but it is difficult for them to accept what they are prohibited from observing.")

[11] *Zoom Information and YouTube Support*, Texas Judicial Branch (last visited Apr. 9, 2025), https://www.txcourts.gov/programs-services/electronic-hearings-zoom/.

[12] *See, e.g.*, L. Civ. R. 77-3 [Revised] (N.D. Cal.) https://www.cand.uscourts.gov/rules/civil-local-rules/.

[13] *Oral Arguments*, Supreme Court of the United States, https://www.supremecourt.gov/oral_arguments/oral_arguments.aspx (last visited Apr. 10, 2025).

2

Thank you for considering this request. If you have any questions, please contact Seth Stern, Director of Advocacy at Freedom of the Press Foundation, at seth@freedom.press

Sincerely,

Freedom of the Press Foundation
Courage Foundation
Defending Rights & Dissent
First Amendment Coalition
First Amendment Foundation
Free Press
Media and Democracy Project
National Press Photographers Association
PEN America
Radio Television Digital News Association
Whistleblower & Source Protection Program
(WHISPeR) at ExposeFacts

CC PAO.EOIR@usdoj.gov

# EXHIBIT B

April 10, 2025

The Honorable Jamee E. Comans
830 Pine Hill Road
P.O. Box 2179
Jena, LA, 71342
LaSalle.Immigration.Court@usdoj.gov

**_SENT VIA EMAIL_**



Louisiana

Nora Ahmed
Legal Director

PO Box 56157
New Orleans, LA 70156
504-522-0628
laaclu.org

To the Honorable Court:

The ACLU of Louisiana is writing to request that members of the press and public be granted telephonic, Webex, and overflow room access to Mahmoud Khalil's April 11, 2025 LaSalle Immigration Court proceedings.

As this Court well knows, Mr. Khalil's case has gained both national and international attention. That interest resulted in a significant number of people – over 500 – signing in to view or listen live to his April 8, 2025 immigration court hearing. While a small fraction of individuals was allowed to attend that hearing in person, seating appeared limited to approximately 25 people. Taking into consideration the removability determination the Court indicated it would make at this Friday's hearing, the prospect of a significant turnout at the LaSalle Court is without question going to exceed the current number of seats available. In turn, there is an extremely high likelihood that numerous members of the media and the public, who will have travelled far and wide to observe the hearing, will be physically unable to attend the proceedings.

In order to ensure that any limitation placed on the public's right to access this Friday's hearing is narrowly tailored to the compelling government interest of limiting in-person seating to available courtroom seats,[1] we ask the Court to grant the following reasonable accommodations:

- Telephonic access to the hearing;
- Webex access to the hearing; and
- Overflow viewing access to the hearing in any other available courtrooms.

These three options would serve to meet the needs of the press, the public, and the Court. It would also provide the facility with an orderly means of addressing the large number of individuals planning to arrive at the LaSalle Court on Friday.

We fully understand that the Code of Federal Regulations provides for an immigration judge to limit the number of people in attendance at a public hearing based on the limitations of the physical facility.[2] We also understand that the Court's guidance on Webex access is limited to parties and witnesses.[3] That said, the members of the press

---

[1]  *Compare Globe Newspaper Co. v. Superior Ct. for Norfolk Cnty.*, 457 U.S. 596, 606–07 (1982) (describing the importance of press and public access to courts).

[2]  *See* 8 C.F.R. § 1003.27.

[3]  *See* Department of Justice, *WebEx Instructions for Immigration Court Hearings*, https://www.justice.gov/eoir/media/1264061/dl?inline=.

and public inspired and committed to observe Friday's hearing are counting on this Court to uphold the nation's deeply-rooted principle and longstanding tradition of allowing access to the courts.[4] Indeed, the right to access court proceedings is a cornerstone of the First Amendment.[5] As outlined in Department of Justice Guidance, which tracks the Code of Federal Regulations, immigration court hearings are generally open to the public, albeit with certain exceptional restrictions—such as the expressly-declared request of a respondent seeking asylum or withholding of removal; the protection of minors; or where protective orders or matters under seal are heard.[6] None of these restrictions apply to Mr. Khalil and alternative means of allowing press and public access are available to the Court.

Mr. Khalil's case presents a critical issue of public concern. The government's position that Mr. Khalil is deportable has dominated news media for months because of its wide-ranging implications. For many, the case strikes at the core of our nation's fabric and the rule of law. The matters for consideration that will be submitted to this Court on Friday, and the arguments framing that evidence, will have consequences for a sweeping number of people in the United States—the vast majority of whom live their lives pursuant to the Constitution and the principles and freedoms outlined therein, a key one of which is the press and public's right to access the courts.

On behalf of itself and myriad interested parties who stand to be denied access to Mr. Khalil's hearing this Friday, the ACLU of Louisiana asks this Court to provide telephonic, Webex, and overflow room access to those individuals who aspire to witness Mr. Khalil's hearing live.

**ACLU**
Louisiana

Nora Ahmed
Legal Director

PO Box 56157
New Orleans, LA 70156
504-522-0628
laaclu.org

Respectfully submitted,

Nora Ahmed, Esq.
*Admitted to the New York Bar,
not admitted to the Louisiana Bar*

---

[4]  See, e.g., Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555, 566-79 (1980) (discussing the history and tradition of criminal and civil court proceedings being open to the public).

[5]  Compare id. 448 U.S. at 599 (Stewart, J., concurring) (describing the traditional legal right of the press and public to access civil and criminal courts).

[6]  See Department of Justice, Immigration Court Practice Manual, Chapter 4.9 – Public Access, https://www.justice.gov/eoir/reference-materials/ic/chapter-4/9 (citing to 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i)).

# EXHIBIT C

Nora Ahmed
American Civil Liberties Union
Foundation of Louisiana
PO Box 56157
New Orleans, LA 70156
504-522-0628
nahmed@laaclu.org

Marc Van Der Hout
Johnny Sinodis
Oona Cahill
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, California 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003

Attorneys for Respondent Mahmoud Khalil

DETAINED

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**OFFICE OF THE IMMIGRATION JUDGE**
**JENA, LOUISIANA**

|  |  |
|---|---|
| In the Matter of: ) | |
| ) | |
| ) | |
| ) | File No.: A▮▮▮▮▮▮ |
| **MAHMOUD KHALIL,** ) | |
| ) | |
| ) | |
| In Removal Proceedings ) | |

**MOTION FOR PUBLIC ACCESS TO RESPONDENT'S MAY 22, 2025 HEARING**

I.    **Introduction**

Respondent Mahmoud Khalil, by and through undersigned counsel, hereby moves this

Honorable Court to allow increased public access to any upcoming hearings in his case, including

the one currently scheduled for May 22, 2025. The press and the public's First Amendment right

to bear witness to court proceedings should be narrowly tailored to the government's compelling interest in limiting in-person seating to available courtroom seats. Providing the press and public access to telephonic, Webex, and overflow room access to hearings in Mr. Khalil's case is a reasonable accommodation that this Court could readily order. These options and arguments in support thereof were outlined in a letter sent by undersigned counsel to the Court on April 10, 2025. That letter is attached as Exhibit A to this motion and is incorporated herein by reference.

## II.    Statements of Facts

This Court has to date held three hearings in Mr. Khalil's case—first on March 21; next on April 8; and third on April 11, 2025. At the latter two hearings, the number of individuals intent on observing the proceedings exceeded the courtroom seats available. At the April 8 hearing, more than 550 people were waiting in the Webex queue, intent on witnessing Mr. Khalil's proceeding that day. Other than Mr. Khalil's counsel in his federal court case and his wife, all prospective attendees were denied entry into the Webex, and in-room seating was limited to approximately 22 people. The Court explained that the Webex link to court proceedings is not intended for public or press access, and indicated that those seeking to attend the proceedings could do so in person, provided there was sufficient space in the courtroom. The Court required the few individuals on the Webex seeking to observe the hearing to identify themselves and to turn on their video so the Court could see their faces throughout the proceedings.

On April 10, 2025, the ACLU of Louisiana sent a letter to the Court requesting broader access to Mr. Khalil's April 11 hearing, considering the wide public interest in this case and the attendant likelihood that individuals who travelled far and wide to witness the proceedings would be turned away with no way to access the hearing live. The Court did not respond to that letter, which laid out reasonable accommodations that would appropriately narrowly tailor the

government's compelling interest in ensuring in-person attendance at the April 11 hearing did not exceed courtroom capacity. That evening, undersigned counsel filed a notice of appearance in order to address the Court on the issue of ensuring broader public access to the hearing.

On April 11, neither Webex nor telephonic access was provided to the hearing. Despite the fact that both the press and the public had been turned away at the courthouse gates, no provisions were made to accommodate those individuals in any overflow space inside the courthouse. The Court informed counsel that no arguments could be made on the record concerning access to the proceedings, but that the letter sent to the Court concerning access could be filed into the record.

Had counsel been provided the opportunity to make a statement to the Court, that statement would have been along the following lines:

> We ask the Court to make reasonable accommodations for additional members of the press and the public to attend today's hearing. While we understand the government has a compelling safety and security interest in ensuring that immigration courtrooms do not exceed capacity, that interest must be narrowly tailored to the public and the press's right to observe immigration court proceedings. Providing for Webex or telephonic access to this hearing can be accomplished readily with the click of a few buttons—an accommodation that we would posit is beyond reasonable, and also favors a deeply rooted principle in our Constitution's First Amendment, which provides for open access to the courts.
>
> Today, a decision will be made about whether Mr. Khalil is removable from this country. For many, this case strikes at the core of our nation's fabric and the rule of law. It speaks to who we are as a country. After all, we are largely a country of immigrants. It was immigrants who settled this country; it was immigrants who enshrined the core civil rights and civil liberties applicable to *all* in our nation's founding document.
>
> All to say, Your Honor, what transpires today—determining who is allowed to stay on American soil and who must leave it—will have reverberations for years to come. As such, we ask this Court to

> accommodate those intent on observing these proceedings by opening up the Webex link or providing a teleconference link. We could readily inform the public and the press in real-time that they have access to these proceedings without delaying them in any way. The public, the press—indeed, the country writ large—have the right to bear witness to what happens here today.

This statement was in alignment with both the principles enshrined in the First Amendment to the United States Constitution and the Court's website, which explains that proceedings are "open to the public, with limited exceptions, as specified in law." *See* Executive Office of Immigration Review, *LaSalle Immigration Court*, https://www.justice.gov/eoir/lasalle-immigration-court (accessed Apr. 15, 2025).

### III.    Argument

Members of the press and public should be granted telephonic, Webex, and overflow room access to hearings in Mr. Khalil's case. It is true that the Code of Federal Regulations provides for an immigration judge to limit the number of people in attendance at a public hearing, based on the limitations of the physical facility. *See* 8 C.F.R. § 1003.27. It is also true that the Court's guidance on Webex access limits that access to parties and witnesses. *See* Dep't of Just., *Webex Instructions for Immigration Court Hearings*, https://www.justice.gov/eoir/media/_1264061/dl?inline=. Nevertheless, members of the press and public inspired and committed to observe courtroom proceedings count on the courts to uphold the public and the press's First Amendment rights to courtroom access. *See, e.g., Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 566-79 (1980) (discussing the history and tradition of criminal and civil court proceedings being open to the public).

Significantly, immigration court proceedings are generally open to the public, absent certain exceptional restrictions provided for by law, including the safety and protection of the individual seeking relief. *See* U.S. Dep't of Just., Immigration Court Practice Manual, Chapter 4.9

– Public Access, https://www.justice.gov/eoir/reference-materials/ic/chapter-4/9 (citing to 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i)).  None of these exceptions apply here.  And remote public access for the press and public is wholly practicable and indeed favored by First Amendment jurisprudence.  *See Richmond Newspapers*, 448 U.S. at 599 (Stewart, J., concurring) (describing the traditional legal right of the press and public to access civil and criminal courts).

Respondent's case presents a matter of public concern and, as such, has dominated the airwaves, print media, and social media for more than a month now.  Ex. A at 2.  For many, this case strikes at the core of this nation's fabric and the rule of law.[1]  *Id.*; *see also Nebraska Press Assn. v. Stuart,* 427 U.S. 439, 587 (stating that press access to courtroom proceedings "contribute[s] to public understanding of the rule of law and to comprehension of the functioning of the entire criminal justice system."); *U.S. v. Brown*, 250 F.3d 907 (5th Cir. 2001) (similar).  The ability for the interested press and public to view the court proceedings in this case is thus paramount and, crucially, deeply rooted in this nation's legal tradition.[2]  *See, e.g., Richmond*

---

[1]  *See e.g.,* Victoria Albert, *U.S. Can Deport Columbia Student Mahmoud Khalil, Immigration Judge Says*, Wall St. J. (Apr. 12, 2025), https://www.wsj.com/us-news/mahmoud-khalil-columbia-student-immigration-hearing-2550a0a0; Sarah Rumpf-Whitten & Brooke Taylor, *Columbia anti-Israel protestor Mahmoud Khalil can be deported, judge rules* (Apr. 11, 2025), https://www.foxnews.com/us/columbia-anti-israel-protester-mahmoud-khalil-can-deported-judge-rules; Mona Charen*, Mahmoud Khalil Has Rights, Dammit*, The Bulwark (Mar. 13, 2025), https://www.thebulwark.com/p/mahmoud-khalil-has-rights-dammit-immigration-israel-hamas-october-7-free-speech-antisemitism-columbia; Patrick G. Eddington*, Politically Motivated Deportations: The Mahmoud Khalil Test Case*, Cato Inst. (Mar. 12, 2025), https://www.cato.org/blog/politically-motivated-deportations-mahmoud-khalil-test-case.

[2]  *See, e.g.,* Freedom of the Press Foundation*, Let the public watch Mahmoud Khalil deportation case* (Apr. 10, 2025), https://freedom.press/issues/let-the-public-watch-the-mahmoud-khalil-deportation-case/; Chloe Atkins, *Government's case against Mahmoud Khalil is reliant on Tabloid accounts, review of evidence shows*, NBC News (Apr. 15, 2025), https://www.nbcnews.com/news/us-news/governments-case-mahmoud-khalil-shaky-reliant-tabloid-accounts-review-rcna201254.

*Newspapers,* 448 U.S. at 566-79 (discussing the history and tradition of criminal and civil court proceedings being open to the public); *see also cf. In re Hearst Newspapers, L.L.C.,* 641 F.3d 168 (5th Cir. 2011), *as revised* (June 9, 2011) (affirming right of the public and press at criminal sentencing hearings).

Restrictions on access to courtroom proceedings should be narrowly tailored to the compelling government interest of limiting in-person seating to the courtroom seats available. *Cf. Globe Newspaper Co. v. Superior Ct. for Norfolk Cnty.,* 457 U.S. 596, 606–07 (1982) (describing the importance of press and public access to courts). Providing Webex, telephonic, and overflow room access to these proceedings are narrowly-tailored, reasonable accommodations that meet both the government's objectives and the foundational principles that animate the press and the public's First Amendment right to observe court proceedings. *Id.* at 606 (stating "[I]n the broadest terms, public access to criminal trials permits the public to participate in and serve as a check upon the judicial process – an essential component in our structure of self-government.").[3] Categorically denying remote access to these proceedings for members of the public and the media falls far short of this bar. It is further out of step with the view that court matters are public matters—particularly in this case, which implicates the intersection between government action and a core constitutional value of this country: freedom of speech. *See* Ex. A at 2; *see also* Jonathan L. Hafetz, *The First Amendment and the Right of Access to Deportation Proceedings*, 40 Cal. W. L. Rev. 265 (2004); Jacqueline Stevens, Heather Schoenfeld, Elizabeth Meehan, *The Case Against Absolute Judicial Immunity for Immigration Judges*, 37 Law & Ineq. 309 (2019).

Separately, there does not appear to be any safety or security need to force individuals

---

[3]   *See also cf. Texas Trib. v. Caldwell Cnty., Texas*, 121 F.4th 520, 527 (5th Cir. 2024) (noting the "First Amendment's right of access extends to additional criminal pretrial proceedings, including suppression hearings, due process and entrapment hearings, and hearings at which a criminal defendant pleads guilty.").

EOIR – 6 of 12

attending any of Mr. Khalil's hearings via Webex or telephonically to state their names and show their faces. Indeed, based on the experience of undersigned counsel, federal courts all over the country allow for Webex hearings to be attended by the press and the public. At times, these hearings have included hundreds of observers, and there has been no requirement that these observers announce themselves and show their faces. Such a requirement has the potential to wrongly chill public and press observation of court hearings. *See United States v. Smith*, 426 F.3d 567, 571–72 (2d Cir. 2005) (discussing First and Sixth Amendment concerns relating to press and public access to courtrooms where public trials may be occurring, and acknowledging that requesting identification "presumably may have 'chilled' attendance by some potential spectators who opted not to present themselves at the courthouse"). Importantly, while the *Smith* court held that the appellant's Sixth and First Amendment rights to a public trial failed, that case squarely addressed safety and security concerns involving people observing courtroom proceedings in-person—not those seeking to attend a hearing broadcast over the internet.

Because no legitimate justification exists to prevent the media and public's remote access to hearings in Mr. Khalil's case, he asks this Court to open Webex, telephonic, and/or overflow room access viewing to proceedings in his case going forward.

## IV.    Conclusion

Mr. Khalil respectfully moves this Court to make reasonable accommodations to account for public and press interest in this case at future hearings. Those accommodations include providing Webex, telephonic, and/or overflow room access to those who seek to bear witness to how this case plays out.

Nora Ahmed, Esq.
American Civil Liberties Union
Foundation of Louisiana


Marc Van Der Hout
Johnny Sinodis
Oona Cahill
Van Der Hout LLP

Attorneys for Mr. Khalil

# Exhibit A

EOIR — 9 of 12

April 10, 2025

The Honorable Jamee E. Comans
830 Pine Hill Road
P.O. Box 2179
Jena, LA, 71342
LaSalle.Immigration.Court@usdoj.gov

**_SENT VIA EMAIL_**



Louisiana

Nora Ahmed
Legal Director

PO Box 56157
New Orleans, LA 70156
504-522-0628
laaclu.org

To the Honorable Court:

The ACLU of Louisiana is writing to request that members of the press and public be granted telephonic, Webex, and overflow room access to Mahmoud Khalil's April 11, 2025 LaSalle Immigration Court proceedings.

As this Court well knows, Mr. Khalil's case has gained both national and international attention. That interest resulted in a significant number of people – over 500 – signing in to view or listen live to his April 8, 2025 immigration court hearing. While a small fraction of individuals was allowed to attend that hearing in person, seating appeared limited to approximately 25 people. Taking into consideration the removability determination the Court indicated it would make at this Friday's hearing, the prospect of a significant turnout at the LaSalle Court is without question going to exceed the current number of seats available. In turn, there is an extremely high likelihood that numerous members of the media and the public, who will have travelled far and wide to observe the hearing, will be physically unable to attend the proceedings.

In order to ensure that any limitation placed on the public's right to access this Friday's hearing is narrowly tailored to the compelling government interest of limiting in-person seating to available courtroom seats,[1] we ask the Court to grant the following reasonable accommodations:

- Telephonic access to the hearing;
- Webex access to the hearing; and
- Overflow viewing access to the hearing in any other available courtrooms.

These three options would serve to meet the needs of the press, the public, and the Court. It would also provide the facility with an orderly means of addressing the large number of individuals planning to arrive at the LaSalle Court on Friday.

We fully understand that the Code of Federal Regulations provides for an immigration judge to limit the number of people in attendance at a public hearing based on the limitations of the physical facility.[2] We also understand that the Court's guidance on Webex access is limited to parties and witnesses.[3] That said, the members of the press

---

[1]  *Compare Globe Newspaper Co. v. Superior Ct. for Norfolk Cnty.*, 457 U.S. 596, 606–07 (1982) (describing the importance of press and public access to courts).

[2]  *See* 8 C.F.R. § 1003.27.

[3]  *See* Department of Justice, *WebEx Instructions for Immigration Court Hearings,* https://www.justice.gov/eoir/media/1264061/dl?inline=.

and public inspired and committed to observe Friday's hearing are counting on this Court to uphold the nation's deeply-rooted principle and longstanding tradition of allowing access to the courts.[4] Indeed, the right to access court proceedings is a cornerstone of the First Amendment.[5] As outlined in Department of Justice Guidance, which tracks the Code of Federal Regulations, immigration court hearings are generally open to the public, albeit with certain exceptional restrictions—such as the expressly-declared request of a respondent seeking asylum or withholding of removal; the protection of minors; or where protective orders or matters under seal are heard.[6] None of these restrictions apply to Mr. Khalil and alternative means of allowing press and public access are available to the Court.

Mr. Khalil's case presents a critical issue of public concern. The government's position that Mr. Khalil is deportable has dominated news media for months because of its wide-ranging implications. For many, the case strikes at the core of our nation's fabric and the rule of law. The matters for consideration that will be submitted to this Court on Friday, and the arguments framing that evidence, will have consequences for a sweeping number of people in the United States—the vast majority of whom live their lives pursuant to the Constitution and the principles and freedoms outlined therein, a key one of which is the press and public's right to access the courts.

On behalf of itself and myriad interested parties who stand to be denied access to Mr. Khalil's hearing this Friday, the ACLU of Louisiana asks this Court to provide telephonic, Webex, and overflow room access to those individuals who aspire to witness Mr. Khalil's hearing live.

Respectfully submitted,

Nora Ahmed, Esq.
*Admitted to the New York Bar,
not admitted to the Louisiana Bar*

**ACLU**
Louisiana

Nora Ahmed
Legal Director

PO Box 56157
New Orleans, LA 70156
504-522-0628
laaclu.org

---

[4]    *See, e.g., Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 566-79 (1980) (discussing the history and tradition of criminal and civil court proceedings being open to the public).

[5]    *Compare id.* 448 U.S. at 599 (Stewart, J., concurring) (describing the traditional legal right of the press and public to access civil and criminal courts).

[6]    *See* Department of Justice, *Immigration Court Practice Manual, Chapter 4.9 – Public Access,* https://www.justice.gov/eoir/reference-materials/ic/chapter-4/9 (citing to 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i)).

**CERTIFICATE OF SERVICE**

On April 28, 2025, I, Nora Ahmed, caused the enclosed document to be served on the U.S. Department of Homeland Security via the EOIR Courts and Appeals System (ECAS). This document was electronically filed through ECAS and both parties are participating in ECAS. Therefore, there is no separate service completed.

Executed this 28th day of April 2025.

# EXHIBIT D



# UNITED STATES DEPARTMENT OF JUSTICE
# EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
# LASALLE IMMIGRATION COURT

Respondent Name:

    KHALIL, MAHMOUD

To:

    Van Der Hout, Marc
    360 Post Street
    Suite 800
    San Francisco, CA 94108

A-Number:

███████████

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/09/2025

## ORDER OF THE IMMIGRATION JUDGE

Respondent has filed the following motion in these proceedings:
MOTION FOR PUBLIC ACCESS TO RESPONDENT'S MAY 22, 2025 HEARING

**Order:**

The court finds the motion is moot. Immigration hearings are generally open to the public, although certain exceptions apply. See EOIR Policy Manual, Part II, Ch. 4.9; 8 CFR § 1003.27, 1240.10(b). EOIR's Office of Policy is the principal point of contact for the news media. See EOIR Policy Manual, Part I, Ch. 1.6(b); U.S. Dep't of Just., Just. Manual § 1-7.000; 1-7.200 (2018)

Immigration Judge: COMANS, JAMEE 05/09/2025

Appeal:    Department of Homeland Security: ☐ waived    ☐ reserved

Respondent:    ☐ waived    ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : KHALIL, MAHMOUD | A-Number : ███████

Riders:

Date: 05/12/2025 By: NUGENT, MELISSA, Court Staff

# EXHIBIT E

 **Outlook**

---

## Fw: 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

**From** Nora Ahmed <Nahmed@laaclu.org>

**Date** Wed 6/3/2026 1:50 PM

**To** Johnny Sinodis <Jsin@vblaw.com>; Oona Cahill <Ocah@vblaw.com>

Nora Ahmed | Legal Director
Pronouns: she, her, hers
American Civil Liberties Union of Louisiana
P.O. Box 56157, New Orleans, LA 70156
Tel: 917.842.3902| nahmed@laaclu.org
*Admitted to the New York Bar, not admitted to the Louisiana Bar

---

**From:** Nora Ahmed <Nahmed@laaclu.org>
**Sent:** Tuesday, May 20, 2025 8:18:19 PM
**To:** Mattingly, Kathryn (EOIR) <Kathryn.Mattingly@usdoj.gov>
**Cc:** EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>; Marc Van Der Hout <MV@vblaw.com>; Johnny Sinodis <Jsin@vblaw.com>; Oona Cahil <Ocah@vblaw.com>; Burke, Jason (EOIR) <Jason.Burke2@usdoj.gov>; Shad Rice <srice@geogroup.com>
**Subject:** Re: 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

Thank you for your email, Ms. Mattingly. I am adding Court Administrator Burke back into this email chain as well as the Facility Administrator of CLIPC.

Based on the below email, it is my understanding that the Court Administrator and/or Facility Administrator together can decide whether an overflow courtroom, if available, can be put to use to accommodate additional individuals interested in bearing witness to Thursday's hearing.

As such, I would like to make a formal request to the LaSalle Court at CLIPC to provide the minimal accommodation of an additional overflow courtroom to account for the significant interest in this case coming from both the press and the public.

Thank you all for considering this request.

Best,
**Nora Ahmed** | Legal Director
Pronouns: she, her, hers
**American Civil Liberties Union of Louisiana**
P.O. Box 56157, New Orleans, LA 70156
Tel: 917.842.3902| nahmed@laaclu.org
*Admitted to the New York Bar, not admitted to the Louisiana Bar*

*Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You*

should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** Mattingly, Kathryn (EOIR) <Kathryn.Mattingly@usdoj.gov>
**Date:** Monday, May 19, 2025 at 4:28 PM
**To:** Nora Ahmed <Nahmed@laaclu.org>
**Cc:** EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>, Marc Van Der Hout <MV@vblaw.com>, Johnny Sinodis <Jsin@vblaw.com>, Oona Cahil <Ocah@vblaw.com>
**Subject:** RE: 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

Good afternoon Ms. Ahmed,

Immigration court hearings are generally open to the public with limited exceptions as outlined in the Executive Office for Immigration Review's fact sheet, Observing Immigration Court Hearings. EOIR does not control access to immigration courts located in detention facilities, nor does EOIR have control over current seating capacities in any of our immigration courts.

As space is limited in EOIR courtrooms and the hearing will be conducted in person, please be mindful that media have priority seating over the general public. The media you are working with should be aware that they can work amongst other media outlets regarding a written press pool report.

Please also feel free to organize within your team for seating arrangements due to the limitations you note.

Immigration courts are created by statute and regulation and are not courts of equity.

Best,
Kathryn

*Kathryn Mattingly*
--------------------------------------------
Press Secretary/Office of Policy
Executive Office for Immigration Review
U.S. Department of Justice
703-605-1192, Desk
703-305-0289, Main
www.justice.gov/eoir

**From:** Nora Ahmed <Nahmed@laaclu.org>
**Sent:** Friday, May 16, 2025 4:29 PM
**To:** EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>
**Cc:** Marc Van Der Hout <MV@vblaw.com>; Johnny Sinodis <Jsin@vblaw.com>; Oona Cahil <Ocah@vblaw.com>
**Subject:** [EXTERNAL] Re: 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

Thank you for your email, Jason.  I am moving you to bcc.

***

**Dear EOIR Office of Policy**,

I am writing as a follow-up to the attached order from the Lasalle Court and as a representative of Mr. Khalil's legal team, all of whom are copied and will be appearing in person on May 22, 2025.  As numerous counsel from his federal case will be in person, in addition to myriad members of the press and public, we wanted to work with you to ensure necessary access to Mr. Khalil's immigration hearing for all relevant counsel, the press, and the public.

To this email, I am attaching the letter we sent to the Court before his April 11, 2025 hearing, which like the motion on which the court ruled, outlines reasonable accommodations we believe the court administrator can make to ensure both in-person, virtual, and/or telephonic access to the hearing. Indeed, we interpret the Court's mootness order as directing us to work directly with you to ensure that Mr. Khalil's, the public's, and the press's constitutional rights are upheld.

As the hearing is likely to attract hundreds of interested individuals, we are happy to work with EOIR's Office of Policy to ensure we direct individuals interested in witnessing the hearing appropriately.

