**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:26-00865-RC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR STAY**

Upon consideration of Plaintiffs' Renewed Motion for Preliminary Injunction or Stay, ECF No. 24, Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the parties' respective memoranda, and the record before the Court, it is hereby

**ORDERED** that Plaintiffs' Renewed Motion for Preliminary Injunction or Stay, ECF No. 24, is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**.

Signed _____, 2026.

_____
RUDOLPH CONTRERAS
United States District Judge
District of Columbia