**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:26-00865-RC |
| TODD BLANCHE, in his official capacity as Acting Attorney General, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)**

Defendants hereby respectfully request the Court waive the requirement under Local Civil Rule 7(n), to the extent it applies here, to file a certified list of the contents of an administrative record simultaneously with the filing of Defendants' Rule 12(b) motion to dismiss.  Good cause exists to grant the relief requested.  The parties have conferred and Plaintiffs oppose this motion.

Local Civil Rule 7(n) states that in "cases involving the judicial review of administrative agency actions, unless otherwise ordered by the Court, the agency must file a certified list of the contents of the administrative record with the Court within 30 days following service of the answer to the complaint or simultaneously with the filing of a dispositive motion, whichever occurs first." On its face, this rule thus may arguably impose a requirement to file a list of the record's contents even with a motion to dismiss under Federal Rule of Civil Procedure 12(b) that does not rely on an administrative record.  Defendants have concurrently filed such a motion to dismiss the Amended Complaint in this case.

At the same time, Local Civil Rule 7(n) indicates that it is meant to aid in the decision of a dispositive motion that relies on an administrative record.  *See* LCvR  7(n)(1) (requiring "an

appendix containing copies of those portions of the administrative record that are *cited* or otherwise *relied upon* in any memorandum in support of or in opposition to any dispositive motion" (emphases added)). The comment to the LCvR 7(n) further notes that "[t]his rule is intended to assist the Court in cases involving a voluminous record." Cmt. to LCvR 7(n). Defendants' concurrently filed motion to dismiss does not cite or otherwise rely on the administrative record, and a certified list of the record's contents therefore would not assist the Court in deciding the motion. The justification behind LCvR 7(n) does not apply at this time.

Moreover, the D.C. Circuit has long recognized that a court can resolve claims at the motion to dismiss stage without the administrative record where the record is not germane to the issues presented in the motion. *See Am. Bankers Ass'n v. Nat'l Credit Union Admin.*, 271 F.3d 262, 266–67 (D.C. Cir. 2001) (rejecting argument that the district court erred in refusing to compel production of the administrative record before deciding motion to dismiss). In turn, "the general practice in this Court" is to waive Local Civil Rule 7(n) when "the administrative record is not necessary for [the court's] decision." *Arab v. Blinken*, 600 F. Supp. 3d 59, 65 n.2 (D.D.C. 2022) (quoting *Connecticut v. U.S. Dep't of the Interior*, 344 F. Supp. 3d 279, 294 (D.D.C. 2018)); *see also, e.g.*, *PETA v. U.S. Fish & Wildlife Serv.*, 59 F. Supp. 3d 91, 94 n.2 (D.D.C. 2014) (waiving Local Rule 7(n) with respect to motion to dismiss); *Patterson v. Haaland*, No. 1:21-cv-02391 (RC), 2022 WL 4534685, at *1 & n.2 (D.D.C. Sept. 28, 2022) (similar, "because consideration of the motion to dismiss does not require review of the administrative record"); *E. Atl. Servs. & Trading LLC v. Mayorkas*, No. 1:23-cv-1946 (RJL), 2024 WL 4332554, at *6 (D.D.C. Sept. 27, 2024) (waiving Local Civil Rule 7(n) "because I do not rely on the administrative record to decide the motions at issue"). The requirements of Local Civil Rule 7(n) are particularly inapt where, as

here, the dismissal arguments are premised on the absence of jurisdiction and on Plaintiffs' failure to plead discrete and final agency action.

Defendants respectfully request that the Court waive the requirements, if any, of Local Civil Rule 7(n) as applied to Defendants' motion to dismiss.

Dated:  June 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Fax: (202) 616-8460
Email: james.r.powers@usdoj.gov

*Counsel for Defendants*