**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE ADVOCATES FOR HUMAN RIGHTS, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Civil Action No. 1:26-00865-RC ) |
| TODD BLANCHE, in his official capacity as Acting Attorney General, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)**

Upon consideration of Defendants' Motion for Relief from Local Civil Rule 7(n), and good cause having been shown, it is hereby

**ORDERED** that Defendants' Motion for Relief is **GRANTED**. Defendants need not make any filing or production under Local Civil Rule 7(n) with respect to their pending Motion to Dismiss.

**SO ORDERED**.

Signed _____, 2026.


_____
RUDOLPH CONTRERAS
United States District Judge
District of Columbia