**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE ADVOCATES FOR HUMAN RIGHTS, et al.**<br><br>*Plaintiffs,*<br><br>v.<br><br>**TODD BLANCHE, IN HIS CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE, et al.**<br><br>*Defendants.* | ) | Civil Action No. 1:26-cv-00865-RC |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The parties' respective motions for a preliminary injunction/stay and to dismiss have already been fully briefed and are now pending for decision before the Court. A recent decision of the U.S. District Court for the Southern District of New York is relevant to one of the issues raised by Plaintiffs. At pp. 24-25 of their response to Defendants' motion to dismiss (ECF No. 35) Plaintiffs argued that EOIR's limitations on Webex access violated its "longstanding interpretation of 8 C.F.R. § 1003.27" which "draws no distinction between in-person and Webex proceedings with respect to the limited grounds for closure" and that Defendant's own sworn declarations noted that "Webex hearings were '[s]ubject to the same regulations' as in-person hearings.'" *See also*, Renewed Motion for Prel. Inj. at 47, ECF No. 24; Amended Comp. at ¶¶ 20, 26, 30–32, 101–02, 112, ECF No. 23. By this notice and attached hereto as Exhibit A, Plaintiffs bring to the Court's attention *Catholic Legal Immigration Network et al. v. Rubio et al.*, No. 26-CV-00858 (JAV) (S.D.N.Y. Aug. 21, 2026), ECF No. 83 at 51 (discussing *Accardi* doctrine).

Dated: August 25, 2026

Respectfully submitted,
STINSON LLP

*/s/ Shelby E. Kostolni*
Harvey Reiter, No. 232942
John Bessler, No. 433163
Katie Parnow, No. 90041785
Shelby E. Kostolni, No. 90030767
1775 Pennsylvania Ave, N.W.,
Suite 800
Washington, DC 20006
Tel. (202) 728-3016
harvey.reiter@stinson.com
john.bessler@stinson.com
katie.parnow@stinson.com
shelby.kostolni@stinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Shelby E. Kostolni*
Shelby E. Kostolni