Best,
**Nora Ahmed** | Legal Director
Pronouns: she, her, hers
**American Civil Liberties Union of Louisiana**
P.O. Box 56157, New Orleans, LA 70156
Tel: 917.842.3902| nahmed@laaclu.org
*Admitted to the New York Bar, not admitted to the Louisiana Bar*

*Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.*

---

**From:** Burke, Jason (EOIR) <Jason.Burke2@usdoj.gov>
**Date:** Friday, May 16, 2025 at 2:46 PM
**To:** Nora Ahmed <Nahmed@laaclu.org>
**Cc:** Marc Van Der Hout <MV@vblaw.com>, Johnny Sinodis <Jsin@vblaw.com>, Oona Cahil <Ocah@vblaw.com>, EOIR, PAO (EOIR) <PAO.EOIR@usdoj.gov>
**Subject:** RE: 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

Nora,

EOIR's Office of Policy is the principal point of contact for the news media and public access and can be reached by email at pao.eoir@usdoj.gov.

Thanks

Jason

**Jason E. Burke** | **Court Administrator**
Executive Office for Immigration Review
LaSalle & Oakdale Immigration Courts
Telephone: 318-335-6885 | jason.burke2@usdoj.gov

**From:** Nora Ahmed <Nahmed@laaclu.org>
**Sent:** Thursday, May 15, 2025 8:42 PM
**To:** Burke, Jason (EOIR) <Jason.Burke2@usdoj.gov>
**Cc:** Marc Van Der Hout <MV@vblaw.com>; Johnny Sinodis <Jsin@vblaw.com>; Oona Cahil <Ocah@vblaw.com>
**Subject:** [EXTERNAL] 5/22 Imm. Ct. Hearing (M. Khalil) (readnow - for Marc's filter)

Dear Court Administrator Burke,

I am writing as a follow-up to the attached order from the Court and as a representative of Mr. Khalil's legal team, all of whom are copied and will be appearing in person on May 22, 2025. As numerous counsel from his federal case will be in person, in addition to myriad members of the press and public, we wanted to work with you to ensure necessary access to Mr. Khalil's immigration hearing for all relevant counsel, the press, and the public.

To this email, I am attaching the letter we sent to the Court before his April 11, 2025 hearing, which like the motion on which the court ruled, outlines reasonable accommodations we believe the court administrator can make to ensure both in-person, virtual, and/or telephonic access to the hearing. Indeed, we interpret the Court's mootness order as directing us to work directly with you to ensure that Mr. Khalil's, the public's, and the press's constitutional rights are upheld.

As the hearing is likely to attract hundreds of interested individuals, we are happy to work with the Court to ensure we direct individuals interested in witnessing the hearing appropriately.

Best,
**Nora Ahmed** | Legal Director
Pronouns: she, her, hers
**American Civil Liberties Union of Louisiana**
P.O. Box 56157, New Orleans, LA 70156
Tel: 917.842.3902 | nahmed@laaclu.org
*Admitted to the New York Bar, not admitted to the Louisiana Bar*

*Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.*

# EXHIBIT 55

# Declaration of Former Immigration Judge Sheila McNulty

CORE/3515279.0007/244176811.1

Declaration of
Sheila McNulty

I, Sheila McNulty, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Sheila McNulty. I reside at 200 W. Adams Street, Ste. 2211, Chicago, Illinois. I write this declaration based on my personal knowledge.
2. I was fired as the Chief Immigration Judge on January 20, 2025. Before being fired I served as the Chief Immigration Judge overseeing immigration courts nationwide. During a panel discussion sponsored by Acacia Center for Justice in which I participated, I discussed how the immigration courts' current policies on access to virtual hearings under the current administration contrast with the previous policies under which Immigration Judges made accommodations for public access to virtual hearings.
3. My discussion on that panel is contained in a YouTube recording that can be found at https://www.youtube.com/watch?v=b9Ay-jxVB7g at minutes 35:33-38:07.  4. I affirm under penalty of perjury that the statements I made during that panel discussion were true and correct.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

/s/ Sheila McNulty June 3, 2026  Signature Date

# EXHIBIT 56

# Declaration of Gail Montenegro

Declaration of

GAIL MONTENEGRO

I, GAIL MONTENEGRO, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Gail Montenegro.  I reside in Wilmette, Illinois 60091.  I write this declaration based on my personal knowledge.
2. I was hired as a Public Information Officer (PIO) for the Executive Office for Immigration Review (EOIR) in March 2017. I retired from the federal government on Sept. 30, 2025, after 29 years of civil service working in communications and community outreach. I was based at the Chicago Immigration Court but was responsible for external stakeholder outreach for the immigration courts in the Midwest, including the Fort Snelling Immigration Court.
3. In my capacity as a PIO for the immigration courts, I was responsible for coordinating requests from a variety of stakeholders to observe immigration hearings, including: immigration law students, new immigration attorneys trying to learn their way around the courts, other federal agencies, immigration judge applicants, members of the media, and court observers - such as those from Advocates for Human Rights.
4. There were seven (7) Public Information Officers working for EOIR during my tenure at the agency. We were responsible for coordinating observation requests at immigration courts throughout the United States. According to EOIR policy, immigration hearings are open to the public except in very limited circumstances, as outlined in the EOIR Fact Sheet on observing hearings. The agency expected and instructed immigration judges to permit observers into the court proceedings, and it was the role of the PIOs to help facilitate the observations.
5. Prior to COVID-19, most immigration hearings were conducted in person. Therefore, most observations occurred in person, except for detained hearings. After the pandemic, significantly more hearings (both detained and non-detained) were held virtually via Webex. EOIR leadership issued guidance informing the judges that they should treat a virtual hearing the same as an in-person hearing when it came to observations by the public.
6. The following is a general overview of how observation requests were handled at EOIR during my tenure: After receiving a request from an external stakeholder to observe a hearing, I would check the schedule of hearings and identify several options. If the observation request was for an individual hearing (typically an asylum hearing), I would reach out to the respondent's attorney of record to see if they or their client had any concerns with having an outside party observe the proceeding. If the attorney agreed, I would then alert the immigration judge to expect the observer, either in person or on Webex. If the hearing was scheduled on Webex, the observer was instructed to put their name, organization, and the word "OBSERVER" in their Webex display name so that the judge could easily identify them and admit them into the hearing from the Webex waiting room. Then I would provide the observer with the pertinent information for the hearing, such as courtroom number (if in-person) or Webex link (if virtual). I would often remind the judge the day before the hearing to be on the lookout for the observer the next day.
7. I have heard from a former colleague that EOIR is telling non reporters that "Webex is for the parties. However, if you observe on Webex and the IJ is ok with it, that's on them."
8. I discussed this process and the importance of allowing public access to immigration court hearings in a March 30, 2026, *Chicago Tribune* article:

https://www.chicagotribune.com/2026/03/30/immigration-court-observers/ "As I stated in that article "a Webex hearing is a hearing." Without public access to the immigration court hearings," I added, "there's no independent way to ensure fairness, consistency or accountability." It's especially important to allow public access via Webex when in-person attendance isn't practical. As I also said there, "Some cases may be heard in a place that isn't open to the public at all, like one of the handful of immigration adjudication centers scattered around the country. Or detainees could be held in locations where in-person observation is technically an option, but are practically inaccessible to ordinary people."

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

6-4-26
_____
Date

# EXHIBIT 57

# Declaration of Kenneth Nollett

CORE/3515279.0007/244176811.1

STATE OF CALIFORNIA    )
                       )    Declaration of
CITY OF SAN DIEGO      )    KENNETH M. NOLLETT

I, KENNETH M. NOLLETT, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Kenneth M. Nollett. I reside at 4463 Ohio St., Apt. 1, San Diego, CA, 92116. I write this declaration based on my personal knowledge.

2. I have been a volunteer immigration court observer in San Diego since October 29, 2025. I initially trained with a group of local volunteers who pool their notes, in a training that emphasized the rules of the courtroom space. I subsequently completed court observer training with the American Bar Association's Commission on Immigration on February 21, 2026, and I have been submitting reports to that organization ever since, using a form that notes significant aspects of each case. I have observed 30 immigration hearing dockets prior to ABA training and 35 after. I enter the courtroom and sit down as soon as observers are admitted, I keep my phone turned off, and I take quiet notes. I do not leave before the end of a docket, apart from recesses taken by the immigration judge.

3. Across all 63 dockets, I have observed 322 master calendar hearings with respondents present, 87 master calendar hearings in absentia, 13 bond hearings, and one merits hearing. I have attended all of these in person. On occasion respondents have been located remotely at ICE detention centers or the Seattle immigration court. The facts described below all concern dockets of master calendar hearings.

4. Over my time observing, the amount of control exerted over observers in San Diego by EOIR has varied depending on date, but in general it has increased. During that entire time, EOIR guidelines for observers posted online have stated that "Visitors are not required to check in with court personnel before entering a courtroom to observe" but in October I was made aware that court personnel expected such a check-in. Most observers at that time, regardless of affiliation, did not seem to me to be checking in.

5. After my first day, I have always been scrupulous about checking in.

6. In October and early November, 2025, I was present on multiple occasions when a courtroom with a docket of master calendar hearings became sufficiently crowded that some people had to stand. When that happened, the immigration judge told observers and sometimes also family members of respondents to leave the room. Those who left were routinely allowed to wait in the hallway immediately outside the courtroom until space opened up, and to let themselves in when it did. In my experience, this group recognized that respondents, attorneys, and families needed access first. Observers waited until the other groups had entered before entering ourselves.

7. This practice shifted during November and December, 2025. EOIR clerks and security guards became more insistent that observers check in before entering a courtroom, and that they remain in the EOIR waiting room while they waited for admission. On December 2, 2025, I witnessed a courtroom clerk telling two observers to leave Courtroom 8 because they had not checked in at the filing window. This is the first time that I witnessed enforcement of the check-in requirement.

8. Over the next two months I witnessed growing restrictions, with observers required to wait in the EOIR waiting room until a filing clerk at the waiting room got permission to send them into a courtroom. Waiting in the hallway was not permitted anymore.

9.  In addition, the filing clerk in the waiting room has often examined observer identification and written down the names of observers or typed them into a computer. Examination of identification has been inconsistent and does not always happen.

10. The wait for admission to a courtroom is often quite long, even when the number of cases visible on the screens listing the docket is small. The filing clerk almost always tells observers that crowding in the courtroom is the reason that they cannot enter. The clerks have also indicated on many occasions that they must wait for a courtroom clerk to tell them that there is space for observers.

11. It is often true that courtrooms are filled to capacity with respondents at the start of a docket. The amount of open space in a courtroom then generally increases as a master docket progresses, because respondents, attorneys, and families leave when their hearings conclude. Thus, even a master docket that is crowded at the start eventually has space for observers.

12. When I am allowed to enter a courtroom, I often find that there is a large amount of open space. This indicates to me that I could have entered much earlier and witnessed more hearings, had I been allowed to.

13. I have counted the numbers of people that can fit into the bench-style seats in the courtroom galleries. The benches consist of some sections that seat 4 people comfortably, and others that seat 3. By counting sections of each type, I have found that Courtrooms 1-8 each have space for approximately 25 people in the gallery, while Courtroom 9 has space for approximately 30. In the EOIR waiting room there is a posted sign listing the capacity of all courtrooms as 36 people each. My estimates of open seating below are based on examining the benches section-by-section.

14. Statements 15-33 below describe occasions in 2026 when I believe that I was prevented from attending hearings because the check-in policy kept me out of a courtroom longer than necessary. I base this judgment mainly on the amount of space in the gallery when I arrived. There have also been days when observers were admitted at the start or after just one or two hearings.

15. On January 12, 2026, Courtroom 9 started hearings at 8:30 and was clearly full at that time. When I was admitted at 10:00, there was open seating for 17 people in the gallery.

16. On January 23, 2026, Courtroom 3 started hearings at 8:30. When I was admitted at 9:40, there were roughly 20 open seats, with only 2 respondent parties still waiting for their hearings.

17. On January 26, 2026, Courtroom 9 started hearings at 8:30. When I was admitted at 9:00, seating for 6 remained in the gallery.

18. On January 30, 2026, Courtroom 6 had a docket of only about 10 cases that started at 8:30. When I was admitted at 9:10, there was open seating for 12 people in the gallery.

19. On February 2, 2026, Courtroom 9 started hearings at 8:30. When I was admitted at 9:15, there was open seating for 10 in the gallery.

20. On February 13, 2026, Courtroom 6 started hearings at 8:30. When I was admitted shortly after 9:00, there were only 4 people in the gallery. Based on the posted docket, I believe that I missed 4 hearings.

21. On February 17, 2026, Courtroom 8 started hearings at 8:30. When I was admitted shortly after 9:15, there was space for 9 people in the gallery.

22. On February 27, 2026, Courtroom 3 started hearings at 8:30. I was not admitted until 10:00, and there were 11 open seats when I entered. Courtroom 6 had a shorter docket that day, but to the best of my knowledge no observers were ever admitted there.

23. On March 9, 2026, Courtroom 1 started hearings at 8:30. When I was admitted just before 9:00, there were about 12 open seats (about half the gallery). It appeared that two cases had been heard before my entry.

24. On March 30, 2026, Courtroom 3 started hearings at 8:30 with a light docket. When I was admitted at 9:00, only 1 person was seated in the gallery. It appears that I missed one hearing for a family group while waiting for admission.

25. On April 17, 2026, Courtroom 9 started hearings at 8:30. Observers were admitted shortly after 9:00, and at that time there was open space for about 13 people in the gallery.

26. On April 20, 2026, Courtrooms 1 and 5 started hearings at 8:30. When I asked a second time about access at 9:25, I was told that Courtroom 5 had already finished (and therefore must have had open space at some point), and that I would be allowed to look for space in Courtroom 1. When I arrived in Courtroom 1 there were only 6 people seated in the gallery, so there was space for about 19 more.

27. On April 24, 2026, Courtroom 8 started hearings at 8:30. At about that time I overheard one guard tell another that the room was "pretty empty." Observers were admitted at 9:30, and when I entered the room there was open space for more than 10 people in the gallery.

28. On May 8, 2026, Courtroom 1 started hearings at 8:30. Observers were admitted at 9:45, and when I entered the room I counted open spaces for 15 people in the gallery.

29. On May 22, 2026, Courtroom 5 started hearings at 8:30. I and other observers asked repeatedly about observer space in this and two other courtrooms with shorter dockets. Observers were admitted at 10:45. When I entered the room, only two people, both respondents, remained in the gallery.

30. On May 29, 2026, Courtroom 8 started hearings at 8:30. At 9:00 a filing clerk announced in the EOIR waiting room that there was space for 2 observers. When we arrived in the courtroom, there was enough open seating for 10 people in the gallery.

31. On June 1, 2026, Courtroom 9 started hearings at 8:30. Observers were admitted at 9:50. When we arrived there was open space for 14 people in the gallery.

32. On June 5, 2026, Courtroom 1 started hearings at 8:30. Observers were admitted at 9:10. When we arrived there was open space for 16 people in the gallery.

33. On June 5, 2026, Courtroom 8 started hearings at 8:30. Observers were admitted at 11:30. When we arrived there was open space for 19 people in the gallery.

34. One immigration judge in San Diego, Olga Attia, has been excluding observers from hearings in absentia (when respondents did not respond to their hearing notices).

35. On February 17, 2026, Immigration Judge Olga Attia, presiding remotely over Courtroom 8, told observers that in-absentia hearings are not public and made observers leave the courtroom after the final hearing with a respondent present. As noted above, I have attended 86 in-absentia hearings in other courtrooms of the San Diego immigration court. Those hearings were held in 27 different dockets, and many took place after the date of this incident. In this incident and the similar ones below, I was prevented from observing master calendar hearings held in absentia.

36. On April 3, 2026, Immigration Judge Olga Attia, presiding remotely over Courtroom 8, told observers to leave after the last respondents left the room. She gave no explanation. The DHS attorney remained in the room and proceedings continued. In my experience, it is customary in the San Diego immigration courts to hold in-absentia hearings after the conclusion of hearings for physically present respondents, so I believe that observers were excluded from absentia hearings on this occasion.

37. On May 1, 2026, Immigration Judge Olga Attia, presiding remotely over Courtroom 8, used breaks between hearings to talk with her clerk about the identities of respondents who were absent. Before any hearings for those respondents were held, the judge told me that I

had to leave the room. She did not give an explanation. I was the only observer. Proceedings continued after I left.

38. On May 27, 2026, Immigration Judge Olga Attia, presiding remotely over Courtroom 8, said after the last respondent had left that the docket was finished and I had to leave the room. This confused the DHS attorney, who said that he saw one more case on the docket. IJ Attia then told him that it was an absentia case. I was the only observer.

39. On June 5, 2026, Immigration Judge Olga Attia, presiding remotely over Courtroom 8, said after the last respondent had left that observers had to leave the room. She gave no explanation. The DHS attorney remained in the courtroom and proceedings continued without respondents or observers. Customarily in San Diego, hearings in absentia for respondents who failed to appear occur at the end of the docket. There were many initial hearings on this docket, so it would be typical for several respondents to be absent. These circumstances support the inference that observers were excluded from the in-absentia portion of the docket.

40. I have spoken with many other observers from multiple organizations, and I understand that these kinds of experiences are common among many court observers in San Diego.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_Kenneth my Rickett_
Signature

_6-5-26_
Date

# EXHIBIT 58

# Declaration of Alizeh Sheikh

CORE/3515279.0007/244176811.1

**DECLARATION OF ALIZEH SHEIKH**

I, Alizeh Sheikh, state under penalty of perjury under U.S. law that the following information is true and correct to the best of my knowledge:

1. My name is Alizeh Sheikh, and I am an attorney and a 2024-2026 Equal Justice Works Fellow at the Georgia Asylum & Immigration Network (GAIN). I provide direct representation and *pro se* assistance to asylum seekers detained in Georgia. As part of my work, I maintain GAIN's court watch program. Volunteers have regularly observed bond hearings for individuals detained at Stewart Detention Center and Folkston ICE Processing Center. Bond hearings take place virtually by default, though as of early March 2026, volunteers are required to appear in-person to observe bond hearings, even when both of the attorneys and the noncitizen respondent are appearing virtually. The volunteers record their observations in a survey, including writing a summary of the arguments for each bond hearing and marking the reasons why bond was granted or denied. Accompanying my declaration is a PDF copy of GAIN's current court watch survey, which volunteers would fill out and submit soon after they observed bond hearings.

2. The GAIN court watch program has been vital to ensuring transparency about immigration court practices and educating the public about immigration court. GAIN regularly provides updates to practitioners to inform how they prepare for bond cases. Our program has been covered by news outlets including NPR and CNN.

3. This declaration should in no way be read as reflecting GAIN's or my own opinion on the character of the judges at the Stewart Immigration Court, who face numerous pressures when making their decisions. I provide the following information as objectively and accurately as I can. These conclusions are based in part on my review of our court watch survey entries. Any mistakes are my own, and any review of observational data inherently involves a subjective component, which is why I have included the raw entries.

4. The GAIN court watch program started in September 2024. Since that time period, our program has grown to 100+ volunteers and observed 900+ hearings. From September 2025-March 2026, all observers appeared virtually, since the hearings themselves have taken place over Webex with, at minimum, the attorney for the noncitizen appearing via Webex. We observed hundreds of virtual hearings between September 2024 and March 2026. We instructed observers to identify themselves as such, by putting "GAIN Observer" in their screen name. It was rare for judges to refuse observers access to the hearings. Oftentimes any such refusal was because an attorney specifically requested it, or because the IJ had an individual policy of allowing one observer at a given time.

5. In November 2025, the Executive Office for Immigration Review (EOIR) issued a fact sheet stating that observers "should" appear virtually. Despite this fact sheet, our volunteers had no issue accessing virtual hearings until March 2026. According to EOIR's website, on February 17, 2026, they issued another fact sheet that reiterated this policy. Again, our volunteers had no issue accessing virtual hearings as of Friday, February 27.

6.  Starting in late January and throughout the month of February, some immigration judges at Stewart Immigration Court began denying nearly all bonds, often citing flight risk and supposedly "speculative" immigration relief as their basis for denial. During that time, I sent emails to our local American Immigration Lawyers Association listserv providing updates on these developments, some of which are included here. I also presented this information during a panel at the Georgia-Alabama AILA conference held on February 13, 2026. Altogether, these updates indicated that some IJs at Stewart Immigration Court had departed from their historical practice and started denying the vast majority, if not 100%, of bond cases. In mid-February 2026, lawyers began challenging these bond denials in federal court, alleging that there was a potentially systematic denial of due process at Stewart Immigration Court.

7.  Starting on or about March 3, 2026, the immigration judges at Stewart began refusing our volunteers access to bond hearings. To my knowledge, the denials of access were total or near-total, but it is sometimes difficult to tell. This is because after our observers were denied access, we quickly transitioned to a model where attorneys provided information on bond hearings that took place in the same session as their own, and I cannot always distinguish between an attorney entry and a volunteer observer entry.

8.  Attached to this declaration, I provide a spreadsheet documenting our volunteers' failed attempts to access hearings. In some cases, it is unclear whether the judge was simply not holding hearings at all or if they were refusing observers access. But in many cases, it is clear that the observers were actively refused access, either because the IJ explicitly stated that observers must appear in-person under a new "EOIR policy," because an observer was able to appear briefly before being removed from the hearing by the judge, or because the observer was kept in a virtual waiting room and could see others being let into the hearing but not themselves. In total from March through April 2026, we documented 76 failed attempts to join Webex hearings. After April 2026, we stopped advertising our virtual court watch program, because encouraging volunteers to futilely join hearings would be demoralizing to those seeking to make a difference.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

06/05/2026

Alizeh Sheikh                                                                                    Date

# GAIN's Bond Hearing Program

Attorneys may fill out this form about bond hearings for their own clients or any other bond hearings they have had the opportunity to observe. **To ensure we can track and delete duplicate entries, please include your name and at least the initials of your client.**

**In-person observers should print three to four copies of the Word Document of this survey (when you open this link, click "File" then "Download") and take it with you to court.** Fill out the template for each bond case to the best of your ability. Then, the same day bond sessions end, enter your written answers into this online survey and submit. Make sure to fill out this online survey for each bond hearing observed.

**Before court watch, make sure to:**
(1) Watch the online orientation video **AND** carefully read the instructions available here.
(2) Sign-up for a timeslot based on the bond hearing calendar. It is okay if multiple GAIN observers are present, but only one observer should submit the online survey. **A GAIN staff member will email you at least twenty-four hours before your court watch session.**
(3) Review this survey ahead of time so you are familiar with it.
(4) Print at least four copies of the Word Document of this survey. Print one copy of the last page in the instructions, which provides basic information about court watch.
(5) Bring the paper surveys, a writing utensil, something to write on, and some form of photo identification (like a driver's license) to the immigration court, located at 180 Ted Turner Drive SW, Atlanta, GA 30303. **ICE enforcement is present at this immigration court.** For this reason, we recommend that only U.S. citizens attend in-person.

**When you arrive at the court:**
(6) Please bring some form of payment in case you park on the street or in a paid parking lot (approximately $10-15). The Ted Turner Immigration Court is also just a 2-minute walk from the Garnett MARTA station. **Do not stand in any line outside of Ted Turner and instead walk past the line to the building entrance and tell the guard you are attending court.**
(7) Please note that you will have to go through security screening, where they will require you to take off your shoes and put any electronics through a scanner. Once you go through security, walk forward past the elevator banks and go into the main waiting room. **You will meet the GAIN staff member in the waiting room.** Either you or the GAIN staff member should ask the clerk at the front desk in what rooms and at what time the bond hearings will take place.
(8) Please act respectfully and do not speak while hearings are ongoing. No food, drink, or use of electronics is allowed while inside the courtroom. Do not wear clothing with political symbols or slogans. If you are asked to identify yourself, state that you are a volunteer with GAIN.
(9) After observations, fill out the online version of the survey by copying your answers from the paper survey into this form.

Other links: You can see other volunteers' responses to this survey here and see a glossary of common terms/abbreviations here

* Indicates required question

**Preliminary questions**

1.  Date of bond hearing *

    _____

    *Example: January 7, 2019*

2.  Detention center *

    *Mark only one oval.*

    ◯  Stewart

    ◯  Folkston

    ◯  Other:
        _____

3.  Judge Last Name *

    *Mark only one oval.*

    ◯    Brown (Stewart)

    ◯    Fuller (Stewart)

    ◯    Harness (Stewart)

    ◯    Crofts (Folkston)

    ◯    Gallow (Folkston)

    ◯    Hewitt (Folkston)

    ◯    Sydnor (Folkston)

    ◯    Other:
         _____

4.  Respondent name (best approximation) (First name, Last name) (UNK if you didn't   *
    catch it)

    Attorneys providing information about their own client may enter the client's initials if they
    prefer.

    _____

5.  Optional: If this is your client and you would be willing to contribute your data to
    litigation challenging the systematic denial of bond, please provide your client's A
    number.

    The A number is necessary to cross-check your entry with government data. If you are not
    comfortable providing your client's A number in our spreadsheet, please email it and your
    client's name/initials as entered in this form to Karen Weinstock, kweinstock@visa-pros.com

    _____

6.   Country of origin (UNK if not mentioned) *

_____

7.   Attorney name (if not represented, write "pro se") (UNK if you didn't catch it) *

_____

8.   What is their primary language? (UNK if you didn't catch it) *

_____

9.   Is an interpreter provided in their primary language, if needed, or if they have an    *
     attorney, does the attorney waive interpretation?

     *Mark only one oval.*

     ⚪ Yes or already speaks English

     ⚪ No

     ⚪ Waives

     ⚪ Unknown

10.  If pro se respondent: Did the judge ask if respondent wanted more time to find    *
     legal counsel?

     *Mark only one oval.*

     ⚪ N/A (has attorney)

     ⚪ Yes

     ⚪ No

     ⚪ Unknown

**Summary of arguments**

11.    Summary of arguments by attorney, DHS, and judge's reasoning for their decision  *

EXAMPLES:

#1: DHS: Respondent was transferred this morning, no jurisdiction. "Body is not present."
Attorney: Courts regularly decide bond of those not present in the court, i.e., Atlanta court
deciding Stewart and Folkston cases. Judge: No jurisdiction.

#2: DHS: Flight risk, he was a visa overstay, and has no relief presented to the court. No
work permit or fixed address. Attorney: He has a fixed address as shown in our evidence,
and he will file for asylum. His son has DACA. He has a US citizen sponsor. Judge: Flight
risk mitigated by bond, grants bond.

**Jurisdictional questions**

12.    Did the judge state that the respondent was eligible for bond/the court had            *
jurisdiction?

*Mark only one oval.*

◯  Yes

◯  No

◯  Did not address

◯  Withdrew bond request or continued to a later date

13.  If **NO** to the previous question: Why not? *

*Mark only one oval.*

○  N/A (because found jurisdiction, did not address it, etc.)

○  Mandatory detention due to criminal history

○  Arriving at a port-of-entry or in expedited removal/passed fear interview (Matter of M-S-)

○  Matter of Q. Li (apprehended near border, not just at port-of-entry)

○  Anyone who entered without inspection is an "applicant for admission" under INA 235 (Matter of Yajure Hurtado)

○  Final removal order (often the case if in "withholding-only" proceedings)

○  Other:
_____

14.  Was this bond hearing the result of a habeas petition being filed? *

*Mark only one oval.*

○  Yes

○  No

○  Unknown

**Bond questions**

15. What criminal charges or convictions does DHS allege that the respondent has?    *
    You may select multiple options

*Check all that apply.*

☐ N/A (because no jurisdiction)

☐ None

☐ Unknown

☐ Assault/battery

☐ Cruelty to children

☐ Domestic/family violence

☐ Driving without a license

☐ Drug-related

☐ DUI

☐ Firearms-related

☐ Property damage

☐ Sex-related

☐ Speeding

☐ Theft/robbery

☐ Other: _____

16. Did the judge find that the respondent was a danger to the community? *

*Mark only one oval.*

◯ N/A (because no jurisdiction)

◯ Yes

◯ No

17. If **NO** to the previous question: What was the judge's reason for finding they were   *
not a danger? You may select multiple options

*Check all that apply.*

- [ ] N/A (because no jurisdiction or found to be a danger)
- [ ] DHS never alleged danger
- [ ] No criminal history at all, including no arrests
- [ ] No charges
- [ ] Pending charges are minor
- [ ] Pending charges
- [ ] Charges have been dismissed
- [ ] Judge satisfied with explanation of charge
- [ ] Criminal history is old
- [ ] Alleged victim wants release
- [ ] Needs release from custody to reduce charges or have plea deal
- [ ] Judge did not specify
- [ ] Unknown
- [ ] Other: _____

18. Did the judge find that the respondent was an unmitigable flight risk? *

*Mark only one oval.*

- ( ) N/A (because no jurisdiction or because found to be a danger)
- ( ) Yes
- ( ) No

19. If **NO** to previous question: What was the judge's reason for finding they were not    *
an unmitigatable flight risk? You may select multiple options

*Check all that apply.*

☐ N/A (because no jurisdiction, found to be a danger, or found to be a flight risk)

☐ DHS did not allege flight risk

☐ Has avenue for relief or won relief

☐ Flight risk mitigated by bond

☐ Has attorney for immigration case

☐ Likely to win their immigration case

☐ Family/friends ties to the community and/or fixed address

☐ Unknown

☐ Other: _____

20. Note any forms of relief the respondent is seeking. Ex: Asylum, cancellation of    *
removal, adjustment of status, etc.

*Check all that apply.*

☐ Adjustment of status (I-130, I-485)

☐ Asylum, withholding of removal, or Convention Against Torture (I-589)

☐ Cancellation of removal

☐ Special Immigrant Juvenile Status (SIJS)

☐ T-visa (for trafficking survivors)

☐ U-visa (for survivors of crime)

☐ Violence Against Women Act (VAWA)

☐ Voluntary departure

☐ Unknown

☐ N/A

☐ Other: _____

21.  Hearing outcome *

If the judge said that the respondent is ineligible for bond due to no jurisdiction, enter "No jurisdiction" and **NOT** "Denied bond"

*Mark only one oval.*

○  No jurisdiction

○  Granted bond

○  Denied bond

○  No action or attorney withdrew

22.  If the judge set a bond, what amount did they set? ($0,000) *

*Mark only one oval.*

○  N/A (because no bond set)

○  Other:
_____

23.  For pro se respondent: At any point in time, did the judge reprimand or criticize the *
respondent?

*Mark only one oval.*

○  N/A (has attorney)

○  Yes (explain in summary section)

○  No

24. For pro se respondent: At any point in time, did the judge use legal jargon or confusing language when communicating with the respondent?    *

*Mark only one oval.*

◯ N/A (has attorney)

◯ Yes (explain in summary section)

◯ No

25. Your name *

_____

26. Your email for follow-up *

_____

27. Any additional comments/notes/feedback

_____

_____

_____

_____

_____

This content is neither created nor endorsed by Google.

Google Forms



Alizeh Sheikh <asheikh@georgiaasylum.org>

## RE:[georgia-alabama] HEADS UP: Stewart IJ Brown and bonds

**asheikh@georgiaasylum.org** <georgia-alabama@lists.aila.org>                    Fri, Jan 30, 2026 at 9:31 AM
Reply-To: Alizeh Sheikh <asheikh@georgiaasylum.org>
To: Georgia-Alabama Chapter <georgia-alabama@lists.aila.org>
Cc: Georgia-Alabama Chapter <georgia-alabama@lists.aila.org>

Good morning everyone,

I wanted to report some findings from GAIN's court watch program. This morning, IJ Brown denied all three bond cases that were heard on the merits (in the other two hearings observed by our volunteers, the bond motions were withdrawn). In all three cases, IJ Brown apparently denied bond based on flight risk alone, though at least two of the individuals seemingly had prima facie claims for relief as well as U.S. citizen family members.

This was the first time our volunteers had seen bond hearings on the merits for IJ Brown since one last Thursday and another last Friday. On Friday she denied that case for danger to the community, but the Thursday case was similar to the ones this morning, in that the denial appeared based on flight risk alone despite that individual seemingly being eligible for adjustment of status through their spouse.

IJ Harness set some pretty high bonds yesterday (>$10,000) but they were a bit more "normal" today (<$7,500).

I try to report out as accurately as I can from the volunteer notes and data that we have.

Best,
Alizeh

On Wed, Jan 28, 2026 at 10:33 AM Alizeh Sheikh <asheikh@georgiaasylum.org> wrote:
[Quoted text hidden]
[Quoted text hidden]



**Alizeh Sheikh <asheikh@georgiaasylum.org>**

## [georgia-alabama] GAIN court watch bond updates

1 message

**asheikh@georgiaasylum.org** <georgia-alabama@lists.aila.org>          Wed, Feb 4, 2026 at 1:33 PM
Reply-To: Alizeh Sheikh <asheikh@georgiaasylum.org>
To: Georgia-Alabama Chapter <georgia-alabama@lists.aila.org>

Good afternoon,

I wanted to report that yesterday morning, IJ Harness apparently denied two bond cases based on flight risk alone, because the merits relief was supposedly "speculative."

One of the respondents had a pending 42B, and IJ Harness apparently denied bond because she found it unlikely that the respondent would ultimately win 42B relief, even though the attorney had yet to file evidence in the underlying merits case.

IJs Fuller and Ward were still granting bonds. We will keep monitoring incoming data.

Best,

--

## Alizeh Sheikh
**Equal Justice Works Fellow**
Sponsored by Greenberg Traurig, LLP & UPS
Georgia Asylum & Immigration Network (GAIN)
PO Box 56268 Atlanta,GA 30343
Pronouns:  She/her/hers

**E:** asheikh@georgiaasylum.org

*Inspired by our clients. Powered by pro bono.*

---
```
You are currently subscribed to georgia-alabama as: [asheikh@georgiaasylum.org]
```

To change your email address go to https://www.aila.org/my-aila/profile/edit

You can also unsubscribe or make changes at https://www.aila.org/my-aila/profile/listserv

If you are on a list you have an account with AILA.
If you have never logged into aila.org the forgot password link is https://www.aila.org/my-aila/forgot-password
Enter the email address that the list is using for you and it will send you a password link.

Have problems? Email listservs@aila.org



**Alizeh Sheikh <asheikh@georgiaasylum.org>**

# [georgia-alabama] GAIN Court Watch Bond Updates

1 message

**asheikh@georgiaasylum.org** <georgia-alabama@lists.aila.org>          Mon, Feb 9, 2026 at 8:00 AM
Reply-To: Alizeh Sheikh <asheikh@georgiaasylum.org>
To: Georgia-Alabama Chapter <georgia-alabama@lists.aila.org>

Good morning,

I wanted to report out our bond court watch data from Friday, February 6.

Volunteers observed six bond hearings before IJ Brown. Jurisdiction was found in all six cases (at least some based on habeas). Five were denied on the merits, and in one of the cases, the attorney withdrew their bond motion.

Of the five denials, four were denied at least in part for danger to the community (false representation of U.S. citizenship, manufacturing of fraudulent identification, aggravated assault, speeding). One was denied for flight risk alone, with IJ Brown stating that there was "speculative relief." The respondent in that case had timely filed an I-589 and had attended all ICE check-ins.

Volunteers observed four bond hearings before IJ Harness. Jurisdiction was found in all four cases, and all four were denied on the merits.

Of the four denials, one was denied based on danger to the community alone. Three were denied for flight risk alone, with IJ Harness specifically citing "speculative relief" in one of those cases. That case involved an asylum applicant who had also been attending their ICE check-ins.

Best,

--
## Alizeh Sheikh
**Equal Justice Works Fellow**
Sponsored by Greenberg Traurig, LLP & UPS
Georgia Asylum & Immigration Network (GAIN)
PO Box 56268 Atlanta,GA 30343
Pronouns:  She/her/hers

**E:** asheikh@georgiaasylum.org

*Inspired by our clients. Powered by pro bono.*

---
You are currently subscribed to georgia-alabama as: [asheikh@georgiaasylum.org]

To change your email address go to https://www.aila.org/my-aila/profile/edit

You can also unsubscribe or make changes at https://www.aila.org/my-aila/profile/listserv

If you are on a list you have an account with AILA.
If you have never logged into aila.org the forgot password link is https://www.aila.org/my-aila/forgot-password
Enter the email address that the list is using for you and it will send you a password link.

Have problems? Email listservs@aila.org



**Alizeh Sheikh <asheikh@georgiaasylum.org>**

---

## [georgia-alabama] GAIN Court Watch Bond Update

1 message

---

**asheikh@georgiaasylum.org** <georgia-alabama@lists.aila.org>                              Tue, Feb 24, 2026 at 4:31 PM
Reply-To: Alizeh Sheikh <asheikh@georgiaasylum.org>
To: Georgia-Alabama Chapter <georgia-alabama@lists.aila.org>

Good afternoon,

On behalf of the Georgia Asylum & Immigration Network (GAIN), I wanted to provide some updates from our court watch program:

- We don't have any update from our end regarding how the decision in *Maldonado Bautista* is currently playing out. From the bond hearings our volunteers have observed since the 18th, it appears everyone was either admitted or had a habeas petition grant. There were a couple of instances where jurisdiction was found, but it was unclear why there was jurisdiction (no habeas grant and no mention of whether or not the respondent was admitted).
  - I will note that this morning it appears that IJ Brown found no jurisdiction based on *Yajure Hurtado*, though it seems that the attorney in that case did not address the decision in *Maldonado Bautista.*
- From February 1 until February 24, 2026, volunteers observed nineteen hearings before IJ Jerrica Harness where a decision was issued, and three total were granted. Two of the bond cases were denied for lack of jurisdiction, and fourteen were denied on the merits (82% denial rate). Of the fourteen cases where IJ Harness denied bond, she cited flight risk as a reason for denial in twelve of those cases. For those twelve of the fourteen cases where bond was denied, flight risk was the sole reason for the denial.
- From January 22 until February 24, 2026, volunteers observed twenty-nine hearings before Immigration Judge Bianca Brown where a decision was issued. In six of those cases, she found no jurisdiction to grant bond. In twenty-three of those hearings, IJ Brown denied bond on the merits (100% denial rate). Of the twenty-three cases where IJ Brown denied bond, she cited flight risk as a reason for denial in twenty-one of those cases. In eighteen of the cases where IJ Brown denied bond, flight risk was the sole reason for denying bond.
- From February 1 until February 24, 2026, volunteers observed eleven hearings before IJ Steven Fuller where a decision was issued, and seven total were granted. Three of the eleven bond cases were denied on the merits, and one was denied for lack of jurisdiction. One of the three denials was denied solely for flight risk. In that case, the respondent allegedly had fraud charges and no form of relief had been filed with the court.

Thank you,

--
## Alizeh Sheikh
**Equal Justice Works Fellow**
Sponsored by Greenberg Traurig, LLP & UPS
Georgia Asylum & Immigration Network (GAIN)
PO Box 56268 Atlanta,GA 30343
Pronouns:  She/her/hers

**E:** asheikh@georgiaasylum.org

*Inspired by our clients. Powered by pro bono.*

---
You are currently subscribed to georgia-alabama as: [asheikh@georgiaasylum.org]

To change your email address go to https://www.aila.org/my-aila/profile/edit

You can also unsubscribe or make changes at https://www.aila.org/my-aila/profile/listserv

If you are on a list you have an account with AILA.
If you have never logged into aila.org the forgot password link is https://www.aila.org/my-aila/forgot-password
Enter the email address that the list is using for you and it will send you a password link.

Have problems? Email listservs@aila.org

| Timestamp | Date of bond hearing | Detention center | Judge Last Name | Respondent name (best approximation) (First name, Last name) (UNK if you didn't catch it) | A number (EXAMPLE: 123-456-789) (UNK if you didn't catch it) | Country of origin (UNK if not mentioned) | Attorney name (if not represented, write "pro se") (UNK if you didn't catch it) | What is their primary language? (UNK if you didn't catch it) | Is an interpreter provided in their primary language, if needed, or if they have an attorney, does the attorney waive interpretation? | If pro se respondent: Did the judge ask if respondent wanted more time to find legal counsel? | Summary of arguments by attorney, DHS, and judge's reasoning for their decision | Did the judge state that the respondent was eligible for bond/the court had jurisdiction? | If NO to the previous question: Why not? | What criminal charges or convictions does DHS allege that the respondent has? You may select multiple options | Did the judge find that the respondent was a danger to the community? | If NO to the previous question: What was the judge's reason for finding they were not a danger? You may select multiple options | Did the judge find that the respondent was an unmitigatable flight risk? | If NO to previous question: What was the judge's reason for finding they were not an unmitigatable flight risk? You may select multiple options | Note any forms of relief the respondent is seeking. Ex: Asylum, cancellation of removal, adjustment of status, etc. | Hearing outcome | If the judge set a bond, what amount did they set? ($0,000) | Any additional comments/notes/feedback |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2026 8:47:3 | 3/2/2026 | Stewart | Brown (Stewart) | N/A | | N/A | N/A | N/A | Unknown | Unknown | Judge Brown did not have bond hearings today. | No | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No jurisdiction | N/A (because no bond set) | |
| 3/3/2026 8:50:1 | 3/3/2026 | Stewart | Brown (Stewart) | N/A | | N/A | N/A | N/A | Unknown | N/A (has attorney) | I was removed from the WebEx call. Unsure if IJ Brown was having bond hearings today. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No jurisdiction | N/A (because no bond set) | I was removed from the WebEx call. Unsure if IJ Brown was having bond hearings today. |
| 3/3/2026 8:51:4 | 3/3/2026 | Stewart | Fuller (Stewart) | UNK | | UNK | UNK | UNK | Unknown | Unknown | I attempted to join Judge Fuller's bond hearings this morning, but was removed twice. I was able to login for a few seconds. The Judge was not on and there didn't appear to be anything happening in the courtroom. There were others that joined before we were removed. I logged back in and was removed again. It is unclear whether Judge Fuller held any bond hearings this morning. | No | I attempted to join Judge Fuller's bond hearings this morning, but was removed twice. I was able to login for a few seconds. The Judge was not on and there didn't appear to be anything happening in the courtroom. There were others that joined before we were removed. I logged back in and was removed again. It is unclear whether Judge Fuller held any bond hearings this morning. | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger), Unknown | Unknown | Unknown | No action or attorney withdrew | I attempted to join Judge Fuller's bond hearings this morning, but was removed twice. I was able to login for a few seconds. The Judge was not on and there didn't appear to be anything happening in the courtroom. There were others that joined before we were removed. I logged back in and was removed again. It is unclear whether Judge Fuller held any bond hearings this morning. | |
| 3/4/2026 8:41:0 | 3/4/2026 | Stewart | Fuller (Stewart) | N/A | | N/A | N/A | N/A | Unknown | N/A (has attorney) | Denied access to join hearing (removed from meeting). | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No jurisdiction | N/A (because no bond set) | Denied access to join hearing (removed from meeting). |
| 3/4/2026 15:47: | 3/4/2026 | Stewart | Brown (Stewart) | N/A | | N/A | N/A | N/A | Unknown | Unknown | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No action or attorney withdrew | N/A (because no bond set) | Was removed from IJ Brown's Webex before proceedings began today without explanation. |
| 3/5/2026 10:07: | 3/5/2026 | Folkston | Hewitt (Folkston) | UNK | | UNK | UNK | UNK | Unknown | Unknown | I logged in at 9:25 am for my 9:30-11:30am time slot and Judge Hewitt was giving a lengthy explanation regarding a case. At 9:34am he announced that the hearing was adjourned, but an attorney said that she had a substitute case, last three letters of A number 575, replacing a respondent named King. Before they said anything further, I was removed from the Webex room. I re-logged in immediately, but was left in the waiting room for 30 minutes, so I gave up. | Did not address | I was kicked out | Unknown | N/A (because no jurisdiction) | I was kicked out | N/A (because no jurisdiction or because found to be a danger) | N/A | | No action or attorney withdrew | N/A (because no bond set) | |
| 3/5/2026 11:31: | 3/4/2026 | Stewart | Harness (Stewar | N/A | | N/A | N/A | N/A | Unknown | Unknown | N/A | Did not address | N/A | Unknown | N/A (because no jurisdiction) | N/A | N/A (because no jurisdiction or because found to be a danger) | N/A, | N/A, | No action or attorney withdrew | N/A - was not granted access | I was not granted access into IJ Harness's webex court room. I sat on for the entirety of the 8-10 am slot and would try to leave and re-enter the webex room, but I was never granted access. Certain of these prompts I just filled in so I could submit this form, but note that none of them apply since I could not watch the proceedings. |
| 3/6/2026 8:20:2 | 3/6/2026 | Stewart | Harness (Stewar | N/A | | N/A | N/A | N/A | Unknown | Unknown | DENIED ACCESS: "EOIR does have a policy now that unless you are a party to a case you are welcome to observe but you must observe in person." | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No jurisdiction | N/A (because no bond set) | As mentioned above, denied access. "EOIR does have a policy now that unless you are a party to a case you are welcome to observe but you must observe in person." |
| 3/6/2026 10:03: | 3/6/2026 | Stewart | Brown (Stewart) | N/A | | N/A | N/A | N/A | Unknown | Unknown | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No action or attorney withdrew | N/A (because no bond set) | Joined WebEx room at 8:20 AM for 8:30 AM start. Waited in waiting room until 9 AM but was never let into the hearing. Unknown as to whether the hearings occurred and I was denied entry or if there were no hearings for IJ Brown today. |
| 3/9/2026 8:33:1 | 3/9/2026 | Stewart | Harness (Stewar | was not permitte | was not permitted to join/access issue | was not permitted to join/access issue | was not permitted to join/access issue | | Unknown | Unknown | was not permitted to join/access issue | No | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | Unknown | Unknown | No jurisdiction | N/A (because no bond set) | |
| 3/10/2026 8:51: | 3/10/2026 | Stewart | Fuller (Stewart) | UNK | | UNK | UNK | UNK | Unknown | Unknown | I was admitted to the meeting, then sent back to the waiting room, and finally removed. When I was in the meeting, the only attendees were the Judge and DHS–neither on screen and muted. | Did not address | I was removed from the meeting. | Unknown | N/A (because no jurisdiction) | I was removed from the meeting. | I was removed from the meeting. | I was removed from the meeting. | | No action or attorney withdrew | I did not attend any bond hearings because I was removed from the meeting. | |
| 3/10/2026 9:35: | 3/10/2026 | Folkston | Hewitt (Folkston) | UNK | | UNK | UNK | UNK | Unknown | Unknown | Was allowed entry to room then removed. | Did not address | Was allowed entry to room then removed. | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | Was allowed entry to room then removed. | Was allowed entry to room then removed. | | No jurisdiction | N/A (because no bond set) | Was allowed entry to room then removed. |
| 3/11/2026 9:08: | 3/11/2026 | Stewart | Fuller (Stewart) | Was admitted to | | UNK | UNK | UNK | Unknown | Unknown | Was admitted to the courtroom, then removed. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger, or found to be a flight risk) | N/A | | No action or attorney withdrew | N/A (because no bond set) | Was admitted to the courtroom, then removed. Waited in waiting room for a bit before being fully removed from the meeting. |

| Date/Time | Date | Court | Judge | Col | Col | Col | Col | Unknown | Unknown | Notes | Address | Comment | Comment | Jurisdiction | Comment | Danger/Flight | Comment | Comment | Action | Bond | Final Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/2026 8:35: | 3/12/2026 | Stewart | Harness (Stewar | N/A - Judge no-s | N/A - Judge no-show | N/A - Judge no-show | N/A - Judge no-show | Unknown | Unknown | N/A - Judge no-show | Did not address | N/A - Judge no-show | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | I waited in the virtual Webex lobby until 8:35, and Judge Harness did not appear for bond hearings. |
| 3/13/2026 8:52: | 3/13/2026 | Stewart | Fuller (Stewart) | See below | See below | See below | See below | Unknown | Unknown | N/A | Did not address | See comment section below | See comment section below | N/A (because no jurisdiction) | See comment section below | N/A (because no jurisdiction or because found to be a danger) | See comment section below | See comment section below | No jurisdiction | N/A (because no bond set) | I was removed from the meeting. When I tried to log back in to join again, I was again removed from the meeting. |
| 3/16/2026 8:18: | 3/16/2026 | Stewart | Harness (Stewar | UNK | UNK | UNK | UNK | Unknown | Unknown | Before beginning hearings, Judge Harness noted new EOIR policy that any observation must be in-person and removed me from the meeting. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | Before beginning hearings, Judge Harness noted new EOIR policy that any observation must be in-person and removed me from the meeting. |
| 3/16/2026 8:34: | 3/16/2026 | Stewart | Brown (Stewart) | IJ Judge not hol | IJ Judge not holding hearings today | IJ Judge not holding hearings today | IJ Judge not holding hearings today | Unknown | Unknown | IJ Judge not holding hearings today | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | |
| 3/17/2026 8:21: | 3/17/2026 | Stewart | Harness (Stewar | N/A | N/A | N/A | N/A | Unknown | Unknown | Was removed as an observer | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | |
| 3/17/2026 19:22 | 3/17/2026 | Stewart | Fuller (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | I attempted to join bond hearing but was not admitted. There did not appear to be anyone in the waiting room. I dropped off after 20 minutes or so. | Did not address | UNK | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | UNK | |
| 3/19/2026 9:41: | 3/19/2026 | Folkston | Hewitt (Folkston | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A - see notes at the bottom | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | IJ Hewitt now has a virtual waiting room, in which you can see the number of other people waiting in the lobby to gain access to the meeting. Even though it appeared that other people were being admitted to the meeting because the number of people waiting in the lobby decreased (and eventually it was only me left in the lobby), I was never granted permission. |
| 3/19/2026 10:09 | 3/19/2026 | Folkston | Sydnor (Folkston | UNK | UNK | UNK | UNK | Unknown | Unknown | Judge Sydnor did not let me into the meeting. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | No action or attorney withdrew | N/A (because no bond set) | Was not let into meeting. |
| 3/19/2026 10:13 | 3/5/2026 | Folkston | Crofts (Folkston | UNK | UNK | UNK | UNK | Unknown | Unknown | I was denied entry to the hearing. I was stuck in the lobby even after rejoining. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No jurisdiction | N/A (because no bond set) | Denied entry to Crofts room. |
| 3/19/2026 15:05 | 3/19/2026 | Stewart | Fuller (Stewart) | Observer removed from hearing. | Observer removed from hearing. | Observer removed from hearing. | Observer removed from hearing. | Unknown | Unknown | Observer removed from hearing. | Did not address | Observer removed from hearing. | Observer removed from hearing. | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Observer removed from hearing. | No action or attorney withdrew | Observer removed from hearing. | Observer removed from hearing. |
| 3/20/2026 8:22: | 3/20/2026 | Stewart | Harness (Stewar | Was removed from hearing and told only parties are permitted on WebEx | Was removed from hearing and told only parties are permitted on WebEx | Was removed from hearing and told only parties are permitted on WebEx | Unknown | Unknown | Unknown | Was removed from hearing and told only parties are permitted on WebEx | Did not address | Was removed from hearing and told only parties are permitted on WebEx | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | Unknown | N/A | No action or attorney withdrew | Was removed from hearing and told only parties are permitted on WebEx | Was removed from hearing and told only parties are permitted on WebEx |
| 3/20/2026 8:56: | 3/20/2026 | Stewart | Brown (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | UNK | UNK | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | Was put in lobby and denied access to the proceedings by the host. |
| 3/20/2026 11:24 | 3/20/2026 | Stewart | Fuller (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | UNK | UNK | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | Was denied access. Sat in lobby and was never admitted but saw other folks be admitted. |
| 3/24/2026 8:21: | 3/24/2026 | Stewart | Harness (Stewar | N/A (kicked out from Webex before court began) | N/A (kicked out from Webex before court began) | N/A (kicked out from Webex before court began) | Unknown | Unknown | Unknown | N/A (kicked out from Webex before court began) | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | I was kicked out from Webex before court began for being an online observer. |
| 3/24/2026 8:36: | 3/24/2026 | Folkston | Hewitt (Folkston | Removed from webex room | Removed from webex room | Removed from webex room | Unknown | Unknown | Unknown | Removed from webex room | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | Unknown | N/A | No action or attorney withdrew | N/A (because no bond set) | |
| 3/24/2026 9:16: | 3/24/2026 | Stewart | Brown (Stewart) | n/a | n/a | n/a | Unknown | Unknown | Unknown | I was allowed into the hearing but was then removed to the waiting room. Never admitted after that. I saw several boxes of different people when in the hearing so I feel they were definitely holding court then. FYI - I also tried to access the bond hearings of Judges Harness and Fuller but was never admitted from the waiting room. The link for Judge Ward wasn't "valid". | Did not address | Not allowed into the hearing | Unknown | N/A (because no jurisdiction) | Not allowed into the hearing | N/A (because no jurisdiction or because found to be a danger) | Unknown, Not allowed into the hearing | N/A, Not allowed into the hearing | No action or attorney withdrew | Not allowed into the hearing | I completed the answers to the above questions as best I could but really were not applicable since I could not witness the hearing. I would suggest adding a box to the survey after the Judges' names that says "Not able to monitor hearing" and give these possible responses: "Not admitted from waiting room", "Removed from waiting room", "Other". Once that box is checked, the observer should then be able to submit the form without completing the other boxes. |
| 3/25/2026 8:51: | 3/25/2026 | Stewart | Fuller (Stewart) | N/A | N/A | N/A | Unknown | Unknown | Unknown | Judge Fuller was not holding bond hearings today. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | No action or attorney withdrew | N/A (because no bond set) | Judge Fuller was not holding bond hearings today. |
| 3/26/2026 8:29: | 3/26/2026 | Stewart | Harness (Stewar | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | UNK | UNK | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No jurisdiction | N/A (because no bond set) | I was admitted into the hearing by the judge. She then stated that observers are only allowed in the hearings in person and cannot attend virtually. She said that they would remove any observers from the meeting and then I was removed. |
| 3/27/2026 8:26: | 3/27/2026 | Stewart | Harness (Stewar | N/A - denied entry to virtual hearing | N/A - denied entry to virtual hearing | N/A - denied entry to virtual hearing | Unknown | Unknown | Unknown | N/A - denied entry to virtual hearing | Did not address | N/A - denied entry to virtual hearing | N/A - denied entry to virtual hearing | N/A (because no jurisdiction) | N/A - denied entry to virtual hearing | N/A (because no jurisdiction or because found to be a danger) | N/A - denied entry to virtual hearing | N/A - denied entry to virtual hearing | No action or attorney withdrew | N/A - denied entry to virtual hearing | IJ Harness indicated that per recent policy, observers to the bond hearing must be party to the hearing in person. Virtual observers are moved to the Webex waiting room lobby. |
| 3/27/2026 8:42: | 3/27/2026 | Stewart | Fuller (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | UNK | UNK | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No jurisdiction | N/A (because no bond set) | Was admitting into the room and then later removed before proceedings started and was never admitted back in. |

| Timestamp | Date | Facility | Judge | C5 | C6 | C7 | C8 | C9 | C10 | Comment | C12 | C13 | C14 | C15 | C16 | C17 | C18 | C19 | C20 | C21 | C22 | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2026 9:11 | 3/31/2026 | Stewart | Brown (Stewart) | See comment be | See comment below. | See comment below. | See comment below. | Unknown | N/A (has attorney) | See comment below. | Did not address | See comment below. | See comment below. | N/A (because no jurisdiction) | See comment below. | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction or because found to be a danger) | See comment below. | See comment below. | No action or attorney withdrew | See comment below. | Did not let me into the meeting. |
| 4/6/2026 8:35 | 4/6/2026 | Stewart | Harness (Stewar | N/A (kicked out of observation) | N/A (kicked out of observation) | N/A (kicked out of observation) | Unknown | Unknown | | N/A (kicked out of observation) | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | | | Unknown | Unknown | No action or attorney withdrew | N/A (kicked out of observation) | I was not allowed to observe the hearings online via the Court's espoused policy. |
| 4/6/2026 9:01 | 4/6/2026 | Stewart | Brown (Stewart) | N/A | N/A | N/A | N/A | Unknown | Unknown | Judge Brown was not holding bond hearings today. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | No action or attorney withdrew | N/A | N/A (because no bond set) | | |
| 4/7/2026 8:40 | 4/7/2026 | Stewart | Fuller (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | No action or attorney withdrew | N/A | N/A (because no bond set) | | I attempted to join IJ Fuller's personal meeting room this morning at 8:30. Although I was briefly admitted around 8:35, I was removed from the room a minute or two later and was not readmitted. |
| 4/7/2026 8:42 | 4/7/2026 | Stewart | Brown (Stewart) | N/A | N/A | N/A | N/A | Unknown | N/A (has attorney) | I waited in the meeting lobby for a few minutes before being removed from the meeting. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | No action or attorney withdrew | N/A | N/A (because no bond set) | | |
| 4/7/2026 8:49 | 4/7/2026 | Stewart | Ward (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | N/A (because found jurisdiction, did not address it, etc.) | UNK | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | I joined the meeting via Webex but the Judge never joined and no bond hearings occurred. |
| 4/7/2026 9:49 | 4/7/2026 | Folkston | Crofts (Folkston) | N/A | N/A | N/A | N/A | Unknown | Unknown | Waited in the lobby for approximately 15 minutes (until 9:45 am) and was never allowed in. | No | Was not let in | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | N/A | No action or attorney withdrew | N/A (because no bond set) | | Was not allowed in. |
| 4/8/2026 8:39 | 4/8/2026 | Stewart | Brown (Stewart) | UNK | UNK | UNK | UNK | Unknown | N/A (has attorney) | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | Judge Brown stated that she would hear "attorney cases first" (she did not specify whether bond or other purpose) and then I was removed to the waiting room. |
| 4/9/2026 8:18 | 4/9/2026 | Stewart | Harness (Stewar | UNK | UNK | UNK | UNK | Unknown | Unknown | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No jurisdiction | | N/A (because no bond set) | | I was initially admitted to the courtroom, but Judge Harness spoke briefly and said that, while observers are welcome, they must attend in person. And then I was removed to the lobby. |
| 4/9/2026 9:01 | 4/9/2026 | Stewart | Fuller (Stewart) | N/A - Was not pe | N/A - Was not permitted entry | N/A - Was not permitted entry | N/A - Was not permitted entry | Unknown | Unknown | N/A - Was not permitted entry | Did not address | N/A - Was not permitted entry | N/A (because no jurisdiction) | No | N/A (because no jurisdiction or found to be a danger) | N/A (because found to be a danger) | N/A - Was not permitted entry | N/A - Was not permitted entry | No action or attorney withdrew | | | | |
| 4/9/2026 10:15 | 4/9/2026 | Folkston | Sydnor (Folkston | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | I wasn't allowed to enter into the virtual hearing. |
| 4/13/2026 8:47 | 4/13/2026 | Stewart | Brown (Stewart) | N/A | N/A | N/A | N/A | Unknown | Unknown | Judge Brown was not holding bond hearings today. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | |
| 4/13/2026 13:16 | 4/13/2026 | Stewart | Harness (Stewar | UNK (kicked from webex room) | UNK (kicked from webex room) | UNK (kicked from webex room) | Unknown | Unknown | | UNK (kicked from webex room) | No | UNK (kicked from webex room) | Unknown | No | UNK (kicked from webex room) | No | UNK (kicked from webex room) | UNK (kicked from webex room) | No action or attorney withdrew | N/A (because no bond set) | | N/A |
| 4/14/2026 8:47 | 4/14/2026 | Stewart | Brown (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | I waited for approximately 15 minutes in Judge Brown's Webex room, but no bond hearings occurred. |
| 4/14/2026 9:11 | 4/14/2026 | Stewart | Fuller (Stewart) | N/A | N/A | N/A | N/A | Unknown | N/A (has attorney) | I was moved to the lobby of the WebEx call before any hearings took place. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No jurisdiction | N/A (because no bond set) | | |
| 4/14/2026 12:11 | 4/14/2026 | Folkston | Crofts (Folkston) | N/A | N/A | N/A | N/A | Unknown | Unknown | After waiting for more than 10 minutes, I was unable to successfully enter the Webex hearing for Judge James Crofts (JCR). I then attempted to join other judges' Webex courtrooms, including ACIJ Joy Lampley-Fortson (CLF), Sheila Gallow (SGE), Andrew Hewitt (AWH), Kyle Pearson (KYP), and Kelley Sydnor (KFL). However, I was not able to successfully enter any of these sessions either, despite waiting for over 10 minutes for each. | Did not address | n/a | N/A (because no jurisdiction), n/a | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | | After waiting for more than 10 minutes, I was unable to successfully enter the Webex hearing for Judge James Crofts (JCR). I then attempted to join other judges' Webex courtrooms, including ACIJ Joy Lampley-Fortson (CLF), Sheila Gallow (SGE), Andrew Hewitt (AWH), Kyle Pearson (KYP), and Kelley Sydnor (KFL). However, I was not able to successfully enter any of these sessions either, despite waiting for over 10 minutes for each. |
| 4/15/2026 9:25 | 4/15/2026 | Stewart | Fuller (Stewart) | I was not admitted to the hearing | I was not admitted to the hearing | I was not admitted to the hearing | Unknown | Unknown | | The meeting started about 9 minutes late. I was admitted to the room for a few seconds, then move to the waiting room, where the message said I'd be admitted to the meeting when the host or a co host let me in. I waited another 45 minutes to see if anything would change and was not admitted. By the time I left, there were 3 other people in the waiting room (which started out with 6 other people). | Did not address | I was not admitted to the hearing | I was not admitted to the hearing | No | I was not admitted to the hearing | No | I was not admitted to the hearing | I was not admitted to the hearing | No action or attorney withdrew | I was not admitted to the hearing | | After being admitted to the hearing at the outset for a few seconds, I was moved to a waiting room, where I stayed for 45 minutes. I was never admitted to the hearing. |
| 4/15/2026 12:29 | 4/15/2026 | Stewart | Harness (Stewar | N/A | N/A | N/A | N/A | Unknown | Unknown | Judge Harness was not holding bond hearings today. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | |
| 4/15/2026 12:44 | 4/15/2026 | Folkston | Brown (Stewart) | n/a | n/a | n/a | n/a | Unknown | Unknown | I waited for 10 minutes but was unable to successfully join the Webex room for the court observation. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | None | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | No jurisdiction | N/A (because no bond set) | | |
| 4/16/2026 8:13 | 4/16/2026 | Stewart | Harness (Stewar | N/A | N/A | N/A | N/A | Unknown | Unknown | Judge Harness announced that EOIR policy requires observation to be in-person and then I was removed to the lobby. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | |
| 4/16/2026 8:57 | 4/16/2026 | Stewart | Fuller (Stewart) | UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | N/A (because no bond set) | | I joined Judge Fuller's Webex room and the hearing began promptly at 8:30. I was removed from the room within one minute of the hearing beginning. I was not asked why I was observing the hearing, and no explanation was given for my removal. |

| Timestamp | Date | Location | Judge / Note | Col A | Col B | Col C | Lang | Unknown | Comment | Address | Col | Col | Col | Col | Col | Col | Col | Action | Col | Final Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2026 10:21 | 4/16/2026 | Folkston | Hewitt (Folkston I was not allowed | I was not allowed into the hearing | I was not allowed into the hearing | I was not allowed into the hearing | Unknown | Unknown | I was allowed to sit through about 4 master calendar hearings, and then I was removed from the room. I wasn't placed in a waiting room, but got removed altogether. I tried to log back in, got the message that the host had been notified I was there, and I sat in the waiting room for more than half an hour. Finally, I disconnected. | No | I was not allowed into the hearing | I was not allowed into the hearing | No | I was not allowed into the hearing | No | I was not allowed into the hearing | I was not allowed into the hearing | No action or attorney withdrew | I was not allowed into the hearing | I was not allowed into the hearing. At first I was admitted and listened to some master calendar hearings, then I was removed from the hearing. When I tried to log back in, I was held in a waiting room for more than half an hour. |
| 4/16/2026 10:22 | 4/16/2026 | Folkston | Sydnor (Folkston UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | Did not address | UNK | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | UNK | I was denied to enter into the room. |
| 4/16/2026 13:31 | 4/16/2026 | Stewart | Harness (Stewar N/A | N/A | N/A | N/A | Unknown | N/A (has attorney) | N/A - see comments below | Did not address | N/A - see comments below | N/A - see comments below | N/A (because no jurisdiction) | N/A - see comments below | N/A (because no jurisdiction or because found to be a danger) | N/A - see comments below | N/A - see comments below | No action or attorney withdrew | N/A - see comments below | I was initially let into the meeting with the judge, respondents (and their counsel) present. I was then removed from the meeting and put into the lobby. After waiting a few more minutes and not being let back into the meeting, I left the webex. |
| 4/16/2026 13:51 | 4/16/2026 | Stewart | Brown (Stewart) UNK | UNK | UNK | UNK | Unknown | Unknown | I started waiting to join the Webex at 8:38, but I was unable to get in. I waited for approximately 10–20 minutes. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No jurisdiction | No bond set | N/A (because no bond set) | I started waiting to join the Webex at 8:38, but I was unable to get in. I waited for approximately 10–20 minutes. |
| 4/17/2026 8:26: | 4/17/2026 | Stewart | Harness (Stewar UNK | UNK | UNK | UNK | Unknown | Unknown | UNK | No | UNK | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | UNK | No action or attorney withdrew | UNK | I was allowed to join the rome, but then I was move to waiting room again and never allowed me enter. |
| 4/17/2026 9:51: | 4/17/2026 | Stewart | Fuller (Stewart) N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | Did not address | N/A | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No bond set | No action or attorney withdrew | N/A (because no bond set) | Waited in the webex waiting room for 20 minutes and was never admitted. |
| 4/18/2026 11:43 | 4/17/2026 | Stewart | Harness (Stewar UNK (Kicked fror | UNK (Kicked from Webex) | UNK (Kicked from Webex) | UNK (Kicked from Webex) | Unknown | Unknown | UNK (Kicked from Webex) | Did not address | UNK (Kicked from Webex) | UNK (Kicked from Webex) | No | UNK (Kicked from Webex) | N/A (because no jurisdiction or because found to be a danger) | UNK (Kicked from Webex) | UNK (Kicked from Webex) | No action or attorney withdrew | UNK (Kicked from Webex) | N/A |
| 4/20/2026 13:20 | 4/20/2026 | Stewart | Brown (Stewart) UNK | UNK | UNK | UNK | Unknown | Unknown | I joined the Webex rooms for IJ Brown, IJ Fuller, and IJ Harness this morning. I stayed in each one for more than 10 minutes, but I was not able to successfully enter any of the Webex sessions. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk), Unknown | No | Unknown | No action or attorney withdrew | N/A (because no bond set) | I joined the Webex rooms for IJ Brown, IJ Fuller, and IJ Harness this morning. I stayed in each one for more than 10 minutes, but I was not able to successfully enter any of the Webex sessions. |
| 4/21/2026 8:23: | 4/21/2026 | Stewart | Harness (Stewar N/A | N/A | N/A | N/A | Unknown | Unknown | Kicked out at the start of the hearings. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | No jurisdiction | No jurisdiction | N/A (because no bond set) | N/A (because no bond set) |
| 4/21/2026 8:23: | 4/21/2026 | Stewart | Harness (Stewar Said new policy v | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Unknown | Unknown | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Did not address | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | N/A (because no jurisdiction) | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | N/A (because no jurisdiction or found to be a danger) | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | N/A, Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | No action or attorney withdrew | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began | Said new policy was that any observer not affiliated with party had to appear in person, and we were moved into the WebEx waiting room before the bond hearings began |
| 4/21/2026 10:49 | 4/21/2026 | Folkston | Hewitt (Folkston UNK | UNK | UNK | Spanish | Yes or already speaks English | N/A (has attorney) | N/A | Did not address | N/A (because found jurisdiction, did not address it, etc.) | Unknown; see notes below. | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown; see notes below. | Unknown; see notes below. | No action or attorney withdrew | Unknown; see notes below. | I was removed from the room multiple times during the hearing. I ensured that I was clearly identified as an observer prior to joining, however each time I joined, I would be removed from the room after a couple of minutes. After the third time being removed, I was put into a waiting room and was not let back into the meeting before court was adjourned. |
| 4/22/2026 9:02: | 4/22/2026 | Stewart | Fuller (Stewart) N/A | N/A | N/A | N/A | Unknown | Unknown | Was never let into the meeting, and then removed. | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No bond set | No action or attorney withdrew | N/A (because no bond set) | |
| 4/23/2026 10:33 | 4/23/2026 | Stewart | Brown (Stewart) UNK | UNK | UNK | UNK | Unknown | Unknown | N/A | Did not address | Removed from room. | Removed from room. | N/A (because no jurisdiction) | Removed from room. | N/A (because no jurisdiction or because found to be a danger) | Removed from room. | Removed from room. | No action or attorney withdrew | Removed from room. | I joined the webex at 8:30 AM EST and was granted access to the room. Shortly after the hearing began, I was removed from the room and placed in the waiting room. I remained in the waiting room for the rest of the court session and was never allowed entry back into the webex. |
| 4/23/2026 10:42 | 4/23/2026 | Folkston | Sydnor (Folkston N/A - was not gra | N/A - was not granted access to hearing | N/A - was not granted access to hearing | N/A - was not granted access to hearing | Unknown | Unknown | N/A - was not granted access to hearing | Did not address | N/A - was not granted access to hearing | N/A - was not granted access to hearing | N/A (because no jurisdiction) | N/A - was not granted access to hearing | N/A (because no jurisdiction or because found to be a danger) | N/A - was not granted access to hearing | N/A - was not granted access to hearing | No action or attorney withdrew | N/A - was not granted access to hearing | I was not granted access to join this hearing. |
| 4/23/2026 19:05 | 4/23/2026 | Stewart | Harness (Stewar N/A | N/A | N/A | N/A | Unknown | Unknown | I was never let in. I waited 15 minutes, from 1:00 to 1:15 pm. | Did not address | Was not let in to watch. | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | Unknown | No bond set | No action or attorney withdrew | N/A (because no bond set) | I was never let in. I waited 15 minutes, from 1:00 to 1:15 pm. I'm noticing that there are always at least 2-3 others waiting in the lobby at the same time. |
| 4/24/2026 8:21: | 4/24/2026 | Stewart | Harness (Stewar N/A (kicked fror | N/A (kicked from Webex) | N/A (kicked from Webex) | N/A (kicked from Webex) | Unknown | Unknown | N/A (kicked from Webex) | Did not address | N/A (kicked from Webex) | N/A (kicked from Webex) | N/A (because no jurisdiction) | N/A (kicked from Webex) | N/A (because no jurisdiction or because found to be a danger) | N/A (kicked from Webex) | N/A (kicked from Webex) | No action or attorney withdrew | N/A (because no bond set) | N/A |
| 4/28/2026 10:19 | 4/28/2026 | Unknown | Brown (Stewart) I was removed fr | n/a | n/a | n/a | Unknown | Unknown | n/a | Did not address | I was removed from the hearing. | n/a - not a bond hearing; but I am merely reporting that I was removed. | N/A (because no jurisdiction) | n/a | not a bond hearing; I am reporting that I was denied access and was repeatedly removed from the virtual viewing room. | N/A (because no jurisdiction or because found to be a danger) | n/a | n/a | No action or attorney withdrew | n/a | I was removed from the hearing as an observer repeatedly and eventually completely denied access. I observed the proceedings for about 70 minutes before I was removed mid-hearing after a detainee made clear he did not understand what was happening in connection with removal. I signed back in 3 times, each time being automatically admitted to the viewing room within 3 to 5 minutes each time. The final time I logged back in, I was sent directly to a waiting room, where I remained with at least three others for 20 minutes. I was never granted permission to renter the hearing. There was no reason given. |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29/2026 11:56 | 4/27/2026 | Stewart | Harness (Stewar Kicked from Web | Kicked from Webex | Kicked from Webex | Kicked from Webex | Unknown | Unknown | Kicked from Webex | | Did not address | Kicked from Webex | Kicked from Webex | N/A (because no jurisdiction) | Kicked from Webex | N/A (because no jurisdiction or because found to be a danger) | Kicked from Webex | Kicked from Webex | No action or attorney withdrew | Kicked from Webex | N/A |
| 4/30/2026 8:10: | 4/30/2026 | Stewart | Harness (Stewar N/A | N/A | N/A | N/A | Unknown | N/A (has attorney) | N/A | | Did not address | Was not admitted to observe | N/A (because no jurisdiction) | N/A (because no jurisdiction) | Was not admitted to observe | N/A (because no jurisdiction or because found to be a danger) | Was not admitted to observe | Was not admitted to observe | No action or attorney withdrew | Was not admitted to observe | I was not admitted to observe the proceedings. |
| 4/30/2026 8:48: | 4/30/2026 | Stewart | Fuller (Stewart)  n/a | n/a | n/a | n/a | Unknown | Unknown | I was not allowed into the bond hearing and so cannot answer any of the questions in this survey. I waited for 15 minutes. There were 5 other people waiting when I signed in and later that changed to 4 then 3 and then 2. I don't know if that was due to the host choosing to let someone else in or not or if others dropped off for some reason. | | Did not address | Unknown | Unknown | N/A (because no jurisdiction) | Unknown | N/A (because no jurisdiction or because found to be a danger) | Unknown | Unknown | No action or attorney withdrew | unknown | I was not allowed into the bond hearing and so cannot really answer any of the questions in this survey.  I waited for 15 minutes. There were 5 other people waiting when I signed in and later that changed to 4, then 3 and then 2.  I don't know if that was due to the host choosing to let someone else in or not  or if others dropped off for some reason. |
| 4/30/2026 9:46: | 4/30/2026 | Unknown | Crofts (Folkston) N/A | N/A | N/A | N/A | Unknown | N/A (has attorney) | Not admitted after 15 miutes | | Did not address | N/A (because found jurisdiction, did not address it, etc.) | N/A (because no jurisdiction) | N/A (because no jurisdiction) | N/A (because no jurisdiction or found to be a danger) | N/A (because no jurisdiction or because found to be a danger) | N/A (because no jurisdiction, found to be a danger, or found to be a flight risk) | N/A | No action or attorney withdrew | N/A (because no bond set) | |
| 5/4/2026 17:22: | 4/30/2026 | Stewart | Harness (Stewar unknown - unabl | unknown - unable to join hearing | unknown - unable to join hearing | unknown - unable to join hearing | Unknown | Unknown | unknown - unable to join hearing | | Did not address | unknown - unable to join hearing | Unknown, unknown - unable to join hearing | No | unknown - unable to join hearing | No | unknown - unable to join hearing | unknown - unable to join hearing | No action or attorney withdrew | unknown - unable to join hearing | |

# EXHIBIT 59

# Declaration of Zach Albun

CORE/3515279.0007/244176811.1

CITY OF MINNEAPOLIS   )
                             )          Declaration of
COUNTY OF HENNEPIN   )          Zachary A. Albun

I, Zachary A. Albun, do state and affirm the following under penalty of perjury

I.    I am a Legal Director at The Advocates for Human Rights – Immigration Legal Services.  I have worked at The Advocates since 2022, through which I have gained a deep understanding of the processes and case types at the Fort Snelling Immigration Court in Minnesota. I have worked in the field of immigration law since January 2012, and full-time as an immigration attorney since November 2016. In my capacity as Legal Director, I supervise several hundred removal defense matters, litigated by AHR staff or volunteers, almost all of which are venued at Fort Snelling Immigration Court.

II.   Based on that background, I write this declaration to: 1) provide details on my routine interactions with immigration court observers over the course of my career, and 2) respond to the questions raised at the recent hearing in *The Advocates for Human Rights v. Blanche et. al.* about whether the hearings for which observers have been barred are "exclusion hearings."

III.  Working in the immigration law field since 2012, my career has entailed routine appearances in, and frequent non-appearance visits to, immigration courts in the Twin Cities and Boston, Massachusetts. Until the second Trump Administration, I routinely saw immigration court observers at immigration court hearings. I understood this to reflect an EOIR policy that the immigration courts should generally be open to the public.

IV.  In fact, prior to beginning as a Teaching Fellow at Harvard Law School's Immigration & Refugee Clinical Program, I attended Boston Immigration Court to observe in my individual capacity. I recall Immigration Judge Paul Gagnon conducting video master calendar hearings for incarcerated people as part of EOIR's "Institutional Hearing Program." I was the only person seated in the gallery. Between matters, he paused to ask me who I was. I let him know I was there to observe the Court that day, as I'd soon be starting a position at the Clinic. I recall him telling me that I was "welcome any time" to observe.

V.   Since I began with The Advocates until the Second Trump Administration, I would frequently see AHR legal observers at the Fort Snelling Immigration Court when I was appearing in court or otherwise attending a hearing or filing documents. I would often introduce myself in the lobby or hallway. I do not recall from 2022-2024 any AHR observer informing me they'd been barred from a hearing they expected to attend.

VI.  Until 2025, I recall being at no more than two or three immigration hearings where the IJ asked the public to leave so that only parties could remain in the courtroom. In the rare instances that did happen, it was driven by some issue that had come up during that

hearing, not because of a pre-existing policy refusing observers.

VII.   Very few to none of the hearings EOIR has closed to the public over the last year plus are likely to have been exclusion hearings. Prior to the passage of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRAIRA), EOIR conducted separate "exclusion" and "deportation" proceedings. IIRAIRA replaced these distinct proceedings with a single procedure: "removal proceedings." As of April 1997, the immigration system no longer initiates exclusion proceedings. All hearings adjudicating the admissibility or removability of an alleged noncitizen are considered "removal" proceedings unless they involve a case arising before April 1, 1997. Furthermore, many (and possibly most) active cases that did arise before April 1, 1997 were converted to "removal proceedings" by "re-papering" the noncitizen with a "Notice to Appear," the charging document for removal proceedings, which Congress defined at 8 U.S.C. § 1229(a)(1).

VIII.   The EOIR policy manual details this in Part II, 6.2(a), which reads:
"In General: **(1) Replaced by removal proceedings** - Beginning with proceedings commenced on April 1, 1997, deportation and exclusion proceedings have been replaced by removal proceedings. *See* generally INA §§ 239, 240, 8 C.F.R. §§ 1003.12 et seq., 1240.1 et seq. However, Immigration Judges continue to conduct deportation and exclusion proceedings in certain cases that began before April 1, 1997." (https://www.justice.gov/eoir/policy-manual-eoir/part-II/icpm/chapter-6-2).

IX.   For this reason, I have never, in my experience as an attorney representing individuals in immigration proceedings or as a supervisor managing The Advocates' docket of such cases, seen an exclusion hearing at Fort Snelling, particularly in the period relevant to this matter, and I would expect that all hearings for which observers have attempted and been barred from access are not for exclusion proceedings, but are for removal proceedings. In fact, I cannot personally recall encountering an active exclusion proceeding in any immigration court, anywhere in the country, since beginning work in the field in January 2012.

X.   I further note that the hearings for which access has been sought and restricted are listed on the court's docket as bond, master calendar, or merits hearings. Many of these are cases for which The Advocates or one of our pro bono teams is counsel for the Respondent, so we are familiar that cases involving non-exclusion matters have been closed to observers.

I declare under penalty of perjury that the foregoing is true and correct.

_____                                   June 5, 2026
Signature                                                                              Date

# EXHIBIT 60

# Declaration of Claudia Dieter

CORE/3515279.0007/244176811.1

| | |
|---|---|
| STATE OF MINNESOTA ) | Declaration of |
| COUNTY OF RAMSEY ) | Claudia Dieter |
| CITY OF SAINT PAUL ) | |

I, Claudia Dieter swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1) My name is Claudia Dieter. I reside at 2026 Pinehurst Ave, Saint Paul MN. I write this declaration based on my personal knowledge.

2) I have been a volunteer immigration court observer with The Advocates for Human Rights since June 2025.

3) I was trained by the Program Manager Amy Lange in June 2025, I also had an onsite court orientation observation shift, mentored by Amy Lange on July 17, 2025. This was at the Fort Snelling Immigration Court in Minnesota. I began observing hearings independently in August of 2025.

4) At my onsite orientation I was given a court observer lanyard which identifies me as a human rights observer. It is my understanding that these are provided to all volunteer observers with The Advocates for Human Rights. I wear the lanyard whenever I go to court.

5) The training gave an overview of court proceedings, discussed appropriate courtroom conduct, principles of court observation, due process and human rights, general terminology and how to document appropriately. The onsite orientation included instruction on how to understand the posted dockets. In addition to learning how to accurately document demographic and procedural issues such as gender, language, country of origin, pleadings, applications for relief, I was instructed to document any barriers to public access to immigration hearings. We trainees were made aware that the observation project had, in recent times, been experiencing court closures and restrictive practices that hadn't occurred in the first many years of the project.

6) When I applied to be an observer with The Advocates for Human Rights I had been retired for nine years. A friend mentioned AHR as an organization that might be a match for me and my interests. I am a strong believer in due process; a threat to anyone's due process is a threat to everyone's due process. By serving as an observer to immigration court proceedings, I believe that I am providing witness to due process. How do we know if due process has been given if doors are closed? After a few months of volunteering with AHR I was asked by a friend if I was enjoying what I was doing. I replied that "enjoy" wouldn't be the word that I would use. Rather, I find it to be meaningful; witnessing due process is essential and meaningful.

7) Volunteers with The Advocates sign up for observation shifts on a website. I can pick the dates and times that work for my schedule.

8) I have been to court about 34 times since I started volunteering. In general, I have signed up for master calendar hearings. These are procedural hearings where people are informed of their rights and responsibilities in immigration cases and then they submit applications to try to stay in the United States. Most hearings are quite short, and I may see anywhere between 2-25 cases in a two-hour to three-and-a-half-hour shift. I have signed up to observe individual merit

hearings three times. Sometimes the kind of hearings I signed up for, for example non-detained master calendar hearings, aren't happening that day and I will try to attend another type of hearing. I've sometimes attempted to observe an individual merit hearing if there were no master calendar hearings on a day that I was signed up for those. I estimate I've seen about 200 or more hearings.

9) On August 27, 2025 I had an 8:30 shift observing non-detained master calendar hearings. Judge Sardelli was assigned the cases that morning. I missed the first case because there was a miscommunication with the guard. The Judge had already started with a hearing where the respondent was on Webex. I was only able to observe two of the 3 cases.

10) On November 3, 2025, I was observing non-detained hearings in Judge Miller's courtroom. A respondent appeared for his hearing on Webex instead of coming to the court in person. Judge Miller had a heated conversation with the respondent asking why he didn't come in person, saying "Why do you think you get to make the rules, you need permission from the judge to appear via Webex." The respondent replied, "I don't' want to be arrested when I leave the courtroom." The judge ultimately replied, "You are not following the rules. If you're not here in person, I'm ordering you removed." The judge issued an in-absentia removal order. This left a lasting impression. There is great fear and confusion among immigrants about the court process and their safety.

11) In the summer and fall of 2025, arrests were being made in Whipple as Respondents left their hearings. It also made clear to me how important it is that the public be able to witness and not be excluded from the hearings and the rulings made by the judges, whether they are in person or on Webex.

12) On November 10, 2025, I arrived at court for a 1:30 shift observing non-detained master calendar hearings in Judge Kalin Ivany's courtroom. Before the courtroom was unlocked, the Judge had started conducting hearings for respondents who were appearing by Webex. I missed some hearings. I was also asked to exit the courtroom before the judge went on the record to review the no-shows and issue in absentia removal orders. I am unable to estimate the number of Webex hearings I missed because I also was excluded from review of the cases where people had not come to court. I only know that I saw a subset of the cases that were posted. I don't understand why I was excluded from hearing the discussion of no-shows. There is nothing private or confidential about those.

13) On November 24, 2025, after observing Judge Ivany's non-detained master calendar hearings I was again told that I had to leave, this was before the discussion and ruling on all the no-show cases.

14) Especially in the climate of fear in Minnesota during "Operation Metro Surge" and hearing how many people were afraid to come to court in person, I feel that observing on hearings for people appearing on Webex and tallying no shows is critical to getting an understanding of what is happening to immigrants in my community. I know from other observers that they were frequently excluded from staying in court for the processing of the "no-show" respondents; people who failed to appear for their hearings.

15) On December 1, 2025, Judge Ivany had a sign on her door saying all her hearings were closed for the day. I haven't seen that before the Guard said no observers would be allowed, but no further explanation was given. She had 4 cases scheduled. I was able to attend some hearings in a different courtroom.

16) On January 12, 2026, I was not allowed into the courtroom for Webex hearings that were held prior to in-person hearings. The guard wouldn't allow entry because hadn't been informed to unlock the door. For the 32 cases listed for the morning shift, all but 2 had an attorney listed on the docket. As a result, there were several attorneys in the waiting room. At 9:47 one attorney approached the filing window and asked if Judge Miller was aware that there were 4 attorneys in the waiting room. (Actually, there were more than four.) I could see the staff member typing; I assumed that she was contacting the court clerk. At 10:02 the DHS attorney opened the door and asked if there were attorneys waiting. She checked with Judge Miller and returned to say that they would be called in one by one. After the first attorney was called, than exited upon finishing, the attorney who had gone to the filing window, with another attorney right behind him, approached the door. As they were entering, I attempted to enter with them. The guard stopped me, closed the door behind him, and then reopened it. Judge Miller said "It's OK. Let her in." And then said that everyone who was waiting should come in. He stated that he wasn't aware that there were people in the waiting room. This kind of miscommunication with the guards happens often. Other observers have discussed this at our monthly volunteer debriefs. This has caused me to unnecessarily miss hearings.

17) On March 24, 2026, I was observing master calendar hearings for people in ICE detention. I was in Judge Sarah Mazzie's courtroom. A family member for a respondent from Nigeria attempted to observe the hearing on Webex. That family member was removed from Webex after being told that Webex is only for parties to the case. Later the judge mentioned to a respondent that normally witnesses/family members must be present in person, not on Webex. Judge Mazzie said that she does not use Webex for non-parties as it is "too much on the system". I never heard where the family members were appearing from, they may not have even been able to come in person. The people in detention always appear on Webex; if a family member appears on Webex, they would be able to see each other. When a family member comes in person the respondent on Webex can't see them; the camera is only on the judge. Disconnecting family members on Webex seemed especially insensitive.

18) On April 21, 2026, I was in Judge Mazzie's courtroom. There was a sign posted on the outside of courtroom door after my entry but before cases heard: "Court is now in session. The respondent has requested a closed hearing. Please do not enter." Except for the 8am case on the docket, I was present for all cases heard this morning. No respondent requested that the courtroom be closed to observers. In fact, no respondent was asked this question.

19) Also on April 21, 2026, Judge Mazzie stated that only parties to the case could be on Webex. She instructed a woman who identified herself as the wife of a respondent that she had to disconnect. When the case was heard, the Respondent's attorney asked Judge Mazzie if family members were allowed to be on Webex. Mazzie told the attorney that it's the

Immigration Judges's discretion but because of the stresses on the system only the respondent, the respondent's attorney, and interpreter allowed.

20) On May 13, 2026, I had an 8:30 shift to observe non-detained master calendar hearings. I approached Judge Sarah Mazzie's courtroom, the clerk called Spanish speaking respondents to enter; she wouldn't let observers in until she saw that there was enough room. The observers were let in. The clerk told us that we had to sit in the front row. She told 2 respondents that they had to move to make room for us. This made me uncomfortable because the respondents should always get preferential seating and not be disturbed by the observers. That has been our training as volunteers. I felt that Judge Mazzie's demand that we sit in the front row was meant to be intimidating. After court had started 2 men entered the court. Judge Mazzie told them that no one can enter until the court is in recess. The judge referenced the sign on her courtroom door; that sign says that the court is closed at the request of the Respondent— which wasn't true. I feel the signs on the door are meant to keep the public out of what are supposed to be public hearings. On several occasions I have experienced the signs on the door not matching the reality of what is happening in the courtroom. It certainly makes me wonder how many more hearings observers and/or family members or supporters have missed without a legitimate reason.

21) On May 20, 2026, I was again awaiting entrance to Judge Mazzie's courtroom for non-detained master calendar hearings. As had happened the previous week, the clerk required observers to wait until respondents had been called and she ensured that there would be space. The clerk told observers that we had to sit in the front row. After we were admitted the courtroom door was LOCKED. When I exited, I could see that was a sign on the door "Court is in session. Out of courtesy to the court and the parties, please do not enter until a recess.". Locked doors are contrary to the principle of open hearings.

22) On May 26, 2026, Judge Mazzie was scheduled to hear a bond case at 8:00. I approached the courtroom door at 8:00 and it was locked. I asked the guard if he could open the door. He asked if I was an observer; he replied that he couldn't open the door for observers until they tell him to. I asked who "they" was; he replied, "The judges." Then he told me to sit down. The guard peeked into the courtroom, nodded, then closed the door. Once I was let into the courtroom for the 8:30 cases, Judge Mazzie asked the clerk to "put the sign on the door." Shortly thereafter someone tried to enter, and the judge wouldn't let the person(s) come in. Court recessed about 10:15. We were told to leave and the door was locked. The sign on the door said, "Court is in session. Out of courtesy to the court and the parties please do not enter until a recess."

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_Claudia Droler_                                          _6/5/26_
Signature

# EXHIBIT 61

# Declaration of Jennifer Roth

CORE/3515279.0007/244176811.1

| | |
|---|---|
| STATE OF **Illinois**                )<br><br>                                              )<br>CITY OF **Chicago**                )   | Affidavit of<br>**Jennifer Roth** |

I, Jennifer Roth, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Jennifer Roth. I reside at 706 W. Washington St., Urbana, IL 61801. I write this declaration based on my personal knowledge.
2. I have been a volunteer court observer with ICIRR Court Watch since February 2026. I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so. I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.
3. I have observed on approximately 3 occasions since I began with ICIRR Court Watch. This involves observing master calendar hearings on Webex.
4. Over the last three months, I have attempted to observe hearings and been blocked from accessing Webex on one instance. This instance is described below.
5. On March 12, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL. This shift involved hearings on Webex. I logged in to Webex using the link provided by ICIRR and was taken from the EOIR website. I changed my name to ensure it indicated I was a court observer.
6. I entered the Webex waiting room at 8:55am for a 9am session with Judge Curran. When I first joined, the message said that the host had been notified. I left the waiting room at 9:15, not having been let in.
7. I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____                    _6 - 4 - 2026_____
Signature                                                    Date

# EXHIBIT 62

# Declaration of Christina O'Connell

CORE/3515279.0007/244176811.1

STATE OF **Illinois**                          )
                                               )            Affidavit of
CITY OF **Chicago**                            )            **Christina O'Connell**

I, Christina O'Connell swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Christina O'Connell  I reside at 910 Diamond Lake Rd., Mundelein, IL 60060  I write this declaration based on my personal knowledge.
2.  I have been a volunteer court observer with ICIRR Court Watch since November 19, 2025 . I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.  I have observed on approximately 9 occasions since I began with ICIRR Court Watch. These involve master calendar hearings. I observe these hearings on Webex.
3.  Over the last two months, I have attempted to observe hearings and been blocked from accessing Webex and/or physical locations on several days including the instance described below.
4.  On April 9, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL.  This shift involved hearings on Webex.  I logged-in to Webex using the link provided by ICIRR and taken from the EOIR website.
5.  I joined the Webex at 12:55 PM for the afternoon session. I immediately changed my name to identify myself and note I was a court observer. At 1:14 Immigration Judge Mancini began the hearing but turned off all Webex attendees except the attorney and respondent for the case so I was not able to observe. No comment was made to me, and the screen just went off.
6.  I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.


I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Signed by:

*Christina O'Connell*
734443E532E02412...
Signature

June 3, 2026
Date

# EXHIBIT 63

# Declaration of Amy Sneirson

CORE/3515279.0007/244176811.1

STATE OF **Illinois**                         )
                                              )          Affidavit of
VILLAGE OF **Chatham**                        )          **Amy Sneirson**

I, Amy Sneirson, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Amy Sneirson.  I reside in Chatham, Illinois. I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with ICIRR Court Watch since November 2025.  I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3.  I have observed hearings on approximately seven or eight occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings. I observe these hearings on Webex.

4.  Over the last three months, I have attempted to observe hearings and been blocked from accessing Webex and/or physical locations on three additional occasions.  The instances are described below.

5.  On February 27, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL; this shift involved hearings on Webex. Approximately 15 minutes before the hearing's anticipated start time, I logged into Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer. I was in the Webex meeting waiting room (or lobby) for Immigration Judge Venci before the hearing began at approximately 1:00 p.m., and then at the hearing's start I was admitted to the hearing; I could tell that I had been admitted to the hearing because I could see on the Webex screen that there were six other participants in Webex boxes also on screen. Then I was removed from the hearing without comment. I logged back into the same Webex link, in case my removal from the hearing was accidental, hoping that I could rejoin the hearing. I remained in the Webex lobby for some time but was not re-admitted to the hearing.

6.  On March 6, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL; this shift involved hearings on Webex. Approximately 15 minutes before the hearing's anticipated start time, I logged into Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer. I was in the Webex lobby for Immigration Judge Beese approximately 15 minutes before the hearing's anticipated start time. As I waited and watched the Webex lobby, a number of other participants joined the lobby and then disappeared from it, which I understood to mean that they had been admitted to the hearing. I was not allowed into the hearing, and disconnected at 9:40 a.m.

7.  On April 10, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL; this shift involved hearings on Webex. Approximately 15 minutes before the hearing's anticipated start time, I logged into Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer. I was in the Webex lobby for Immigration Judge Curran for approximately 15 minutes before the hearing's anticipated start time. I remained In the lobby from 8:50 a.m. to 9:30 a.m. as approximately seven other participants also in the lobby disappeared from it, which I understood meant that they had been admitted to the hearing. I was not allowed into the hearing, and disconnected at 9:30 a.m..

8.  I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

4 June 2026
_____
Date

2

# EXHIBIT 64

# Declaration of Katherine Kiang

STATE OF **Illinois**                          )
                                               )          Affidavit of
CITY OF **Chicago**                            )          **Katherine Kiang**

I, **Katherine Kiang**, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is **Katherine Kiang**.  I reside at **9 Merry Court Countryside IL 60525**.  I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with ICIRR Court Watch since **January 2026**.  I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3.  I have observed on approximately **14** occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings as well as bond hearings. I observe these hearings on Webex.

4.  Over the last **2 months**, I have attempted to observe hearings and been blocked from accessing Webex **2 times.**  The instances are described below.

5.  On **April 24th**, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL.  This shift involved hearings on Webex.  I logged-in to Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer.

    > I waited in the Webex lobby from 1pm to 2:30pm. When I first joined, the message said **"Thanks for waiting. We've let the host know that you're here."** and there was 1 other person in the lobby. I noticed the number in the lobby was just me around 1:15pm, but I was never let in.

6.  On **May 1st**, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL.  This shift involved hearings on Webex.  I logged-in to Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer.

    > I waited in the Webex lobby from 1:15pm to 3pm. When I first joined, the message said **"Thanks for waiting. We've let the host know that you're here."** and there were 2 other people in the lobby. I noticed the number in the lobby was just me around 1:40pm, but I was never let in.

7.  I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

*katherine kiang*

EA97C7C4998B405...

Signature

06/08/2026

Date

# EXHIBIT 65

# Declaration of Robin Glazer

CORE/3515279.0007/244176811.1

STATE OF **Illinois**                          )
                                               )                    Affidavit of
CITY OF **Chicago**                            )                    **Robin Glazer**

I, Robin Glazer, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Robin Glazer.  I reside at 5555 N. Sheridan Road, Apt. 1803, Chicago, Illinois 60640.  I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with ICIRR Court Watch since December 2025.  I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3. I have observed on approximately 25 occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings as well as bond hearings. I observe these hearings on Webex.

4. Over the last five months, I have attempted to observe hearings and been blocked from accessing Webex and/or physical locations on one day.  The instances are described below.

5. On May 26, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL.  This shift involved hearings on Webex.  I logged-in to Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer.  I waited in the Webex lobby from 9:45 AM to 10:05 AM. When I first joined, the message said the host has been notified and there were 4 others in the lobby. I was never let in.

6. I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

*Robin Glazer*
AFAA2EF51727416...
Signature

06/08/2026

Date

# EXHIBIT 66

## Declaration of Lena Tom

CORE/3515279.0007/244176811.1

STATE OF **Illinois**                )
                                     )          Affidavit of
CITY OF **Chicago**                  )          **Lena Tom**

I, Lena Tom, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.  My name is Lena Tom. I reside at 4863 N Hermitage Ave, Apt 2E, Chicago, IL 60640. I write this declaration based on my personal knowledge.

2.  I have been a volunteer court observer with ICIRR Court Watch since June 2025. I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so. I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3.  I have observed on approximately 5 occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings as well as bond hearings. I observe these hearings on Webex.

4.  Over the last 2 months, I have attempted to observe hearings and been blocked from accessing Webex on 1 day in 2 courts. The instances are described below.

5.  On April 2, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, IL. This shift involved hearings on Webex. I logged-in to Webex using the link provided by ICIRR and taken from the EOIR website. I changed my name to ensure it indicated I was a court observer.

    April 2 - Judge Curran
    I joined around 1pm and waited in the Webex lobby for approximately 10 to 15 minutes. When I first joined, the message said to wait to be admitted and there were 3 others in the lobby. I noticed the number in the lobby decreasing, but I was never let in.

    April 2 - Judge McKenna
    I waited in the Webex lobby from 1:15 time to approximately 1:30. When I first joined, the message said to wait to be admitted, but I was never let in.

6.  I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Signed by:
*Lena Tom*
5543B87B665B4E1...
Signature

06/08/2026

Date

# EXHIBIT 67

# Declaration of Marissa Porter

CORE/3515279.0007/244176811.1

STATE OF ILLINOIS                              )
                                               )            Affidavit of
CITY OF CHICAGO                                )            MARISSA PORTER

I, MARISSA PORTER, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is MARISSA PORTER.  I reside in CHICAGO IL, 60626.   I write this declaration based on my personal knowledge.

2. I have been a volunteer court observer with ICIRR COURT WATCH since NOVEMBER 2025. I have been trained by JACK LLOYD and ISHANEE DeVAS to observe hearings using best practices.  I never intervene, I do not have my phone on, I take quiet notes, I do not speak to the respondents.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language and/or appear to understand the hearing, if the judge advises them of their right to counsel, if they are a minor, if they appear to have medical or mental health issues, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3. I have observed in full approximately 5 hearings during that time.  This involves master calendar hearings.  These hearings are on Webex and in-person at the CHICAGO IMMIGRATION COURT, 55 E. MONROE ST.

4. From 11/2025 to 4/2026, I have personally attempted to observe hearings and been blocked from accessing Webex and/or physical locations on approximately eight days. Particular instances are described below.

5. On 3/2/2026, I attempted to observe hearings for my shift at the Immigration Court in Chicago, IL.  This shift involved hearings on Webex; the hearing was for detained respondents.  I logged-in to webex at 9 am using the link in the spreadsheet provided by ICIRR COURT WATCH.  Next to my name I indicated I was a court observer.  I waited in the Webex waiting room for 17 minutes and was never let in.  I experienced the same denial by the same judge, Judge Beese, on 3/10/26, again Master Calendar Hearings for detained respondents.  I waited 20 minutes.  Judge Beese did not give a reason on either occasion for excluding court watchers from his hearings.

6. On 4/3/2026, I attempted to observe hearings for my shift at the Immigration Court in Chicago, IL.  This shift involved hearings on Webex. I logged-in to webex at 8:30 am using the link provided by ICIRR COURT WATCH.  Next to my name I indicated I was a court observer.  I was admitted, and Judge Stahl told me no observers were allowed by Webex. He said he appreciated the interest of Court Watch folks and that the courtroom is open, but according to EOIR, the Webex system is only for use by the parties involved.  I exited the Webex meeting at 8:35 am.

7. On 4/6/2026, I attempted to observe hearings for the afternoon shift at the Immigration Court in Chicago, IL  This shift involved hearings on Webex; the respondent (Dodge detainee Alexandro Lopez Contreras 240156012) had requested, according to the ICIRR Court Watch schedule, that a Court Watcher be present.  I had intended to go to the Chicago Immigration Court in person, but because I had been advised by other court watchers that Judge Vyas worked only remotely, I checked first by phone with a court

officer.  The court officer confirmed that the judge did not have an assigned courtroom that day, and that there was no opportunity for in person observation.  I gave the officer the name and "A" number of the respondent, and I was given the contact of Judge Vyas' clerk. I called the clerk twice before the 1 pm start to state my name, the respondent's name and "A" number, and his request for a court watcher.  I logged in at 1 pm with the link provided by ICIRR COURT WATCH.  Next to my name I indicated I was a court observer.  I waited in the Webex waiting room for over an hour and was never let in. The next day I found out, per the DOJ ACIS, that the respondent had been "removed."   He had been denied the opportunity for an open hearing; I was denied transparency to our processes of justice.

8.  Since February 2026, I have reviewed the daily notes of over 30 WebEx ICIRR Court Watch volunteers who made 192 attempts to observe in that time. I have also been analyzing weekly trends from ICIRR Court Watchers' Webex experiences.  I have learned that Judge Vyas allows no opportunity for in person or Webex observation of his afternoon hearings.  I have noted that at least 8 judges on the Chicago Immigration Court routinely deny Webex access for Master Calendar Hearings.

9.  I have spoken to my project manager and other observers, and I understand that my experiences as a court watcher are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

_____
6/8/2026
Date

# EXHIBIT 68

# Declaration of Tanya Stippich

CORE/3515279.0007/244176811.1

STATE OF Illinois )
)                    Declaration of
CITY OF Chicago )                    Tanya Stippich

I, Tanya Stippich, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1.    My name is Tanya Stippich.  I reside at 4242 North Leavitt Street in Chicago, Illinois.  I write this declaration based on my personal knowledge.

2.    I have been a volunteer court observer with ICIRR Court Watch since November, 2025.  I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.

3.    I have observed on approximately 16 occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings as well as bond hearings. I have observed these hearings on Webex.

4.    On at least two occasions during March and April of this year I attempted to observe a hearing on Webex and was blocked from accessing the hearing.  I took contemporaneous notes of my observations.  These two instances are described below.

5.    On March 31, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, Illinois, using Webex.  At 12:44 pm, I logged-in to Webex using the link for

Immigration Judge Michelle Venci's courtroom provided by ICIRR from the EOIR website. I identified myself by name on screen as "Tanya Stippich - Courtwatch Observer". I remained in the Webex lobby for 20 minutes waiting for the meeting to start. At 12:59 pm, the Webex screen indicated that there were 12 people waiting in the Webex lobby. At 1:04 pm, the number of people waiting dropped to one, and I was removed from the meeting. The Judge did not provide a reason. I was not given an opportunity to ask why before I was removed from the Webex room.

6.     On April 15, 2026, I attempted to observe hearings for my shift at Chicago Immigration Court in Chicago, Illinois using Webex. At 8:47 am, I logged-in to Webex using the link for Immigration Judge Michelle Venci's courtroom provided by ICIRR from the EOIR website. I identified myself by name on screen as "Tanya Stippich - Courtwatch Observer". I remained in the Webex lobby for the next 13 minutes waiting for the meeting to start. The Webex screen indicated that there were 14 people waiting in the Webex lobby. At approximately 9:00 am, I was removed from the meeting. The Judge did not provide a reason. I was not given an opportunity to ask why before I was removed from the Webex room.

7.     I have been in touch with the ICIRR Court Watch volunteer board and other observers, and I understand that these experiences are common amongst many court observers in our area as well as in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_[signature]_                                                    June 4, 2026

Signature                                                      Date

# EXHIBIT 69

# Declaration of Kathryn Curtin

STATE OF **Illinois**                          )
                                                )          Declaration of
CITY OF **Chicago**                            )          **Kathryn Curtin**

I, Kathryn Curtin, swear under penalty of perjury the following to be true and correct to the best of my knowledge.

1. My name is Kathryn Curtin. I reside at 2314 W. Cortez Street, Unit GE, Chicago, Illinois.  I write this declaration based on my personal knowledge.
2. I have been a volunteer court observer with ICIRR Court Watch since September 2025.  I have been trained by ICIRR Court Watch to observe hearings using best practices. I never intervene, I take quiet notes, and I do not speak to the judge or respondents during hearings unless explicitly directed to do so.  I take neutral notes and write down observations according to our training and the items requested on my form, such as respondent country, whether they have a lawyer, if they are given an interpreter in their best language, if they are a minor, the basics of their claim, and any decisions such as bond amounts, orders for removal or grant of status, further hearings, and the judge and DHS attorney demeanor.
3. I have observed on 3 occasions since I began with ICIRR Court Watch. This involves master calendar and individual hearings. I observe these hearings on Webex and in-person at 55 E. Monroe facility.
4. My professional work is in education data analysis. I have experience in building systems to collect objective qualitative data across a wide range of settings.
5. Since October 2025, I have managed the ICIRR Court Watch systems for collecting all volunteer observations, shifting our data collection methods so that the program is gathering consistent information from all volunteers.
6. Since December 2025, I have read the reports submitted by each of our volunteers every week to aggregate information on high level trends across Chicago Immigration Courts. In this time, I have reviewed reports from approximately 50 volunteers completing over 350 shifts (a morning or afternoon of observing). The reports from these individual shifts sometimes reflect attempts to observe in multiple courtrooms with scheduled cases, with repeated challenges to successfully gaining access via Webex.
7. Since February 2025, I have noticed a consistent pattern where volunteers have either been fully denied access to Webex hearings (never being admitted) or have had their access severely curtailed (i.e. admitted and a judge immediately tells them they are unable to observe due to an EOIR directive).
8. Since February 2025, I have led a team of three volunteers to consistently collect and track data on this issue, and we have worked to refine our collection systems to distinguish between "appropriate" and "inappropriate" denial of access. In particular, we are aware that in Merits cases where the respondent or their attorney indicate they do not want observers, the judge is acting appropriately in asking the observers to leave. We understand the same to be true in cases where there are issues of national security or other sensitive personal matters being discussed.
9. We have begun more consistently monitoring the exact phrasing of messages that appear on Webex so we can more accurately determine instances where hearings may have been canceled or are not actually taking place.

10. Based on reading reports and directly reviewing volunteer notes that align with our above-described categorization methods, I can state that ICIRR court watch volunteers have been inappropriately denied access to observe via Webex over 300 times since late February. I can also state that volunteers made over 400 other attempts to gain access via Webex where we believe a hearing occurred but the judge never started a WebEx session for anyone.

11. I supported the following volunteers in preparing their affidavits for this filing: John Lloyd, Marissa Porter, Ishanee DeVas, Lisa Gotkin, Katherine Kiang, Christina O'Connell, Jennifer Roth, Amy Snierson, and Lena Tom. I provided them with copies of the reports they submitted on the days they observed. I can attest that the affidavits they have provided are consistent with what they documented in their reports on the days listed in their affidavits.

12. I can attest from reviewing all ICIRR Court Watch reports that the denial of access via Webex has been consistent since February, with a number of judges completely denying access via Webex in that timeframe: Dillon Ambrose, Matthew Beese, Brendan Curran, Craig DeFoe, Michael Klosowsky, Patrick McKenna, Marc Stahl, and Michelle Venci. Because this is a consistent and ongoing pattern, I believe it is likely to continue in the future.

13. I have been in touch with leaders of other Court Watch organizations, and I understand that these experiences are common amongst many court observers in other locations.

I swear or affirm that the foregoing is true and correct to the best of my knowledge.

_____
Signature

06/04/2026
_____
Date

# EXHIBIT 70

# Declaration of Sarah Glacel

CORE/3515279.0007/244176811.1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
FR. FABIÁN ARIAS et al.,

*Plaintiffs,*

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
et al.

*Defendants.*
------------------------------------------------------------------------

1:26-cv-02130 (CM)

### **DECLARATION OF SARAH GLACEL**

I, Sarah Glacel, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   My name is Sarah Glacel. I am over eighteen years old and competent to make this declaration. Unless otherwise stated, the facts set forth in this declaration are based on my personal knowledge.

2.   Since approximately July 2025, I have regularly attended immigration court proceedings in New York City roughly twice per week as a public observer and accompanier. I have attended proceedings at both 26 Federal Plaza and 290 Broadway.

3.   I am a former Fulbright scholar. While on my Fulbright scholarship, I lived in Russia. I speak fluent Russian and some Spanish. My Russian-language ability has allowed me to communicate directly with Russian-speaking respondents and to provide practical support when they are frightened or confused in the courthouse.

4.   My purpose in attending immigration court is to observe public proceedings, support people who are appearing in immigration court, help people understand that they have rights and that

free resources may be available to them, and accompany people to and from hearings so they do not have to navigate the courthouse environment alone. I am not a lawyer, and when I speak with respondents I tell them that I am not a lawyer and do not give legal advice.

5.    Many people I encounter in immigration court are visibly afraid. People have thanked me for being present and have told me that having someone there made them feel less afraid. Some have asked for my phone number or asked to meet before future court appearances. Based on these repeated interactions, I believe that accompaniment and observation make people more willing and able to return to court.

6.    The conditions for court observers and accompaniers in the New York City immigration courts are frequently arbitrary and inconsistent. Rules change depending on the day, the floor, the courtroom, the clerk, the security personnel present, the ICE or ERO agents present, and the perceived level of tension in the courthouse. On some days observers are allowed to stand in hallways, wait near elevators, sit in waiting rooms, and enter courtrooms when space is available. On other days observers are told they cannot do some or all of those things, even when there is no apparent capacity issue, disruption, posted rule, or explanation.

7.    For example, on Tuesdays on the twelfth floor, I have encountered a security officer who tells observers that they are "loitering" if they stand in the hallway or near the elevators. I do not understand standing quietly near an elevator or out of the way in a public courthouse area to be loitering. These restrictions make it difficult to speak with people who need support or to accompany them when they leave court.

8.    Courtroom access rules also vary. I have been told, or have observed others being told, that only a certain number of observers may enter a courtroom even when seats are available. At other times, observers are told they cannot sit in a waiting room, cannot stand in the hallway,

cannot remain near the elevator bank, or cannot remain on the floor. The rules are not applied consistently.

9.    At 26 Federal Plaza, I am always asked to show identification when entering the building. I have not had the same experience at 290 Broadway. I have personally seen respondents and attorneys turned away at 26 Federal Plaza for not having identification, even when they had materials showing that they had an appointment. During the limited time when I am personally in line, I have seen this happen at least about once a month.

10.    Based on my in-person experience at immigration court, visitors, observers, and volunteers are subject to repeated and persistent admonitions that they may not record, collect, or preserve information in any form. These admonitions are not limited to audio or video recording. In practice, security officers, ICE officers, court supervisors, clerks, and other court personnel have treated ordinary acts of notetaking and information-gathering, including writing information on paper, typing notes into a phone, texting information to others, collecting a respondent's contact information or A-number, photographing activity, or passing written information, as prohibited or suspect conduct.

11.    These restrictions are a constant feature of the courthouse environment. They arise in courtrooms, waiting rooms, hallways, and elevator-bank areas. Visitors are frequently told to put away phones, stop texting, stop writing things down, stop taking notes, stop speaking with respondents, stop collecting contact information, stop handing out written materials, or move to a different area. The instructions are often delivered as commands rather than explanations, and they are frequently accompanied by threats that the visitor will be removed from the courtroom, removed from the floor, expelled from the building, barred from reentry, or treated as trespassing if they do not comply.

12.    In my experience, the rules are often not posted, not explained, and not applied consistently. Different security officers, ICE officers, clerks, supervisors, and courtrooms give different instructions, sometimes on the same day or on the same floor. At times, visitors are told that they may observe only if they do not speak with respondents, do not collect information, do not use phones, and do not write anything down. At other times, visitors are told that they may be in one specific area but not another, or that a waiting room, hallway, or elevator-bank area is off limits. These directions change depending on the floor, courtroom, personnel present, ICE activity, and the perceived tension of the moment.

13.    The practical effect of these admonitions is to prevent visitors from documenting what is happening in immigration court and from recording basic information necessary to assist respondents, such as contact information, emergency contacts, A-numbers, courtroom locations, hearing outcomes, or observed enforcement activity. Even when a visitor is not recording audio or video, the act of taking handwritten notes or typing notes on a phone can draw scrutiny, warnings, or removal. As a result, visitors reasonably understand that recording data in any manner, including simply taking notes, is likely to attract attention from security or court personnel and may result in denial of access.

14.    I and other observers have also been told not to speak with respondents. For example, in Judge Maillano's court, before the incident described below, the clerk came out for two weeks in a row and told observers not to talk to respondents. He also told respondents that we were not lawyers. We agreed that we were not lawyers, because we tell respondents that ourselves, but he still indicated that we should not be speaking with respondents at all. I have also observed similar directives from a floor supervisor on the fourteenth floor. These directives interfere with my ability to provide non-legal support and information.

15.   In addition to inconsistent access restrictions, ICE and ERO agents have been present in courthouse hallways and near courtrooms. Their presence often upsets respondents and family members. Agents are often masked, wear clothing or hats identifying them as ICE or ERO, and stand near courtroom doors, waiting rooms, hallways, or elevator areas. Their conduct and positioning make people afraid to move through the courthouse.

16.   In one recent incident separate from the Judge Maillano incident described below, I walked a seventh-grade child to the bathroom because he was afraid to leave the courtroom area alone. To reach the bathroom, we had to pass agents positioned in the hallway. The agents leaned in as we passed. This is the kind of conduct that makes people afraid to use the restroom, leave the courtroom, or move through the courthouse.

17.   On a Tuesday in May 2026, I was present near Judge Maillano's courtroom and waiting room. Before ICE agents entered the waiting area and courtroom, access had been relatively normal that day. Members of the public and observers were present. People were waiting quietly in the hallway and waiting-room area because respondents were expected to come out and observers wanted to be available to accompany them safely through the courthouse.

18.   The ICE agents had already been on the floor for some time before entering the courtroom area. They were moving up and down the hallway, gathering near the elevators and waiting-room area, and making their presence known. I could identify them as ICE or ERO agents based on their clothing, insignia, and conduct. Some wore masks and sunglasses indoors. Some wore hats, jackets, or sweatshirts identifying them as ICE or ERO. They were loud, joking, using phones, and positioning themselves in ways that made the hallway feel tense and intimidating.

19.   At first, one agent entered the waiting-room area while others remained outside the doorway. Then additional agents came in or positioned themselves near the entrance. They

remained there for several minutes. Suddenly, at least three and possibly four agents marched directly into Judge Maillano's courtroom. One agent walked almost to the front of the courtroom, near the area where respondents appear, rather than remaining in the public seating area. The agents then turned around and visibly looked at particular people in the courtroom, as though searching for or identifying someone.

20.    I was shocked by this. I had seen many frightening things in immigration court, but I had never previously seen ICE agents enter a courtroom in that manner. It immediately destroyed any sense that the courtroom itself was a protected or neutral space where proceedings could occur without intimidation. The atmosphere changed instantly. People became visibly tense and frightened.

21.    The clerk reacted immediately. Although I could not hear every word clearly and could not see the judge's face, I saw the clerk jump up and heard him say words to the effect of, "What are you doing? Get out of here." The agents eventually left the courtroom and waiting-room area. A few minutes later, the clerk came out and told everyone waiting that if they wanted to come in and observe, they could do so, but that he was shutting the courtroom door.

22.    Even after leaving the courtroom, the agents remained in the hallway and continued behaving in an intimidating manner. I heard one agent say words to the effect of, "He's definitely in there," or "We've got him." It appeared to me that they were intentionally trying to make observers and respondents believe that someone inside the courtroom was about to be detained.

23.    I also saw another agent raise both hands in a way that resembled holding a rifle, with his fingers pointed as though aiming. I cannot quote his exact words, but he said something to the effect of, "We've got him in our sights," or "Now we can tag him out." The combination of the words and the rifle-like gesture struck me as intentionally violent and threatening. It was not

casual joking. It communicated force and domination in a courthouse hallway filled with frightened respondents and observers.

24.    The observers around me were stunned and confused. We were asking one another whether we had really just seen ICE agents enter the courtroom in that way. People who came out of the courtroom afterward appeared terrified. The incident created confusion about whether the courtroom remained safe, whether people could leave safely, whether anyone was about to be detained, and whether simply being present near the courtroom exposed people to danger.

25.    One respondent who came out of the courtroom was from Kyrgyzstan and spoke Russian, so I spoke with him in Russian. I told him that ICE agents were outside and that observers wanted to walk him out safely. He immediately turned pale and said, "I won't leave. I won't leave." He called his lawyer, but his lawyer could not do anything about the agents' presence. The respondent asked whether he could go back into the courtroom because he was too afraid to remain in the waiting room or leave the courthouse.

26.    I translated for him and asked the clerk whether he could return to the courtroom even though his hearing had concluded. The clerk allowed him to go back in. He was too frightened to leave the courtroom area.

27.    Later, during a break, another man came out because he needed to use the bathroom. ICE agents were still nearby in the hallway. We warned him about their presence. He immediately decided not to use the bathroom and returned instead.

28.    Eventually, several respondents and observers needed to move through the hallway or leave the area. Observers planned to walk people as a group because individuals were afraid to move through the courthouse alone. By the time we moved, the agents had stepped around the corner

or left the immediate area, but even then people moved very quickly. Some appeared to run or hurry out as fast as they could.

29.    When the agents appeared to be gone, I returned to get the Russian-speaking respondent from Kyrgyzstan and escorted him downstairs. When we exited the elevator, he saw other federal agents elsewhere in the building. He did not appear to know the difference between those agents and ICE. His face immediately turned pale again and he ran out of the building. I do not know whether he will return for his next hearing even though he has a lawyer. He was extremely frightened.

30.    After the ICE agents left the floor, the immediate disruption ended, but the fear did not. Respondents remained visibly shaken. Observers continued accompanying people out of the courtroom area and toward the elevators because many people no longer felt safe navigating the courthouse alone.

31.    This incident did not make me stop attending immigration court. If anything, it made me more determined to continue because respondents clearly need support. But it was obvious to me that the conduct of the ICE agents made respondents more afraid to leave the courtroom, use the restroom, walk through the hallway, or leave the building.

32.    In my experience, incidents like this make it less likely that people will feel safe returning to court. Even when respondents have lawyers or know they are required to appear, the conduct and presence of ICE agents in and around the courthouse can make people afraid to attend future hearings or even to move through the courthouse to comply with court requirements.

33.    The combined effect of arbitrary access rules, limits on speaking with respondents, restrictions on note-taking and information-gathering, and the conduct and presence of ICE agents interferes with my ability to observe proceedings, provide non-legal information, and

accompany people through the courthouse. It also deprives respondents of practical support that

helps them understand where to go, what is happening, and that they are not alone.

34.    I submit this declaration in support of Plaintiffs' request for relief to restore public access,

observation, accompaniment, safe communication, and the ability to document and preserve

information in and around the immigration courts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 26, 2026


_____

# EXHIBIT 71

# Declaration of Former Immigration Judge Paul Wickham Schmidt

CORE/3515279.0007/244176811.1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FR. FABIÁN ARIAS et al.,

*Plaintiffs,*

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
et al.

*Defendants.*

1:26-cv-02130 (CM)

## DECLARATION OF PAUL WICKHAM SCHMIDT

I declare:

1.  I am Paul Wickham Schmidt, 77 years old, residing in Alexandria, Virginia.

2.  Between approximately April 2003 and my retirement on June 30, 2016, I was a United States Immigration Judge ("IJ") at the now "Legacy" Arlington Immigration Court in Virginia. That court was part of the Executive Office for Immigration Review ("EOIR") within the U.S. Department of Justice ("DOJ").

3.  Prior to my appointment as an IJ, I was a Board Member ("Appellate Immigration Judge") of the Board of Immigration Appeals ("BIA") within EOIR for eight years, serving as BIA Chair for approximately six of those years.

4.  I have also been the Deputy General Counsel and Acting General Counsel of the now "Legacy" Immigration and Naturalization Service within the DOJ.

1

5. I have also practiced immigration law as a partner at Jones Day (D.C. Office) and the Managing Partner of the D.C. Office of Fragomen.

6. I was also an Adjunct Professor teaching immigration and refugee law at Georgetown Law (2012-14; 2017-23).

7. I currently am a member of the Round Table of Former Immigration Judges and BIA Members ("Round Table"). Our Round Table has filed more than 130 amicus briefs in tribunals ranging from the U.S. Supreme Court to the BIA providing expert input on issues involving due process and practice, procedures, and policies in Immigration Courts.

8. During my thirteen years on the bench, I spent thousands of hours presiding over hearings in Immigration Court.

9. I am familiar with the regulations, policies, and practices governing visitors and observers in Immigration Court up until I retired on June 30, 2016.

10. As a matter of regulation and institutional practice, Immigration Court proceedings, both Master Calendar and Individual Calendar, were presumptively open to the public. EOIR management generally encouraged and facilitated such observation. This was true across administrations of both parties.

11. The major exceptions to presumptive observation were for asylum cases and certain proceedings conducted under the Violence Against Women Act ("VAWA") because of confidentiality concerns.

12. In asylum and VAWA cases, observation was possible, and frequently occurred, but required the consent of the non-citizen respondent. My experience was that such consent to observe was given in the vast majority of those cases where observers sought access.

2

13. Members of the public, family members, journalists, advocates, legal observers, students, researchers, volunteers, friends and neighbors of respondents, Congressional staff and government officials from the DOJ, DHS, and other Government agencies routinely attended hearings, waited in common areas, spoke quietly with respondents and both counsel, observed court operations, and moved throughout the publicly accessible portions of the courthouse environment without incident.

14. Meaningful public observation of Immigration Court proceedings necessarily extended beyond the courtroom itself and included access to adjacent publicly accessible areas where respondents, counsel, interpreters, family members, and observers coordinated attendance, exchanged information, prepared for proceedings, and discussed next steps following hearings. In my experience, these interactions were a normal and expected part of Immigration Court operations.

15. In my experience, the presence of outside observers was not treated as anomalous or inherently disruptive, but rather as a normal and expected feature of the Immigration Court system. Observation occurred regularly in Arlington without incident.

16. During my tenure, I observed that many respondents appearing in Immigration Court were unfamiliar with the legal system, did not speak English fluently, or were navigating proceedings involving extraordinarily high personal stakes. The presence of family members, volunteers, faith leaders, students, legal observers, and other supporters often reduced confusion, fear, and isolation, and contributed to respondents' ability to navigate the court process with greater confidence and understanding.

17. It was also common for non-attorney supporters, volunteers, faith leaders, students, and family members to assist respondents in navigating the courthouse environment, locating

3

courtrooms, understanding scheduling information, arranging interpretation, or providing emotional support before and after hearings. In my experience, such activity was generally treated as a routine and expected aspect of the functioning court environment.

18. Public observation contributed to transparency, accountability, public confidence, and the accurate functioning of proceedings involving vulnerable populations often unfamiliar with the legal system.

19. My observation was that counsel for both parties usually were at their best when observers were present. The presence of observers in Immigration Court generally promoted professionalism, preparedness, civility, and accountability among courtroom participants. Public observation tended to reinforce the seriousness of proceedings and contributed positively to the quality of courtroom conduct and administration.

20. Public observation and various forms of community accompaniment were longstanding and familiar features of Immigration Court practice rather than novel or unusual developments. The regular presence of observers and supporters reflected an established institutional culture of public access and engagement.

21. Observation also served an important educational function. It was an opportunity for me to educate the public, including law students and other lawyers, about the level of preparation, performance, and conduct that I expected in court.

22. As an adjunct professor, I required my students to observe and report back on certain Immigration Court proceedings. From the number of students who visited my courtroom over the years, I believe that other professors teaching immigration law also required or encouraged court observation as part of the educational process. Court observation was widely understood as an important component of legal education, professional

4

development, public understanding, and civic accountability. In addition to law students and journalists, observers frequently included practicing attorneys, nonprofit workers, researchers, clergy, community organizations, and members of the public seeking to better understand the Immigration Court system.

23. Procedures that would unduly restrict public observation in Immigration Court would impair the ability of the public to observe, monitor, understand, and engage with important "life or death" proceedings that historically have been conducted in an environment open to public attendance and observation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my recollection.

Executed on: 05/25/26

_____
Paul Wickham Schmidt

5

# EXHIBIT 72

# Declaration of Stephen Kelly

CORE/3515279.0007/244176811.1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------
FR. FABIÁN ARIAS et al.,

*Plaintiffs,*

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
et al.

*Defendants.*
------------------------------------------------------------------------

1:26-cv-02130 (CM)

### SECOND DECLARATION OF STEPHEN KELLY

I, Stephen Kelly, pursuant to 28 U.S.C. § 1746, declare as follows:

## I. BACKGROUND AND SCOPE OF THIS SUPPLEMENTAL DECLARATION

1. I am an attorney admitted to practice in the State of New York. I am a plaintiff in this action and counsel for Plaintiffs.

2. I previously submitted a declaration dated April 29, 2026. This declaration supplements that declaration. It provides additional factual detail, addresses events after Defendants' May 12, 2026 filings, and responds to Defendants' characterization of the challenged conduct as isolated, speculative, ordinary security, or cured by post-suit reminders.

3. Except where I expressly state otherwise, the facts in this declaration are based on my personal knowledge, direct observations, contemporaneous notes, and communications I personally received. Where I refer to incidents reported to me by other observers or in

1

public reports, I identify them as reported information and do not present those facts as personal observation unless I personally observed them.

4. In or about March 2025, I was invited by immigrants' rights advocate Ravi Ragbir to evaluate conditions at the New York City immigration courts. Since then, I have attended immigration court approximately once per week, including as a member of the public, a court observer, an attorney, an organizer of court-observation efforts, and a volunteer accompanying respondents who requested support.

5. In those capacities I have repeatedly observed immigration court proceedings, public waiting areas, hallways outside immigration courtrooms, elevator banks, building entrances, and security checkpoints at 26 Federal Plaza and 290 Broadway. I have also had direct knowledge of the underlying proceedings of some respondents I accompanied.

6. I intend to continue attending immigration court in these buildings. Based on my experience since June 2025, including events after Defendants filed their May 12, 2026 declarations, I expect that I and similarly situated observers will continue to face exclusion, harassment, intimidation, speech restrictions, and physical risk unless this Court grants relief.

## II. WORK IDENTIFYING AND INVESTIGATING THE CLAIMS, LEGAL RESEARCH, AND RESOURCES COMMITTED

7. Since approximately March or April 2025, I have regularly attended the New York City immigration courts for the purpose of observing conditions, understanding how the tribunals operate in practice, accompanying respondents when requested, and documenting conduct that interferes with public access, protected speech, association, accompaniment, and court participation.

8. This work has included hundreds of hours of court observation, accompaniment, witness conversations, factual investigation, organizing contemporaneous notes, locating and communicating with potential declarants, reviewing public reporting and video evidence, and assembling the record that supports this litigation.

9. I was among the first attorneys, to my knowledge, to identify the access, speech, and intimidation problems that emerged in these courts during the past year as a connected civil-rights problem rather than as isolated courthouse incidents. I have served as a resource to local and national legal organizations, civil-rights organizations, scholars, journalists, observers, community groups, and elected officials seeking to understand conditions at 26 Federal Plaza, 290 Broadway, and related New York City immigration-court spaces.

10. My legal research has included the First Amendment right of access to immigration proceedings, restrictions on speech and expressive activity in courthouse and court-adjacent spaces, retaliation and chilling of protected activity, administrative-law constraints on agency action, EOIR rules concerning public immigration hearings, preliminary-injunction standards, Rule 23(b)(2) civil-rights class actions, Rule 23(g) class-counsel adequacy, and authorities concerning injunctions against federal law-enforcement conduct directed at observers, journalists, and legal observers.

11. I have maintained a personal Westlaw account to conduct legal research, and have incurred approximately $5,380 in research fees for my work as counsel in this matter.

12. My professional background includes litigation and adversarial regulatory work, including work as a private contractor seconded to the Department of Justice Civil Frauds Division. In that role I performed work that included developing legal theories and evidentiary records for complex civil litigation affecting large groups of people.

3

13. Before becoming a lawyer, I applied to law school while living in Guatemala because I wanted to work on justice issues connected to the Americas. I later served as the Law and Justice in the Americas Fellow at Boston College for two years and as a Clough Fellow conducting academic legal research concerning U.S.-Central America ties.

14. I have not previously represented a certified class in federal court. My original expectation was that I would investigate and develop the factual and legal basis for the claims and then transfer the matter to experienced class-action, impact-litigation, civil-rights, or immigration counsel. That expectation is why I spent much of the past year seeking outside counsel rather than immediately filing as proposed class counsel.

15. During that period, I repeatedly attempted to recruit or hand off the matter to experienced litigators, impact-litigation organizations, civil-rights organizations, immigration lawyers, elected officials, coalitions of lawyers, coalitions of organizations, and organization lawyers in their individual capacities. I pursued those efforts especially aggressively at natural handoff points: after gathering a substantial evidence base, after identifying potential named plaintiffs, after outlining the legal issues, after substantially outlining the complaint, and after filing the complaint. All agreed on the need for this action, and none were willing to act.

16. I have continued this work because the need for relief has not abated and because, after these unsuccessful recruitment efforts, abandoning the case would leave the challenged practices without an effective vehicle for judicial review. My work on this matter has been open and public. Many members of the affected community are familiar with my continuous work on these issues, and no class member has expressed unease to me about my continuing in this role.

4

17. The investigation, research, and outreach described above are also relevant to the merits of this declaration. My opinions about the ongoing and systemic character of the challenged conduct are not based on a single visit or isolated incident. They are based on repeated attendance, direct observation, conversations with affected people, review of contemporaneous reports and public evidence, and sustained legal research into the rules that govern public access, protected speech, and law-enforcement conduct in this environment.

## III. BASELINE CONDITIONS AND THE CHANGE BEGINNING IN 2025

18. During the earlier period of my observations, my understanding and experience were that immigration court proceedings were presumptively open to the public, and that members of the public could enter courtrooms when space permitted, wait in public waiting areas, move through public hallways for court-related purposes, and engage in quiet, consensual, non-disruptive communication with respondents and their families.

19. The relief Plaintiffs seek does not prevent neutral courthouse security. I do not object to ordinary screening at the building entrance, neutral weapons checks, reasonable capacity limits actually tied to space, courtroom decorum rules, lawful closure orders, or directions necessary to keep doorways, elevators, and corridors clear. The conduct at issue is different in kind. It consists of arbitrary exclusion, locked doors, shifting and unwritten entry rules, categorical bans on observation, restrictions on quiet court-related communication, retaliatory or intimidating enforcement, and federal law-enforcement activity in and around court spaces that deters court attendance and public observation.

20. Beginning in or around June 2025, conditions changed sharply. Since that time, on the substantial majority of my visits, I have personally experienced or directly observed one or

5

more of the following: members of the public being denied entry to courtrooms without explanation; courtroom doors locked against public access despite apparent available seating; people prevented from speaking with respondents in public waiting areas or hallways; people expelled or threatened with removal for sharing informational materials or engaging in brief consensual conversations; and arbitrary directives concerning where observers may stand, sit, walk, or remain.

21. The stated "rules" vary by day, floor, person, and building. The practical result, however, is consistent: members of the public are prevented from observing immigration proceedings, communicating with respondents, remaining in public access areas, and documenting how the courts and enforcement agencies operate.

## IV. THREE OVERLAPPING SOURCES OF HOSTILE CONDUCT

22. In my experience, the hostile conduct toward observers, respondents, family members, clergy, journalists, and other members of the public comes from three overlapping sources: building security contractors and Public Security Officers; federal law-enforcement agents, including ICE agents or agents acting in support of ICE operations; and immigration-court employees.

23. The first category, building security contractors and Public Security Officers, most often enforces unwritten and shifting entry restrictions. These restrictions may begin on the sidewalk or at the building entrance and continue through security checkpoints, elevator banks, waiting areas, hallways, and courtroom doors. They include demands for identification or proof of a specific hearing, directions to leave public areas, restrictions on speaking with respondents, and removal or threatened removal for court-related expressive activity.

6

24. The second category is federal law enforcement. The agents I have observed are often dressed in tactical gear, sometimes with masks, sunglasses, armor, and visible weapons. Their role is not limited to neutral screening. They stage near courtroom exits, waiting areas, and elevator paths used by respondents, families, counsel, observers, journalists, and clergy. Their presence creates a gauntlet through which people with court business must pass.

25. The third category is immigration-court staff. In my experience, their role most often concerns courtroom access: preventing observers from entering courtrooms, keeping courtroom doors locked, removing observers who gain entry, or announcing a categorical rule that "no observers" are permitted without identifying any capacity determination, closure order, case-specific reason, or disruption.

26. These categories often reinforce one another. A security officer may tell an observer to get permission from court staff; court staff may disclaim knowledge of any such process; ICE agents may then occupy the hallway or elevator area in a manner that makes any further attempt to observe or assist practically impossible. Because responsibility shifts among agencies and contractors, observers cannot know what rule is being enforced, who made the rule, or how to comply with it.

## V. BUILDING SECURITY PRACTICES AND UNWRITTEN ENTRY RESTRICTIONS

27. On repeated occasions, I have observed building security personnel impose entry or movement requirements that were not posted, not reduced to writing, and not applied consistently. Respondents, family members, attorneys, and observers have been told different things by different personnel, sometimes on the same day or in the same building.

7

28. Examples include demands that members of the public produce identification or prove a specific hearing before being allowed to enter or proceed; statements that only respondents and attorneys may enter; statements that observers must be assigned to a specific courtroom before they may go upstairs; and directions that hallways or waiting areas are "private" or off limits even when those spaces are necessary to reach courtrooms, restrooms, elevators, or clerks' offices.

29. I have also observed and experienced directives that appear designed to harry people engaged in lawful court-related activity rather than to solve an actual safety problem. These include abrupt orders to move from one place to another without explanation, commands not to speak with respondents in public areas, threats of removal for quiet conversations or for sharing noncommercial informational materials, and restrictions triggered by ordinary note-taking or handling a phone.

30. On multiple occasions, security personnel have privately expressed discomfort with what they were required to do, including statements to the effect that they did not like the instructions they were enforcing but would lose their jobs if they did not comply. I do not know the internal employment circumstances of those officers, but those statements are significant because they indicate that the challenged conduct is not merely a matter of individual misunderstanding by one security officer on one day.

## VI. RECENT COURTROOM ACCESS INCIDENT AT 26 FEDERAL PLAZA

31. On a representative visit to the immigration court located at 26 Federal Plaza on or about April 17, I attempted to observe proceedings as a member of the public. A security officer told me that I could only visit a courtroom assigned to me by the clerk on the 14th floor.

32. I went to the 14th-floor clerk. That clerk had no knowledge of any system under which the clerk assigned observers to courtrooms. I then tried the 12th-floor clerk. That clerk provided three possible courtrooms because, as the clerk put it, they "weren't doing anything important."

33. Two of the three courtrooms were locked and appeared empty. The third courtroom was also locked. A practitioner was waiting in the public area to be admitted to represent her client. We spoke for approximately fifteen minutes about neutral topics while waiting for the door to open.

34. When the clerk opened the courtroom door, the practitioner went to the clerk, explained her official business, and identified me as an observer hoping to view proceedings. The clerk immediately and loudly said, "NO, NO OBSERVERS!" and closed the door behind the entering attorney.

35. No one identified any capacity limitation, courtroom closure order, case-specific privacy reason, disruption, security concern, or written rule justifying my exclusion. I was not blocking a hallway, speaking loudly, recording inside a courtroom, refusing screening, or interfering with any person's hearing or any law-enforcement operation. The exclusion was based on my status as an observer.

36. That incident was not unusual. It was typical of what I have encountered at the New York City immigration courts since approximately May or June 2025 and has become increasingly typical over time. The unusual feature of this incident was only that it displayed the entire chain of arbitrary access restrictions: a security officer invoked a supposed assignment process; one clerk knew nothing about it; another clerk provided

9

courtrooms based on an unexplained judgment about whether cases were "important"; and a courtroom clerk then announced a categorical ban on observers.

## VII. FEDERAL LAW-ENFORCEMENT PRESENCE AND PHYSICAL RISK

37. The federal law-enforcement presence in and around immigration court is materially different from ordinary courthouse security. It is not limited to magnetometers, bag screening, weapons checks, or neutral crowd control. The agents are often stationed in corridors, waiting areas, elevator banks, and courtroom exit paths where respondents and observers must pass immediately before and after hearings.

38. On or about June 23, 2025, I accompanied a respondent to immigration court. I was present in the gallery during that respondent's hearing. After the hearing concluded, the respondent, the respondent's priest, and I exited the courtroom at an appropriate time. The respondent had been represented remotely by counsel, and the proceedings were conducted in English, which neither the respondent nor the priest spoke. In the hallway outside the courtroom, I spent several minutes explaining the favorable outcome of the hearing to them.

39. At the conclusion of that conversation, the three of us began to proceed toward the elevator. A group of government agents, attired in military-style weapons and armor and who had been standing nearby without indicating any attention to us, suddenly rushed us. I was forcibly separated from the group, and the respondent was seized and taken away in handcuffs. I was not obstructing the agents, blocking a corridor, or physically interfering with any arrest. I was explaining the outcome of a court proceeding to a respondent and a priest who did not understand English.

40. I was also present on September 30, 2025, when a journalist was forcibly taken to the ground at 26 Federal Plaza and struck his head on the marble floor with significant force. I

10

observed the incident and its immediate aftermath. That incident, together with other incidents I have personally observed or that have been reported by people present at court, confirms that the risk to observers, journalists, clergy, family members, and other members of the public is physical as well as expressive.

41. Because the agents often wear masks, tactical clothing, sunglasses, or other gear that makes identification difficult, and because they do not consistently provide names or badge numbers when challenged, it is often impossible for observers to create a complete contemporaneous record of who gave an order or used force. This practical inability to identify officers is itself part of the chilling environment.

## VIII. EVENTS AFTER DEFENDANTS' MAY 12, 2026 FILINGS

42. Defendants filed declarations and an opposition memorandum on May 12, 2026. As I understand those filings, Defendants contend that Plaintiffs have not shown a continuing pattern or likely future harm, that the challenged conduct is adequately governed by existing rules, and that court leadership has reminded staff of the rules governing public access and communication. My observations after those filings show that the challenged conduct remains current.

43. On Tuesday, May 26, 2026, the day Plaintiffs' reply papers were due, I observed extensive ICE or federal law-enforcement presence at immigration-court locations at both 26 Federal Plaza and 290 Broadway. I include photos taken earlier today as exhibits to this declaration.

44. The agents I observed were not stationed at an entrance checkpoint conducting ordinary magnetometer or bag screening. They were present in or around the spaces used by respondents, families, observers, and volunteers for immigration-court business.

11

45. That continued presence post-dates the Government's May 12 filings. It therefore cannot be dismissed as a past practice, an isolated misunderstanding, or a problem cured by post-suit reminders. The continued ICE presence also directly contradicts any practical suggestion that observers no longer face intimidating federal law-enforcement activity in the immigration-court environment.

46. On May 26, 2026, I also spoke with other observers about current conditions. One observer described a new security guard downstairs who was again preventing people from entering and said that the "old thing" was recurring. The same conversation reflected what I have seen repeatedly: access depends on which judge, clerk, guard, floor, or day a person encounters, rather than on a clear written rule consistently applied.

## IX. REPORTED RECENT INCIDENTS AND THEIR EFFECT ON OBSERVERS

47. In addition to my own observations, I have received reports from observers and other people present in or around immigration court. I identify the incidents in this section as reported information except where I state that I personally observed them. I include these reports because they affect whether observers, respondents, clergy, journalists, and volunteers reasonably feel safe engaging in public observation, accompaniment, communication, and this litigation.

48. On May 26, 2026, observers reported to me several recent incidents involving agents whom observers identified by name, and who have been the subject of previous investigations for unwarranted, unprovoked violence against members of the public. Because I did not personally witness all of these incidents, I identify them here as reports made to me and as evidence of the fear and chilling effect on observers.

12

49. Observers reported that on or about May 21, 2026, an agent confronted Father Fabián Arias with hostility after Father Arias attempted a light or friendly exchange, which provoked a rebuff that observers found shocking.

50. Observers also reported that a woman who works with observers and was playing with children was called a "pedophile" by an agent identified by observers and that other agents agreed or joined in. The point of including this report is not to rely on an unverified insult as an independent fact, but to explain why volunteers experience the ICE presence as bullying and why witnesses are afraid to come forward.

51. Within the week preceding this declaration, several individuals independently reported to me that ICE agents, speaking loudly in public courthouse spaces, made homophobic comments about Plaintiffs in this action. I did not personally hear those comments, and I therefore present this as independently reported information rather than my own observation. The reports are significant because the comments were described as public, loud, and directed at Plaintiffs in pending litigation. In the environment I have described above, that kind of reported conduct reinforces the perception that federal agents are targeting or mocking people because of their participation in this lawsuit and because of protected identities or associations, rather than engaging in neutral courthouse security.

52. In the same May 26 conversations, observers described federal agents being masked on one day, not masked the next, and present long enough to stand near the court area throughout the time observers were present. They also reported that agents had taken someone the prior Tuesday.

53. I have also received reports of earlier incidents in which ICE or federal agents blocked access to waiting rooms or public areas until an elected official intervened. In a text

13

conversation that was provided to me, an observer reported that on March 20, 2026, ICE blocked the entrance to the main waiting room, that security then enforced the exclusion, and that members of the public were allowed back in only after Congressman Dan Goldman entered. The same observer reported a similar October 23 incident involving Court 34 on the 12th floor, an August 29 incident in which ICE allegedly rounded up members of the public and escorted them out, and a November 20 complaint to FPS about ICE allegedly jamming open elevator doors on the 14th floor to trap people on the floor. I have requested corroboration for these reports and understand that at least one complaint was acknowledged by an FPS inspector.

## X. FEAR, UNDERREPORTING, AND THE EFFECT OF GOVERNMENT SURVEILLANCE REPORTS

54. The difficulty of producing a complete record should not be mistaken for lack of a pattern. The challenged practices themselves impede record creation. Observers may be barred from entering, removed before they can document events, told not to use phones or notepads, unable to identify masked officers, or afraid that documentation will expose them or respondents to retaliation.

55. I have repeatedly asked people with direct knowledge to provide declarations or go on the record. The first response is very often some version of: "Is that safe?" In my experience, this is not rhetorical. People fear that participating in this litigation, being named in a declaration, or being seen as an observer or accompanier will subject them or the people they assist to retaliation, surveillance, arrest, immigration consequences, or exclusion from court.

14

56. That fear has been intensified by public reporting that federal law enforcement accessed or monitored a private Signal group chat used by New York City immigration-court observers or court-watch volunteers. I do not have personal knowledge of the underlying investigation. But I have personal knowledge of the effect such reporting has on volunteers: it reinforces the belief that even lawful court observation, communication, and documentation may be treated by the government as suspicious or dangerous activity.

57. The fear is also intensified by visible, repeated, and sometimes violent law-enforcement activity in the courthouse environment. When respondents and observers see masked or tactical agents in hallways every day, hear reports of people being taken immediately after hearings, see journalists and family members physically injured or shoved, and then experience arbitrary access rules that no one will identify in writing, they reasonably conclude that there may be no safe way to object.

58. This has produced a culture of fear and a pervasive sense that ordinary legal protections are absent in the immigration-court environment. The harm is not only that a person is excluded from one hearing on one day. The larger harm is that public observation, accompaniment, reporting, religious support, and ordinary human communication are made to feel dangerous.

## XI. THE CHALLENGED CONDUCT IS NOT ORDINARY SECURITY

59. Based on my observations, the restrictions described above are not tied to space limitations, safety concerns, courtroom order, or disruption. They are applied even when seating appears available, even when observers are quiet, even when no one is blocking a hallway, and even when no closure order or capacity determination is identified.

15

60. I and the observers with whom I work do not seek to disrupt hearings, record inside courtrooms in violation of court rules, interfere with lawful screening, block hallways, obstruct elevators, or physically prevent arrests. The conduct that triggers enforcement is often the very conduct that public access makes possible: observing hearings, asking to enter a courtroom, speaking quietly with respondents, providing information about legal rights or services, accompanying a person to or from a hearing, or documenting what public officials do in public court-adjacent spaces.

61. Defendants' own filings confirm that multiple agencies and offices operate in the same environment. EOIR controls courtrooms and public waiting areas; FPS and PSOs monitor hallways, elevator banks, and public circulation areas; GSA manages the buildings and permit systems; and ICE conducts arrest or detention operations in or near the same court spaces. In practice, this means that each agency can say another agency is responsible while the observer, respondent, family member, lawyer, priest, psychologist, journalist, or volunteer is excluded or intimidated in real time.

62. A system in which public access depends on unwritten oral commands, shifting responsibility, and the presence of armed agents in court hallways is not a neutral security system. It is a system that deters public observation and court participation.

## XII. CONTINUING HARM AND NEED FOR RELIEF

63. The restrictions described here directly interfere with my ability to observe public immigration proceedings, communicate with respondents who request assistance, associate with other observers and volunteers, provide accompaniment, document court operations, and assess the functioning of a tribunal before which I am authorized to practice.

16

64. The injuries occur at the moment access is denied, speech is chilled, communication is prevented, or physical intimidation causes a person to leave. They cannot be adequately remedied after the fact, because the hearing has occurred, the respondent has left or been taken, and the opportunity for observation, support, and documentation is gone.

65. I have observed a significant decrease in the number of people willing to participate in observation and accompaniment because of these conditions. One result of this has been the concentration of hostile attention on those remaining. Some people continue to attend despite fear. Others have stopped attending or will not put their names on declarations. A clear order from this Court would provide a meaningful possibility of redress and, in my experience, would make it materially more likely that witnesses and observers would come forward.

66. Visible, repeated attacks on the core concepts of the rule of law by officials charged with maintaining lawful court access have a psychological effect. They create helplessness and the expectation that the government can do what it wants without accountability. This is especially damaging in a court environment where respondents are already fearful, often unrepresented, and often dependent on observers, clergy, volunteers, journalists, and family members to understand what is happening.

67. For these reasons, I believe the challenged practices are continuing and likely to recur each time I attend immigration court. Declaratory and injunctive relief is necessary to restore lawful public access, protect quiet court-related communication, and prevent intimidation or selective enforcement against those who observe, accompany, report, worship, advise, or otherwise participate in public immigration-court proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

17

Executed on: May 26, 2026

/s/ Stephen Kelly

Stephen Kelly

# EXHIBIT 73

# Declaration of Rev. Chloe Breyer

CORE/3515279.0007/244176811.1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
FR. FABIÁN ARIAS et al.,

*Plaintiffs,*

v.

1:26-cv-02130 (CM)

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
et al.

*Defendants.*
-------------------------------------------------------------------------


**<u>DECLARATION OF THE REV. CHLOE BREYER IN SUPPORT OF PLAINTIFFS'</u>**

**<u>OPPOSITION TO DEFENDANTS' MOTION TO DISMISS</u>**


I, the Rev. Chloe Breyer, declare as follows:

1. I am the Executive Director of the Interfaith Center of New York ("ICNY"), a faith-based nonprofit organization founded in 1997 that works to overcome prejudice, violence, and misunderstanding by activating the power of New York City's grassroots religious and civic leaders and their communities. ICNY works with hundreds of grassroots and immigrant religious leaders from many different faith and ethnic traditions, including Afro-Caribbean, Buddhist, Christian, Jain, Jewish, Hindu, Muslim, and Sikh New Yorkers. Over the years, ICNY has partnered with the New Sanctuary Coalition on shared initiatives, including providing volunteers and support for new New Yorkers through accompaniment at immigration court at 26 Federal Plaza and 290 Broadway.

2. I make this statement based on my work as Executive Director of ICNY, my experience as a clergy person, ICNY's longstanding relationships with immigrant communities and faith leaders across New York City, and my own recent experience volunteering as a court observer at 26 Federal Plaza.

3. The practice of accompaniment is simple, longstanding, and non-disruptive. Volunteers and faith leaders help immigrants, asylum seekers, and their families show up for immigration court and understand what is happening around them. Trained volunteers conduct themselves quietly and respectfully, follow courthouse and courtroom rules, avoid interfering with hearings or law enforcement, and distinguish nonlegal support from legal advice. They may help a respondent find the correct floor or courtroom, read publicly available scheduling information, identify referrals or resources, sit in an open courtroom when space permits, accompany someone to and from a hearing, or simply be present so that a person facing a frightening legal process is not alone. As a clergy person, I am also sometimes asked to offer prayer.

4. For many years, this kind of accompaniment was not treated as unusual, threatening, or controversial. It was part of the ordinary public life of immigration court. Respondents often arrive without counsel, without fluent English, and with limited understanding of a system that can determine whether they remain safely in the United States or are separated from their families, congregations, and communities. In that setting, the presence of family members, faith leaders, legal observers, students, social-service providers, and trained volunteers helped reduce fear, confusion, and isolation. It also promoted transparency and orderly administration. Volunteers did not make the court less functional. They helped people navigate it.

5. This practice was also consistent with the way access to immigration court has long been understood. Immigration hearings are generally open to the public, subject to limited exceptions. Meaningful public observation includes more than the minutes spent inside the courtroom. It includes the adjacent hallways, waiting areas, elevator banks, and entrances where respondents check schedules, meet supporters, locate courtrooms, and try to understand what has just happened. Until recently, volunteers could generally enter public areas, wait quietly, speak with respondents who wanted support, and accompany people into open hearings when seats were available.

6. Over the past year, that has changed dramatically.

7. Beginning in or around late May and early June 2025, volunteers, clergy, and the people they accompany began encountering a court environment that was far more militarized, unpredictable, and hostile. Federal agents have become a regular presence in and around immigration court spaces. Respondents and supporters have observed agents in tactical or paramilitary gear, often masked or otherwise difficult to identify. People who appear for scheduled hearings now reasonably fear that attendance itself may lead to immediate detention.

8. That fear is not abstract. I personally volunteered as a court observer at immigration court at 26 Federal Plaza. I first attended a New Sanctuary Coalition pre-training gathering about court observation. I then joined other volunteers, including the Chair of ICNY's Board of Directors and former Manhattan Borough President Ruth Messinger. Together, we crossed the street, passed the security guards outside, and went up to the courthouse levels.

9. When the elevator doors opened, we saw several members of the press. As we turned toward the waiting area to check in with security officials, we saw approximately four or five masked ICE officers. It was clear to me that they were waiting for someone to come out of the

courtroom. The courtroom door was shut. To reach the courtroom, we had to pass through the group of ICE officers, who were standing on either side of the courtroom door.

10. The courtroom door was locked. When someone came out, Ruth Messinger and another volunteer tried to enter but were unsuccessful. For a period of time, we remained between the closed courtroom door and the ICE officers waiting nearby. We heard from someone standing nearby that the judge was not allowing observers into the courtroom. Eventually, we stepped back from the closed courtroom door into the waiting room. From there, we watched as people emerged from the courtroom and were taken by ICE through the waiting room and around the back of a hallway where we were not allowed to follow. I remember feeling helpless. We had come as clergy, community members, and public observers to provide a peaceful, non-disruptive presence in a public court setting. Instead, we witnessed a process in which observers were excluded and immigrants who had appeared for court were taken away by masked officers.

11. That experience reflects a broader change. Activities that were once ordinary— waiting in public areas, entering open hearings, quietly observing proceedings, accompanying respondents, or offering pastoral presence—are now uncertain and sometimes blocked. Volunteers and faith leaders have been denied access to courtrooms, separated from people who requested accompaniment, prevented from following respondents after hearings, and left unable to observe what happens when people are taken into custody.

12. For faith communities, the harm is profound. Across traditions, accompaniment is a form of solidarity and care. It is one way communities answer fear with presence. When clergy, faith leaders, or trained volunteers are prevented from standing beside someone who has

requested support, the harm is not merely administrative. It isolates people at the very moment they are most vulnerable.

13. The practice of supporting immigration court respondents is longstanding, modest, and essential. What is new is not accompaniment. What is new is the treatment of accompaniment, public observation, and ordinary human support as if they were incompatible with the operation of a court. They are not. They are part of how a court remains public, intelligible, accountable, and humane.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2026, in New York, New York.

_____
The Rev. Chloe Breyer
Executive Director
The Interfaith Center of New York

# EXHIBIT 74

# Declaration of Assistant Chief Immigration Judge Taylor

CORE/3515279.0007/244176811.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FR. FABIAN ARIAS *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:26-2130-CM |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*, | |
| Defendants. | |

### DECLARATION OF ASSISTANT CHIEF IMMIGRATION JUDGE KHALILAH TAYLOR

I, Khalilah Taylor, submit this declaration pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury as follows:

1. I am an employee within the Department of Justice, Executive Office for Immigration Review ("EOIR"), Office of the Chief Immigration Judge. I have served as the Assistant Chief Immigration Judge ("ACIJ") of the New York Broadway Immigration Court ("NYB"), located at 290 Broadway, 15th floor, New York, New York, since March 2020. Since February 2026, I have also served as the Acting ACIJ of the New York Varick Immigration Court, located at 201 Varick Street, 5th floor, New York, New York.

2. EOIR's mission is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings.

3. I make this declaration in support of defendants' motion to dismiss the above-captioned case and the opposition to plaintiffs' motions for preliminary injunction and class

certification. The statements herein are based on my personal knowledge and information made available to me in the course of my official duties

4. In my position as an ACIJ, it is my responsibility to ensure that EOIR policies, procedures, and guidance are followed by NYB Immigration Judges and other staff members.

5. NYB encompasses five floors, some in its entirety and on others only a portion of the floor. In total, NYB houses twenty-five courtrooms across the five floors. Each floor has a waiting area containing seats where parties to hearings, the media, and observers to hearings can wait for the hearings to begin.

6. Public access to immigration hearings is governed by regulation, principally 8 C.F.R. §§ 1003.27, 1240.10(b), and 1240.11(c)(3)(i). The relevant rules are summarized in the EOIR Policy Manual[1] and EOIR's *Observing Immigration Court Hearings Fact Sheet*.[2] As referenced in the regulations, most hearings are open to the public, but there are exceptions to this general rule that permit the closure of immigration court hearings, such as safety considerations, space limitations, or when required by regulation. Immigration court hearings are closed in certain circumstances (sometimes depending on the wishes of the respondent) if they involve claims of asylum or withholding of removal; victims of child or spousal abuse; information subject to a protective order; or to protect parties, witnesses, or the public interest. Subject to the same

---

[1] EOIR Policy Manual, Part II, Chapter 3.8, https://www.justice.gov/eoir/policy-manual-eoir (last updated Mar. 18, 2026). A copy of the cited portion of the manual is attached to this declaration as Exhibit 1.
[2] EOIR Office of Policy, *Observing Immigration Court Hearings Fact Sheet* (Feb. 2026), https://www.justice.gov/eoir/media/1416861/dl?inline. A copy of this fact sheet is attached to this declaration as Exhibit 2.

regulations, the general public can also observe hearings conducted remotely by joining the remote hearing. Each judge's internet-based hearing link is posted on EOIR's public website.[3]

7.     Public access to the federal buildings in which many immigration courts are housed, such as the two courthouses in this lawsuit, the New York Federal Plaza Immigration Court located at 26 Federal Plaza and the New York Broadway Immigration Court 290 Broadway in Manhattan, is governed by rules and procedures issued by the General Services Administration and the Department of Homeland Security's Federal Protective Service, and by local fire code or building code ordinances. EOIR does not control visitors' access to these federal buildings.

8.     Public waiting areas outside immigration courtrooms are generally accessible to immigration court observers and visitors, subject to capacity and safety limits. EOIR does not prohibit members of the public from speaking with respondents in these waiting areas or the distribution of informational materials in these areas, and I am aware of no instructions to court staff to prohibit such conversations or the distribution of such materials. Immigration court staff may, however, take action to address operational or security concerns, such as congestion, noise, or allowing orderly movement in common areas.

9.     In the event there are more persons present than can be safely accommodated in immigration courtrooms and waiting areas, immigration judges and court staff prioritize the parties to hearings, including respondents and attorneys, as well as interpreters and witnesses, ahead of observers or members of the public.

10.     My colleagues and I sometimes close courtroom doors or direct observers to leave the courtrooms if there is a disruption to the proceedings. For example, I have been told about

---

[3]     EOIR, *Find an Immigration Court and Access Internet-Based Hearings*, https://www.justice.gov/eoir/find-immigration-court-and-access-internet-based-hearings (last visited May 6, 2026).

immigration judges removing members of the public from hearings for verbally interrupting hearings, for advising respondents not to attend future hearings, or if there are so many members of the public present that there is no room for the respondents. I have also heard about judges directing their staff to remove members of the public from hallways outside the courtrooms if they were having loud press conferences, taking photographs inside the courtrooms, blocking respondents from being able to leave the courtrooms, or attempting to physically prevent officers from Immigration and Customs Enforcement or other law enforcement agencies from arresting respondents.

11. According to a review of agency records prepared by EOIR's Planning, Analysis, and Statistics Division, the New York Broadway Immigration Court conducted 80,026 hearings between May 1, 2025, through April 30, 2026. By month, the number of hearings was as follows:

- May 2025 – 8,148
- June 2025 – 7,647
- July 2025 – 7,370
- August 2025 – 6,977
- September 2025 – 6,402
- October 2025 – 6,668
- November 2025 – 5,520
- December 2025 – 5,694
- January 2026 – 6,074
- February 2026 – 5,621
- March 2026 – 6,690
- April 2026 – 7,215

The figures discussed in this paragraph exclude hearings that were adjourned due to unscheduled court closure (for example, weather, safety, environmental factors, or a government shutdown).

12.  I have reviewed the complaint and amended complaint in this action, which describes certain incidents in which members of the public allege that they were not able to attend immigration court hearings or wait for such hearings in waiting areas. The pleadings do not specify, for the most part, in which immigration court the described incidents occurred.

13.  In recent weeks, I and other court administrative leadership have taken certain steps to ensure that the judges and court staff are all familiar with the rules governing public access to courtrooms and waiting areas.  On March 16, 2026, the Acting Court Administrator sent an email attaching EOIR's policy on observation of immigration court hearings to all employees at NYB. The email is attached as Exhibit 3.

14.  I reiterated these policies during meetings in March 2026 and April 2026 to NYB Immigration Judges and administrative professional staff members as well as in an email to all court personnel on May 11, 2026 (which is attached as Exhibit 4).

15.  The doors to the immigration courtrooms at NYB automatically lock when closed. This is not due to any EOIR policy but is instead a feature of the building's design.  EOIR only has a few keys for these doors.  At the April 2026 meeting, I told the Immigration Judges that they should prop the doors to their courtrooms open when hearings are underway, unless a respondent has requested a closed hearing or the hearing is required to be closed under the law.  I also told the Immigration Judges at the meeting that keeping their courtroom doors open will ensure that visitors

and observers have access to observe immigration court hearings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2026.

*Khalilah Taylor*
Khalilah Taylor
Assistant Chief Immigration Judge
New York – Broadway Immigration Court
Executive Office for Immigration Review



**EOIR POLICY MANUAL**

## Part II - OCIJ Immigration Court Practice Manual

# 3.8 - Public Access

---

**(a) General Public**

**(1) Hearings** - Hearings in removal proceedings are generally open to the public. However, special rules may apply in the following instances:

- Evidentiary hearings involving an application for asylum or withholding of removal ("restriction on removal"), or a claim brought under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment, are open to the public unless the respondent expressly requests that the hearing be closed. The Immigration Judge inquires whether the respondent requests such closure.

- Hearings involving an abused alien child are closed to the public. Hearings involving an abused alien spouse are closed to the public unless the abused spouse agrees that the hearing and the Record of Proceedings will be open to the public.

- Proceedings are closed to the public if information may be considered which is subject to a protective order and was filed under seal.

*See* 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i). Only parties, their practitioner(s) of record, employees of the Department of Justice, and persons authorized by the Immigration Judge may attend a closed hearing.

**(2) Immigration Judges authorized to close hearings** - The Immigration Judge may limit attendance or close a hearing to protect parties, witnesses, or the public interest, even if the hearing would normally be open to the public. *See* 8 C.F.R. § 1003.27(b).

**(3) Motions to close hearing** — For hearings not subject to the special rules in subsection (1), above, parties may make an oral or written motion asking that the Immigration Judge close the hearing. *See* 8 C.F.R. § 1003.27(b). The motion should set forth in detail the reason(s) for

requesting that the hearing be closed.  If in writing, the motion should include a cover page labeled "MOTION FOR CLOSED HEARING" and comply with the deadlines and requirements for filing.  See Chapter 2 (Filing with the Immigration Court), Appendix D (Cover Pages).

**(b) News Media** – Representatives of the news media may attend hearings that are open to the public. The news media are subject to the general prohibition on electronic devices in the courtroom.  See Chapter 3.12 (Electronic Devices).  The news media are encouraged to notify the Public Resources and Communicative Division and the court administrator before attending a hearing.  See Appendix A (Directory).

3.7 - Attendance                                                      3.9 - Record

**Executive Office for Immigration Review**

5107 Leesburg Pike

Falls Church, VA 22041

Phone: 703-305-0289



**U.S. Department of Justice**
Executive Office for Immigration Review
*5107 Leesburg Pike*
*Falls Church, Virginia 22041*

# FACT SHEET

Office of Policy
www.justice.gov/eoir

February 2026

## Observing Immigration Court Hearings

The Executive Office for Immigration Review (EOIR) administers the nation's immigration court system.  Immigration court hearings are civil administrative proceedings that involve alien respondents whom the Department of Homeland Security (DHS) has charged with violating U.S. immigration law.  In these hearings, Immigration Judges determine whether respondents are removable from the United States and, if so, whether they should be ordered removed or granted a form of relief from removal or protection that would allow them to remain in the country.  Such relief or protection may include adjustment of status, asylum, withholding of removal, cancellation of removal, or protection under the United Nations Convention Against Torture, among other forms of relief or protection.

Immigration courts are open Monday through Friday, except federal holidays.  Immigration court hearings are generally open to the public with limited exceptions, as specified by law.

**Immigration court hearings are closed when:**

- The Immigration Judge grants a party's oral or written motion to close a hearing;

- The Immigration Judge makes a determination to limit attendance at or to close a hearing; or

- The immigration court hearing is required by law to be a closed hearing.
  *See* 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i).

**When planning to observe a hearing, please note:**

- Members of the general public do not need to notify the immigration court in advance of visiting.  The immigration court publicly posts the docket information each morning.  It is prohibited to take photos of the publicly posted docket.

---

*Executive Office for Immigration Review, Office of Policy*

**Observing Immigration Court Hearings**
**Page 2**

- Access to observe immigration court hearings necessarily entails access to EOIR space, which includes courtrooms, interior entrances, exits, corridors, conference rooms, and the waiting areas that are in direct view or control of security, the immigration court, or are otherwise part of EOIR's daily operations.  *See* Policy Memorandum 19-10 ("PM 19-10"), *EOIR Security Directive: Policy for Public Use of Electronic Devices in EOIR Space* (Mar. 20, 2019).  EOIR spaces are marked by clear signage and are governed by agency policy, EOIR's Policy Manual, and applicable federal laws and EOIR regulations.  *See* 8 C.F.R. §§ 1003.27, 1003.28, 1003.31(d), 1003.46, 1208.6 (2020), 1240.10(b), and 1240.11(c)(3)(i).

- Immigration courts are located in a variety of spaces, including federally owned and managed office buildings, DHS detention facilities, and federal, state, and local correctional facilities. Access to these locations is further subject to relevant rules and regulations particular to these locations, to include regulations promulgated by the U.S. General Services Administration and DHS.  *See, e.g.*, 40 U.S.C § 1315(c).  Visitors to such locations are encouraged to check the facility managers in advance as to any facility-specific visitation requirements.

- Visitors are not required to check in with court personnel before entering a courtroom to observe, although the presiding Immigration Judge may ask all visitors to identify themselves at the start of the hearing.

- Visitors should observe in person at the courtroom in which the hearing is scheduled and held.  The Webex links posted on EOIR's website are for parties appearing remotely.

- Visitors must respect the dignity of proceedings.  Visitors must wear proper attire, and no food or drink may be brought into the courtrooms, except as specifically permitted by an Immigration Judge.

- Immigration court administrative office space, to include an Immigration Judge's chambers, is private and access is restricted to immigration court personnel or individuals that have received proper authorization to enter.

- When courtroom space is limited, news media representatives have priority over the general public. 8 C.F.R. § 1003.27(a).

- While possession of personal electronic devices (including, but not limited to, cellphones, smartphones, and smartwatches) are generally permitted in EOIR space, use of recording functions on such devices is strictly prohibited, devices may only be used in a non-disruptive manner, and devices must be turned off during immigration court hearings.

---

*Executive Office for Immigration Review, Office of Policy*

**Observing Immigration Court Hearings**
**Page 3**

- All immigration court visitors shall adhere to all applicable federal laws and EOIR policies when visiting EOIR spaces, including EOIR Policy Manual, Part II, Chapters 3.8 and 3.11.

**Additional guidance for news media visits:**

- Members of the media are encouraged to contact the Office of Policy at PAO.EOIR@usdoj.gov to coordinate visits.

- All substantive media inquiries and requests for comment shall be directed to EOIR's Office of Policy at PAO.EOIR@usdoj.gov.

- When observing an immigration court hearing, members of the media are encouraged to identify themselves to the immigration court front desk staff upon arrival.  This facilitates prioritization of the press in accessing immigration court hearings with limited physical space.

**Helpful Resources:**

- Immigration Court Information

- Immigration Court Online Resource (ICOR)

— EOIR —

| **From:** | Fernandez, Rafael (EOIR) |
|---|---|
| **To:** | All of Broadway (EOIR) |
| **Cc:** | Taylor, Khalilah (EOIR) |
| **Subject:** | Observing Immigration Court |
| **Date:** | Monday, March 16, 2026 4:08:00 PM |
| **Attachments:** | observing_immigration_court_hearings_fact_sheet_508.pdf |
| | image001.png |

Good afternoon, everyone:

Please see attached, regarding observation for court proceedings.

## Rafael A. Fernandez

Court Administrator
U.S. Department of Justice
Executive Office for Immigration Review
Federal Plaza Immigration Court

26 Federal Plaza 12th FL- STE 1237
New York, NY 10278

***Acting Court Administrator- New York Broadway Immigration Court***



*This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.*



**U.S. Department of Justice**
Executive Office for Immigration Review
*5107 Leesburg Pike*
*Falls Church, Virginia 22041*

# FACT SHEET

Office of Policy
[www.justice.gov/eoir](www.justice.gov/eoir)

February 2026

## Observing Immigration Court Hearings

The [Executive Office for Immigration Review](#) (EOIR) administers the nation's immigration court system.  Immigration court hearings are civil administrative proceedings that involve alien respondents whom the Department of Homeland Security (DHS) has charged with violating U.S. immigration law.  In these hearings, Immigration Judges determine whether respondents are removable from the United States and, if so, whether they should be ordered removed or granted a form of relief from removal or protection that would allow them to remain in the country.  Such relief or protection may include adjustment of status, asylum, withholding of removal, cancellation of removal, or protection under the United Nations Convention Against Torture, among other forms of relief or protection.

Immigration courts are open Monday through Friday, except federal holidays.  Immigration court hearings are generally open to the public with limited exceptions, as specified by law.

**Immigration court hearings are closed when:**

- The Immigration Judge grants a party's oral or written motion to close a hearing;

- The Immigration Judge makes a determination to limit attendance at or to close a hearing; or

- The immigration court hearing is required by law to be a closed hearing.
  *See* 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i).

**When planning to observe a hearing, please note:**

- Members of the general public do not need to notify the immigration court in advance of visiting.  The immigration court publicly posts the docket information each morning.  It is prohibited to take photos of the publicly posted docket.

---

*Executive Office for Immigration Review, Office of Policy*

**Observing Immigration Court Hearings**
**Page 2**

- Access to observe immigration court hearings necessarily entails access to EOIR space, which includes courtrooms, interior entrances, exits, corridors, conference rooms, and the waiting areas that are in direct view or control of security, the immigration court, or are otherwise part of EOIR's daily operations. *See* Policy Memorandum 19-10 ("PM 19-10"), *EOIR Security Directive: Policy for Public Use of Electronic Devices in EOIR Space* (Mar. 20, 2019). EOIR spaces are marked by clear signage and are governed by agency policy, EOIR's Policy Manual, and applicable federal laws and EOIR regulations. *See* 8 C.F.R. §§ 1003.27, 1003.28, 1003.31(d), 1003.46, 1208.6 (2020), 1240.10(b), and 1240.11(c)(3)(i).

- Immigration courts are located in a variety of spaces, including federally owned and managed office buildings, DHS detention facilities, and federal, state, and local correctional facilities. Access to these locations is further subject to relevant rules and regulations particular to these locations, to include regulations promulgated by the U.S. General Services Administration and DHS. *See, e.g.*, 40 U.S.C § 1315(c). Visitors to such locations are encouraged to check the facility managers in advance as to any facility-specific visitation requirements.

- Visitors are not required to check in with court personnel before entering a courtroom to observe, although the presiding Immigration Judge may ask all visitors to identify themselves at the start of the hearing.

- Visitors should observe in person at the courtroom in which the hearing is scheduled and held. The Webex links posted on EOIR's website are for parties appearing remotely.

- Visitors must respect the dignity of proceedings. Visitors must wear proper attire, and no food or drink may be brought into the courtrooms, except as specifically permitted by an Immigration Judge.

- Immigration court administrative office space, to include an Immigration Judge's chambers, is private and access is restricted to immigration court personnel or individuals that have received proper authorization to enter.

- When courtroom space is limited, news media representatives have priority over the general public. 8 C.F.R. § 1003.27(a).

- While possession of personal electronic devices (including, but not limited to, cellphones, smartphones, and smartwatches) are generally permitted in EOIR space, use of recording functions on such devices is strictly prohibited, devices may only be used in a non-disruptive manner, and devices must be turned off during immigration court hearings.

**Observing Immigration Court Hearings**
**Page 3**

- All immigration court visitors shall adhere to all applicable federal laws and EOIR policies when visiting EOIR spaces, including EOIR Policy Manual, Part II, Chapters 3.8 and 3.11.

**Additional guidance for news media visits:**

- Members of the media are encouraged to contact the Office of Policy at PAO.EOIR@usdoj.gov to coordinate visits.

- All substantive media inquiries and requests for comment shall be directed to EOIR's Office of Policy at PAO.EOIR@usdoj.gov.

- When observing an immigration court hearing, members of the media are encouraged to identify themselves to the immigration court front desk staff upon arrival. This facilitates prioritization of the press in accessing immigration court hearings with limited physical space.

**Helpful Resources:**

- Immigration Court Information

- Immigration Court Online Resource (ICOR)

— EOIR —

---

*Executive Office for Immigration Review, Office of Policy*

| From: | Taylor, Khalilah (EOIR) |
|---|---|
| To: | Acosta, Dinorky (EOIR); Alvarez, Joel (EOIR) (CTR); Blumenberg, Krista (EOIR); Castilla, Scarlet (EOIR) (CTR); Castillo, Lorena M. (EOIR); Charles, Vanessa (EOIR) (CTR); Ciabattoni, Natalie (EOIR); Diaz, Maritza (EOIR); Doss, Olivia (EOIR); Dunson, Sennice (EOIR); Eastman-Benjamin, Tiffany (EOIR); Fellows, Paul (EOIR) (CTR); Fernandez, Rafael (EOIR); Friedman, Michael D. (EOIR); Fuentes, Melinda (EOIR); Garcia-Carr, Glenda (EOIR); Halle, Carla A. (EOIR); Hao, Kwan M. (EOIR); Harris, Joan (EOIR); Hui, Jenny (EOIR); Hunte, Enesco (EOIR); Imperati, Jaclyn (EOIR); Kosir, Rachel (EOIR); Le Gendre, Michelle (EOIR); Lopez-Lemache, Melanie A. (EOIR); Martin, Cheryl (EOIR) (CTR); Matias, Kenya (EOIR) (CTR); McBean, Dolores (EOIR); Mino, Miriam (EOIR); Peralta, Esther (EOIR); Prithwipaul-Mohabir, Sharda (EOIR); Rafailov, Ronald (EOIR); Romano, Steffi (EOIR); Santos, Carmen (EOIR); Scheinberg, Tami (EOIR); Singh, Kavita (EOIR); Taylor, Khalilah (EOIR); Watson, Sandra (EOIR); Williams, Antoinette (EOIR); Woodburn, Khalisha (EOIR); Yang, Daniel (EOIR); Zhang, Jia Qi. (EOIR); Romano, Steffi (EOIR); Addicott, Jacob T (EOIR); Bartleson, Thomas (EOIR); Calvelli, Andrew (EOIR); Chung, Jennifer (EOIR); Diao, Anna (EOIR); Dodd, Diane (EOIR); Gundlach, Robert (EOIR); Habib, Fayaz (EOIR); Krasinski, Carolyn (EOIR); Lazare-Raphael, Shirley (EOIR); Lebreton, Tanawa (EOIR); Lee, Kalenna (EOIR); McCarthy, James (EOIR); McKee, James (EOIR); Perl, Adam (EOIR); Poczter, Aviva L (EOIR); Ranasinghe, Arya S. (EOIR); Stephens, Christopher (EOIR); Teranza Sanon, Chevone (EOIR); Weintraub, Jacob (EOIR); Xu, ShaSha (EOIR) |
| Subject: | FW: Observing Immigration Court |
| Date: | Monday, May 11, 2026 9:05:09 AM |
| Attachments: | observing_immigration_court_hearings_fact_sheet_508.pdf image001.png image002.png |

Colleagues,

Good Morning:  I hope everyone is well and had a great weekend. We want to emphasize that public waiting areas are generally accessible to immigration court observers and visitors. EOIR does not prohibit members of the public speaking with respondents in these waiting areas or the distribution of informational materials in these areas. However, you may take action to address operational or security concerns, such as congestion, noise, or allowing orderly movement in common areas. Please reach out if you have any questions.

Thank you,

Ms. Khalilah Taylor
Assistant Chief Immigration Judge
New York, NY
Khalilah.Taylor@usdoj.gov



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or

# EXHIBIT 75

# Declaration of Assistant Chief Immigration Judge Burns

CORE/3515279.0007/244176811.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FR. FABIAN ARIAS *et al.*,

       Plaintiffs,

    v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

       Defendants.

Civil Action No. 1:26-2130-CM

---

## DECLARATION OF ACTING ASSISTANT CHIEF IMMIGRATION JUDGE JOHN BURNS

I, John Burns, submit this declaration pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury as follows:

1. I am an employee of the Department of Justice, Executive Office for Immigration Review ("EOIR"), Office of the Chief Immigration Judge. I have served as the acting Assistant Chief Immigration Judge ("ACIJ") of the New York Federal Plaza Immigration Court, located at 26 Federal Plaza, New York, New York, since January 2026. Since January 2026, I have also served as the Acting ACIJ for the Ulster Immigration Court in Napanoch, New York.

2. The Federal Plaza Immigration Court occupies portions of two floors at 26 Federal Plaza. Each floor includes a public waiting area with seating for parties, attorneys, media, and other observers awaiting hearings on weekdays.

3. As ACIJ, I am responsible for ensuring that EOIR policies, procedures, and guidance are followed by the Immigration Judges and staff at the Federal Plaza Immigration Court.

Page 1 of 6

4.      I make this declaration in support of defendants' motion to dismiss the above-captioned case and the opposition to plaintiffs' motions for preliminary injunction and class certification.  The statements herein are based on my personal knowledge and information made available to me in the course of my official duties.

5.      As a general matter, immigration court hearings are open to the public, consistent with EOIR regulations and EOIR policy.

6.      Public waiting areas are generally accessible to immigration court observers and visitors. EOIR does not prohibit members of the public from speaking with respondents in these waiting areas or the distribution of informational materials in these areas, and I am aware of no instructions to court staff to prohibit such conversations or the distribution of such materials. As discussed below, immigration court staff may, however, take action to address operational or security concerns, such as congestion, noise, or allowing orderly movement in common areas.  I reiterated these points to all court personnel in an email on May 11, 2026, attached as Exhibit 1.

7.      Public access to immigration hearings is governed by regulation, principally 8 C.F.R. §§ 1003.27, 1240.10(b), and 1240.11(c)(3)(i).  The relevant rules are summarized in the EOIR Policy Manual and EOIR's Observing Immigration Court Hearings Fact Sheet.[1] Exceptions to public access exist.  Hearings may be closed for safety reasons, space limitations, or when required or permitted by law.  In some circumstances, whether a hearing is open or closed to the public depends on the wishes of the respondent.  Subject to the same regulations,

---

[1]  EOIR Office of Policy, *Observing Immigration Court Hearings Fact Sheet* (Feb. 2026), https://www.justice.gov/eoir/media/1416861/dl?inline.

the general public can also observe hearings conducted remotely by joining the remote hearing.

Each judge's internet-based hearing link is posted on EOIR's public website.[2]

8.     Pursuant to rules established by the General Services Administration, the building's landlord, maximum occupancy limits apply to public areas. Priority seating in courtrooms is given to parties to the proceedings (including respondents, attorneys, interpreters, and witnesses) to ensure their participation.

9.     According to a review of agency records prepared by EOIR's Planning, Analysis, and Statistics Division, the New York Federal Plaza Immigration Court, conducted 212,995 hearings between May 1, 2025, through April 30, 2026.  By month, the number of hearings was as follows:

- May 2025 – 20,014

- June 2025 – 18,122

- July 2025 – 19,020

- August 2025 – 17,304

- September 2025 – 18,834

- October 2025 – 20,523

- November 2025 – 14,574

- December 2025 – 15,433

- January 2026 – 17,965

- February 2026 – 15,817

- March 2026 – 19,009

---

[2] EOIR, *Find an Immigration Court and Access Internet-Based Hearings*, https://www.justice.gov/eoir/find-immigration-court-and-access-internet-based-hearings (last visited May 6, 2026).

- April 2026 – 16,380

The figures discussed in this paragraph exclude hearings that were adjourned due to unscheduled court closure (for example, weather, safety, environmental factors, or a government shutdown).

10. Last year, my immigration judge colleagues (before I began working at the court) started noticing disruptions by members of the public in and near immigration courtrooms—including disruptions to court proceedings by observers. As a result, my fellow judges began sometimes closing courtroom doors or directing disruptive observers to leave courtrooms. For example, some members of the public were removed from hearings for verbally interrupting hearings or for advising respondents not to attend future hearings. Immigration judges also sometimes directed their staff to remove members of the public from hallways outside the courtrooms if they were having loud press conferences, taking photographs inside the courtrooms, blocking respondents from being able to leave the courtrooms, or attempting to physically prevent officers from Immigration and Customs Enforcement or other law enforcement agencies from arresting respondents. There were also incidents involving threats to the physical security of court staff and visitors, such as when an immigration respondent tried to take a gun from a security officer.

11. As a result of these disruptions, the immigration judges met and corresponded with court staff and building security in June 2025 and asked for an increased security presence in the areas in and near immigration courtrooms in order to minimize disruptions to hearings and to court staff in the area. The increased security has led to somewhat of a decrease in these disruptions, but there have still been numerous instances in the past year in which building visitors have disrupted or attempted to disrupt immigration hearings and have had to be removed from court hearings as a result.

12.     I have read the amended complaint in this case and understand that the plaintiffs claim that the increased security presence in and near the immigration courts interferes with their ability to observe immigration court hearings and speak with immigrants before and after those hearings.  As a result, I and other court leadership have taken certain steps to ensure that, in their efforts to ensure the security and efficient operation of the immigration court, judges and court staff do not limit the ability of members of the public to observe hearings and speak with participants so long as they are not disruptive.

13.     On March 16, 2026, the Acting Court Administrator, Rafael Fernandez, distributed EOIR's policy on public observation of immigration court hearings to all employees at the Federal Plaza Immigration Court.  A copy of Mr. Fernandez's email is attached hereto as Exhibit 2.

14.     On March 25, 2026, I sent an email to all Immigration Judges and administrative staff at the Federal Plaza Immigration Court in which I reminded them that all immigration courtroom doors should remain unlocked during hearings, except those that are not open to the public. Because the doors in the building sometimes lock automatically when closed, I suggested that court staff ensure that doors are unlocked before closing them. I recommended to the Immigration Judges that they should make clear on the record at the beginning of each hearing whether the hearing is or is not open to the public, including by seeking the views of the respondent or their counsel on that topic.  A copy of my email is attached hereto as Exhibit 3.

Page 5 of 6

15.     On April 29, 2026, Mr. Fernandez wrote another email to the Immigration Judges and administrative staff at the Federal Plaza Immigration Court. He reminded them to ensure that courtroom doors are not locked during in-person hearings (unless they are closed to the public), and to ensure that courtroom doors are unlocked during virtual hearings to enable members of the public to observe such hearings in the courtrooms.  A copy of Mr. Fernandez's email is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: May 12, 2026

**JOHN BURNS**

Digitally signed by JOHN BURNS
Date: 2026.05.12 16:31:49 -04'00'

John Burns
Acting Assistant Chief Immigration Judge
New York – Fed Plaza Immigration Court
Executive Office for Immigration Review

| **From:** | Burns, John (EOIR) |
| **To:** | Acosta, Miguel R (EOIR) |
| **Subject:** | FW: Information on public waiting areas at 26 Fed |
| **Date:** | Tuesday, May 12, 2026 10:10:18 AM |
| **Attachments:** | image001.png |

**From:** Burns, John (EOIR)
**Sent:** Monday, May 11, 2026 12:02 PM
**To:** All of New York Federal Plaza Judges (EOIR) <AllofNewYorkFederalPlazaJudges@EOIR.USDOJ.GOV>; All of New York Federal Plaza Support Staff (EOIR) <AllofNewYorkFederalPlazaSupportStaff@EOIR.USDOJ.GOV>
**Subject:** Information on public waiting areas at 26 Fed

Good Morning:

I hope everyone is well and had a great weekend. We want to emphasize that public waiting areas are generally accessible to immigration court observers and visitors. EOIR does not prohibit members of the public speaking with respondents in these waiting areas or the distribution of informational materials in these areas. However, you may take action to address operational or security concerns, such as congestion, noise, or allowing orderly movement in common areas. Please reach out if you have any questions.

**John Burns**
**Acting Assistant Chief Immigration Judge**
26 Federal Plaza, New York



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.

| **From:** | Burns, John (EOIR) |
| **To:** | Acosta, Miguel R (EOIR) |
| **Subject:** | FW: Observing Immigration Court |
| **Date:** | Monday, May 11, 2026 11:54:45 AM |
| **Attachments:** | observing_immigration_court_hearings_fact_sheet_508.pdf |
| | image001.png |

**From:** Fernandez, Rafael (EOIR) <Rafael.Fernandez@usdoj.gov>
**Sent:** Monday, March 16, 2026 4:13 PM
**To:** All of New York Federal Plaza Support Staff (EOIR) <AllofNewYorkFederalPlazaSupportStaff@EOIR.USDOJ.GOV>; All of New York Federal Plaza Judges (EOIR) <AllofNewYorkFederalPlazaJudges@EOIR.USDOJ.GOV>
**Cc:** Soto, Zugiel (EOIR) <Zugiel.Soto@usdoj.gov>; Burns, John (EOIR) <John.Burns@usdoj.gov>
**Subject:** Observing Immigration Court

Good afternoon, everyone:

Please see attached, regarding observation for court proceedings.

## Rafael A. Fernandez
Court Administrator

U.S. Department of Justice
Executive Office for Immigration Review
Federal Plaza Immigration Court
26 Federal Plaza 12th FL- STE 1237
New York, NY 10278
*Acting Court Administrator- New York Broadway Immigration Court*



*This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.*



**U.S. Department of Justice**
Executive Office for Immigration Review
*5107 Leesburg Pike*
*Falls Church, Virginia 22041*

# FACT SHEET

Office of Policy
[www.justice.gov/eoir](http://www.justice.gov/eoir)

February 2026

## Observing Immigration Court Hearings

The [Executive Office for Immigration Review](http://www.justice.gov/eoir) (EOIR) administers the nation's immigration court system. Immigration court hearings are civil administrative proceedings that involve alien respondents whom the Department of Homeland Security (DHS) has charged with violating U.S. immigration law. In these hearings, Immigration Judges determine whether respondents are removable from the United States and, if so, whether they should be ordered removed or granted a form of relief from removal or protection that would allow them to remain in the country. Such relief or protection may include adjustment of status, asylum, withholding of removal, cancellation of removal, or protection under the United Nations Convention Against Torture, among other forms of relief or protection.

Immigration courts are open Monday through Friday, except federal holidays. Immigration court hearings are generally open to the public with limited exceptions, as specified by law.

**Immigration court hearings are closed when:**

- The Immigration Judge grants a party's oral or written motion to close a hearing;

- The Immigration Judge makes a determination to limit attendance at or to close a hearing; or

- The immigration court hearing is required by law to be a closed hearing. *See* 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1208.6, 1240.10(b), 1240.11(c)(3)(i).

**When planning to observe a hearing, please note:**

- Members of the general public do not need to notify the immigration court in advance of visiting. The immigration court publicly posts the docket information each morning. It is prohibited to take photos of the publicly posted docket.

**Observing Immigration Court Hearings**
**Page 2**

- Access to observe immigration court hearings necessarily entails access to EOIR space, which includes courtrooms, interior entrances, exits, corridors, conference rooms, and the waiting areas that are in direct view or control of security, the immigration court, or are otherwise part of EOIR's daily operations. *See* Policy Memorandum 19-10 ("PM 19-10"), *EOIR Security Directive: Policy for Public Use of Electronic Devices in EOIR Space* (Mar. 20, 2019). EOIR spaces are marked by clear signage and are governed by agency policy, EOIR's Policy Manual, and applicable federal laws and EOIR regulations. *See* 8 C.F.R. §§ 1003.27, 1003.28, 1003.31(d), 1003.46, 1208.6 (2020), 1240.10(b), and 1240.11(c)(3)(i).

- Immigration courts are located in a variety of spaces, including federally owned and managed office buildings, DHS detention facilities, and federal, state, and local correctional facilities. Access to these locations is further subject to relevant rules and regulations particular to these locations, to include regulations promulgated by the U.S. General Services Administration and DHS. *See, e.g.*, 40 U.S.C § 1315(c). Visitors to such locations are encouraged to check the facility managers in advance as to any facility-specific visitation requirements.

- Visitors are not required to check in with court personnel before entering a courtroom to observe, although the presiding Immigration Judge may ask all visitors to identify themselves at the start of the hearing.

- Visitors should observe in person at the courtroom in which the hearing is scheduled and held. The Webex links posted on EOIR's website are for parties appearing remotely.

- Visitors must respect the dignity of proceedings. Visitors must wear proper attire, and no food or drink may be brought into the courtrooms, except as specifically permitted by an Immigration Judge.

- Immigration court administrative office space, to include an Immigration Judge's chambers, is private and access is restricted to immigration court personnel or individuals that have received proper authorization to enter.

- When courtroom space is limited, news media representatives have priority over the general public. 8 C.F.R. § 1003.27(a).

- While possession of personal electronic devices (including, but not limited to, cellphones, smartphones, and smartwatches) are generally permitted in EOIR space, use of recording functions on such devices is strictly prohibited, devices may only be used in a non-disruptive manner, and devices must be turned off during immigration court hearings.

---

*Executive Office for Immigration Review, Office of Policy*

**Observing Immigration Court Hearings**
**Page 3**

- All immigration court visitors shall adhere to all applicable federal laws and EOIR policies when visiting EOIR spaces, including EOIR Policy Manual, Part II, Chapters 3.8 and 3.11.

**Additional guidance for news media visits:**

- Members of the media are encouraged to contact the Office of Policy at PAO.EOIR@usdoj.gov to coordinate visits.

- All substantive media inquiries and requests for comment shall be directed to EOIR's Office of Policy at PAO.EOIR@usdoj.gov.

- When observing an immigration court hearing, members of the media are encouraged to identify themselves to the immigration court front desk staff upon arrival.  This facilitates prioritization of the press in accessing immigration court hearings with limited physical space.

**Helpful Resources:**

- Immigration Court Information

- Immigration Court Online Resource (ICOR)

— EOIR —

*Executive Office for Immigration Review, Office of Policy*

| From: | Burns, John (EOIR) |
|---|---|
| To: | Acosta, Miguel R (EOIR) |
| Subject: | FW: 26 Fed Court Access and Public Hearings |
| Date: | Monday, May 11, 2026 12:04:00 PM |
| Attachments: | image001.png |
| | observing_immigration_court_hearings_fact_sheet_508.pdf |

**From:** Burns, John (EOIR)
**Sent:** Wednesday, March 25, 2026 2:31 PM
**To:** All of New York Federal Plaza Judges (EOIR)
<AllofNewYorkFederalPlazaJudges@EOIR.USDOJ.GOV>; Lalor, Kieran (EOIR)
<Kieran.Lalor@usdoj.gov>; Ouslander, Charles (EOIR) <Charles.Ouslander@usdoj.gov>
**Subject:** 26 Fed Court Access and Public Hearings

**Good Afternoon,**

Recently, there have been complaints that members of the public have been unable to access public hearings at 26 Federal Plaza. I believe we have always been in compliance, but I want to ensure that we continue to fully adhere to the laws and regulations governing public access to EOIR hearings.

To maintain clarity and consistency, please follow these guidelines:

**(1) Courtroom Doors During Hearings** When hearings are in session, courtroom doors must remain unlocked. After you enter the chamber, allow the parties to enter, and begin the hearing, ensure the door is left unlocked. This is important for both public access and your own safety.

Security personnel will be roaming the hallways and periodically checking active courtrooms throughout the day (even when doors are closed). We will be taking additional steps to increase their security checks.

Please remember to lock the courtroom door only when you have finished hearing cases or during lunch breaks.

**(2) Open Hearings vs. "Wide Open" Doors** Holding an open hearing does not mean the door must remain propped wide open. You may close the door once all parties and observers waiting for that specific hearing have entered, but the door must not be locked.

**(3) Hearings That May Be Closed to the Public** Not every hearing is required to be open to the public. I am resending the factsheet titled "Observing Immigration Court Hearings." Please review it and reply to this email to confirm that you have done so.

Key exceptions allowing a hearing to be closed are outlined in the EOIR Policy Manual, Part II, Chapter 4.9 and the following regulations:

- Hearings must be closed in cases involving an abused child or spouse, or when the case includes information subject to a protective order, filed under seal, or classified. (EOIR Policy Manual, Part II, Ch. 4.9(a)(1); 8 C.F.R. §§ 1003.27, 1003.31(d), 1003.46, 1240.10(b), 1240.11(c)(3)(i))

In cases involving an abused spouse, the hearing may be opened to the public if the respondent consents. (EOIR Policy Manual, Part II, Ch. 4.9(a)(1); 8 C.F.R. § 1003.27(c))

- Asylum cases are generally open to the public unless the respondent specifically requests that the hearing be closed. (EOIR Policy Manual, Part II, Ch. 4.9(a)(1))

- Immigration Judges have discretion to limit attendance or close a hearing to protect witnesses, parties, or the public interest. In such cases, priority is given to members of the press over the general public. (EOIR Policy Manual, Part II, Ch. 4.9(a)(2); 8 C.F.R. §§ 1003.27(a)–(b)) Note: The use of cameras or recording devices in courtrooms or other EOIR spaces is strictly prohibited. (EOIR Policy Manual, Part II, Ch. 4.13)

**(4) Best Practice – On-the-Record Confirmation** At the start of each hearing, I recommend that you confirm on the record with the respondent (or their attorney) whether they wish to proceed with an open or closed hearing.

If they elect a closed hearing and someone later attempts to enter, you may briefly explain that the respondent has chosen a closed hearing and ask the individual to wait outside.

Please note that many of our cases involve allegations of spousal abuse, and the default for those hearings is that they are closed.

**(5) Master Calendar and Adjustment of Status Hearings** Master calendar hearings and adjustment of status hearings are generally open to the public unless a specific exception applies (for example, a VAWA claim or cases involving an abused child or parent).

I am happy to discuss this further. Please feel free to reach out if you have any questions.

**John Burns**

**Acting Assistant Chief Immigration Judge**

26 Federal Plaza, New York



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.

| **From:** | Fernandez, Rafael (EOIR) |
|---|---|
| **To:** | All of New York Federal Plaza Judges (EOIR); All of New York Federal Plaza Support Staff (EOIR) |
| **Cc:** | Soto, Zugiel (EOIR); Burns, John (EOIR); Chiodi, Kathy (EOIR); Nunez-Mayorga, Sugeily (EOIR); Allaham, Blerinda (EOIR); Weber, Joseph (EOIR) |
| **Subject:** | FW: 26 Fed Court Access and Public Hearings |
| **Date:** | Wednesday, April 29, 2026 12:16:00 PM |
| **Attachments:** | image001.png |
| | image002.png |

Good afternoon,

Please note there is a pending lawsuit regarding public access to hearings at 26 Federal Plaza in 2025. I want to reiterate the procedures you must follow to ensure hearings remain accessible unless a lawful exception applies.

- Courtroom access: If you do not have the courtroom key or are unsure how to secure/unlock the courtroom door, keep the exterior door open for the duration of the hearing unless the respondent has requested a closed hearing. If you need assistance operating the door or lock, notify management and we will arrange help.

- Interior doors leading into EOIR office space should be closed at all times during court proceedings.

- Webex (remote) hearings: For any hearing conducted by Webex, keep the Webex session open and unlocked unless the respondent has requested a closed hearing. An unlocked Webex permits public observation throughout the hearing. If you prefer an in‑person hearing so you can observe the respondent and ensure proper recording, coordinate with your legal assistant to request re-noticing to in‑person.

If you have questions or need assistance, contact the management team.

Thank you.

## Rafael A. Fernandez
Court Administrator

U.S. Department of Justice
Executive Office for Immigration Review
Federal Plaza Immigration Court
26 Federal Plaza 12th FL- STE 1237
New York, NY 10278
***Acting Court Administrator- New York Broadway Immigration Court***



*This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.*

# EXHIBIT 76

# Declaration of Janine Silver

CORE/3515279.0007/244176811.1

Docusign Envelope ID: 27C35499-68D2-8FCF-8236-054FB0F8BE29

STATE OF NEW JERSEY

MIDDLESEX COUNTY.                    STATEMENT OF JANINE SILVER

BOROUGH OF METUCHEN


I, Janine Silver make this statement, and do attest to its truth and accuracy based on my personal knowledge, to the best of my recollection and review of my notes made at the time of my observation.  This statement is made under the penalty of perjury.  I further affirm to it as a retired attorney still licensed to practice law in the State of New York.


1.  My name is Janine Silver.  I was admitted to practice law in the State of New York in June, 1984 and practiced law until my retirement in January, 2025.   I have lived in New Jersey since October, 1999.  I was a litigator and appeared in state courts in the five boroughs of New York City.  I would make , oppose and argue motions,, conduct depositions and pre-action statutory hearings and attend court conferences. My court appearances, motions, depositions and hearings numbered in the high hundreds, if not more.   I was also approved to practice law, in Federal Court, in the Eastern District of New York.  Additionally, I researched, wrote and submitted appellate briefs and argued in the First and Second Appellate Divisions of New York.

2.  From September 2025 to and including June, 2026 I was (and continue to be) a court watcher/observer in the New York City immigration courts located in Federal

Docusign Envelope ID: 27C35499-68D2-8FCF-8236-054FB0F85E29

Plaza, Broadway and Varick.  I have been a court watcher/observer via Webex approximately twice a week for approximately fifty times.

3.  As a court watcher/observer via Webex I do not participate in any manner nor speak nor communicate in any manner while  I am "present" in a courtroom. I am with a group through which I receive the dockets for the day's Master Calendars which identify the judge and the number of cases and the number of the pro-se cases.

4.  My goal as a court watcher/observer is to be present via Webex during the Master Calendar of each judge and to observe the proceedings.  The purposes and reasons for my observations are not only for my own education but so that I can advise members of my group if someone  should be assisted prior to or after their appearance.  I also advise others of the actions of the judges including judicial temperament, how they treat and relate to the people before them, interactions with the Ice attorneys and trends in reactions to motions and requests for adjournment.

5.  I believe the work I do is necessary and important.  People have the right to know what is happening in the immigration courts.  I NEVER disclose a person's name or identification number.  I NEVER share any personal information about the people who are appearing in a courtroom.

6.  Unfortunately, I do not have full access to the courtrooms for Master Calendars. When "logging in" from my computer at home I identify myself by the first initial of my name and last name.  I always have my computer muted but my camera is on so I am fully visible.  I NEVER have and NEVER would record any portion of a matter before the Court.

7. The process is that I will sign into Webex and then attempt to attend a specific judge's Master Calendar.  However, increasingly I have been denied access to courtroom.  There are several manners in which full access is denied.

8. Currently, there are approximately 24 judges that will not allow any admissions via Webex.  This ranges to being "locked" in that judge's waiting room without any access at all to the courtroom to being "evicted" or told to leave when I do gain access to the courtroom and the judge realizes I am not an attorney or appearing party.  Sometimes I am told observers are only allowed in person but more often the eviction is sudden and without explanation.  One judge did state the reason she did not allow court observers on Webex was because of the possibility of being taped.

9. 9. The denials of access have increased since January.  There are judges who used to allow me to be present that suddenly denied entrance at all.

10. There has also been an increase of limited access and this also has been increasing.  The judges control the camera angles and positions as well as whether the view is so  small that the people in the courtroom can barely be seen.  Frequently, the only view is of the Ice attorney and the table where the individual before the court is seated.  This prevents me from seeing the number of people in the courts I do not know how many people they are or their demeanors.  I am unable to tell if the dockets I received are accurate.

11. Further, a number of judges restrict the view to a small section of the courtroom.  This prevents me from knowing how many people are present, and their demeanors.

12. Importantly, not knowing how many people are in the court and whether it appears that they are with counsel hinders my ability to know whether I should continue to

Docusign Envelope ID: 27C35499-68D2-8FCF-8236-054FB0F8BE29

observe that specific courtroom or proceed to the other courtrooms which have Master Calendars that day.  I generally want to stay more in courtrooms where there are more pro-se people because what happens to them and their demeanor helps to determine where I should direct my group to assist (if possible).

13. The number of judges who keep me in their lobby (or waiting room) has increased since January as has judges who limit the view of the courtrooms. Importantly, in April 2026 I heard a discussion between Judge Siemietkowski and the Ice attorney assigned to his courtroom where the attorney court watchers should only be allowed in person and that this is what other judges were doing based on indications this should be done.  To his credit, the Judge said he would allow Webex access by observers unless he was ordered not to.  He is one of approximately of five judges that permit a full view of the courtroom and access .

14. The majority of judges that permit access limit that access.  Currently there are approximately 15 judges that do that.

15. The situations in the courtrooms are constantly changing.  Judges attitudes to Webex observers differs from judge to judge with four or five being welcoming to those who deny any access to those who limit access.  Each judge's accessibility also changes, with some specific judges who previously allowed access now refusing any at all.  Importantly, the number of judges limiting access to a narrow view has increased.  I fear the limitation of court observation via Webex will increase, especially given the limitations court observers have experienced outside the courthouses, in the hallways, at the elevators, the waiting rooms, the lobby of the courthouses, and in the courtrooms.

Docusign Envelope ID: 27C35499-68D2-8FCF-8236-054FB0F85E29

16. I can attest to the changes in accessibility and the demeanor of the court officers , clerks, judges' clerks and Ice based not only what I have heard from the watchers but my own observations when I went to the courts on several occasion (approximately 10) from April to September 2025.Restrictions that I observed in July to September included harassment in the hallways, not being permitted to speak with persons responding to notices and limitations on access into courtrooms.  Ice was especially belligerent and threatening.

17.  In summary, the restrictions have increased especially since the start of this year.  I believe full access to court observers in courtrooms for Master Calendars with a full view of the courtroom and all participants I constitutionally required and should not be denied or blacked.

Signed by:



Janine Silver

—4FA83CCD8C104F9...

Janine Silver

06/08/2026

Date